AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Bureau of Consumer Financial Protection <br><br> *Plaintiff(s)* <br> v. <br> Chou Team Realty, LLC; and see attached <br><br> *Defendant(s)* | Civil Action No. 8:20−cv−00043-JVS-ADS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Lend Tech Loans, Inc.
c/o Sergio Loza
1851 E. First Street #810
Santa Ana, CA 92705


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bureau of Consumer Financial Protection
Office of Enforcement
1700 G Street, NW
Washington, D.C. 20552
ATTN: E. Vanessa Assae-Bille
Email: elisabeth.assae-bille@cfpb.gov

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____                        _____
*Signature of Clerk or Deputy Clerk*

E. VANESSA ASSAE-BILLE (NY Bar #5165501)
(*Pro hac vice application pending*)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
COLIN REARDON (NY Bar #4945655)
(*Pro hac vice application pending*)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, | Case No.: |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| Chou Team Realty, LLC f/k/a Chou Team Realty, Inc., d/b/a Monster Loans, d/b/a MonsterLoans; Lend Tech Loans, Inc.; Docu Prep Center, Inc., d/b/a DocuPrep Center, d/b/a Certified Document Center; Document Preparation Services, LP, d/b/a DocuPrep Center, d/b/a Certified Document Center; Certified Doc Prep, Inc.; Certified Doc Prep Services, LP; Assure Direct Services, Inc.; Assure Direct Services, LP; Direct Document Solutions, Inc.; Direct Document Solutions, LP; Secure Preparation Services, Inc.; Secure Preparation Services, LP; Docs Done Right, Inc.; Docs Done Right, LP; Bilal Abdelfattah, a/k/a Belal Abdelfattah, a/k/a Bill Abdel; Robert Hoose; Eduardo "Ed" Martinez; Jawad Nesheiwat; Frank Anthony Sebreros; and David Sklar, | |
| Defendants, | |

| | |
|---|---|
| Thomas "Tom" Chou; and Sean Cowell, | ) |
| Defendants and Relief Defendants, | ) ) ) ) |
| Kenneth Lawson; Cre8labs, Inc.; XO Media, LLC; and TDK Enterprises, LLC, | ) ) ) ) |
| Relief Defendants. | ) ) ) |

## JURISDICTION AND VENUE

1. This Court has subject-matter jurisdiction over this action because it is brought under "Federal consumer financial law," 12 U.S.C. § 5565(a)(1), presents a federal question, 28 U.S.C. § 1331, and is brought by an agency of the United States, 28 U.S.C. § 1345.

2. Venue is proper in this district because Defendants and Relief Defendants are located, reside, or do business in this district. 12 U.S.C. § 5564(f).

## INTRODUCTION

3. The Bureau of Consumer Financial Protection (Bureau) brings this action to address unlawful conduct by several companies and individuals in connection with providing debt-relief services to consumers with student loans.

4. Between 2015 and 2017, a mortgage company known as Monster Loans unlawfully obtained consumer reports from the consumer-reporting agency Experian. Monster Loans provided the reports to other companies that used the reports to market debt-relief services to consumers with student loans. From August 2017 through at least January 2019, a sham entity known as Lend Tech also unlawfully obtained consumer reports from Experian and provided them to other companies, including companies that used the lists to market student-loan debt-relief services.