| *Attorney or Party without Attorney:* <br> BUREAU OF CONSUMER FINANCIAL PROTECTION <br> E. Vanessa Assae-Bille, Esq. <br> 1700 G STREET, NW <br> WASHINGTON, DC 20552 <br> *Telephone No:* (202) 435-7938 <br><br> *Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> USDC-Central District of California | | |
| *Plaintiff:* Bureau of Consumer Financial Protection <br> *Defendant:* Chou Team Realty, LLC; et al. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 8:20-cv-00043-JVS-ADS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint, Initial Order Following Filing of Complaint Assigned to Judge Selna

3. a. Party served:        Secure Preparation Services Inc.
   b. Person served:    Aaron Sebreros, Registered Agent, served under F.R.C.P. Rule 4.

4. Address where the party was served:    1515 E Ocean Blvd, Long Beach, CA 90802

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jan 23 2020 (2) at: 01:28 PM

6. **Person Who Served Papers:**
   a. Mike Melendez (7084, Los Angeles County)                               d. *The Fee* for Service was:
   b. FIRST LEGAL
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

01/27/2020
(Date)                                                                                      (Signature)



PROOF OF SERVICE

4206015
(326006)