E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br><br> Plaintiff, <br><br> vs. <br><br> Chou Team Realty, LLC et al., <br><br> Defendants. | Case No.: 8-20-cv-00043-JVS-ADS <br><br> DECLARATION OF SERVICE |

I certify, pursuant to Local Rule 5-3.2.1, that on this day, February 14, 2020, I caused to be served by Certified Mail, Return Receipt, the documents listed below on each of the following parties:

**Secure Preparation Services, LP**
c/o David Sklar, registered agent
for Secure Preparation Services, LP
26412 Vincente Lugo
Mission Viejo, CA 92692

**Documents Served**

1)   ECF No. 2 - Civil Cover Sheet; Notice of Electronic Filing.

2) ECF No. 3 - Application of Elisabeth Vanessa Assae-Bille to Appear *Pro Hac Vice*; Leanne Hartmann Declaration in Support of Designation as Local Counsel (ECF No. 3-1); Proposed Order (ECF No. 3-2); Notice of Electronic Filing.

3) ECF No. 4 - Application of Colin Reardon to Appear *Pro Hac Vice*; Leanne Hartmann Declaration in Support of Designation as Local Counsel (ECF No. 4-1); Proposed Order (ECF No. 4-2); Notice of Electronic Filing.

4) ECF No. 5 - Notice of Assignment to District Judge James V. Selna and Magistrate Judge Autumn D. Spaeth; Notice of Electronic Filing.

5) ECF No. 6 - Notice to Parties of Court-Directed ADR Program; Notice of Electronic Filing.

6) ECF No. 8 - Order Granting Application of Colin Reardon to Appear *Pro Hac Vice*, designating Leanne Hartmann as local counsel; Notice of Electronic Filing.

7) ECF No. 9 - Notice to Filer of Deficiencies in Electronically Filed Pro Hac Vice Application re: Elisabeth Vanessa Assae-Bille; Notice of Electronic Filing.

8) ECF No. 10 - Corrected Application of Elisabeth Vanessa Assae-Bille to Appear *Pro Hac Vice*; Leanne Hartmann Declaration in Support of Designation as Local Counsel (ECF No. 10-1); Proposed Order (ECF No. 10-2); Notice of Electronic Filing.

9) ECF No. 11 - Order Granting Application of Elisabeth Vanessa Assae-Bille to Appear *Pro Hac Vice*, designating Leanne Hartmann as local counsel; Notice of Electronic Filing.

10) ECF No. 12 - Request for Clerk to Issue Summons on Complaint to Bilal Abdelfattah filed by Plaintiff Bureau of Consumer Financial Protection; Supplement Summons Request - Assure Direct Services, Inc., (ECF No. 12-1);

Supplement Summons Request - Assure Direct Services, LP (ECF No. 12-2); Supplement Summons Request - Certified Doc Prep Services, Inc. (ECF No. 12-3); Supplement Summons Request - Certified Doc Prep Services, LP (ECF No. 12-4); Supplement Summons Request - Direct Document Solutions, Inc. (ECF No. 12-5); Supplement Summons Request - Direct Document Solutions, LP (ECF No. 12-6); Supplement Summons Request - Docu Prep Center, Inc. (ECF No. 12-7); Supplement Summons Request - Document Preparation Services, LP (ECF No. 12-8); Supplement Summons Request - Robert Hoose (ECF No. 12-9); Supplement Summons Request - Lend Tech Loans, Inc. (ECF No. 12-10); Supplement Summons Request - Frank Anthony Sebreros (ECF No. 12-11); Supplement Summons Request - David Sklar (ECF No. 12-12); Supplement Summons Request - Secure Preparation Services, Inc. (ECF No. 12-13); Supplement Summons Request - Secure Preparation Services, LP (ECF No. 12-14); Notice of Electronic Filing.

  11) ECF No. 13 - 21 Day Summons Issued as to Bilal Abdelfattah a/k/a Belal Abdelfattah a/k/a Bill Abdel; Assure Direct Services, Inc. (ECF 13-1), Assure Direct Services, LP (ECF 13-2); Certified Doc Prep Services, Inc. (ECF 13-3); Certified Doc Prep Services, LP (ECF 13-4); Direct Document Solutions, Inc. (ECF 13-5); Direct Document Solutions, LP (ECF 13-6); Docu Prep Center, Inc. (ECF 13-7); Document Preparation Services, LP (ECF 13-8); Robert Hoose (ECF 13-9); Lend Tech Loans, Inc. (ECF 13-10); Frank Anthony Sebreros (ECF 13-11); David Sklar (ECF 13-12); Secure Preparation Services, Inc. (ECF 13-13); Secure Preparation Services, LP (ECF 13-14); Notice of Electronic Filing.

  12) ECF No. 14 - Order Setting Rule 26(f) Scheduling Conference set for 05/11/2020 at 10:30 a.m.; Notice of Electronic Filing.

13) ECF No. 15 - Waiver of the Service Returned Executed for Bilal Abdelfattah a/k/a Belal Abdelfattah a/k/a Bill Abdel; Notice of Electronic Filing.

14) ECF No. 16 - Waiver of the Service Returned Executed for Thomas Chou; Notice of Electronic Filing.

15) ECF No. 17 - Waiver of the Service Returned Executed for Chou Team Realty, LLC; Notice of Electronic Filing.

16) ECF No. 18 - Waiver of the Service Returned Executed for Sean Cowell; Notice of Electronic Filing.

17) ECF No. 19 - Waiver of the Service Returned Executed for Cre8Labs, Inc.; Notice of Electronic Filing.

18) ECF No. 20 - Waiver of the Service Returned Executed for Robert Hoose; Notice of Electronic Filing

19) ECF No. 21 - Waiver of the Service Returned Executed for Kenneth Lawson; Notice of Electronic Filing.

20) ECF No. 22 - Waiver of the Service Returned Executed for Jawad Nesheiwat; Notice of Electronic Filing.

21) ECF No. 23 - Waiver of the Service Returned Executed for TDK Enterprises, LLC; Notice of Electronic Filing.

22) ECF No. 24 - Waiver of the Service Returned Executed for XO Media, Inc.; Notice of Electronic Filing.

23) ECF No. 25 - Proof of Service Executed upon Direct Document Solutions, Inc.; Notice of Electronic Filing.

24) ECF No. 26 - Proof of Service Executed upon Secure Preparation Services, Inc.; Notice of Electronic Filing.

25) ECF. No. 28 - Waiver of the Service Returned Executed for Docu Prep Center, Inc.; Notice of Electronic Filing.

26) ECF. No. 29 - Waiver of the Service Returned Executed for Document Preparation Services, LP; Notice of Electronic Filing.

27) ECF. No. 30 - Waiver of the Service Returned Executed for Docs Done Right, Inc.; Notice of Electronic Filing.

28) ECF. No. 31 - Waiver of the Service Returned Executed for Docs Done Right, LP; Notice of Electronic Filing.

29) ECF. No. 32 - Waiver of the Service Returned Executed for Eduardo Martinez; Notice of Electronic Filing.

30) ECF No. 33 - Proof of Service Executed upon Certified Doc Prep Services, Inc.; Notice of Electronic Filing.

31) ECF No. 34 - Proof of Service Executed upon Certified Doc Prep Services, LP; Notice of Electronic Filing.

32) ECF No. 37 - Proof of Service Executed upon David Sklar; Notice of Electronic Filing.

33) ECF No. 38 - Proof of Service Executed upon Direct Document Solutions, LP; Notice of Electronic Filing.

34) ECF No. 41 - Proof of Service Executed upon Secure Preparation Services, LP; Notice of Electronic Filing.

Dated February 14, 2020            Respectfully Submitted,

/s/ E. Vanessa Assae-Bille
Leanne E. Hartmann
E. Vanessa Assae-Bille (*pro hac vice*)
Colin Reardon (*pro hac vice*)
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*