FILED

2020 FEB 26 PM 2:10

CLERK U.S. [DISTRICT COURT]
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: _____

Name: DAVID SKLAR
Address: 26412 VICENTE LUGO
MISSION VIEJO CA 92692
Phone: 949.939.8888
Fax:

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bureau of Consumer Financial Protection
    Plaintiff
v.
Chou Team Realty LLC
    Defendant(s).

CASE NUMBER: 8:20 CV 00043-JVS-ADSx

REQUEST FOR 45 DAY EXTENTION

( Enter document title in the space provided above)

To whom it may concern, I DAVID SKLAR am requesting from the court, 45 days of extention on this matter. I currently have no attorney representation and I feel it would be in my best interest to have legal representation. Please grant me 45 days to secure funds as well as legal representation.

2/26/2020

Page Number

CV-127 (09/09)     PLEADING PAGE FOR A SUBSEQUENT DOCUMENT