COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA  94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> Chou Team Realty, LLC et al., ) <br><br> Defendants. ) | Case No.: 8-20-cv-00043-JVS-ADS <br><br> **FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Bureau of Consumer Financial Protection ("Bureau"), Defendant Chou Team Realty, LLC f/k/a Chou Team Realty, Inc., d/b/a Monster Loans, d/b/a Monster Loans ("CTR"); Defendants and Relief Defendants Thomas "Tom" Chou ("Chou") and Sean Cowell ("Cowell"); and Relief Defendants Kenneth Lawson ("Lawson"), Cre8labs, Inc. ("Cre8labs"), TDK Enterprises, LLC ("TDK Enterprises"), and XO Media, LLC ("XO Media") (collectively, "Defendants and Relief Defendants") stipulate as follows:

1.   The Complaint in this matter was filed on or about January 9, 2020.

2.   CTR waived service of summons of the above-entitled lawsuit on or about January 17, 2020;

3.   Chou waived service of summons of the above-entitled lawsuit on or about January 13, 2020.

4.   Cowell waived service of summons of the above-entitled lawsuit on or about January 13, 2020.

5.   Lawson waived service of summons of the above-entitled lawsuit on January 20, 2020.

6.   Cre8Labs waived service of summons of the above-entitled lawsuit on or about January 13, 2020.

7.   TDK Enterprises waived service of summons of the above-entitled lawsuit on or about January 13, 2010.

8.   XO Media waived service of summons of the above-entitled lawsuit on January 20, 2020.

9.   Under the Federal Rules of Civil Procedure, Defendants' and Relief Defendants' responses to the Complaint are due on or about March 10, 2020.

10.   Counsel for the Bureau and Defendants and Relief Defendants have jointly agreed to request an extension for the filing of Defendants' and Relief Defendants' responsive pleadings to and including April 9, 2020, in order to facilitate continuation of an ongoing active settlement process among the parties.  The Bureau submitted a written settlement proposal to Defendants and Relief Defendants (except Relief Defendants Lawson and XO Media) on or about January 30, 2020.  Following review and consultation with their clients about the offer, counsel for Defendants and Relief Defendants (except Relief Defendants Lawson and XO Media) replied with a written settlement counteroffer on or about March 3, 2020.  Having exchanged written settlement

offers, and believing they represent a constructive step toward a settlement, the Bureau and Defendants and Relief Defendants (including Relief Defendants Lawson and XO Media, who have had separate preliminary settlement discussions with the Bureau which, for the sake of efficiency, are now being merged with the settlement process between the Bureau and the other Defendants and Relief Defendants) desire to focus their sole attention and energies for now on settlement negotiations rather than litigation, in order to determine if a mutually acceptable settlement can be achieved. They believe that a period of thirty (30) days will afford adequate time for negotiations to determine if a settlement, or at least substantial progress toward a settlement, can be reached.

11.  This is the first stipulation to extend time filed by the Bureau and Defendants and Relief Defendants.

12.  All signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

**For Bureau of Consumer Financial Protection:**

Dated March 5, 2020                    Respectfully Submitted,

/s/ Colin Reardon
Leanne E. Hartmann
E. Vanessa Assae-Bille (*pro hac vice*)
Colin Reardon (*pro hac vice*)
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of
Consumer Financial Protection*

**For Relief Defendants Kenneth Lawson and XO Media, LLC:**

Dated March 5, 2020
/s/ William I. Rothbard
WILLIAM I. ROTHBARD
Law Offices of William I. Rothbard
2333 Canyonback Road
Los Angeles, CA 90049
(310) 453-8713
Bill@RothbardLaw.com

**For Defendant Chou Team Realty, LLC, Defendant and Relief Defendant Thomas Chou, Defendant and Relief Defendant Sean Cowell, Relief Defendant TDK Enterprises, LLC, and Relief Defendant Cre8labs, Inc.:**

Dated March 5, 2020
/s/ Sean P. Burke
Sean P. Burke
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN  46204
(317) 614-7320
Sean.Burke@mbclaw.com

# CERTIFICATE OF SERVICE

I, Colin Reardon, certify pursuant to Local Rule 5-3.2.1 that on this day, March 5, 2020, I caused to be served by e-mail[1] this filing on each of the following parties:

1. **Bilal Abdelfattah a/k/a Belal Abdelfattah a/k/a Bill Abdel**
   c/o Nader Nuru, counsel for Bilal Abdelfattah
   13668 Heatherwood Dr.
   Corona, CA 92880
   E-mail address:  nadernurulaw@gmail.com

2. **Thomas Chou**
   c/o Sean P. Burke, counsel for Thomas Chou
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address:  Sean.Burke@mbcblaw.com

3. **Chou Team Realty, LLC**
   c/o Sean P. Burke, counsel for Chou Team Realty, LLC
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address:  Sean.Burke@mbcblaw.com

4. **Sean Cowell**
   c/o Sean P. Burke, counsel for Sean Cowell
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address:  Sean.Burke@mbcblaw.com

5. **Cre8Labs, Inc.**
   c/o Sean P. Burke, counsel for Cre8labs, Inc.
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address:  Sean.Burke@mbcblaw.com

6. **TDK Enterprises, LLC**
   c/o Sean P. Burke, counsel for TDK Enterprises, LLC
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address:  Sean.Burke@mbcblaw.com

---

[1] Each of the listed parties have consented in writing to accept service of filings in this matter via e-mail until they have filed notices of appearance.  *See* Fed. R. Civ. P. 5(b)(2)(F).

7.    **Robert Hoose**
       c/o Joshua M. Robbins, counsel for Robert Hoose
       Greenberg Gross LLP
       650 Town Center Drive, Suite 1700
       Costa Mesa, CA 92626
       E-mail address:  JRobbins@GGTrialLaw.com

8.    **Docu Prep Center, Inc.**
       c/o Joshua M. Robbins, counsel for Docu Prep Center, Inc.'s
       agent for service of process Robert Hoose
       Greenberg Gross LLP
       650 Town Center Drive, Suite 1700
       Costa Mesa, CA 92626
       E-mail address:  JRobbins@GGTrialLaw.com

9.    **Document Preparation Services, LP**
       c/o Joshua M. Robbins, counsel for Document Preparation
       Services, LP's agent for service of process Robert Hoose
       Greenberg Gross LLP
       650 Town Center Drive, Suite 1700
       Costa Mesa, CA 92626
       E-mail address:  JRobbins@GGTrialLaw.com

10.   **Kenneth Lawson**
       c/o William Rothbard, counsel for Kenneth Lawson
       Law Offices of William I. Rothbard
       2333 Canyonback Road
       Los Angeles, California 90049
       E-mail address: bill@rothbardlaw.com

11.   **XO Media, LLC**
       c/o William Rothbard, counsel for XO Media, LLC
       Law Offices of William I. Rothbard
       2333 Canyonback Road
       Los Angeles, California 90049
       E-mail address: bill@rothbardlaw.com

12.   **Docs Done Right, Inc.**
       c/o David Holt, counsel for Docs Done Right, Inc.
       The Holt Law Firm
       1432 Edinger Avenue, Ste. 130
       Tustin, CA 92780
       E-mail address:  dholt@holtlawoc.com

13.   **Docs Done Right, LP**
       c/o David Holt, counsel for Docs Done Right, LP
       The Holt Law Firm
       1432 Edinger Avenue, Ste. 130
       Tustin, CA 92780
       E-mail address:  dholt@holtlawoc.com

**14.   Lend Tech Loans, Inc.**
c/o David Holt, counsel for Lend Tech Loans, Inc.
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address:  dholt@holtlawoc.com

**15.   Eduardo Martinez**
c/o David Holt, counsel for Eduardo Martinez
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address:  dholt@holtlawoc.com

I further certify, pursuant to Local Rule 5-3.2.1, that on this day, February 28, 2020, I caused to be served by Certified Mail, Return Receipt, this filing on each of the following parties:

**16.   Certified Doc Prep, Inc.**
c/o Haithum Abdelfattah
33 Flintridge Ave.
Ladera Ranch, CA 92694

**17.   Certified Doc Prep Services, LP**
c/o Haithum Abdelfattah
33 Flintridge Ave.
Ladera Ranch, CA 92694

**18.   Direct Document Solutions, Inc.**
c/o Jimmy A. Calderon
1221 Viejo Hills Dr.
Lake Forest, CA 92610

**19.   Direct Document Solutions, LP**
c/o David Sklar
26412 Vincente Lugo
Mission Viejo, CA 92692

**20.   Secure Preparation Services, Inc.**
c/o Aaron Sebreros
1515 E. Ocean Blvd.
Long Beach, CA 90802

**21.   Secure Preparation Services, LP**
c/o David Sklar
26412 Vincente Lugo
Mission Viejo, CA 92692

**22.   David Sklar**
26412 Vincente Lugo
Mission Viejo, CA 92692