COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br> Plaintiff, <br> vs. <br> Chou Team Realty, LLC et al., <br> Defendants. | Case No.: 8-20-cv-00043-JVS-ADS <br><br> **FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Bureau of Consumer Financial Protection ("Bureau") and Defendants Eduardo Martinez ("Martinez"), Docs Done Right, Inc., Docs Done Right, LP, and Lend Tech Loans, Inc. (collectively, "Defendants") stipulate as follows:

1. The Complaint in this matter was filed on or about January 9, 2020.

2. Defendants each waived service of summons of the Complaint on or about February 4, 2020.

3. The deadline for Martinez, Docs Done Right, Inc., and Docs Done Right, LP to answer or otherwise respond to the Complaint is currently March 10, 2020.

4. Lend Tech Loans, Inc.'s deadline to answer or otherwise respond to the Complaint is currently March 30, 2020.

5. Counsel for the Bureau and for Defendants have jointly agreed to request an extension for the filing of Defendants' responsive pleadings to and including April 9, 2020, in order to facilitate a potential settlement among the parties. The Bureau and Defendants have had preliminary settlement discussions and desire to focus their sole attention and energies for now on settlement negotiations rather than litigation, in order to determine if a mutually acceptable settlement can be achieved. They believe that an extension of thirty (30) days for Martinez, Docs Done Right, Inc., and Docs Done Right, LP and of ten (10) days for Lend Tech Loans, Inc. will afford adequate time for negotiations to determine if a settlement, or at least substantial progress toward a settlement, can be reached.

6. This is the first stipulation to extend time filed by the Bureau and Defendants.

7. All signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


**IT IS SO STIPULATED.**

**For Bureau of Consumer Financial Protection:**

Dated March 10, 2020                    Respectfully Submitted,

/s/ Colin Reardon
Leanne E. Hartmann
E. Vanessa Assae-Bille (*pro hac vice*)
Colin Reardon (*pro hac vice*)
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**For Defendants Eduardo Martinez, Docs Done Right, Inc., Docs Done Right, LP, and Lend Tech Loans, Inc.:**

Dated March 10, 2020                    /s/ David C. Holt
David C. Holt
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780

# CERTIFICATE OF SERVICE

I, Colin Reardon, certify pursuant to Local Rule 5-3.2.1 that on this day, March 10, 2020, I caused to be served by e-mail[1] this filing on each of the following parties:

1. **Bilal Abdelfattah a/k/a Belal Abdelfattah a/k/a Bill Abdel**
   c/o Nader Nuru, counsel for Bilal Abdelfattah
   13668 Heatherwood Dr.
   Corona, CA 92880
   E-mail address: nadernurulaw@gmail.com

2. **Thomas Chou**
   c/o Sean P. Burke, counsel for Thomas Chou
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address: Sean.Burke@mbcblaw.com

3. **Chou Team Realty, LLC**
   c/o Sean P. Burke, counsel for Chou Team Realty, LLC
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address: Sean.Burke@mbcblaw.com

4. **Sean Cowell**
   c/o Sean P. Burke, counsel for Sean Cowell
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address: Sean.Burke@mbcblaw.com

5. **Cre8Labs, Inc.**
   c/o Sean P. Burke, counsel for Cre8labs, Inc.
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address: Sean.Burke@mbcblaw.com

6. **TDK Enterprises, LLC**
   c/o Sean P. Burke, counsel for TDK Enterprises, LLC
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address: Sean.Burke@mbcblaw.com

---

[1] Each of the listed parties have consented in writing to accept service of filings in this matter via e-mail until they have filed notices of appearance. *See* Fed. R. Civ. P. 5(b)(2)(F).

7. **Robert Hoose**
   c/o Joshua M. Robbins, counsel for Robert Hoose
   Greenberg Gross LLP
   650 Town Center Drive, Suite 1700
   Costa Mesa, CA 92626
   E-mail address: JRobbins@GGTrialLaw.com

8. **Docu Prep Center, Inc.**
   c/o Joshua M. Robbins, counsel for Docu Prep Center, Inc.'s agent for service of process Robert Hoose
   Greenberg Gross LLP
   650 Town Center Drive, Suite 1700
   Costa Mesa, CA 92626
   E-mail address: JRobbins@GGTrialLaw.com

9. **Document Preparation Services, LP**
   c/o Joshua M. Robbins, counsel for Document Preparation Services, LP's agent for service of process Robert Hoose
   Greenberg Gross LLP
   650 Town Center Drive, Suite 1700
   Costa Mesa, CA 92626
   E-mail address: JRobbins@GGTrialLaw.com

10. **Kenneth Lawson**
    c/o William Rothbard, counsel for Kenneth Lawson
    Law Offices of William I. Rothbard
    2333 Canyonback Road
    Los Angeles, California 90049
    E-mail address: bill@rothbardlaw.com

11. **XO Media, LLC**
    c/o William Rothbard, counsel for XO Media, LLC
    Law Offices of William I. Rothbard
    2333 Canyonback Road
    Los Angeles, California 90049
    E-mail address: bill@rothbardlaw.com

12. **Docs Done Right, Inc.**
    c/o David Holt, counsel for Docs Done Right, Inc.
    The Holt Law Firm
    1432 Edinger Avenue, Ste. 130
    Tustin, CA 92780
    E-mail address: dholt@holtlawoc.com

13. **Docs Done Right, LP**
    c/o David Holt, counsel for Docs Done Right, LP
    The Holt Law Firm
    1432 Edinger Avenue, Ste. 130
    Tustin, CA 92780
    E-mail address: dholt@holtlawoc.com

|   |   |
|---|---|
| 14. | **Lend Tech Loans, Inc.**<br>   c/o David Holt, counsel for Lend Tech Loans, Inc.<br>The Holt Law Firm<br>1432 Edinger Avenue, Ste. 130<br>Tustin, CA 92780<br>E-mail address: dholt@holtlawoc.com |
| 15. | **Eduardo Martinez**<br>   c/o David Holt, counsel for Eduardo Martinez<br>The Holt Law Firm<br>1432 Edinger Avenue, Ste. 130<br>Tustin, CA 92780<br>E-mail address: dholt@holtlawoc.com |

I further certify, pursuant to Local Rule 5-3.2.1, that on this day, March 10, 2020, I caused to be served by Certified Mail, Return Receipt, this filing on each of the following parties:

|   |   |
|---|---|
| 16. | **Certified Doc Prep, Inc.**<br>   c/o Haithum Abdelfattah<br>33 Flintridge Ave.<br>Ladera Ranch, CA 92694 |
| 17. | **Certified Doc Prep Services, LP**<br>   c/o Haithum Abdelfattah<br>33 Flintridge Ave.<br>Ladera Ranch, CA 92694 |
| 18. | **Direct Document Solutions, Inc.**<br>   c/o Jimmy A. Calderon<br>1221 Viejo Hills Dr.<br>Lake Forest, CA 92610 |
| 19. | **Direct Document Solutions, LP**<br>   c/o David Sklar<br>26412 Vincente Lugo<br>Mission Viejo, CA 92692 |
| 20. | **Secure Preparation Services, Inc.**<br>   c/o Aaron Sebreros<br>1515 E. Ocean Blvd.<br>Long Beach, CA 90802 |
| 21. | **Secure Preparation Services, LP**<br>   c/o David Sklar<br>26412 Vincente Lugo<br>Mission Viejo, CA 92692 |
| 22. | **David Sklar**<br>26412 Vincente Lugo<br>Mission Viejo, CA 92692 |