COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA  94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, )<br><br>Plaintiff, )<br><br>vs. )<br><br>Chou Team Realty, LLC et al., )<br><br>Defendants. )<br>_____ ) | Case No.: 8-20-cv-00043-JVS-ADS<br><br>**FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Bureau of Consumer Financial Protection ("Bureau") and Defendant Robert Hoose ("Hoose") stipulate as follows:

1.   The Complaint in this matter was filed on or about January 9, 2020.

2.   Hoose waived service of summons of the Complaint on or about January 27, 2020, and his deadline to answer or otherwise respond to the Complaint is currently March 23, 2020.

3.     Counsel for the Bureau and for Hoose have jointly agreed to request an extension for the filing of Hoose's responsive pleadings to and including April 22, 2020, in order to facilitate a potential settlement among the parties.  The Bureau and Hoose have had preliminary settlement discussions and desire to focus their sole attention and energies for now on settlement negotiations rather than litigation, in order to determine if a mutually acceptable settlement can be achieved. They believe that a period of thirty (30) days will afford adequate time for negotiations to determine if a settlement, or at least substantial progress toward a settlement, can be reached.

4.     This is the first stipulation to extend time filed by the Bureau and Hoose.

5.     All signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

 **For Bureau of Consumer Financial Protection:**

Dated March 10, 2020                    Respectfully Submitted,

                                        /s/ Colin Reardon
                                        Leanne E. Hartmann
                                        E. Vanessa Assae-Bille (*pro hac vice*)
                                        Colin Reardon (*pro hac vice*)
                                        Bureau of Consumer Financial Protection
                                        1700 G Street, NW
                                        Washington, D.C. 20552

                                        *Attorneys for Plaintiff Bureau of*
                                        *Consumer Financial Protection*

 **For Defendant Robert Hoose:**

Dated March 10, 2020                    /s/ Joshua M. Robbins
                                        Joshua M. Robbins
                                        Greenberg Gross LLP
                                        650 Town Center Drive, Suite 1700
                                        Costa Mesa, California 92626

# CERTIFICATE OF SERVICE

I, Colin Reardon, certify pursuant to Local Rule 5-3.2.1 that on this day, March 10, 2020, I caused to be served by e-mail[1] this filing on each of the following parties:

**1.**      **Bilal Abdelfattah a/k/a Belal Abdelfattah a/k/a Bill Abdel**
c/o Nader Nuru, counsel for Bilal Abdelfattah
13668 Heatherwood Dr.
Corona, CA 92880
E-mail address:  nadernurulaw@gmail.com

**2.**      **Thomas Chou**
c/o Sean P. Burke, counsel for Thomas Chou
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
E-mail address:  Sean.Burke@mbcblaw.com

**3.**      **Chou Team Realty, LLC**
c/o Sean P. Burke, counsel for Chou Team Realty, LLC
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
E-mail address:  Sean.Burke@mbcblaw.com

**4.**      **Sean Cowell**
c/o Sean P. Burke, counsel for Sean Cowell
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
E-mail address:  Sean.Burke@mbcblaw.com

**5.**      **Cre8Labs, Inc.**
c/o Sean P. Burke, counsel for Cre8labs, Inc.
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
E-mail address:  Sean.Burke@mbcblaw.com

**6.**      **TDK Enterprises, LLC**
c/o Sean P. Burke, counsel for TDK Enterprises, LLC
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
E-mail address:  Sean.Burke@mbcblaw.com

---

[1] Each of the listed parties have consented in writing to accept service of filings in this matter via e-mail until they have filed notices of appearance.  *See* Fed. R. Civ. P. 5(b)(2)(F).

7. **Robert Hoose**
c/o Joshua M. Robbins, counsel for Robert Hoose
Greenberg Gross LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
E-mail address:  JRobbins@GGTrialLaw.com

8. **Docu Prep Center, Inc.**
c/o Joshua M. Robbins, counsel for Docu Prep Center, Inc.'s
agent for service of process Robert Hoose
Greenberg Gross LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
E-mail address:  JRobbins@GGTrialLaw.com

9. **Document Preparation Services, LP**
c/o Joshua M. Robbins, counsel for Document Preparation
Services, LP's agent for service of process Robert Hoose
Greenberg Gross LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
E-mail address:  JRobbins@GGTrialLaw.com

10. **Kenneth Lawson**
c/o William Rothbard, counsel for Kenneth Lawson
Law Offices of William I. Rothbard
2333 Canyonback Road
Los Angeles, California 90049
E-mail address: bill@rothbardlaw.com

11. **XO Media, LLC**
c/o William Rothbard, counsel for XO Media, LLC
Law Offices of William I. Rothbard
2333 Canyonback Road
Los Angeles, California 90049
E-mail address: bill@rothbardlaw.com

12. **Docs Done Right, Inc.**
c/o David Holt, counsel for Docs Done Right, Inc.
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address:  dholt@holtlawoc.com

13. **Docs Done Right, LP**
c/o David Holt, counsel for Docs Done Right, LP
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address:  dholt@holtlawoc.com

**14.  Lend Tech Loans, Inc.**
c/o David Holt, counsel for Lend Tech Loans, Inc.
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address:  dholt@holtlawoc.com

**15.  Eduardo Martinez**
c/o David Holt, counsel for Eduardo Martinez
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address:  dholt@holtlawoc.com

I further certify, pursuant to Local Rule 5-3.2.1, that on this day, March 10, 2020, I caused to be served by Certified Mail, Return Receipt, this filing on each of the following parties:

**16.  Certified Doc Prep, Inc.**
c/o Haithum Abdelfattah
33 Flintridge Ave.
Ladera Ranch, CA 92694

**17.  Certified Doc Prep Services, LP**
c/o Haithum Abdelfattah
33 Flintridge Ave.
Ladera Ranch, CA 92694

**18.  Direct Document Solutions, Inc.**
c/o Jimmy A. Calderon
1221 Viejo Hills Dr.
Lake Forest, CA 92610

**19.  Direct Document Solutions, LP**
c/o David Sklar
26412 Vincente Lugo
Mission Viejo, CA 92692

**20.  Secure Preparation Services, Inc.**
c/o Aaron Sebreros
1515 E. Ocean Blvd.
Long Beach, CA 90802

**21.  Secure Preparation Services, LP**
c/o David Sklar
26412 Vincente Lugo
Mission Viejo, CA 92692

**22.  David Sklar**
26412 Vincente Lugo
Mission Viejo, CA 92692