**PETER D. LEPISCOPO, ESQ. C.S.B. #139583**
LEPISCOPO & ASSOCIATES LAW FIRM
695 Town Center Drive, 7TH Floor
Costa Mesa, California 92626
Telephone: (949) 878-9418
Facsimile: (619) 330-2991

Attorneys for Defendant, **JAWAD NESHEIWAT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION (SANTA ANA)**

| | |
|---|---|
| **BUREAU OF CONSUMER FINANCIAL PROTECTION,**<br><br>Plaintiff,<br><br>v.<br><br>**CHOU TEAM REALTY LLC, *et al.*,**<br><br>Defendants. | Case No. **8:20-cv-00043-JCS-ADS**<br><br>**DEFENDANT JAWAD NESHEIWAT'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>[F.R.Civ.P. Rules 12(b)(7) and 19; L.R. 7-3]<br><br>* This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on 3/2/20.<br><br>DATE: **May 18, 2020**<br>TIME: **1:30 p.m.**<br>COURTROOM: **10-C**<br>JUDGE: **HON. JAMES V. SELNA**<br>TRIAL DATE: **None Set** |

## COMPLIANCE WITH LOCAL RULE 7-3

On March 2, 2020 a conference of counsel was held pursuant Local Rule 7-3.



LEPISCOPO & ASSOCIATES LAW FIRM

## NOTICE OF MOTION AND MOTION TO DISMISS

**TO THE HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE, AND TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 18, 2020, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 10-C of the above-entitled Court, located at the Ronald Reagan Federal Building & United States Courthouse, 411 West 4th Street, Santa Ana, California 92701, pursuant to Rules 12(b)(7) and 19 of the Federal Rules of Civil Procedure, defendant, Jawad Nesheiwat, shall and hereby does move the Court for an order directing the Bureau of Consumer Financial Protection to join Desiree Hoose and Tax Time Relief, Inc. dba Monster Tax Relief as defendants in this action pursuant to Rule 19(a) or the action against defendant Jawad Nesheiwat should be dismissed pursuant to Rule 12(b)(7).

**PLEASE TAKE FURTHER NOTICE** that this motion is based upon this notice and motion and the concurrently filed Memorandum of Points and Authorities, Exhibits 1 through 7, Declaration of Peter D. Lepiscopo, Esq., and Request for Judicial Notice.

Dated: March 10, 2020. **LEPISCOPO & ASSOCIATES LAW FIRM**

By: /s/ Peter D. Lepiscopo
**PETER D. LEPISCOPO**
***Counsel of Record***
Attorneys for Defendant, **JAWAD NESHEIWAT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the Court and all counsel of record via the Court's electronic filing system on March 10, 2020.

Dated: March 10, 2020.

Respectfully submitted,

/s/ Peter D. Lepiscopo .
**PETER D. LEPISCOPO**
***Counsel of Record***

Attorneys for Defendant, **JAWAD NESHEIWAT**

LEPISCOPO & ASSOCIATES LAW FIRM