

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**SAN DIEGO OFFICE**

# EXHIBIT 3

| **MONSTER LOANS'**<br>**LOGOS & SLOGANS** | **MONSTER TAX RELIEF'S**<br>**LOGOS & SLOGANS** |
|---|---|
| monsterloans<br>So easy...it's scary!<br><br>monsterloans<br><br>monsterloans<br>So easy...it's scary! | 1.844.566.5478<br>www.monstertaxrelief.com<br>monstertaxrelief<br>So easy...it's scary!<br><br>Administrative Appeal - Bank Levy Release - Collection Appeal<br>Innocent Spouse Relief - Tax Lien Withdrawal - Wage Garnishment Release<br>Currently Non-Collectible - Filing Compliance - Offer in Compromise<br>Partial Pay Installment Agreement - Penalty Abatement - Statute of Limitations |