

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**SAN DIEGO OFFICE**

# EXHIBIT 6

HUGH NGUYEN
CLERK-RECORDER
12 CIVIC CENTER PLAZA, ROOM 106
POST OFFICE BOX 238
SANTA ANA, CA 92702-0238

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

**20166436829    23.00**
03/29/2016 11:26:00
329 SC3 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| | | | |
|---|---|---|---|
| 1. | Fictitious Business Name(s) MONSTER TAX RELIEF | | (optional) Business Phone No. |
| 1A | [x] New Statement | [ ] Refile - list previous No. | [ ] Change |
| 2. | Street Address, City & State of Principal place of Business (Do not use P.O. box or P.M.B.)  City  State  Zip Code  County<br>23785 EL TORO RD Ste 425  LAKE FOREST, CA  92630  ORANGE | | |
| 3. | Full name of Registered Owner (If Corporation, enter corporation name)<br>TAX TIME RELIEF, INC | | If Corporation / LLC State of Incorporation or organization  CA |
| | Res. / Corp. Address (Do **NOT** use a P.O. Box or P.M.B)<br>23785 EL TORO RD Ste 425 | City<br>LAKE FOREST | State  Zip Code<br>CA  92630 |

4. (CHECK ONE ONLY) This business is conducted by:   [ ] a trust   [ ] a state or local registered domestic partnership
[ ] an individual   [ ] a general partnership   [ ] a limited partnership   [ ] an unincorporated association other than a partnership
[x] a corporation   [ ] a Limited Liability Partnership   [ ] co-partners   [ ] a married couple   [ ] a joint venture   [ ] Limited Liability Co.

5. Have you started doing business yet?
[ ] Yes Insert Date:
[x] No

Notice: This Fictitious Business Name Statement expires five years from the date it was filed in the Office of the County Clerk-Recorder. The statement expires 40 days after any change in the facts is made other than a change in the residences address of the registered owner. A new Fictitious Business Name Statement must be filed before either expiration. When ceasing to transact business under an active Fictitious Business Name Statement, Abandonment shall be filed. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state or common law (see section 14411 et seq., Business and Professions Code).

6. If the registered owner is NOT a corporation, sign below:
(See Instructions on the reverse side of this form)

Signature: _____

(Type or Print Name)

I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

If the registered owner is:
a corporation, an officer of the corporation signs below.
any type of partnership, the general partner signs below.
a limited liability company, a manager or an officer signs below.
TAX TIME RELIEF, INC

Limited Liability Company/Corporation/Partnership Name

_[signature]_

Signature and Title of Officer/Manager or General Partner

I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

DESIREE HOOSE                     OFFICER

Print Name of Officer/Manager or General Partner

**These fees apply at time of filing** (Please provide a self-addressed, stamped, return envelope if mailed):
Filing fee $23.00 for one business name
$7.00 for each additional business name

Page 1 of 1 of Document Number 20166436829


THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

Hugh Nguyen, Clerk-Recorder