**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
LEPISCOPO & ASSOCIATES LAW FIRM
695 Town Center Drive, 7TH Floor
Costa Mesa, California 92626
Telephone: (949) 878-9418
Facsimile: (619) 330-2991

Attorneys for Defendant, **JAWAD NESHEIWAT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| **BUREAU OF CONSUMER FINANCIAL PROTECTION**,<br><br>Plaintiff,<br><br>v.<br><br>**CHOU TEAM REALTY LLC,** *et al.,*<br><br>Defendants. | Case No.  **8:20-cv-00043-JCS-ADS**<br><br>**DECLARATION OF PETER D. LEPISCOPO, ESQ. IN SUPPORT OF DEFENDANT JAWAD NESHEIWAT'S MOTION TO DISMISS**<br><br>[F.R.Civ.P. Rules 12(b)(7) and 19; L.R. 7-3]<br><br>\* This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on 3/2/20.<br><br>DATE:  **May 18, 2020**<br>TIME:  **1:30 p.m.**<br>COURTROOM:  **10-C**<br>JUDGE: **HON. JAMES V. SELNA**<br>TRIAL DATE:  **None Set** |

**DECLARATION OF PETER D. LEPISCOPO, ESQ.**

I, Peter D. Lepiscopo, declare under the penalty of perjury as follows:

1. I am an attorney licensed to practice law in the State of California and a Member of the Bar of this Court. I am over the age of eighteen and have personal knowledge of the matters stated herein, except those stated on information and belief, and as to those I believe them to be true.

2. I am now and have been throughout these proceedings counsel of record for defendant Jawad Nesheiwat ("Defendant" or "Nesheiwat").

3. This motion to dismiss is made following the conference of counsel held pursuant to L.R. 7-3, which took place on 3/2/20. The conference took place with Plaintiff's counsel of record, Colin Reardon and E. Vanessa Assae-Bille, via telephone because my office is located in Orange County, State of California, and Plaintiff's counsel are located in Washington, DC. Unfortunately, Plaintiff's counsel and I could not reach an agreement and, therefore, this motion to dismiss followed.

4. Pursuant to Section J of the Court's 1/13/20 *Initial Order Following Filing of Complaint Assigned to Judge Selna* (ECF No. 7), I have attached a true and correct copy of the Complaint (ECF No. 1) to the motion and marked as Exhibit 1.

5. A true and correct copy of a photograph of a whiteboard diagram that outlines four components gathered under the banner of "3 Whatney," which is shorthand for 3 Whatney Road, Suite 100, Irvine, California 92618, is attached and marked as Exhibit 2 to the motion.

6. I have created a chart that juxtaposes Monster Loans' and Monster Tax Relief's logos and slogans, a true and correct copy of which is attached and marked as Exhibit 3 to the motion.

7. I have downloaded from the California Secretary of State's portal the Articles of Incorporation for Tax Time Relief, Inc. (filed 3/8/16) and the Statement of Information for Tax Time Relief, Inc. (filed 1/13/17), true and correct copies of which are attached and marked as Exhibits 4 and 5 to the motion, respectively.

8. I have obtained a certified copy of Tax Time Relief, Inc.'s fictitious business name statement filed on March 29, 2016 with the Orange County Clerk-Recorder's Office so that Tax Time Relief, Inc. could operate under the fictitious business name, MONSTER TAX RELIEF, a true and correct copy of which is attached and marked as Exhibit 6 to the motion.

9. A true and correct copy of Monster Tax Relief's Facebook page is attached and marked as Exhibit 7 to the motion.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 10th day of March 2020 at Orange County, California.

By: /s/ Peter D. Lepiscopo
    **PETER D. LEPISCOPO**
    *Counsel of Record*
    Attorneys for Defendant, **JAWAD NESHEIWAT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the Court and all counsel of record via the Court's electronic filing system on March 10, 2020.

Dated: March 10, 2020.                                   Respectfully submitted,


/s/ Peter D. Lepiscopo          .
**PETER D. LEPISCOPO**
  *Counsel of Record*

Attorneys for Defendant, **JAWAD NESHEIWAT**

---

**DECLARATION OF PETER D. LEPISCOPO, ESQ. IN SUPPORT OF DEFENDANT JAWAD NESHEIWAT'S MOTION TO DISMISS**
**4**