**PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
LEPISCOPO & ASSOCIATES LAW FIRM
695 Town Center Drive, 7TH Floor
Costa Mesa, California 92626
Telephone: (949) 878-9418
Facsimile: (619) 330-2991

Attorneys for Defendant, **JAWAD NESHEIWAT**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| **BUREAU OF CONSUMER FINANCIAL PROTECTION**, | Case No.  **8:20-cv-00043-JCS-ADS** |
| Plaintiff, | **DEFENDANT JAWAD NESHEIWAT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS** |
| v. | |
| **CHOU TEAM REALTY LLC,** *et al.,* | [F.R.E. Rule 201; F.R.Civ.P. Rules 12(b)(7) and 19;  L.R. 7-3] |
| Defendants. | **\*** This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on 3/2/20. |
| | DATE:  **May 18, 2020** TIME:  **1:30 p.m.** COURTROOM:  **10-C** JUDGE: **HON. JAMES V. SELNA** TRIAL DATE:  **None Set** |

LEPISCOPO & ASSOCIATES LAW FIRM

**DEFENDANT JAWAD NESHEIWAT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**
**1**

## REQUEST FOR JUDICIAL NOTICE

**TO THE HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE, AND TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rule 201 of the Federal Rules of Evidence defendant Jawad Nesheiwat hereby requests the Court to judicially notice the following records of this Court, Exhibit 1, the California Secretary of State, Exhibits 4 and 5, and the Orange County Clerk-Recorder's Office, Exhibit 6, attached to the motion:

| GOVERNMENT AGENCY | DOCUMENT |
|---|---|
| U.S. District Court, Central District of California | Exhibit 1: Complaint (ECF No. 1) in *Bureau of Consumer Financial Protection v. Chou Team Realty* LLC, *et al., Case No.* 8:20-cv-00043-JCS-ADS |
| California Secretary of State | Exhibit 4: Articles of Incorporation for Tax Time Relief, Inc., filed 3/8/2016 |
| California Secretary of State | Exhibit 5: Statement of Information for Tax Time Relief, Inc., filed 1/13/2017 |
| Orange County Clerk-Recorder | Exhibit 6: Fictitious Business Name Statement for Tax Time Relief, Inc. dba Monster Tax Relief, recorded 3//20/16 |

Dated:  March 10, 2020.        **LEPISCOPO & ASSOCIATES LAW FIRM**

By:  /s/ Peter D. Lepiscopo_____
**PETER D. LEPISCOPO**
*Counsel of Record*
Attorneys for Defendant, **JAWAD NESHEIWAT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the Court and all counsel of record via the Court's electronic filing system on March 10, 2020.

Dated: March 10, 2020.                    Respectfully submitted,


                                          /s/ Peter D. Lepiscopo        .
                                          **PETER D. LEPISCOPO**
                                            *Counsel of Record*

                                          Attorneys   for   Defendant,   **JAWAD
                                          NESHEIWAT**