1   **PETER D. LEPISCOPO, ESQ.  C.S.B.  #139583**
2   LEPISCOPO & ASSOCIATES LAW FIRM
    695 Town Center Drive, 7TH Floor
3   Costa Mesa, California 92626
4   Telephone: (949) 878-9418
    Facsimile: (619) 330-2991
5
6   Attorneys for Defendant, **JAWAD NESHEIWAT**
7
8
9                 **UNITED STATES DISTRICT COURT**
10
11  **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION (SANTA ANA)**

| | |
|---|---|
| **BUREAU OF CONSUMER FINANCIAL PROTECTION,** | Case No.  **8:20-cv-00043-JCS-ADS** |
| Plaintiff, | **NOTICE OF LODGMENT:** |
| v. | **[PROPOSED] ORDER RE: DEFENDANT JAWAD NESHEIWAT'S MOTION TO DISMISS** |
| **CHOU TEAM REALTY LLC, et al.,** | |
| Defendants. | [F.R.Civ.P. Rules 12(b)(7) and 19; L.R. 7-3] |
| | ***** This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on 3/2/20. |
| | DATE:  **May 18, 2020** |
| | TIME:  **1:30 p.m.** |
| | COURTROOM: **10-C** |
| | JUDGE: **HON. JAMES V. SELNA** |
| | TRIAL DATE:  **None Set** |

LEPISCOPO & ASSOCIATES LAW FIRM

## NOTICE OF LODGMENT

**TO THE HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE, AND TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that attached hereto is the [*PROPOSED*] ORDER RE: MOTION TO DIMISS [ECF 56].

Dated:  March 11, 2020.                   LEPISCOPO & ASSOCIATES LAW FIRM

By:  /s/ Peter D. Lepiscopo_____
        **PETER D. LEPISCOPO**
        *Counsel of Record*
        Attorneys for Defendant, **JAWAD NESHEIWAT**

LEPISCOPO & ASSOCIATES LAW FIRM

## **DOCUMENTS SERVED**

I, Peter D. Lepiscopo, counsel of record for defendant, Jawad Nesheiwat, hereby certify that the following documents have been served in the manner set forth below:

**1.**    Notice of Lodgment re:  Motion to Dismiss;

**2.**    [PROPOSED] ORDER RE: MOTION TO DISMISS.

## **CERTIFICATE OF SERVICE—CM/ECF**

I hereby certify that true and correct copies of the foregoing documents have been served on the Court and all counsel of record, who have appeared in this action, via the Court's electronic filing system on March 11, 2020.

## **CERTIFICATE OF SERVICE—ELECTRONIC MAIL**

I hereby certify that pursuant to Local Rule 5-3.2.1 that on this day, March 11, 2020, I caused to be served by e-mail[1] the foregoing documents on each of the following parties:

**1. Bilal Abdelfattah a/k/a Belal Abdelfattah a/k/a Bill Abdel**
**c/o Nader Nuru, counsel for Bilal Abdelfattah**
13668 Heatherwood Dr.
Corona, CA 92880
E-mail address: nadernurulaw@gmail.com

---

[1]    Each of the listed parties have consented in writing to accept service of filings in this matter via e-mail until they have filed notices of appearance. See Fed. R. Civ. P. 5(b)(2)(F).

LEPISCOPO & ASSOCIATES LAW FIRM

**2. Thomas Chou**
c/o Sean P. Burke, counsel for Thomas Chou
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
E-mail address: Sean.Burke@mbcblaw.com

**3. Chou Team Realty, LLC**
c/o Sean P. Burke, counsel for Chou Team Realty, LLC
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
E-mail address: Sean.Burke@mbcblaw.com

**4. Sean Cowell**
c/o Sean P. Burke, counsel for Sean Cowell
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
E-mail address: Sean.Burke@mbcblaw.com

**5. Cre8Labs, Inc.**
c/o Sean P. Burke, counsel for Cre8labs, Inc.
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
E-mail address: Sean.Burke@mbcblaw.com

**6. TDK Enterprises, LLC**
c/o Sean P. Burke, counsel for TDK Enterprises, LLC
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
E-mail address: Sean.Burke@mbcblaw.com

**7. Robert Hoose**

c/o Joshua M. Robbins, counsel for Robert Hoose
Greenberg Gross LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626  E-mail address: JRobbins@GGTrialLaw.com

**8. Docu Prep Center, Inc.**

c/o Joshua M. Robbins, counsel for Docu Prep Center, Inc.'s
agent for service of process Robert Hoose
Greenberg Gross LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
E-mail address: JRobbins@GGTrialLaw.com

**9. Document Preparation Services, LP**

c/o Joshua M. Robbins, counsel for Document Preparation
Services, LP's agent for service of process Robert Hoose
Greenberg Gross LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
E-mail address: JRobbins@GGTrialLaw.com

**10. Kenneth Lawson**

c/o William Rothbard, counsel for Kenneth Lawson
Law Offices of William I. Rothbard
2333 Canyonback Road
Los Angeles, California 90049
E-mail address: bill@rothbardlaw.com

**11. XO Media, LLC**

c/o William Rothbard, counsel for XO Media, LLC
Law Offices of William I. Rothbard
2333 Canyonback Road
Los Angeles, California 90049
E-mail address: bill@rothbardlaw.com

**12. Docs Done Right, Inc.**
c/o David Holt, counsel for Docs Done Right, Inc.
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address: dholt@holtlawoc.com

**13. Docs Done Right, LP**
c/o David Holt, counsel for Docs Done Right, LP
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address: dholt@holtlawoc.com

**14. Lend Tech Loans, Inc.**
c/o David Holt, counsel for Lend Tech Loans, Inc.
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address: dholt@holtlawoc.com

**15. Eduardo Martinez**
c/o David Holt, counsel for Eduardo Martinez
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address: dholt@holtlawoc.com

## CERTIFICATE OF SERVICE—REGULARL U.S. MAIL

I hereby certify pursuant to Local Rule 5-3.2.1 that on this day, March 11,

2020, I caused to be served by regular U.S. Mail the foregoing documents on each

of the following parties:

**16. Certified Doc Prep, Inc.**
c/o Haithum Abdelfattah
33 Flintridge Ave.

LEPISCOPO & ASSOCIATES LAW FIRM

Ladera Ranch, CA 92694

**17. Certified Doc Prep Services, LP**
c/o Haithum Abdelfattah
33 Flintridge Ave.
Ladera Ranch, CA 92694

**18. Direct Document Solutions, Inc.**
c/o Jimmy A. Calderon
1221 Viejo Hills Dr.
Lake Forest, CA 92610

**19. Direct Document Solutions, LP**
c/o David Sklar
26412 Vincente Lugo
Mission Viejo, CA 92692

**20. Secure Preparation Services, Inc.**
c/o Aaron Sebreros
1515 E. Ocean Blvd.
Long Beach, CA 90802

**21. Secure Preparation Services, LP**
c/o David Sklar
26412 Vincente Lugo
Mission Viejo, CA 92692

**22. David Sklar**
26412 Vincente Lugo
Mission Viejo, CA 92692

Dated: March 11, 2020.                    Respectfully submitted,

/s/ Peter D. Lepiscopo        .
**PETER D. LEPISCOPO**
 *Counsel of Record*

Attorneys for Defendant, **JAWAD NESHEIWAT**