COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA  94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>Plaintiff,<br><br>vs.<br><br>Chou Team Realty, LLC et al.,<br><br>Defendants. | Case No.: 8-20-cv-00043-JVS-ADS<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Bureau of Consumer Financial Protection ("Bureau") and Defendants Eduardo Martinez ("Martinez"), David Sklar ("Sklar"), Docs Done Right, Inc., Docs Done Right, LP, and Lend Tech Loans, Inc. (collectively, "Defendants") stipulate as follows:

1. The Complaint in this matter was filed on or about January 9, 2020.

2. Martinez, Docs Done Right, Inc., Docs Done Right, LP, and Lend Tech Loans, Inc. each waived service of summons of the Complaint on or about February 4, 2020. (ECF 30, 31, 32, 44.)

3. The deadline for Martinez, Docs Done Right, Inc., and Docs Done Right, LP to answer or otherwise respond to the Complaint was originally March 10, 2020.

4. Lend Tech Loans, Inc.'s deadline to answer or otherwise respond to the Complaint was originally March 30, 2020.

5. On March 10, 2020, this Court granted a stipulated extension of time extending the due date for Martinez, Docs Done Right, Inc., Docs Done Right, LP, and Lend Tech Loans, Inc.'s responses to April 9, 2020. (ECF 54.) The parties sought that extension to allow adequate time to engage in settlement negotiations. (ECF 50.)

6. Separately, on February 12, 2020, the Bureau served a copy of the Complaint and summons on Sklar through a process server. (ECF 37.)

7. The deadline for Sklar to answer or otherwise respond to the Complaint was originally February 27, 2020.

8. On March 3, 2020, the Court granted Sklar's pro se request for a 45-day extension of time to respond to the Complaint, which he sought in order to have additional time to retain counsel. (ECF 46, 49.) Sklar subsequently retained the undersigned counsel and expressed interest in pursuing settlement discussions with the Bureau.

9. Counsel for the Bureau and Defendants have jointly agreed to request a further extension for the filing of Defendants' responsive pleadings to and including May 8, 2020, in order to facilitate continuation of settlement discussions. Since the previous stipulation, settlement discussions have been delayed because counsel for Defendants has needed to attend to family

obligations. Counsel's mother has been in hospice care, and he has had to unexpectedly help his daughter move home from college due to the COVID-19 epidemic. The Bureau and Defendants believe that an extension of twenty-nine (29) days for Martinez, Docs Done Right, Inc., Docs Done Right, LP, and Lend Tech Loans, Inc. and of twenty-three (23) days for Sklar will afford adequate time for negotiations to resume and for the parties to determine if a settlement, or at least substantial progress toward a settlement, can be reached.

10.  This is the second stipulation to extend time filed by the Bureau and Defendants Martinez, Docs Done Right, Inc., Docs Done Right, LP, and Lend Tech Loans, Inc. Sklar also previously requested and received an extension of time.

11.  All signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

**For Bureau of Consumer Financial Protection:**

Dated April 6, 2020         Respectfully Submitted,

/s/ Colin Reardon
Leanne E. Hartmann
E. Vanessa Assae-Bille (*pro hac vice*)
Colin Reardon (*pro hac vice*)
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**For Defendants Eduardo Martinez, David Sklar, Docs Done Right, Inc., Docs Done Right, LP, and Lend Tech Loans, Inc.:**

Dated April 6, 2020         /s/ David C. Holt
David C. Holt
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780