# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br><br> Plaintiff, <br><br> vs. <br><br> Chou Team Realty, LLC et al., <br><br> Defendants. | Case No.: 8-20-cv-00043-JVS-ADS <br><br> **DECLARATION OF COLIN REARDON IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANTS FRANK ANTHONY SEBREROS AND ASSURE DIRECT SERVICES, INC.** |

I, Colin Reardon, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Litigation Counsel for Plaintiff Bureau of Consumer Financial Protection ("Bureau") and lead counsel in this action. My business address is 1700 G Street, NW, Washington, D.C. 20552.

2. The facts set forth in this declaration are based on my personal knowledge or information made known to me in the course of my official duties.

3. The Bureau filed its Complaint in this action on January 9, 2020. The Complaint includes claims against several defendants, including, as relevant here, Defendants Frank Anthony Sebreros ("Sebreros") and Assure Direct Services, Inc. ("ADS, Inc.") (collectively, "Defendants").

4. I have directed the Bureau's efforts to serve the Defendants with a copy of the Complaint and summonses issued to them in this civil action.

5. According to Articles of Incorporation for ADS, Inc. filed with the California Secretary of State in August 2016, Sebreros is the company's designated agent for service of process, and the following address is both the address for service of process and corporate address: 23785 El Toro Road, Suite

DECLARATION OF COLIN REARDON IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANTS FRANK ANTHONY SEBREROS AND ASSURE DIRECT SERVICES, INC.

1

467, Lake Forest, CA 92630.  Attached as Exhibit A is a true and correct copy of the Articles of Incorporation for ADS, Inc.

6. The California Secretary of State website currently lists Sebreros as ADS, Inc.'s agent and identifies the entity's address and mailing address as 23785 El Toro Road, Suite 467, Lake Forest, CA 92630.  The website identifies ADS, Inc.'s status as suspended.  Attached as Exhibit B is a true and correct copy of a PDF print-out from the California Secretary of State website concerning Assure Direct Services, Inc. created on April 6, 2020.

7. Before filing this action, the Bureau obtained evidence, including testimony under oath, that ADS, Inc. ceased operations in or around September 2017.

8. Because Sebreros is both an individual defendant and the registered agent for service of process for ADS, Inc., and because ADS, Inc. ceased operations in or around September 2017, the Bureau has focused on trying to serve them both by personally delivering summonses and the Complaint to Sebreros.

9. After this action was filed, Bureau investigator Dani Schneider searched confidential databases for contact information for Sebreros, which yielded three recent addresses associated with him.  *See* Schneider Decl.

10. The Bureau hired the company First Legal Support Services ("First Legal") to try to serve Sebreros at those addresses in his capacity as an individual defendant and as the registered agent for ADS, Inc.  First Legal's efforts to serve Sebreros are described in process server affidavits filed with the Bureau's motion.  *See* Harrigan Aff.; Alvarado Aff.

11. Before filing this action, the Bureau obtained testimony from Defendant Eduardo Martinez ("Martinez") that Sebreros has a brother named Steve Ortega.  In the testimony, Martinez refers to Frank Anthony Sebreros by

DECLARATION OF COLIN REARDON IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANTS FRANK ANTHONY SEBREROS AND ASSURE DIRECT SERVICES, INC.

2

his middle name Anthony. Attached as Exhibit C is a true and correct copy of excerpts from the March 27, 2019 investigational hearing of Martinez.

12. Because it appeared that Sebreros had moved out of Santa Ana Apartment #2,[1] on March 12, 2017 I authorized First Legal to conduct a skip trace to identify the current addresses for Sebreros and his two brothers, Steve Ortega and Aaron Sebreros.

13. First Legal provided the results of the skip trace to the Bureau on March 17, 2020. The skip trace did not identify a new address for Sebreros.

14. The skip trace identified Santa Ana Apartment #1 as the likely current address for Ortega.

15. The skip trace identified an address in Long Beach, California as the likely current address for Aaron Sebreros. The Bureau had previously served Aaron Sebreros, who is the registered agent for Defendant Secure Preparation Services, Inc., at that address on January 30, 2020, as evidenced by the proof of service on file in this action. *See* ECF 26.

16. In addition to attempting to serve Sebreros and ADS, Inc. through process servers, I have also made several attempts to contact Sebreros informally to arrange services.

17. On January 15, 2020, I left Sebreros a voicemail at 949-312-8650, which appears as Sebreros' phone number on records that the Bureau obtained during its investigation. In that voicemail, I identified myself as an attorney for the Bureau, informing Sebreros of this lawsuit, and requesting that he return my phone call. On April 3, 2020, I again attempted to reach him at that number, but it was out of service.

---

[1] "Santa Ana Apartments #1 and #2" refer to the same apartments identified in the Bureau's memorandum in support of its motion to extend time and the process server affidavits.

DECLARATION OF COLIN REARDON IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANTS FRANK ANTHONY SEBREROS AND ASSURE DIRECT SERVICES, INC.

3

18. On April 3, 2020, I attempted to reach Sebreros at the other numbers identified by Bureau investigator Dani Schneider: (1) 949-357-8992; (2) 714-852-3496; and (3) 714-254-5065. The first two phone numbers were out of service or otherwise non-functional. I left a voicemail at the third number, 714-254-5065, identifying myself as an attorney for the Bureau, informing Sebreros of this lawsuit, and requesting that he return my phone call.

19. On April 3, 2020, I emailed a copy of the Complaint and summonses for Sebreros and ADS, Inc. to fsebreros@gmail.com, an email address for Sebreros that appears on records the Bureau obtained during its investigation. Attached as Exhibit D to this declaration is a true and correct copy of my April 3, 2020 email (not including its attachments).

20. To date, I have not received any response from Sebreros to my voicemails and email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 8, 2020

/s/ Colin Reardon
Colin Reardon
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorney for Plaintiff Bureau of Consumer Financial Protection*

DECLARATION OF COLIN REARDON IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANTS FRANK ANTHONY SEBREROS AND ASSURE DIRECT SERVICES, INC.

4

# EXHIBIT A

| ARTS-GS | **Articles of Incorporation of a General Stock Corporation** |
|---|---|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

**FILED**
Secretary of State
State of California
AUG 22 2016

1 PC   This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm.

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is **Assure Direct Services, Inc.**

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. **Frank Anthony Sebreros**
   *Agent's Name*

   b. **23785 El Toro Road, Suite 467, Lake Forest   CA 92630**
   *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box   City (no abbreviations)   State   Zip*

**Corporate Addresses**

④ a. **23785 El Toro Road, Suite 467, Lake Forest, CA 92630**
   *Initial Street Address of Corporation - Do not list a P.O. Box   City (no abbreviations)   State   Zip*

   b. _____
   *Initial Mailing Address of Corporation, if different from 4a   City (no abbreviations)   State   Zip*

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.
   The total number of shares which this corporation is authorized to issue is **1000**.

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ [signature]                                **Bilal Abdelfattah**
  *Incorporator - Sign here*                  *Print your name here*

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State<br>Business Entities, P.O. Box 944260<br>Sacramento, CA 94244-2600 | Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-GS (REV 03/2014)
2014 California Secretary of State
www.sos.ca.gov/business/be

# EXHIBIT B

**Alex Padilla
California Secretary of State**


# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, April 5, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3938356    ASSURE DIRECT SERVICES, INC.

| | |
|---|---|
| **Registration Date:** | 08/22/2016 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | FTB SUSPENDED |
| **Agent for Service of Process:** | FRANK ANTHONY SEBREROS |
| | 23785 EL TORO RD STE 467 |
| | LAKE FOREST CA 92630 |
| **Entity Address:** | 23785 EL TORO RD STE 467 |
| | LAKE FOREST CA 92630 |
| **Entity Mailing Address:** | 23785 EL TORO RD STE 467 |
| | LAKE FOREST CA 92630 |

| Document Type | File Date | PDF |
|---|---|---|
| REGISTRATION | 08/22/2016 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

[ Modify Search ]   [ New Search ]   [ Back to Search Results ]

# EXHIBIT C

Page 1

CONSUMER FINANCIAL PROTECTION BUREAU

In the Matter of:           )
                            ) Case No. 2017-1876-02
QUICKDEBTSERVICES, LLC      )

                            Wednesday,
                            March 27, 2019

                            Federal Building
                            Room 7516
                            300 North Los Angeles Street
                            Los Angeles, California

The investigational hearing testimony of EDWARD AVALOS MARTINEZ commenced, pursuant to notice, at 9:12 a.m.

\* \* \*

```
                                                               Page 2
 1    APPEARANCES:

 2
      For the CONSUMER FINANCIAL PROTECTION BUREAU:
 3
          CONSUMER FINANCIAL PROTECTION BUREAU
 4        BY: COLIN T. REARDON, ESQ.
              E. VANESSA ASSAE-BILLE, ESQ.
 5        1700 G Street, NW
          Washington, DC 20552
 6        (202) 435-9668
          (202) 435-7699
 7        colin.reardon@cfpb.gov
          elisabeth.assae-bille@cfpb.gov
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  thought it was a conspiracy just to remove him only.
2  Which it wasn't.
3      Q    BY MR. REARDON:  So I think that covers what
4  Jawad and Robert did after the original student loan
5  companies closed in September 2017.  I want to ask about
6  a couple other people.
7          Tera Wray, I think you said earlier, got
8  involved with the Olive company?
9      A    Olive Branch.
10     Q    And that's a debt settlement company?
11     A    Debt settlement, yes.
12     Q    How about Aaron Sebreros and Mark Nevarez?
13 What happened to them?
14     A    Aaron Sebreros is with Direct Prep, with
15 Anthony, his brother.
16          And Mark Nevarez went to go be a gardener.  He
17 brings the plants to offices and he landscapes.
18     Q    So he just got out of this altogether?
19     A    He had a bad taste of it and got out.
20     Q    Are you still in touch with Mark Nevarez?
21     A    I could make a phone call and he would answer
22 the phone, but I haven't talked to him in probably over
23 a year, I think.
24     Q    For Aaron Sebreros, what is his role at Direct
25 Prep?

Page 216

```
 1     A    That company's closed now.  But he was one of
 2   the chiefs.  That company had five chiefs.  So it was
 3   Anthony and Bill, then they decided to put Aaron as the
 4   boss underneath them.  And Steve was the owner of that
 5   company, Steve --
 6     Q    Ortega?
 7     A    Ortega.  You guys know their relation to Steve
 8   Ortega.
 9     Q    No.  Tell us about that.
10     A    That's their youngest brother.
11          MS. ASSAE-BILLE:  Youngest brother of who?
12          THE WITNESS:  Anthony and Aaron.
13     Q    BY MR. REARDON:  So he has a different last
14   name.
15     A    I imagine.  But they all look the same, so
16   there's no denying.
17     Q    You said there were five?  Who is the fifth
18   one?
19     A    Oh, I might have been exaggerating.  You know
20   how there's like an office of ten and five of them are
21   chiefs?  There was -- actually, maybe five.  Bill,
22   Anthony, Stevie, Aaron, and Liz Delgado.  That is five.
23   And Liz went to go run Preferred.
24     Q    How about David Sklar?  What happened to him
25   after the company shut down?
```

# EXHIBIT D

# Reardon, Colin (CFPB)

| | |
|---|---|
| **From:** | Reardon, Colin (CFPB) |
| **Sent:** | Friday, April 03, 2020 4:35 PM |
| **To:** | fsebreros@gmail.com |
| **Cc:** | Assae-Bille, Vanessa (CFPB) |
| **Subject:** | CFPB v. Chou Team Realty, LLC, et al., No. 20-cv-43 (C.D. Cal.) |
| **Attachments:** | 1 - Complaint.pdf; 13.1 - Summons ADS Inc.pdf; 13.11 - Summons Sebreros.pdf |
| **Importance:** | High |

Mr. Sebreros,

I am an enforcement attorney at the Consumer Financial Protection Bureau ("Bureau").

On January 9, 2020, the Bureau filed a lawsuit against you and several other defendants, including a company for which you are the registered agent for service of process, Assure Direct Services, Inc.

The Bureau has been attempting to reach you since January in order to serve you and Assure Direct Services, Inc. with the attached Complaint and summonses.

Please contact me <u>immediately</u> by replying to this email or calling 202-570-6740 and provide your current address and phone number so that we can arrange service.

Colin

Colin Reardon
Senior Litigation Counsel | Office of Enforcement
Office: (202) 435-9668 | Mobile: (202) 570-6740

Consumer Financial Protection Bureau
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.