# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, | Case No.: 8-20-cv-00043-JVS-ADS |
| Plaintiff, | |
| vs. | **DECLARATION OF DANI SCHNEIDER** |
| Chou Team Realty, LLC et al., | |
| Defendants. | |

I, Dani Schneider, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an investigator for Plaintiff Bureau of Consumer Financial Protection ("Bureau") and have been assigned to assist in this action. My business address is 1700 G Street, NW, Washington, D.C. 20552.

2. The facts set forth in this declaration are based on my personal knowledge or information made known to me in the course of my official duties.

3. I reviewed resources and confidential databases available to me at the Bureau to locate contact information for Frank Anthony Sebreros ("Sebreros").

4. My investigation identified three possible home addresses in Orange County, California associated with Sebreros: an apartment in Irvine ("Irvine Apartment") and two different apartments located at the same street address in Santa Ana ("Santa Ana Apartments #1 and #2"). Each address was identified as being associated with Sebreros as recently as November 2019 or later.

5. My investigation identified the following four phone numbers associated with Sebreros: (1) 949-312-8650; (2) 949-357-8992; (3) 714-852-3496; and (4) 714-254-5065.

6. Because of the COVID-19 epidemic, I am working from home and do not have ready access to a scanner. I am therefore signing this declaration using an electronic signature through Adobe Acrobat.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 8, 2020

                                            Dani Schneider
                                            Investigator
                                            Bureau of Consumer Financial Protection
                                            1700 G Street, NW
                                            Washington, D.C. 20552