**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

Bureau of Consumer Financial Protection, )

            Plaintiff, )

       vs. )

Chou Team Realty, LLC et al., )

            Defendants. )

Case No.: 8-20-cv-00043-JVS-ADS

**DECLARATION OF
FRANK HARRIGAN**

I, Frank Harrigan, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am a Process Server working with First Legal and have been assigned to assist in this action.  I am a California registered process server with Orange County registration number 1530.  My business address is 1517 W. Beverly Blvd., Los Angeles, CA 90026.

    2.    The facts set forth in this declaration are based on my personal knowledge.

    3.    The Bureau of Consumer Financial Protection ("Bureau") retained First Legal to serve process on Frank Anthony Sebreros ("Sebreros") in his capacity as an individual defendant and as the registered agent for service of process for Assure Direct Services ("ADS, Inc.").

    4.    Each of my service attempts described in this declaration were attempts serve Sebreros as both an individual defendant and as the registered agent for ADS, Inc.

    5.    The Bureau provided First Legal with copies of (1) the Complaint in this action; (2) summonses for Sebreros and ADS, Inc.; and the (3) Initial Order Following Filing of Complaint Assigned to Judge Selna.  I was prepared to serve each of those documents during each of the service attempts described in this declaration.

6.      The Bureau provided First Legal with the addresses of apartments associated with Sebreros in Orange County, which at the direction of Bureau counsel I am referring to as the "Irvine Apartment," "Santa Ana Apartment #1" and "Santa Ana Apartment #2."

7.      I was assigned to attempt to serve Sebreros at each of the three addresses.

8.      On January 23, 2020, at 6:35 P.M., I attempted to serve Sebreros at the Irvine Apartment, which is part of a large apartment building. When I arrived at the building, there was significant security. The floor of the unit where I was to effectuate service could only be accessed with assistance from the concierge.  However, the concierge and security for the building informed me that they do not allow process servers to enter their building and attempt service.

9.      On January 24, 2020, at 10:50 A.M., I returned to the address of the Irvine Apartment to attempt service.  I spoke with Nicole Sandoval, the general manager of the apartment building.  Ms. Sandoval confirmed that the building does not allow process servers access to tenants.

10.      As a result, I was unable to serve Sebreros at the Irvine Apartment. First Legal reported the results of my attempts to the Bureau.

11.      The Bureau then requested that I attempt to serve Sebreros at "Santa Ana Apartment #1."

12.      On January 24, 2020, at 8:15 P.M., I attempted to serve Sebreros at Santa Ana Apartment #1.  When I arrived at the apartment complex, I observed that Sebreros' name was listed in the directory downstairs.  The location was a fourth floor apartment unit inside a secure apartment building.  Access was required to enter the building and take the elevator.  There was a security guard outside, but no concierge.  I was able to access the floor of the apartment unit

associated with Sebreros with assistance from a building resident.  However, no one answered the door.

13.     On January 26, 2020, at 6:10 P.M, I made a second attempt to serve Sebreros at Santa Ana Apartment #1, and additional attempts on January 28, 2020, at 7:10 A.M.; January 28, 2020, at 7:35 P.M.; and January 29, 2020, at 5:05 P.M.  On each of these attempts to effectuate service, no one answered the door and there was no activity inside Santa Ana Apartment #1.

14.     On January 30, 2020, at 11:45 A.M., I again attempted to serve Sebreros at Santa Ana Apartment #1.  I spoke with an individual named Michael in the leasing office who said that Sebreros did not live in this apartment unit.  I then asked whether Sebreros lived in Santa Ana Apartment #2.  Michael said that he could not confirm this information but insinuated with a nod that this was a good address, and said "I didn't give you any information."

15.     During this same attempt to serve the Defendants, I located Santa Ana Apartment #2, which was on the outside of the building.  I spoke to a Hispanic male, aged approximately 25 to 30 years old, 5 feet 8 to 9 inches tall, and weighing 165 pounds.  The individual said that his name was Steve Ortega, and that he had never heard of Sebreros. I then tried calling Sebreros from directory at the gate, but the dial did not go through.

16.     On January 31, 2020, at 8:45 P.M., and again on February 1, 2020, at 7:40 A.M., I attempted service on the Defendants at Santa Ana Apartment #2. A light appeared to be on inside the apartment unit, but there was no movement or activity. No one answered the door in either attempt.

17.     On February 2, 2020, at 6:45 P.M., I made an additional attempt to serve the Defendants at the address of Santa Ana Apartment #2.  No one

answered the door, and I did not hear or see any activity.  I could not tell if people were home and not answering.  The blinds were closed.

18.    I was therefore unable to serve the Defendants at either Santa Ana Apartment #1 or #2.  I reported the results of my attempts to serve the Defendants to the Bureau.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 7, 2020

Frank Harrigan