COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA  94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>Plaintiff,<br><br>vs.<br><br>Chou Team Realty, LLC, et al.,<br><br>Defendants. | Case No.: 8-20-cv-00043-JVS-ADS<br><br>**APPLICATION FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS WHO FAILED TO APPEAR** |

Plaintiff Bureau of Consumer Financial Protection ("Bureau") requests that the Clerk of Court enter default against the following Defendants under Federal Rule of Civil Procedure 55(a), on the ground that they have each failed to timely appear, answer, or otherwise defend this action:

1. Docu Prep Center, Inc., d/b/a DocuPrep Center, d/b/a Certified Document Center;

2. Document Preparation Services, LP, d/b/a DocuPrep Center, d/b/a Certified Document Center;

3. Certified Doc Prep Services, LP;

4. Direct Document Solutions, Inc.;

5. Direct Document Solutions, LP;

6. Secure Preparation Services, Inc.;

7. Secure Preparation Services, LP; and

8. Bilal Abdelfattah, a/k/a Belal Abdelfattah, a/k/a Bill Abdel.

Plaintiff served the summons and Complaint upon, or requested and received waivers of service from, each of these Defendants between January 16, 2020, and February 6, 2020, as evidenced by the proofs and waivers of service on file with this Court.  None of these Defendants have answered, moved to dismiss, or otherwise appeared in this action, and the time within which they may appear has expired.

    The above-stated facts are set forth in the accompanying declaration of Colin Reardon.

Dated: April 9, 2020

Respectfully Submitted,

/s/ Colin Reardon
Leanne E. Hartmann
Colin Reardon (*pro hac vice*)
E. Vanessa Assae-Bille (*pro hac vice*)
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*