COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA  94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>Plaintiff,<br><br>vs.<br><br>Chou Team Realty, LLC et al.,<br><br>Defendants. | Case No.: 8-20-cv-00043-JVS-ADS<br><br>**DECLARATION OF COLIN REARDON IN SUPPORT OF APPLICATION FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS WHO FAILED TO APPEAR** |

I, Colin Reardon, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Litigation Counsel for Plaintiff Bureau of Consumer Financial Protection ("Bureau") and lead counsel in this action.  My business address is 1700 G Street, NW, Washington, D.C. 20552.

2. The facts set forth in this declaration are based on my personal knowledge or information made known to me in the course of my official duties.

Declaration of Colin Reardon in Support of Application for Clerk to Enter Default
Against Defendants Who Failed to Appear

1

3.     The Bureau filed its Complaint in this action on January 9, 2020. The Complaint includes claims against several defendants, including, as relevant here, Defendants Docu Prep Center, Inc., d/b/a DocuPrep Center, d/b/a Certified Document Center; Document Preparation Services, LP, d/b/a DocuPrep Center, d/b/a Certified Document Center; Certified Doc Prep Services, LP; Direct Document Solutions, Inc.; Direct Document Solutions, LP; Secure Preparation Services, Inc.; Secure Preparation Services, LP; and Bilal Abdelfattah, a/k/a Belal Abdelfattah, a/k/a Bill Abdel (collectively, "Defaulting Defendants").

4.     On January 31, 2020, Docu Prep Center, Inc. waived personal service and accepted a copy of the Complaint.  The waiver of service was signed by Joshua Robbins, an attorney who represents Docu Prep Center, Inc.'s agent for service of process Robert Hoose.  The waiver of service has been filed in this action. (ECF 28.)

5.     Docu Prep Center, Inc.'s deadline to answer or otherwise respond to the Complaint was March 23, 2020.

6.     On January 31, 2020, Document Preparation Services, LP waived personal service and accepted a copy of the Complaint.  The waiver of service was signed by Joshua Robbins, an attorney who represents Document Preparation Services, LP's agent for service of process Robert Hoose.  The waiver of service has been filed in this action. (ECF 29.)

7.     Document Preparation Services, LP's deadline to answer or otherwise respond to the Complaint was March 23, 2020.

8.     On February 3, 2020, a process server personally served a summons and a copy of the Complaint on Haithum Abdelfattah, who is the registered agent for service of process for Certified Doc Prep Services, LP.  The proof of service has been filed in this action. (ECF 34.)

DECLARATION OF COLIN REARDON IN SUPPORT OF APPLICATION FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS WHO FAILED TO APPEAR

2

9. Certified Doc Prep Services, LP's deadline to answer or otherwise respond to the Complaint was February 24, 2020.

10. On January 16, 2020, a process server personally served a copy of the summons and the Complaint on Jimmy A. Calderon, who is the registered agent for service of process for Direct Document Solutions, Inc. The proof of service has been filed in this action. (ECF 25.)

11. Direct Document Solutions, Inc.'s deadline to answer or otherwise respond to the Complaint was February 7, 2020.

12. On February 6, 2020, a process server personally served a copy of the summons and the Complaint on David Sklar, who is the registered agent for service of process for Direct Document Solutions, LP. The proof of service has been filed in this action. (ECF 38.)

13. Direct Document Solutions, LP's deadline to answer or otherwise respond to the Complaint was February 27, 2020.

14. On January 23, 2020, a process server personally served a copy of the summons and the Complaint on Aaron Sebreros, who is the registered agent for service of process for Secure Preparation Services, Inc. The proof of service has been filed in this action. (ECF 26.)

15. Secure Preparation Services, Inc.'s deadline to answer or otherwise respond to the Complaint was February 13, 2020.

16. On February 6, 2020, a process server personally served a copy of the summons and the Complaint on David Sklar, who is the registered agent for service of process for Secure Preparation Services, LP. The proof of service was filed in this action. (ECF 41.)

17. Secure Preparation Services, LP's deadline to answer or otherwise respond to the Complaint was February 27, 2020.

DECLARATION OF COLIN REARDON IN SUPPORT OF APPLICATION FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS WHO FAILED TO APPEAR

3

18. On January 28, 2020 Bilal Abdelfattah, a/k/a Belal Abdelfattah, a/k/a Bill Abdel ("Abdelfattah") waived personal service and accepted a copy of the Complaint. The waiver of service was signed by Nader Nuru, an attorney who represents Abdelfattah, and has been filed in this action. (ECF 15.)

19. Abdelfattah's deadline to answer or otherwise respond to the Complaint was March 23, 2020.

20. No Defaulting Defendant has answered, moved to dismiss, or otherwise appeared in this action, and the time within which Defaulting Defendants may appear has expired.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 9, 2020

/s/ Colin Reardon
Colin Reardon (*pro hac vice*)
E. Vanessa Assae-Bille (*pro hac vice*)
Leanne E. Hartmann

Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

DECLARATION OF COLIN REARDON IN SUPPORT OF APPLICATION FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANTS WHO FAILED TO APPEAR

4