William I. Rothbard
Law Offices of William I. Rothbard
2333 Canyonback Rd.
Los Angeles, CA 90049
Telephone: (310) 453-8713
Email: Bill@Rothbardlaw.com

Attorney for Relief Defendants XO Media, LLC and Kenneth Lawson

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Chou Team Realty, LLC f/k/a Chou Team Realty, Inc., d/b/a Monster Loans, d/b/a MonsterLoans et al.,<br><br>　　　　　Defendants,<br><br>Thomas "Tom" Chou; and Sean Cowell,<br><br>　　　　　Defendants and<br>　　　　　Relief Defendants,<br><br>Kenneth Lawson; Cre8labs, Inc.; XO Media, LLC; and TDK Enterprises, LLC<br><br>　　　　　Relief Defendants | Case No. 8:20-cv-00043- JVS-ADS<br><br>**DECLARATION OF KENNETH LAWSON IN SUPPORT OF RELIEF DEFENDANTS XO MEDIA, LLC'S AND KENNETH LAWSON'S MOTION TO DISMISS COMPLAINT**<br><br>Assigned to Hon. James V. Selna<br><br>Hearing Date: June 15, 2020<br>Time: 1:30 p.m. |

## DECLARATION OF KENNETH LAWSON

I, Kenneth Lawson, declare as follows:

1. I make this declaration in support of the Motion to Dismiss the Complaint in this action as to relief defendants Kenneth Lawson and XO Media, LLC. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2. I have no personal investments in any defendants in this action described in the Complaint as the Student Loan Debt Relief Companies ("SLDRC"), and have not directly received any funds from these defendants. XO Media, LLC ("XO"), of which I am the majority member, is a non-controlling limited partner in defendants Certified Doc Prep Services, LP, Assure Direct Services, LP, Direct Document Solutions, LP, Secure Preparation Services, LP, and Document Preparation Services, LP. XO also is a passive investor in Docu Prep Center, Inc. These are the only SLDRC defendants in which XO has, or has ever had, an ownership or investment interest.

3. The limited partnership agreements of the SLDRC defendants in which XOM is an investor and non-controlling limited partner are identical to one another in content and lengthy. Attached as Exhibit 1 is a true and correct copy of the entirety of the Assure Direct Services, LP agreement, which is representative of the others. Attached as Exhibit 2 is a true and correct copy of the cover page, table of contents, initial page, and signature page of XO for each of the other limited partnership agreements (except Document Preparation Services, LP, for which a K-1 evidencing the partnership interest is provided) which, as stated, are

identical in content to each other, including to the Assured Direct Services, LP agreement which is provided in full.

4. Attached as Exhibit 3 is a true and correct copy of the "management control" section of the limited partnership agreements of the SLDRC defendants, showing that a limited partner such as XO has no control over the operation of these entities. The limited partnership agreements state that "the business, assets and affairs of the Partnership shall be managed exclusively by the General Partner." Ex. 3, Section 7.1. The section of the agreements dealing with limited partners contains a subsection, titled "No Participation in Management," which reiterates that the "management of the Partnership is vested in the General Partner....Limited Partners have no right or power to take part in the management or control of the Partnership or its business, or to act for or bind the Partnership in any way." Ex. 3, Section 8.3.

5. As only a non-controlling limited partner and passive investor in any of the SLDRC defendants, XO, and I as an owner of XO, had no authority to control those entities, and no participation in any of the violations of law alleged against them in the Complaint.

6. As an investor in SLDRC defendants, XO made Capital Contributions in the amount of $150,000. In exchange for this consideration, XO received distributions from these defendants of $585,044.60, resulting in a profit of $435,044.60. These distributions in turn were distributed to the members of XO, including Lawson, who received $277,959.

7. XO is now dormant, with no appreciable assets.

8. During plaintiff Consumer Financial Protection Bureau's pre-complaint investigation, I was given an opportunity under its Notice of Response and Advice ("NORA") procedures to explain why I and XO, as bona fide investors in the SLDRCs, could not be proper relief defendants as a matter

of law. Attached as Exhibit 4 is a true and correct copy of our NORA statement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my personal knowledge.

EXECUTED this 8th day of April, 2020, at Los Angeles, CA.

KENNETH LAWSON

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April 2020, I caused a copy of the foregoing to be e-filed and served via the Court's electronic filing system to all parties and counsel receiving ECF service.

/s/ William I. Rothbard
William I. Rothbard, Esq.