# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection | CASE NUMBER |
| PLAINTIFF(S) | 8:20-cv-00043-JVS-ADS |
| v. | |
| Chou Team Realty LLC et al | **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |
| DEFENDANT(S). | |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

1. Docu Prep Center, Inc., d/b/a DocuPrep Center, d/b/a Certified Document Center;

2. Document Preparation Services, LP, d/b/a DocuPrep Center, d/b/a Certified Document Center;

3. Certified Doc Prep Services, LP;

4. Direct Document Solutions, Inc.;

5. Direct Document Solutions, LP;

6. Secure Preparation Services, Inc.;

7. Secure Preparation Services, LP; and

8. Bilal Abdelfattah, a/k/a Belal Abdelfattah, a/k/a Bill Abdel.

Clerk, U. S. District Court

| | |
|---|---|
| April 10, 2020 | By E. Synagogue |
| Date | Deputy Clerk |