COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>        Plaintiff,<br><br>        vs.<br><br>Chou Team Realty, LLC et al.,<br><br>        Defendants. | Case No.: 8-20-cv-00043-JVS-ADS<br><br>**DECLARATION OF SERVICE** |

I, Colin Reardon, certify pursuant to Local Rule 5-3.2.1 that on April 7 and 9, 2020, I caused to be served by e-mail[1] the filings listed below on each of the following parties:

    **1.**    **Thomas Chou**
          c/o Sean P. Burke, counsel for Thomas Chou
        Mattingly Burke Cohen & Biederman LLP
        155 East Market Street, Suite 400
        Indianapolis, IN 46204
        E-mail address:  Sean.Burke@mbcblaw.com

---

[1] Each of the listed parties have consented in writing to accept filings in this matter via e-mail until they have filed notices of appearance. *See* Fed. R. Civ. P. 5(b)(2)(F). I emailed ECF Nos. 59 to 66 on April 7 and ECF Nos. 67 to 68 on April 9.

DECLARATION OF SERVICE

1

2. **Chou Team Realty, LLC**
   c/o Sean P. Burke, counsel for Chou Team Realty, LLC
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address: Sean.Burke@mbcblaw.com

3. **Sean Cowell**
   c/o Sean P. Burke, counsel for Sean Cowell
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address: Sean.Burke@mbcblaw.com

4. **Cre8Labs, Inc.**
   c/o Sean P. Burke, counsel for Cre8labs, Inc.
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address: Sean.Burke@mbcblaw.com

5. **TDK Enterprises, LLC**
   c/o Sean P. Burke, counsel for TDK Enterprises, LLC
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address: Sean.Burke@mbcblaw.com

6. **Robert Hoose**
   c/o Joshua M. Robbins, counsel for Robert Hoose
   Greenberg Gross LLP
   650 Town Center Drive, Suite 1700
   Costa Mesa, CA 92626
   E-mail address: JRobbins@GGTrialLaw.com

7. **Docu Prep Center, Inc.**
   c/o Joshua M. Robbins, counsel for Docu Prep Center, Inc.'s agent for service of process Robert Hoose
   Greenberg Gross LLP
   650 Town Center Drive, Suite 1700
   Costa Mesa, CA 92626
   E-mail address: JRobbins@GGTrialLaw.com

8. **Document Preparation Services, LP**
   c/o Joshua M. Robbins, counsel for Document Preparation Services, LP's agent for service of process Robert Hoose
   Greenberg Gross LLP
   650 Town Center Drive, Suite 1700
   Costa Mesa, CA 92626
   E-mail address: JRobbins@GGTrialLaw.com

9. **Kenneth Lawson**
c/o William Rothbard, counsel for Kenneth Lawson
Law Offices of William I. Rothbard
2333 Canyonback Road
Los Angeles, California 90049
E-mail address: bill@rothbardlaw.com

10. **XO Media, LLC**
c/o William Rothbard, counsel for XO Media, LLC
Law Offices of William I. Rothbard
2333 Canyonback Road
Los Angeles, California 90049
E-mail address: bill@rothbardlaw.com

11. **David Sklar**
c/o David Holt, counsel for David Sklar
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address: dholt@holtlawoc.com

12. **Assure Direct Services, LP**
c/o David Holt, counsel for Assure Direct Services, LP's agent for service of process David Sklar
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address: dholt@holtlawoc.com

13. **Direct Document Solutions, LP**
c/o David Holt, counsel for Direct Document Solutions, LP's agent for service of process David Sklar
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address: dholt@holtlawoc.com

14. **Secure Preparation Services, LP**
c/o David Holt, counsel for Direct Document Solutions, LP's agent for service of process David Sklar
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address: dholt@holtlawoc.com

15. **Eduardo Martinez**
c/o David Holt, counsel for Eduardo Martinez
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address: dholt@holtlawoc.com

16. **Docs Done Right, Inc.**
    c/o David Holt, counsel for Docs Done Right, Inc.
    The Holt Law Firm
    1432 Edinger Avenue, Ste. 130
    Tustin, CA 92780
    E-mail address: dholt@holtlawoc.com

17. **Docs Done Right, LP**
    c/o David Holt, counsel for Docs Done Right, LP
    The Holt Law Firm
    1432 Edinger Avenue, Ste. 130
    Tustin, CA 92780
    E-mail address: dholt@holtlawoc.com

18. **Lend Tech Loans, Inc.**
    c/o David Holt, counsel for Lend Tech Loans, Inc.
    The Holt Law Firm
    1432 Edinger Avenue, Ste. 130
    Tustin, CA 92780
    E-mail address: dholt@holtlawoc.com

19. **Bilal Abdelfattah a/k/a Belal Abdelfattah a/k/a Bill Abdel**[2]
    c/o Nader Nuru, counsel for Bilal Abdelfattah
    13668 Heatherwood Dr.
    Corona, CA 92880
    E-mail address: nadernurulaw@gmail.com

I further certify, pursuant to Local Rule 5-3.2.1, that on April 13 and 16, 2020[3] I caused to be served by Certified Mail, Return Receipt, the filings listed below on each of the following parties:

20. **Certified Doc Prep, Inc.**
    c/o Haithum Abdelfattah
    33 Flintridge Ave.
    Ladera Ranch, CA 92694

21. **Certified Doc Prep Services, LP**
    c/o Haithum Abdelfattah
    33 Flintridge Ave.
    Ladera Ranch, CA 92694

---

[2] On April 13, 2020, I also caused the same filings to be mailed by Certified Mail, Return Receipt, to a home address the Bureau identified as Abdelfattah's: 2 Enterprise Apt. 3210, Aliso Viejo, CA 92656-7088.

[3] The filings were mailed to the agent for Certified Doc Prep, Inc. and Certified Doc Prep Services, LP on April 13, and to the agents for Direct Document Solutions, Inc. and Secure Preparation Services, Inc. on April 16.

**22.   Direct Document Solutions, Inc.**
c/o Jimmy A. Calderon
1221 Viejo Hills Dr.
Lake Forest, CA 92610

**23.   Secure Preparation Services, Inc.**
c/o Aaron Sebreros
1515 E. Ocean Blvd.
Long Beach, CA 90802

## Documents Served

1) ECF No. 59 – Request for Clerk to Issue Summons on Complaint to Certified Doc Prep, Inc.

2) ECF No. 60 – 21 Day Summons Issued as to Certified Doc Prep, Inc.

3) ECF No. 61 – Second Stipulation Extending Time to Answer the Complaint [as to Thomas Chou; Chou Team Realty, LLC; Sean Cowell; Cre8labs, Inc., and TDK Enterprises, LLC]; Proposed Order (ECF 61-1).

4) ECF No. 62 – Second Stipulation Extending Time to Answer the Complaint as to Docs Done Right, Inc.; Docs Done Right, LP; Lend Tech Loans, Inc.; Eduardo Martinez; and David Sklar; Proposed Order (ECF 62-1).

5) ECF No. 63 – Waiver of Service Returned Executed for Assure Direct Services, LP.

6) ECF No. 64 – Order Granting Stipulation Extending Time to Answer (30 days or less) as to Thomas Chou; Chou Team Realty, LLC; Sean Cowell; Cre8labs, Inc., and TDK Enterprises, LLC.

7) ECF No. 65 – Order Granting Stipulation Extending Time to Answer (30 days or less) as to Martinez; Sklar; Docs Done Right, Inc.; Docs Done Right, LP; and Lend Tech Loans, Inc.

8) ECF No. 66 – Proof of Service Executed upon Certified Doc Prep, Inc.

9) ECF No. 67 – Notice of Motion and Motion for Extension of Time to Serve Frank Anthony Sebreros and Assure Direct Services, Inc. filed by Plaintiff Bureau of Consumer Financial Protection; Memorandum in Support of Motion (ECF 67-1); Declaration of Colin Reardon and Exhibits (ECF 67-2); Declaration of Dani Schneider (ECF 67-3); Declaration of Frank Harrigan (ECF 67-4); Declaration of Mario Alvarado (ECF 67-5); and Proposed Order (ECF 67-6).

10) ECF No. 68 – Application for Clerk to Enter Default Against Bilal Abdelfattah, Certified Doc Prep Services, LP, Direct Document Solutions, Inc., Direct Document Solutions, LP, Docu Prep Center, Inc., Document Preparation Services, LP, Secure Preparation Services, Inc., Secure Preparation Services, LP; Declaration of Colin Reardon (ECF 68-1).

Dated: April 16, 2020     Respectfully Submitted,

/s/ Colin Reardon
Colin Reardon (*pro hac vice*)
E. Vanessa Assae-Bille (*pro hac vice*)
Leanne E. Hartmann

Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*