COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA  94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Chou Team Realty, LLC et al.,<br><br>　　　　Defendants. | Case No.: 8-20-cv-00043-JVS-ADS<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Bureau of Consumer Financial Protection ("Bureau") and Defendant Robert Hoose ("Hoose") stipulate as follows:

1. The Complaint in this matter was filed on or about January 9, 2020.

2. Hoose waived service of summons of the Complaint on or about January 27, 2020, and his deadline to answer or otherwise respond to the Complaint was originally March 23, 2020.

3. On March 10, 2020, this Court granted a stipulated extension of time extending the due date for Hoose's response to April 22, 2020. (ECF 55.) The parties sought that extension to allow adequate time for settlement negotiations to continue. (ECF 53.)

4. Counsel for the Bureau and for Hoose have jointly agreed to request a further extension for the filing of Hoose's responsive pleadings to and including May 22, 2020, in order to facilitate a potential settlement among the parties. The Bureau and Hoose have had productive settlement discussions, and the Bureau sent a written settlement proposal to Hoose on April 16, 2020. They believe that an additional period of thirty (30) days will afford adequate time for negotiations to determine if a settlement can be reached.

5. This is the second stipulation to extend time filed by the Bureau and Hoose.

6. All signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

**For Bureau of Consumer Financial Protection:**

Dated April 16, 2020                     Respectfully Submitted,

/s/ Colin Reardon
Leanne E. Hartmann
E. Vanessa Assae-Bille (*pro hac vice*)
Colin Reardon (*pro hac vice*)
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

1 | **For Defendant Robert Hoose:**

2 | Dated April 16, 2020              /s/ Joshua M. Robbins
Joshua M. Robbins
Greenberg Gross LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626