# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>Plaintiff,<br><br>vs.<br><br>Chou Team Realty, LLC et al.,<br><br>Defendants. | Case No.: 8:20-cv-00043-JVS-ADS<br><br>ORDER TO EXTEND TIME TO SERVE DEFENDANTS FRANK ANTHONY SEBREROS AND ASSURE DIRECT SERVICES, INC. |

Upon consideration of the motion by Plaintiff Bureau of Consumer Financial Protection for an extension of time to serve Defendants Frank Anthony Sebreros and Assure Direct Services, Inc. with the Complaint and summonses, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's time to serve Defendants Frank Anthony Sebreros and Assure Direct Services, Inc. is hereby extended to May 8, 2020.

Dated: May 4, 2020

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE