1  COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
2  Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
3  E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
4  1700 G Street, NW
Washington, D.C. 20552
5  Fax: (202) 435-5471

6  LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
7  Phone: (415) 844-9787
301 Howard St., Suite 1200
8  San Francisco, CA  94105
Fax: (415) 844-9788
9
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*
10

11        **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
12

13  Bureau of Consumer Financial Protection,  )
)  Case No.: 8-20-cv-00043-JVS-ADS
14              Plaintiff,              )
)  **THIRD STIPULATION TO EXTEND**
15        vs.                        )  **TIME TO RESPOND TO**
)  **COMPLAINT**
16  Chou Team Realty, LLC et al.,       )
)
17              Defendants.             )
)
18  _____ )

19

20        Plaintiff Bureau of Consumer Financial Protection ("Bureau"), Defendant

21  Chou Team Realty, LLC f/k/a Chou Team Realty, Inc., d/b/a Monster Loans,

22  d/b/a Monster Loans; Defendants and Relief Defendants Thomas "Tom" Chou

23  and Sean Cowell; and Cre8labs, Inc., and TDK Enterprises, LLC (collectively,

24  "Defendants and Relief Defendants") stipulate as follows:

25        1.  The Complaint in this matter was filed on or about January 9, 2020.

26

27

28

2.     Defendants and Relief Defendants each waived service of summons of the above-entitled lawsuit between January 13 and January 17, 2020.  (ECF Nos. 16, 17, 18, 19, 23.)

3.     Defendants' and Relief Defendants' responses to the Complaint were initially due March 10, 2020.

4.     On March 5, 2020, this Court granted a stipulated extension of time extending the due date for Defendants' and Relief Defendants' responses to April 9, 2020.  (ECF No. 51.)  On April 7, 2020, this Court granted a second stipulated extension of time extending the due date for Defendants' and Relief Defendants' responses to May 8, 2020.  (ECF No. 64.)

5.     The parties sought those extensions to allow adequate time for ongoing active settlement negotiations to continue.  (ECF Nos. 50, 61.)

6.     Counsel for the Bureau and Defendants and Relief Defendants have jointly agreed to request a further extension for the filing of Defendants' and Relief Defendants' responsive pleadings to and including May 22, 2020. Since the parties' previous request for an extension, the parties have continued exchanging written settlement counteroffers.  The parties anticipate that a period of fourteen (14) days will afford adequate time for the parties to finalize and submit a proposed stipulated final judgment and order to the Court for its approval.

7.     This is the third stipulation to extend time filed by the Bureau and Defendants and Relief Defendants.

8.     All signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

1   **IT IS SO STIPULATED.**

2     **For Bureau of Consumer Financial Protection:**

3   Dated May 8, 2020                    Respectfully Submitted,

4                                        /s/ Colin Reardon
                                         Leanne E. Hartmann
5                                        E. Vanessa Assae-Bille (*pro hac vice*)
                                         Colin Reardon (*pro hac vice*)
6                                        Bureau of Consumer Financial Protection
                                         1700 G Street, NW
7                                        Washington, D.C. 20552

8                                        *Attorneys for Plaintiff Bureau of*
                                         *Consumer Financial Protection*
9

10    **For Defendant Chou Team Realty, LLC, Defendant and Relief Defendant**
      **Thomas Chou, Defendant and Relief Defendant Sean Cowell, Relief**
11    **Defendant TDK Enterprises, LLC, and Relief Defendant Cre8labs, Inc.:**

12  Dated May 8, 2020                    /s/ Sean P. Burke
                                         Sean P. Burke
13                                       Mattingly Burke Cohen & Biederman LLP
                                         155 East Market Street, Suite 400
14                                       Indianapolis, IN  46204
                                         (317) 614-7320
15                                       Sean.Burke@mbclaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28