COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br><br> Plaintiff, <br><br> vs. <br><br> Chou Team Realty, LLC et al., <br><br> Defendants. | Case No.: 8-20-cv-00043-JVS-ADS <br><br> **DECLARATION OF COLIN REARDON IN SUPPORT OF PLAINTIFF'S MOTION TO SERVE DEFENDANTS ASSURE DIRECT SERVICES, INC. AND FRANK ANTHONY SEBREROS BY ALTERNATIVE MEANS AND TO EXTEND TIME TO SERVE THEM** |

I, Colin Reardon, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Litigation Counsel for Plaintiff Bureau of Consumer Financial Protection ("Bureau") and lead counsel in this action. My business address is 1700 G Street, NW, Washington, D.C. 20552.

2. The facts set forth in this declaration are based on my personal knowledge or information made known to me in the course of my official duties.

3.  The Bureau engaged First Legal Support Services ("First Legal") to try to serve Frank Anthony Sebreros ("Sebreros") in his capacity as an individual defendant and as the registered agent for Assure Direct Services, Inc.

4.  On April 10, 2020, I authorized First Legal to conduct a skip trace to identify the current addresses for Sebreros.

5.  That same day, First Legal provided the results of the skip trace to the Bureau. The skip trace did not identify a new address for Sebreros.

6.  During its investigation, the Bureau obtained business records obtained from a financial institution that holds bank accounts on which Sebreros was a signatory. In these records, I located the email address fsebreros@gmail.com, which was associated with Sebreros in the last two years. This address also appears in more than 25 email communications also obtained by the Bureau during this investigation, and in an account application produced to the Bureau by Experian for Defendant Lend Tech Loans, Inc.

7.  As described in my April 8, 2020 declaration, I emailed a copy of the Complaint and summons to Sebreros at fsebreros@gmail.com, on April 3, 2020. *See* Reardon Decl. ¶ 19, ECF No. 67-2. Since then, I have not received any response from Sebreros to the email. I also have not received any automated response indicating an issue with the delivery of the email as is typical, in my experience, when an email address is deactivated.

8.  As described in my April 8, 2020 declaration, in January I left a voicemail for Sebreros at a phone number associated with him and in April I left another voicemail at a different phone number associated with him. *See* Reardon Decl. ¶¶ 17-18, ECF No. 67-2. To date, I have not received any response to those voicemails.

9. On May 4, 2020, Sean Burke, an attorney who represents certain defendants and relief defendants in this action, indicated to the Bureau that the phone number 949-678-9729 is associated with Sebreros.

10. On that date, I twice attempted to call that phone number. Each time, the phone rang several times and no one picked up, and then an automated message said that the person I had called had not set up voicemail. The line then disconnected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 8, 2020

/s/ Colin Reardon
Colin Reardon
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorney for Plaintiff Bureau of Consumer Financial Protection*

DECLARATION OF COLIN REARDON IN SUPPORT OF PLAINTIFF'S MOTION TO SERVE DEFENDANTS ASSURE DIRECT SERVICES, INC. AND FRANK ANTHONY SEBREROS BY ALTERNATIVE MEANS AND TO EXTEND TIME TO SERVE THEM

3