# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>Plaintiff,<br><br>vs.<br><br>Chou Team Realty, LLC et al.,<br><br>Defendants. | Case No.: 8-20-cv-00043-JVS-ADS<br><br>**DECLARATION OF DANI SCHNEIDER IN SUPPORT OF PLAINTIFF'S MOTION TO SERVE DEFENDANTS ASSURE DIRECT SERVICES, INC. AND FRANK ANTHONY SEBREROS BY ALTERNATIVE MEANS AND TO EXTEND TIME TO SERVE THEM** |

I, Dani Schneider, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an investigator for Plaintiff Bureau of Consumer Financial Protection ("Bureau") and have been assigned to assist in this action. My business address is 1700 G Street, NW, Washington, D.C. 20552.

2. The facts set forth in this declaration are based on my personal knowledge or information made known to me in the course of my official duties.

3. On or about April 14 and 15, 2020, I reviewed resources and confidential databases available to me at the Bureau to locate contact information for Frank Anthony Sebreros ("Sebreros").

4. My investigation did not identify additional possible home addresses associated with Sebreros.

5. Because of the COVID-19 pandemic, I am working from home and do not have ready access to a scanner. I am therefore signing this declaration using an electronic signature through Adobe Acrobat.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 7, 2020

                                        Dani Schneider
                                        Investigator
                                        Bureau of Consumer Financial Protection
                                        1700 G Street, NW
                                        Washington, D.C. 20552

DECLARATION OF DANI SCHNEIDER IN SUPPORT OF PLAINTIFF'S MOTION TO SERVE DEFENDANTS ASSURE DIRECT SERVICES, INC. AND FRANK ANTHONY SEBREROS BY ALTERNATIVE MEANS AND TO EXTEND TIME TO SERVE THEM

2