**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>    Plaintiff,<br><br>vs.<br><br>Chou Team Realty, LLC et al.,<br><br>    Defendants. | Case No.: 8-20-cv-00043-JVS-ADS<br><br>**DECLARATION OF THOMAS CHOU** |

I, Thomas Chou, under the penalties of perjury and pursuant to 28 U.S.C. § 1746, state as follows:

1. The statements in this declaration are based upon my personal knowledge and I am competent to testify thereto.

2. I am familiar with Frank (Anthony) Sebreros having communicated with him in person, over the telephone and over email.

3. The email in my contact information for Mr. Sebreros is fsebreros@gmail.com.

4. I have communicated with Mr. Sebreros at that email address dozens of times over the years, both sending emails to and receiving emails from that address.

5. To the best of my knowledge, the I last time I communicated to that email address in August 2019 when I sent him a business newsletter. I did not receive an error message when I sent that email.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Thomas Chou*

Executed this 6th day of May 2020 in Irvine, California.

DECLARATION OF THOMAS CHOU
1