COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

SEAN P. BURKE (IN Bar #26995-49)
Email: Sean.Burke@mbclaw.com
Phone: (317) 614-7320
Mattingly Burke Cohen & Biederman LLP
155 East Market Street, Suite 400
Indianapolis, IN 46204
Fax: (1-866-305-5248)

*Attorney for Defendant Chou Team Realty, LLC, Defendant and Relief Defendant Thomas Chou, Defendant and Relief Defendant Sean Cowell, Relief Defendant TDK Enterprises, LLC, and Relief Defendant Cre8labs, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Chou Team Realty, LLC, et al.,<br><br>　　　　Defendants. | Case No.: 8-20-cv-00043-JVS-ADS<br><br>JOINT STIPULATION FOR ENTRY OF [PROPOSED] STIPULATED FINAL JUDGMENT AND ORDER AS TO CHOU TEAM REALTY, LLC; THOMAS CHOU; SEAN COWELL; CRE8LABS, INC.; AND TDK ENTERPRISES, LLC |

Plaintiff Bureau of Consumer Financial Protection, and Defendant Chou Team Realty, LLC f/k/a Chou Team Realty, Inc., d/b/a Monster Loans, d/b/a

JOINT STIPULATION FOR ENTRY OF [PROPOSED] STIPULATED FINAL JUDGMENT AND ORDER AS TO CHOU TEAM REALTY, LLC; THOMAS CHOU; SEAN COWELL; CRE8LABS, INC.; AND TDK ENTERPRISES, LLC

1

MonsterLoans; Defendants and Relief Defendants Thomas Chou and Sean Cowell; and Relief Defendants Cre8Labs, Inc. and TDK Enterprises, LLC, through their counsel, respectfully request that the Court enter the attached [Proposed] Stipulated Final Judgment and Order as to Chou Team Realty, LLC, Thomas Chou, Sean Cowell, Cre8labs, Inc., and TDK Enterprises, LLC.

All signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

**For Bureau of Consumer Financial Protection:**

Dated May 14, 2020                    Respectfully Submitted,

Thomas G. Ward
Enforcement Director

Deborah Morris
Deputy Enforcement Director

Michael G. Salemi
Assistant Litigation Deputy

/s/ Colin Reardon
Leanne E. Hartmann
Colin Reardon (*pro hac vice*)
E. Vanessa Assae-Bille (*pro hac vice*)
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

JOINT STIPULATION FOR ENTRY OF [PROPOSED] STIPULATED FINAL JUDGMENT AND ORDER AS TO CHOU TEAM REALTY, LLC; THOMAS CHOU; SEAN COWELL; CRE8LABS, INC.; AND TDK ENTERPRISES, LLC

2

1  **For Defendant Chou Team Realty, LLC, Defendant and Relief Defendant Thomas Chou, Defendant and Relief Defendant Sean Cowell, Relief Defendant TDK Enterprises, LLC, and Relief Defendant Cre8labs, Inc.:**

3  Dated May 14, 2020         /s/ Sean P. Burke
                              Sean P. Burke
4                             Mattingly Burke Cohen & Biederman LLP
                              155 East Market Street, Suite 400
5                             Indianapolis, IN  46204
                              (317) 614-7320
6                             Sean.Burke@mbclaw.com

JOINT STIPULATION FOR ENTRY OF [PROPOSED] STIPULATED FINAL JUDGMENT AND ORDER AS TO CHOU TEAM REALTY, LLC; THOMAS CHOU; SEAN COWELL; CRE8LABS, INC.; AND TDK ENTERPRISES, LLC

3

# CERTIFICATE OF SERVICE

I, Colin Reardon, certify pursuant to Local Rule 5-3.2.1 that on this day, May 8, 2020, I caused to be served by e-mail[1] this joint stipulation and the [Proposed] Stipulated Final Judgment and Order on each of the following parties:

1. **Thomas Chou**
   c/o Sean P. Burke, counsel for Thomas Chou
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address: Sean.Burke@mbcblaw.com

2. **Chou Team Realty, LLC**
   c/o Sean P. Burke, counsel for Chou Team Realty, LLC
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address: Sean.Burke@mbcblaw.com

3. **Sean Cowell**
   c/o Sean P. Burke, counsel for Sean Cowell
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address: Sean.Burke@mbcblaw.com

4. **Cre8Labs, Inc.**
   c/o Sean P. Burke, counsel for Cre8labs, Inc.
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address: Sean.Burke@mbcblaw.com

5. **TDK Enterprises, LLC**
   c/o Sean P. Burke, counsel for TDK Enterprises, LLC
   Mattingly Burke Cohen & Biederman LLP
   155 East Market Street, Suite 400
   Indianapolis, IN 46204
   E-mail address: Sean.Burke@mbcblaw.com

---

[1] Each of the listed parties have consented in writing to accept service of filings in this matter via e-mail.  *See* Fed. R. Civ. P. 5(b)(2)(F).

6. **Robert Hoose**
c/o Joshua M. Robbins, counsel for Robert Hoose
Greenberg Gross LLP
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
E-mail address: JRobbins@GGTrialLaw.com

7. **Assure Direct Services, LP**
c/o David Holt, counsel for Assure Direct Services, LP's agent for service of process David Sklar
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780
E-mail address: dholt@holtlawoc.com

JOINT STIPULATION FOR ENTRY OF [PROPOSED] STIPULATED FINAL JUDGMENT AND ORDER AS TO CHOU TEAM REALTY, LLC; THOMAS CHOU; SEAN COWELL; CRE8LABS, INC.; AND TDK ENTERPRISES, LLC

5