COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Chou Team Realty, LLC et al.,<br><br>　　　　　Defendants. | Case No.: 8-20-cv-00043-JVS-ADS<br><br>**DECLARATION OF COLIN REARDON IN SUPPORT OF OPPOSITION TO RELIEF DEFENDANTS XO MEDIA, LLC AND KENNETH LAWSON'S MOTION TO DISMISS** |

I, Colin Reardon, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Litigation Counsel for Plaintiff Bureau of Consumer Financial Protection ("Bureau") and lead counsel for the Bureau in this action. My business address is 1700 G Street, NW, Washington, D.C. 20552.

2. The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently to the statements contained in this declaration.

3. The Bureau has highlighted certain exhibits below to identify relevant portions of the exhibits.

4. Attached as Exhibit A is a true and correct copy of a highlighted January 2015 email string produced by Chou Team Realty, LLC d/b/a Monster Loans ("Monster Loans") during the Bureau's pre-suit investigation (ML00011101 – 00011102).

5. Attached as Exhibit B is a true and correct copy of highlighted excerpts of Sean Cowell's Investigational Hearing testimony on February 27, 2019 (pages 1-2, 6-7, 79-80, 230-31, 266-70). The complete transcript can be provided to the Court upon request.

6. Attached as Exhibit C is a true and correct copy of highlighted excerpts of Mikael Van Loon's Investigational Hearing testimony on November 28, 2018 (pages 1-2, 4, 13-15, 34-35, 49-51, 96-99, 108-113, 123-124). The complete transcript can be provided to the Court upon request.

7. Attached as Exhibit D is a true and correct copy of the highlighted limited partnership agreement for Direct Document Solutions, LP produced by Monster Loans during the Bureau's pre-suit investigation (ML00005315 – 00005347). The agreement was produced to the Bureau with signatures missing for certain limited partners, including XO Media, LLC. *See* ML00005343.

8. Attached as Exhibit E is a true and correct copy of the highlighted limited partnership agreement for Secure Preparation Services, LP produced by Monster Loans during the Bureau's pre-suit investigation (ML00005348 – 00005383). The agreement was produced to the Bureau with signatures missing for certain limited partners, including XO Media, LLC. *See* ML00005379.

9. Attached as Exhibit F is a true and correct copy of a redacted October 31, 2019 letter from counsel for Sean Cowell to counsel for the Bureau regarding distributions made to Sean Cowell by the student loan debt-relief companies named as defendants in this action. The complete letter can be provided to the Court upon request.

10. Attached as Exhibit G is a true and correct copy of highlighted excerpts of Bradley Brigante's Investigational Hearing testimony on November 28, 2018 (pages 1-2, 4-5, 55-56). The complete transcript can be provided to the Court upon request.

11. Attached as Exhibit H is a true and correct copy of a highlighted March 19, 2015 email exchange produced by Monster Loans during the Bureau's pre-suit investigation (ML00010430).

12. Attached as Exhibit I is a true and correct copy of a highlighted July 1, 2015 email produced by Monster Loans during the Bureau's pre-suit investigation (ML00021956).

13. Attached as Exhibit J is a true and correct copy of a highlighted April 8, 2016 email produced by Monster Loans during the Bureau's pre-suit investigation (ML00022221 – 00022222).

14. Attached as Exhibit K is a true and correct copy of the Declaration of Kenneth Lawson dated June 27, 2019, which was submitted in support of Lawson's Notice and Opportunity to Respond and Advise (NORA) response. Before the Office of Enforcement recommends that the Bureau commence enforcement proceedings, the Office of Enforcement may give the subject notice of the nature of the subject's potential violations and may offer the subject the opportunity to submit a written statement in response (NORA response).

DECLARATION OF COLIN REARDON IN SUPPORT OF OPPOSITION TO RELIEF DEFENDANTS
XO MEDIA, LLC AND KENNETH LAWSON'S MOTION TO DISMISS

3

15. Attached as Exhibit L is a true and correct copy of a highlighted email string from May 2017 produced by Monster Loans during the Bureau's pre-suit investigation (ML00022455 – 00022458).

16. Attached as Exhibit M is a true and correct copy of a highlighted email string from November 14, 2017 produced by Monster Loans during the Bureau's pre-suit investigation (ML00010502 – 00010503).

17. Attached as Exhibit N is a true and correct copy of a highlighted email from September 8, 2016 produced by Monster Loans during the Bureau's pre-suit investigation (ML00010532 – 00010533).

18. Attached as Exhibit O is a true and correct copy of a highlighted email string from August 1, 2017 produced by Monster Loans during the Bureau's pre-suit investigation (ML00002761 – 00002763).

19. Attached as Exhibit P is a true and correct copy of a highlighted email string from April and May 2016 produced by Monster Loans during the Bureau's pre-suit investigation (ML00002795 – 00002797).

20. Attached as Exhibit Q is a true and correct copy of highlighted excerpts of Eduardo Martinez's Investigational Hearing testimony on March 27, 2019 (pages 1-2, 4-6, 50-52, 217-220, 232-234). The complete transcript can be provided to the Court upon request.

21. Attached as Exhibit R is a true and correct copy of a redacted exhibit from the March 27, 2019 Investigational Hearing of Eduardo Martinez. This exhibit is discussed at pages 217-220 of the excerpts of that Investigational Hearing. (*See* Exhibit Q.) The check images in the exhibit were produced to the Bureau by Wells Fargo Bank, N.A. during the Bureau's pre-suit investigation.

22. On April 10, 2020, the Bureau served interrogatories on Relief Defendants Lawson and XO Media, LLC. Attached as Exhibit S are true and

correct copies of their May 8, 2020 responses and objections to the interrogatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 15, 2020

/s/ Colin Reardon
Colin Reardon
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorney for Plaintiff Bureau of Consumer Financial Protection*

DECLARATION OF COLIN REARDON IN SUPPORT OF OPPOSITION TO RELIEF DEFENDANTS XO MEDIA, LLC AND KENNETH LAWSON'S MOTION TO DISMISS

5