# EXHIBIT F



**Mattingly, Burke, Cohen & Biederman LLP**
155 E. Market St., Suite 400
Indianapolis, IN 46204
(317) 614-7320
*www.mbcblaw.com*

October 31, 2019

*By Email to Elisabeth.Assae-Bille@cfpb.gov*

E. Vanessa Assae-Bille
Enforcement Attorney
Office of Enforcement
Bureau of Consumer Financial Protection
1700 G St. NW
Washington, DC 20552

   Re:  Information Regarding Distributions to Sean Cowell

Dear Vanessa:

This letter outlines distribution information related to Sean Cowell.  This letter provides additional detail in addition to the information provided to you on September 27, 2019.

Like Mr. Tom Chou, Sean Cowell received checks from the Document Preparation Companies in both his personal capacity and through an entity, in this instance, Cre8Labs, Inc.

Below are the distributions to Cre8Labs:

| Cre8Labs | |
| --- | --- |
| Date Deposit | Amount |
| Document Preparation Services, LP | |
| 5/4/2016 | $15,200 |
| 6/6/2016 | $15,200 |
| 7/1/2016 | $16,000 |
| 8/8/2016 | $20,000 |
| 9/12/2016 | $16,000 |
| 10/17/2016 | $24,000 |
| 11/9/2016 | $16,000 |
| 3/27/2017 | $15,040 |
| 4/11/2017 | $15,200 |
| 5/9/2017 | $18,800 |
| 5/31/2017 | $21,600 |
| 7/3/2017 | $10,800 |
| 8/2/2017 | $10,800 |
| 9/6/2017 | $7,440 |

| Certified Doc Prep Services, LP | |
|---|---|
| 6/23/2016 | $18,240 |
| 8/8/2016 | $12,800 |
| 9/12/2016 | $16,000 |
| 10/17/2016 | $8,960 |
| 11/16/2016 | $8,960 |
| 3/30/2017 | $12,768 |
| 5/12/2017 | $6,016 |
| 5/31/2017 | $6,617 |
| 7/3/2017 | $9,216 |
| 2/2/2017 | $8,320 |
| | |
| Docu Prep Center, Inc | |
| 11/20/2017 | $6,480 |
| 1/16/2018 | $2,880 |
| 2/1/2018 | $1,786 |
| 2/1/2018 | $4,320 |
| 2/27/2018 | $2,448 |
| 4/2/2018 | $2,880 |
| 4/2/2018 | $2,880 |
| 4/24/2018 | $2,880 |
| 6/7/2018 | $3,600 |
| 6/26/2018 | $5,040 |
| | |
| Assure Direct Services LP | |
| 7/3/2017 | $1,425 |
| 9/6/2017 | $5,335 |
| 6/26/2018 | $1,130 |
| 5/2/2018 | $1,900 |
| 8/11/2018 | $950 |
| | |
| Secure Preparations Services | |
| 9/8/2017 | $5,955 |
| 11/30/2017 | $5,955 |
| 6/26/2018 | $1,309 |
| | |
| Direct Document Solutions | |
| 11/30/2017 | $14,400 |
| 5/2/2018 | $2,620 |
| | |
| | **$406,150** |

If you look at the distributions to Cre8Labs in 2016 from Document Preparation Services ($122,400) and Certified Doc Prep Services ($64,960) these amounts are consistent with the distributions made to Mr. Chou and is largely consistent the information on the 2016 K-1s for those entities.

In addition to the distributions, guaranteed payments were made to Mr. Cowell personally:

| Cowell Personal | |
|---|---|
| Document Preparation Services, LP | Amount |
| 2/1/2016 | $5,000 |
| 4/1/2016 | $15,200 |
| 12/6/2016 | $7,338 |
| Docu Prep Center, Inc. | |
| 10/13/2015 | $5,000 |
| 11/20/2015 | $5,000 |
| 12/16/2015 | $5,000 |
| | |
| Total | $42,538 |

As you know, Mr. Cowell will be submitting the "Financial Disclosure Form For Individual Defendant" provided by the Bureau in the near future. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

If you have any questions regarding this submission, please contact me telephone at (317) 614-7340 or by email at sean.burke@mbcblaw.com, or Richard Horn by telephone at (917) 696-1525 or by email at rich@garrishorn.com.

Sincerely,

Sean Burke
Mattingly Burke Cohen & Biederman LLP

cc: Colin Reardon, CFPB, by email to Colin.Reardon@cfpb.gov; Richard Horn, Garris Horn PLLC, by email to rich@garrishorn.com