# EXHIBIT H

Message

| | |
|---|---|
| **From**: | Mike van Loon [mvl@townsgatemedia.com] |
| **Sent**: | 3/19/2015 2:25:16 PM |
| **To**: | tom@tomchou.com |
| **CC**: | Ken Lawson [ken@kenlawson.com] |
| **Subject**: | Re: DocuPrep Center Update |

Thanks Tom!

-

MvL

Sent using CloudMagic

On Thu, Mar 19, 2015 at 2:04 PM, <tom@tomchou.com> wrote:

Hey guys,
Just to update you with the student loan business, we've started enrolling deals (I think around 10 total so far) but honestly it's been slower than we anticipated.  Our first mail just hit this past week and the call volume hasn't been great.  Sean is working with Andrew's partner Mel on this point, I'm confident we'll have it resolved soon.  Also, we have Andrew personally coming in for an entire week for training in two weeks, so that will only help.   We're still really high on this business (Andrew's business is still growing nicely) so we anticipate ironing out all the wrinkles of our start up issues and gaining momentum soon.  Just wanted to keep you in the loop.
Tom