# EXHIBIT L

Message

**From:** Tom Chou [tom@tomchou.com]
**Sent:** 5/15/2017 9:33:37 AM
**To:** Jawad Nesheiwat [jawad@monsterloans.com]
**Subject:** Re: CDA Capital call

From my discussions with him, he's definitely interested in getting involved in more projects with us. He seems to be a grinder like you, which I really like. I basically told him to get the investment back out of American (which is probably 30 days away or so), and then let's start exploring some new projects. He's scaling up that business' sales staff right now, so it makes sense for him to concentrate on that for the time being. He seems like he'd be capable of managing a couple projects at a time... according to him, he's done that in the past. In the meantime, we can bounce around some ideas internally about which space we're interested in pursuing. But clearly there are still lots of opportunities out there and it seems that Carlos is really motivated and would be a good partner for us.

On 5/15/2017 9:22 AM, Jawad Nesheiwat wrote:

I tried to reach Mohamed Friday and had no luck. Ill make sure to connect with him today. It is likely we will need the capital call to reflect the amount he mentioned. Bobby is certain we will not see more revenue from freedom and may owe them money at some point over the next 6-12 months depending on charge backs/refunds etc.

I'm glad you see that in Carlos. I was excited to bring him aboard to the group knowing American would be just another SL shop, he is very bright and an experienced operator. When we first started the conversation with him it was regarding a business loans start up. He did however have aspirations of running a credit card back end. Ed and Carlos met building a back end CC debt relief company :)

If I can convince him to service the private student loan clients as a separate business and feed it the private clients from each shop is this something we are interested in? We would obviously monetize each SL shop, just not sure if we want to get tangled in this space. Benny/Americor insisted 1 company drive the leads through Americor otherwise he felt it was too risky for them. We can keep that open as an option. We can pile in CC debt too if we create a trigger at the sales level or customer service. If Carlos is comfortable and willing to talk about it I would sure like to hear more. Lmk your thoughts.

---

**From:** tom@tomchou.com <tom@tomchou.com>
**Sent:** Sunday, May 14, 2017 10:30 PM
**To:** Jawad Nesheiwat
**Subject:** RE: CDA Capital call

OK sounds good. Let me know what you decide with CDA after you speak with Mohamed. My feeling is we should put that business to bed and if we try to revive it, do it under a different business entity. I had a nice meeting with Carlos about the American DocuPrep operating agreement. We talked quite a bit and I agree with your assessment that he's a pretty experienced and high level guy. Definitely someone we might consider if we reboot a business in the credit card debt space, or even for our next big project going forward.

> -------- Original Message --------
> Subject: Re: CDA Capital call
> From: Jawad Nesheiwat <jawad@monsterloans.com>

Date: Thu, May 11, 2017 4:56 pm
To: Tom Chou <tom@tomchou.com>

Hey bro.  I appreciate the thought and offer.  Experian or any other bureau will require a permanent commercial location where they will need to pass an initial inspection and possibly annual.  Understanding how easy it is to put together any office space and call it "ladera ranch home loans" I need to have a story behind it to make sense for the volume of data.   Its very important to me personally with the risk involved to cover my butt.  I would feel best building the story of ladera ranch home loans and providing data as needed to our businesses and keep it separate in every way possible.  As Ken had recommended at the last retreat this needs to be far enough away but where we can still have the access.

I will go ahead and guarantee and absorb the lease expense.  I would feel comfortable having this operation near my house with the intention of Brooke running loans out of there solo or with a few man team at some point.  While that is not the purpose of this lease it would have value to Brooke and I and provide us with much more comfort.  Again if she ever built any volume my intention would be to submit all this business through monster however Mvl had the concern of safeact.  We can discuss how to set this up compliantly to make it work for everyone.

I plan to see Mohamed tomorrow and will circle back regarding CDA.

---

**From:** tom@tomchou.com <tom@tomchou.com>
**Sent:** Wednesday, May 10, 2017 9:09 PM
**To:** Jawad Nesheiwat
**Subject:** RE: CDA Capital call

So is it somewhere you just have to receive mail?  I think we have an extra suite at Brea.  Maybe Aaron at the Brea shop can retrieve whatever mail you need to receive.  Or we can just use the suite next door they're using for their expansion.  LMK what you think.

-------- Original Message --------
Subject: Re: CDA Capital call
From: Jawad Nesheiwat <jawad@monsterloans.com>
Date: Wed, May 10, 2017 7:31 pm
To: Tom Chou <tom@tomchou.com>

That's not a bad idea.  Locally it would have value to Brooke and I to have it closer so that at some point she can originate or perhaps have small a team.  It would beat my dream of the casita call center as mvl called it. lol.

Also with the volume of data we need to basically build a mini mortgage company otherwise it wont make sense. They ask a ton of questions!

---

**From:** Tom Chou <tom@tomchou.com>
**Sent:** Wednesday, May 10, 2017 7:20:40 PM
**To:** Jawad Nesheiwat
**Subject:** Re: CDA Capital call

Ok. You can also use one of my shopping center spaces if that helps...

Sent from my iPhone

On May 10, 2017, at 7:12 PM, Jawad Nesheiwat <jawad@monsterloans.com> wrote:

Ouch. This thing just never seem to go away. I would like to sit with Mohamed tomorrow and sort through whats owed. Give me a few days to comment back on it.

In other news Experian was not ok with the home address for Brookes business and they require a physical commercial space. I looked at 2 spaces today. I believe its safer to sign a small lease here in ladera at the corporate park than to tangle this business into any of our call center locations including monster. Well have to factor in the rent etc and bake it in the cost of the data. The good news is we are less than 30 days away from buying data.

**From:** Tom Chou <tom@tomchou.com>
**Sent:** Wednesday, May 10, 2017 1:33:48 PM
**To:** Jawad Nesheiwat
**Subject:** Fwd: RE: CDA Capital call

Jawad,
FYI... what do you think?
Should we just do a final capital call and put this zombie to rest? Makes sense to me, but I know you were discussing a potential settlement with Don.
Let me know what you think and I'll get the ball rolling.

Tom


-------- Forwarded Message --------

**Subject:** RE: CDA Capital call
**Date:** Tue, 09 May 2017 12:01:12 -0700
**From:** mhegazi@eliteaccounting.com
**To:** tom@tomchou.com

Yes, he still owe $10k

To be safe, the Cap call should be $40k and the excess money will return back.


-------- Original Message --------
Subject: RE: CDA Capital call
From: <tom@tomchou.com>
Date: Mon, May 08, 2017 5:51 pm
To: mhegazi@eliteaccounting.com

Makes sense. I believe Nidal owes $10K or $15K from his original capital commitment. He was going to pay that when he gets his money back from Assure. So I think the amount needed will be less than the $50K... probably $35K-40K. If you agree, let me know and I'll run it by MvL.


-------- Original Message --------
Subject: CDA Capital call
From: <mhegazi@eliteaccounting.com>
Date: Mon, May 08, 2017 5:05 pm
To: "Tom Chou" <tom@tomchou.com>

Hi Tom,

CDA outstanding is $44,492.78 part of that owed to you ($12,378.47)

Plus Tax balance & filing estimated at $5,000.00  These are the final obligations for CDA.

A Final capital call of $50,000.00 should pay for all that and we close CDA books.

We are making disbursements these days so it will be perfect time to ask the partners.

Please let me know.

Thanks.

Mohamed

ML00022458