# EXHIBIT O

Message

| | |
|---|---|
| **From:** | Mike van Loon [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E0D27ADCE0D74759A0686F5177AB7EE2-MVL] |
| **Sent:** | 8/1/2017 10:30:53 PM |
| **To:** | Anthony Sebreros [asebreros@assuredirectservices.com] |
| **CC:** | Sean Cowell [sean@monsterloans.com] |
| **Subject:** | RE: July Distribution |

Anthony – please let me know a time this week you can hop on a call with me and Sean to discuss this.

My preference is Thursday afternoon after 3pm.

thanks


--
MvL

This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner

**From:** Anthony Sebreros [mailto:asebreros@assuredirectservices.com]
**Sent:** Tuesday, August 01, 2017 3:42 PM
**To:** Mike van Loon <mvl@monsterloans.com>
**Cc:** M.Hegazi- Elite Accounting <drhtc2000@hotmail.com>
**Subject:** Re: July Distribution


Minor correction - .4%




Sent from my T-Mobile 4G LTE Device


-------- Original message --------
From: Anthony Sebreros <asebreros@assuredirectservices.com>
Date: 8/1/17 2:45 PM (GMT-08:00)
To: Mike van Loon <mvl@monsterloans.com>
Cc: "M.Hegazi- Elite Accounting" <drhtc2000@hotmail.com>
Subject: RE: July Distribution


We have moved into strictly recycled data until Experian is solved (3-4weeks) and our first week response rate was .04% as opposed to an average of .75% with fresh data.
We expect to see an improvement in 3 to 4 weeks.
We've been talking to a couple internet marketing companies and are going to begin testing in the next week.
We need to generate 1142 calls per week to close 1000 deals with a 27% close rate, which is our current 90 day average. Of those 1142, 560 need to come from our new mail drop as 582 on average (90 days) come from roll over mail. To generate 560 new calls with a 0.4% response rate, we need to send 140,000 recycled mailers every week. Doing so will

cause our marketing cost to jump from $32,800 for 80,000 new mailers to $47,600 for 140,000 recycled mailers to keep pace.

We have a  customer service rep following up on all enrolled files as well as rescheduling NSF's.

The balance sheet currently shows $34000.

Let me know if you have any further questions.

Thanks Mike!


Anthony Sebreros
Assure Direct Services
Irvine, CA 92618
Direct Line: 949-232-1786
www.assuredirectservices.com



From: Mike van Loon [mailto:mvl@monsterloans.com]
Sent: Tuesday, August 1, 2017 1:37 PM
To: Anthony Sebreros <asebreros@assuredirectservices.com>
Cc: M.Hegazi- Elite Accounting <drhtc2000@hotmail.com>
Subject: RE: July Distribution

Anthony – withholding distributions you committed to 2 weeks ago is a very serious matter and raises a host of other questions.

Please send me your analysis that leads you to this conclusion.
- The response rate you are currently seeing
o When you expect to see an improvement
o What steps you have taken to explore other marketing channels and what the outcomes have been
o How many calls you need to generate
- The bigger issue remains your fallout
o What steps you have taken to diagnose and fix your underperformance in fallout and collection
- What is the amount of cash you currently have on your balance sheet


--
MvL

This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner

ML00002762

**From:** Anthony Sebreros [mailto:asebreros@assuredirectservices.com]
**Sent:** Tuesday, August 01, 2017 1:26 PM
**To:** Mike van Loon <mvl@monsterloans.com>
**Cc:** M.Hegazi- Elite Accounting <drhtc2000@hotmail.com>
**Subject:** Re: July Distribution

Hi Mike,

ADS is going to hold the distribution this month. We have to ramp up the marketing spend to compensate for the low response rate of the recycled data.

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Mike van Loon <mvl@monsterloans.com>
Date: 8/1/17 1:13 PM (GMT-08:00)
To: Anthony Sebreros <asebreros@assuredirectservices.com>
Cc: "M.Hegazi- Elite Accounting" <drhtc2000@hotmail.com>
Subject: July Distribution

Hello Anthony – what is the status of the $25k July distribution?

## Mike van Loon
Chief Monster
Direct (949) 268-9726
Fax (949) 861-9069
mvl@monsterloans.com



25391 Commercentre Drive, Suite 200
Lake Forest, CA 92630
monsterloans.com

     

WHAT NOT TO DO DURING YOUR MORTGAGE LOAN PROCESS

1. Don't quit your job.
2. Don't let anyone pull your credit for any reason at all.
3. Don't stop making your current mortgage payments while applying for a mortgage.
4. Don't take on new debt or co-sign on anything for anyone.

This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner