# EXHIBIT R

1374

**DOCS DONE RIGHT, LP**
24551 RAYMOND WAY SUITE 210
LAKE FOREST, CALIFORNIA 92630

WELLS FARGO BANK, N.A.
CALIFORNIA
16-24/1220        2-14-18

PAY TO THE ORDER OF   Loki investments                              $ 25,578.03
twenty five thousand five hundred seventy eight and three cents   DOLLARS

MEMO   Assure DDS Secure January Pmi

5166

2041892564

Loki investments Inc
8556

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED
WELLS FARGO BANK, N.A.

REQUEST 00007432573000000 25578.03
ROLL ECIA   20180214  000002041892564
JOB ECIA  E  ACCT [REDACTED] 5166
REQUESTOR A200176
20913352  12/08/2018 Research 20915750

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

Exhibit _____10_____ for it
Witness: _____
P._____ of _____ PP._____
Lindsay Pinkham CSR 3716 CCRR 1

| | | 1402 |
|---|---|---|
| **DOCS DONE RIGHT, LP**<br>24551 RAYMOND WAY SUITE 210<br>LAKE FOREST, CALIFORNIA 92630 | WELLS FARGO BANK, N.A.<br>CALIFORNIA<br>16-24/1220 | 4-12-18 |

PAY TO THE ORDER OF  Loki investments                           $8,111.98

eight thousand one hundred eleven and ninety eight cents          DOLLARS

MEMO: Assure DDS Secure March Pmi



AUTHORIZED SIGNATURE

⑤⑤⑥⑥⑪

2746347982

Loki Investments Inc

REQUEST 00007432573000000 8111.98
ROLL ECIA   20180413   000002246347982
JOB ECIA  E  ACCT ▓▓▓▓▓▓5166
REQUESTOR A200176
20913352  12/08/2018  Research 20915750

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201



1415

**DOCS DONE RIGHT, LP**
24551 RAYMOND WAY SUITE 210
LAKE FOREST, CALIFORNIA 92630

WELLS FARGO BANK, N.A.
CALIFORNIA
16-24/1220

5/17/2018

PAY TO THE ORDER OF   Loki Investments            $ **3,619.16

Three Thousand Six Hundred Nineteen and 16/100************************************************ DOLLARS

Loki Investments

MEMO

AUTHORIZED SIGNATURE

5166

2041996520

REQUEST 00007432573000000 3619.16
ROLL ECIA   20180517  000002041996520
JOB ECIA  E  ACCT         5166
REQUESTOR A200176
20913352  12/08/2018 Research 20915750

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

1426

**DOCS DONE RIGHT, LP**
24551 RAYMOND WAY SUITE 210
LAKE FOREST, CALIFORNIA 92630

WELLS FARGO BANK, N.A.
CALIFORNIA
16-24/1220

6/9/2018

PAY TO THE ORDER OF   Loki Investments           $ **905.45

Nine Hundred Five and 45/100************************************************************   DOLLARS

Loki Investments

MEMO   ADS, Direct, Secure May 2018

AUTHORIZED SIGNATURE

5166

2043535582

REQUEST 00007432573000000 905.45
ROLL ECIA   20180614   000002043535582
JOB ECIA E ACCT            5166
REQUESTOR A200176
20913352  12/08/2018 Research 20915750

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201