COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA  94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>Chou Team Realty, LLC, et al.,<br><br>　　　　　Defendants. | Case No.: 8-20-cv-00043-JVS-ADS<br><br>**APPLICATION FOR CLERK TO ENTER DEFAULT AGAINST ASSURE DIRECT SERVICES, LP** |

Plaintiff Bureau of Consumer Financial Protection ("Bureau") requests that the Clerk of Court enter default against Assure Direct Services, LP, under Federal Rule of Civil Procedure 55(a), on the ground that it failed to timely appear, answer, or otherwise defend this action.

Plaintiff served the summons and Complaint upon Assure Direct Services, LP, on March 23, 2020, as evidenced by the proof of service on file with this Court.  Assure Direct Services, LP has not answered, moved to

dismiss, or otherwise appeared in this action, and the time within which it may appear has expired.

The above-stated facts are set forth in the accompanying declaration of Colin Reardon.

Dated: June 4, 2020

Respectfully Submitted,

/s/ Colin Reardon
Leanne E. Hartmann
Colin Reardon (*pro hac vice*)
E. Vanessa Assae-Bille (*pro hac vice*)
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*