COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br><br>  Plaintiff, <br><br> vs. <br><br> Chou Team Realty, LLC et al., <br><br>  Defendants. | Case No.: 8-20-cv-00043-JVS-ADS <br><br> **DECLARATION OF SERVICE ON FRANK ANTHONY SEBREROS** |

I, E. Vanessa Assae-Bille, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Litigation Counsel for Plaintiff Bureau of Consumer Financial Protection ("Bureau") and a counsel in this action. My business address is 1700 G Street, NW, Washington, D.C. 20552.

2. The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently to the statements contained in this declaration.

3. The Bureau filed its Complaint in this action on January 9, 2020. The Complaint includes claims against several defendants, including Frank Anthony Sebreros ("Sebreros").

4. On January 15, 2020, the Clerk of Court issued a summons to Sebreros. (ECF No. 13-11.)

5. On May 4, 2020, the Court granted the Bureau's first motion for an extension of time to serve Sebreros. (ECF No. 81.)

6. On May 8, 2020, the Bureau moved for leave to serve Sebreros by alternative means and for a second extension of time to serve him. (ECF No. 86.) Specifically, the Bureau sought permission to serve Sebreros via email to the email address fsebreros@gmail.com and to serve him by June 7, 2020.

7. On June 3, 2020, the Court issued an order granting the Bureau's motion to serve Sebreros by alternative means and for a second extension of time to serve him ("Order"). (ECF No. 98.)

8. On June 4, 2020, I sent an email to fsebreros@gmail.com notifying Sebreros of this action and attaching copies of the Complaint, the summons to Sebreros, and the Order. Attached as Exhibit A to this declaration is a true and correct copy of my June 4, 2020 email and its attachments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 8, 2020

/s/ E. Vanessa Assae-Bille
E. Vanessa Assae-Bille (*pro hac vice*)

Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorney for Plaintiff Bureau of Consumer Financial Protection*