JEFFREY S. BENICE, ESQ., State Bar No. 81583
BENICE LAW
*A Professional Law Corporation*
3080 Bristol Street, Suite 630
Costa Mesa, California 92626
Telephone No.: (714) 641-3600
Facsimile No.: (714) 641-3604
Website: www.JeffreyBenice.com
E-Mail: JSB@JeffreyBenice.com

Attorney for Defendant,
Frank Anthony Sebreros

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br><br> Plaintiff, <br><br> v. <br><br> Chou Team Realty, LLC f/k/a Chou Team Realty, Inc., d/b/a Monster Loans, d/b/a Monster loans; Lend Tech Loans, Inc.; Docu Prep Center, Inc., d/b/a DocuPrep Center, d/b/a Certified Document Center; Doc Prep, Inc.; Certified Doc Prep Services, LP; Assure Direct Services, Inc.; Assure Direct Services, LP; Direct Document Solutions, Inc.; Direct Document Solutions, LP; Secure Preparation Services, Inc.; Secure Preparation Services, LP; Docs Done Right, Inc.; Docs Done Right, LP; Bilal Abdelfattah, a/k/a Belal Abdelfattah, a/k/a Bill Adel; Robert Hoose; Eduardo "Ed" Martinez; Jawed Nesheiwat; Frank Anthony Sebreros; and David Sklar, <br><br> Defendants. | **CASE NO.: 8:20-CV-00043** <br><br> **DEFENDANT FRANK ANTHONY SEBREROS ANSWER TO PLAINTIFF BUREAU OF CONSUMER FINANCIAL PROTECTION** <br><br> **[Complaint filed January 09, 2020]** <br><br> **[Assigned for all Purposes to the Hon. James V. Selna, Ctrm 10C]** |

1

1       Defendant Frank Anthony Sebreros ("*Defendant*") hereby answers Plaintiff

2 Bureau of Consumer Financial Protection's ("Plaintiff") Complaint for as follows:

3                       **JURISDICTION AND VENUE**

4       1.     Answering paragraph 1, Defendant admits the allegations contained

5 therein.

6       2.     Answering paragraph 2, Defendant admits the allegations contained

7 therein.

8                       **INTRODUCTION**

9       3.     Answering paragraph 3, Defendant is without sufficient knowledge or

10 information to form a belief as to the truth of the allegations contained in said

11 paragraph, and on that basis denies each and every allegation contained therein.

12       4.     Answering paragraph 4, Defendant is without sufficient knowledge or

13 information to form a belief as to the truth of the allegations contained in said

14 paragraph, and on that basis denies each and every allegation contained therein.

15       5.     Answering paragraph 5, Defendant is without sufficient knowledge or

16 information to form a belief as to the truth of the allegations contained in said

17 paragraph, and on that basis denies each and every allegation contained therein.

18       6.     Answering paragraph 6, Defendant is without sufficient knowledge or

19 information to form a belief as to the truth of the allegations contained in said

20 paragraph, and on that basis denies each and every allegation contained therein.

21       7.     Answering paragraph 7, Defendant is without sufficient knowledge or

22 information to form a belief as to the truth of the allegations contained in said

23 paragraph, and on that basis denies each and every allegation contained therein.

24                       **PLAINTIFF**

25       8.     Answering paragraph 8, Defendant admits the allegations contained

26 therein.

27       9.     Answering paragraph 9, Defendant admits the allegations contained

28 therein.

## DEFENDANTS AND RELIEF DEFENDANTS

10.    Answering paragraph 10, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

11.    Answering paragraph 11, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

12.    Answering paragraph 11, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

13.    Answering paragraph 13, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

14.    Answering paragraph 14, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

15.    Answering paragraph 15, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

16.    Answering paragraph 16, Defendant is without sufficient knowledge or information

to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

17.    Answering paragraph 17, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

18.    Answering paragraph 18, Defendant is without sufficient knowledge or

3

1  information to form a belief as to the truth of the allegations contained in said
2  paragraph, and on that basis denies each and every allegation contained therein.

3      19.   Answering paragraph 19, Defendant is without sufficient knowledge or
4  information to form a belief as to the truth of the allegations contained in said
5  paragraph, and on that basis denies each and every allegation contained therein.

6      20.  Answering paragraph 20, Defendant is without sufficient knowledge or
7  information to form a belief as to the truth of the allegations contained in said
8  paragraph, and on that basis denies each and every allegation contained therein.

9      21.  Answering paragraph 21, Defendant is without sufficient knowledge or
10  information to form a belief as to the truth of the allegations contained in said
11  paragraph, and on that basis denies each and every allegation contained therein.

12      22.   Answering paragraph 22, Defendant is without sufficient knowledge or
13  information to form a belief as to the truth of the allegations contained in said
14  paragraph, and on that basis denies each and every allegation contained therein.

15      23.   Answering paragraph 23, Defendant is without sufficient knowledge or
16  information to form a belief as to the truth of the allegations contained in said
17  paragraph, and on that basis denies each and every allegation contained therein.

18      24.   Answering paragraph 24, Defendant is without sufficient knowledge or
19  information to form a belief as to the truth of the allegations contained in said
20  paragraph, and on that basis denies each and every allegation contained therein.

21      25.   Answering paragraph 25, Defendant is without sufficient knowledge or
22  information to form a belief as to the truth of the allegations contained in said
23  paragraph, and on that basis denies each and every allegation contained therein.

24      26.   Answering paragraph 26, Defendant is without sufficient knowledge or
25  information to form a belief as to the truth of the allegations contained in said
26  paragraph, and on that basis denies each and every allegation contained therein.

27      27.   Answering paragraph 27, Defendant is without sufficient knowledge or
28  information to form a belief as to the truth of the allegations contained in said

1  paragraph, and on that basis denies each and every allegation contained therein.

2       28.     Answering paragraph 28, Defendant is without sufficient knowledge or

3  information to form a belief as to the truth of the allegations contained in said

4  paragraph, and on that basis denies each and every allegation contained therein.

5       29.     Answering paragraph 29, Defendant is without sufficient knowledge or

6  information to form a belief as to the truth of the allegations contained in said

7  paragraph, and on that basis denies each and every allegation contained therein.

8       30.     Answering paragraph 30, Defendant is without sufficient knowledge or

9  information to form a belief as to the truth of the allegations contained in said

10  paragraph, and on that basis denies each and every allegation contained therein.

11       31.     Answering paragraph 31, Defendant is without sufficient knowledge or

12  information to form a belief as to the truth of the allegations contained in said

13  paragraph, and on that basis denies each and every allegation contained therein.

14       32.     Answering paragraph 32, Defendant is without sufficient knowledge or

15  information to form a belief as to the truth of the allegations contained in said

16  paragraph, and on that basis denies each and every allegation contained therein.

17       33.     Answering paragraph 33, Defendant is without sufficient knowledge or

18  information to form a belief as to the truth of the allegations contained in said

19  paragraph, and on that basis denies each and every allegation contained therein.

20       34.     Answering paragraph 34, Defendant is without sufficient knowledge or

21  information to form a belief as to the truth of the allegations contained in said

22  paragraph, and on that basis denies each and every allegation contained therein.

23       35.     Answering paragraph 35, Defendant is without sufficient knowledge or

24  information to form a belief as to the truth of the allegations contained in said

25  paragraph, and on that basis denies each and every allegation contained therein.

26       36.     Answering paragraph 36, Defendant is without sufficient knowledge or

27  information to form a belief as to the truth of the allegations contained in said

28  paragraph, and on that basis denies each and every allegation contained therein.

37.    Answering paragraph 37, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

38.    Answering paragraph 38, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

39.    Answering paragraph 39, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

40.    Answering paragraph 40, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

41.    Answering paragraph 41, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

42.    Answering paragraph 42, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

43.    Answering paragraph 43, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

44.    Answering paragraph 44, Defendant denies the allegations contained therein.

45.    Answering paragraph 45, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

46.    Answering paragraph 46, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said

6

1 | paragraph, and on that basis denies each and every allegation contained therein.

2 |      47.    Answering paragraph 47, Defendant is without sufficient knowledge or

3 | information to form a belief as to the truth of the allegations contained in said

4 | paragraph, and on that basis denies each and every allegation contained therein.

5 |      48.    Answering paragraph 48, Defendant is without sufficient knowledge or

6 | information to form a belief as to the truth of the allegations contained in said

7 | paragraph, and on that basis denies each and every allegation contained therein.

8 |      49.    Answering paragraph 49, Defendant is without sufficient knowledge or

9 | information to form a belief as to the truth of the allegations contained in said

10 | paragraph, and on that basis denies each and every allegation contained therein.

11 |      50.    Defendant is without sufficient knowledge or information

12 | to form a belief as to the truth of the allegations contained in said paragraph, and on

13 | that basis denies each and every allegation contained therein.

14 |      51.    Defendant is without sufficient knowledge or information

15 | to form a belief as to the truth of the allegations contained in said paragraph, and on

16 | that basis denies each and every allegation contained therein.

17 | <center>**FACTS**</center>

18 | <center>**Monster Loans' Purchases of Prescreened Lists**</center>

19 |      52.    Answering paragraph 52, Defendant admits the allegations contained

20 | therein.

21 |      53.    Answering paragraph 53, Defendant is without sufficient knowledge or

22 | information to form a belief as to the truth of the allegations contained in said

23 | paragraph, and on that basis denies each and every allegation contained therein.

24 |      54.    Answering paragraph 54, Defendant is without sufficient knowledge or

25 | information to form a belief as to the truth of the allegations contained in said

26 | paragraph, and on that basis denies each and every allegation contained therein.

27 |      55.    Answering paragraph 55, Defendant is without sufficient knowledge or

28 | information to form a belief as to the truth of the allegations contained in said

<center>7</center>

1    paragraph, and on that basis denies each and every allegation contained therein.

2        56.     Answering paragraph 56, Defendant is without sufficient knowledge or

3    information to form a belief as to the truth of the allegations contained in said

4    paragraph, and on that basis denies each and every allegation contained therein.

5        57.     Answering paragraph 57, Defendant is without sufficient knowledge or

6    information

7    to form a belief as to the truth of the allegations contained in said paragraph, and on

8    that basis denies each and every allegation contained therein.

9        58.     Answering paragraph 58, Defendant is without sufficient knowledge or

10    information to form a belief as to the truth of the allegations contained in said

11    paragraph, and on that basis denies each and every allegation contained therein.

12        59.     Answering paragraph 59, Defendant is without sufficient knowledge or

13    information to form a belief as to the truth of the allegations contained in said

14    paragraph, and on that basis denies each and every allegation contained therein.

15        60.     Answering paragraph 60, Defendant is without sufficient knowledge or

16    information to form a belief as to the truth of the allegations contained in said

17    paragraph, and on that basis denies each and every allegation contained therein.

18        61.     Answering paragraph 61, Defendant is without sufficient knowledge or

19    information to form a belief as to the truth of the allegations contained in said

20    paragraph, and on that basis denies each and every allegation contained therein.

21        62.     Answering paragraph 62, Defendant is without sufficient knowledge or

22            information

23    to form a belief as to the truth of the allegations contained in said paragraph, and on

24    that basis denies each and every allegation contained therein.

25        63.     Answering paragraph 63, Defendant is without sufficient knowledge or

26    information to form a belief as to the truth of the allegations contained in said

27    paragraph, and on that basis denies each and every allegation contained therein.

28

## Lend Tech's Purchases of Prescreened Lists

64.     Answering paragraph 64, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

65.     Answering paragraph 65, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

66.     Answering paragraph 66, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

67.     Answering paragraph 67, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

68.     Answering paragraph 68, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

69.     Answering paragraph 69, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

70.     Answering paragraph 70, Defendant denies the allegations contained therein.

71.     Answering paragraph 71, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

72.     Answering paragraph 72, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

73.     Answering paragraph 73, Defendant denies the allegations contained

9

therein.

74.     Answering paragraph 74, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

75.     Answering paragraph 75, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

76.     Answering paragraph 76, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

77.     Answering paragraph 77, Defendant denies the allegations contained therein.

78.     Answering paragraph 78, Defendant denies the allegations contained therein.

79.     Answering paragraph 79, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

### Student Loan Consolidations, Repayment Programs, and Forgiveness Programs

80.     Answering paragraph 80, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

81.     Answering paragraph 81, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

82.     Answering paragraph 82, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

SEBREROS ANSWER TO COMPLAINT

1    83.    Answering paragraph 83, Defendant is without sufficient knowledge or
2    information to form a belief as to the truth of the allegations contained in said
3    paragraph, and on that basis denies each and every allegation contained therein.

4    **The Student Loan Debt Relief Companies and Docs Done Right**

5    84.    Answering paragraph 84, Defendant is without sufficient knowledge or
6    information to form a belief as to the truth of the allegations contained in said
7    paragraph, and on that basis denies each and every allegation contained therein.

8    85.    Answering paragraph 85, Defendant is without sufficient knowledge or
9    information to form a belief as to the truth of the allegations contained in said
10   paragraph, and on that basis denies each and every allegation contained therein.

11   86.    Answering paragraph 86, Defendant is without sufficient knowledge or
12   information to form a belief as to the truth of the allegations contained in said
13   paragraph, and on that basis denies each and every allegation contained therein.

14   87.    Answering paragraph 87, Defendant is without sufficient knowledge or
15   information to form a belief as to the truth of the allegations contained in said
16   paragraph, and on that basis denies each and every allegation contained therein.

17   88.    Answering paragraph 88, Defendant is without sufficient knowledge or
18   information to form a belief as to the truth of the allegations contained in said
19   paragraph, and on that basis denies each and every allegation contained therein.

20   **Misrepresentations about Lower Interest Rates**

21   89.    Answering paragraph 89, Defendant is without sufficient knowledge or
22   information to form a belief as to the truth of the allegations contained in said
23   paragraph, and on that basis denies each and every allegation contained therein.

24   90.    Answering paragraph 90, Defendant is without sufficient knowledge or
25   information to form a belief as to the truth of the allegations contained in said
26   paragraph, and on that basis denies each and every allegation contained therein.

27   91.    Answering paragraph 91, Defendant is without sufficient knowledge or
28   information to form a belief as to the truth of the allegations contained in said

11

1  paragraph, and on that basis denies each and every allegation contained therein.

2    92.    Answering paragraph 92, Defendant is without sufficient knowledge or

3  information to form a belief as to the truth of the allegations contained in said

4  paragraph, and on that basis denies each and every allegation contained therein.

5    93.    Answering paragraph 93, Defendant is without sufficient knowledge or

6  information to form a belief as to the truth of the allegations contained in said

7  paragraph, and on that basis denies each and every allegation contained therein.

8    94.    Answering paragraph 94, Defendant is without sufficient knowledge or

9  information to form a belief as to the truth of the allegations contained in said

10  paragraph, and on that basis denies each and every allegation contained therein.

11    95.    Answering paragraph 95, Defendant is without sufficient knowledge or

12  information to form a belief as to the truth of the allegations contained in said

13  paragraph, and on that basis denies each and every allegation contained therein.

14  **Misrepresentation about Improved Credit Scores**

15    96.    Answering paragraph 96, Defendant is without sufficient knowledge or

16  information to form a belief as to the truth of the allegations contained in said

17  paragraph, and on that basis denies each and every allegation contained therein.

18    97.    Answering paragraph 97, Defendant is without sufficient knowledge or

19  information to form a belief as to the truth of the allegations contained in said

20  paragraph, and on that basis denies each and every allegation contained therein.

21    98.    Answering paragraph 98, Defendant is without sufficient knowledge or

22  information to form a belief as to the truth of the allegations contained in said

23  paragraph, and on that basis denies each and every allegation contained therein.

24    99.    Answering paragraph 99, Defendant is without sufficient knowledge or

25  information to form a belief as to the truth of the allegations contained in said

26  paragraph, and on that basis denies each and every allegation contained therein.

27  **Misrepresentations that ED Would Become Consumers' "New Servicer"**

28    100.   Answering paragraph 100, Defendant is without sufficient knowledge or

12

1  information to form a belief as to the truth of the allegations contained in said

2  paragraph, and on that basis denies each and every allegation contained therein.

3       101.  Answering paragraph 101, Defendant is without sufficient knowledge or

4  information to form a belief as to the truth of the allegations contained in said

5  paragraph, and on that basis denies each and every allegation contained therein.

6       102.  Answering paragraph 102, Defendant is without sufficient knowledge or

7  information to form a belief as to the truth of the allegation contained in said

8  paragraph, and on that basis deny each and every allegation contained therein.

9       **Collection of Advance Fees**

10       103.  Answering paragraph 103, Defendant is without sufficient knowledge or

11  information to form a belief as to the truth of the allegations contained in said

12  paragraph, and on that basis denies each and every allegation contained therein.

13       104.  Answering paragraph 104, Defendant is without sufficient knowledge or

14  information to form a belief as to the truth of the allegations contained in said

15  paragraph, and on that basis denies each and every allegation contained therein.

16       105.  Answering paragraph 105, Defendant is without sufficient knowledge or

17  information to form a belief as to the truth of the allegations contained in said

18  paragraph, and on that basis denies each and every allegation contained therein.

19       106.  Answering paragraph 106, Defendant is without sufficient knowledge or

20  information to form a belief as to the truth of the allegations contained in said

21  paragraph, and on that basis denies each and every allegation contained therein.

22       **Role of Individual Defendants in Deceptive Representations**

23       **and Charging of Advance Fees**

24       107.  Answering paragraph 107, Defendant is without sufficient knowledge or

25  information to form a belief as to the truth of the allegations contained in said

26  paragraph, and on that basis denies each and every allegation contained therein.

27       108.  Answering paragraph 108, Defendant is without sufficient knowledge or

28  information to form a belief as to the truth of the allegations contained in said

1   paragraph, and on that basis denies each and every allegation contained therein.

2       109.   Answering paragraph 109, Defendant denies the allegations contained
3   therein.

4       110.   Answering paragraph 110, Defendant denies the allegations contained
5   therein.

6       111.   Answering paragraph 111, Defendant is without sufficient knowledge or
7   information to form a belief as to the truth of the allegations contained in said
8   paragraph, and on that basis denies each and every allegation contained therein.

9                          **LEGAL BACKGROUND**

10                              **FCRA**

11       112.   Answering paragraph 112, Defendant admits the allegations contained
12   therein.

13       113.   Answering paragraph 113, Defendant is without sufficient knowledge or
14   information to form a belief as to the truth of the allegations contained in said
15   paragraph, and on that basis denies each and every allegation contained therein.

16       114.   Answering paragraph 114, Defendant is without sufficient knowledge or
17   information to form a belief as to the truth of the allegations contained in said
18   paragraph, and on that basis denies each and every allegation contained therein.

19       115.   Answering paragraph 115, Defendant is without sufficient knowledge or
20   information to form a belief as to the truth of the allegations contained in said
21   paragraph, and on that basis denies each and every allegation contained therein.

22                              **The TSR**

23       116.   Answering paragraph 116, Defendant is without sufficient knowledge or
24   information to form a belief as to the truth of the allegations contained in said
25   paragraph, and on that basis denies each and every allegation contained therein.

26       117.   Answering paragraph 117, Defendant is without sufficient knowledge or
27   information to form a belief as to the truth of the allegations contained in said
28   paragraph, and on that basis denies each and every allegation contained therein.

14

118.   Answering paragraph 118, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

119.   Answering paragraph 119, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

120.   Answering paragraph 120, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

121.   Answering paragraph 121, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

122.   Answering paragraph 122, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

123.   Answering paragraph 123, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

124.   Answering paragraph 124, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

125.   Answering paragraph 125, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

126.   Answering paragraph 126, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

127.   Answering paragraph 127, Defendant is without sufficient knowledge or

1 information to form a belief as to the truth of the allegations contained in said

2 paragraph, and on that basis denies each and every allegation contained therein.

3     128.   Answering paragraph 128, Defendant is without sufficient knowledge or

4 information to form a belief as to the truth of the allegations contained in said

5 paragraph, and on that basis denies each and every allegation contained therein.

6     129.   Answering paragraph 129, Defendant is without sufficient knowledge or

7 information to form a belief as to the truth of the allegations contained in said

8 paragraph, and on that basis denies each and every allegation contained therein.

9     130.   Answering paragraph 130, Defendant is without sufficient knowledge or

10 information to form a belief as to the truth of the allegations contained in said

11 paragraph, and on that basis denies each and every allegation contained therein.

12              **The CFPA**

13     131.   Answering paragraph 131, Defendant is without sufficient knowledge or

14 information to form a belief as to the truth of the allegations contained in said

15 paragraph, and on that basis denies each and every allegation contained therein.

16     132.   Answering paragraph 132, Defendant is without sufficient knowledge or

17 information to form a belief as to the truth of the allegations contained in said

18 paragraph, and on that basis denies each and every allegation contained therein.

19     133.   Answering paragraph 133, Defendant is without sufficient knowledge or

20 information to form a belief as to the truth of the allegations contained in said

21 paragraph, and on that basis denies each and every allegation contained therein.

22     134.   Answering paragraph 134, Defendant is without sufficient knowledge or

23 information to form a belief as to the truth of the allegations contained in said

24 paragraph, and on that basis denies each and every allegation contained therein.

25     135.   Answering paragraph 135, Defendant is without sufficient knowledge or

26 information to form a belief as to the truth of the allegations contained in said

27 paragraph, and on that basis denies each and every allegation contained therein.

28     136.   Answering paragraph 136, Defendant is without sufficient knowledge or

1   information to form a belief as to the truth of the allegations contained in said

2   paragraph, and on that basis denies each and every allegation contained therein.

3        137.   Answering paragraph 137, Defendant is without sufficient knowledge or

4   information to form a belief as to the truth of the allegations contained in said

5   paragraph, and on that basis denies each and every allegation contained therein.

6        138.   Answering paragraph 138, Defendant is without sufficient knowledge or

7   information to form a belief as to the truth of the allegations contained in said

8   paragraph, and on that basis denies each and every allegation contained therein.

9        139.   Answering paragraph 139, Defendant is without sufficient knowledge or

10  information to form a belief as to the truth of the allegations contained in said

11  paragraph, and on that basis denies each and every allegation contained therein.

12       140.   Answering paragraph 140, Defendant is without sufficient knowledge or

13  information to form a belief as to the truth of the allegations contained in said

14  paragraph, and on that basis denies each and every allegation contained therein.

15       141.   Answering paragraph 141, Defendant is without sufficient knowledge or

16  information to form a belief as to the truth of the allegations contained in said

17  paragraph, and on that basis denies each and every allegation contained therein.

18       142.   Answering paragraph 142, Defendant is without sufficient knowledge or

19  information to form a belief as to the truth of the allegations contained in said

20  paragraph, and on that basis denies each and every allegation contained therein.

21       143.   Answering paragraph 143, Defendant is without sufficient knowledge or

22  information to form a belief as to the truth of the allegations contained in said

23  paragraph, and on that basis denies each and every allegation contained therein.

24       144.   Answering paragraph 144, Defendant denies the allegations contained

25  therein.

26       145.   Answering paragraph 145, Defendant is without sufficient knowledge or

27  information to form a belief as to the truth of the allegations contained in said

28  paragraph, and on that basis denies each and every allegation contained therein.

**SEBREROS ANSWER TO COMPLAINT**

146.   Answering paragraph 143, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

## COUNT 1

### Violations of FCRA

**(Against Student Loan Debt Relief Companies, Monster Loans, Lend Tech Chou, Nesheiwat, Cowell, Abdel, Sebreros, Martinez, Sklar, and Hoose)**

147.   Defendant realleges paragraphs 1-146, inclusive, and re-incorporates the same herein.

148.   Answering paragraph 143, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

149.   Answering paragraph 143, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

150.   Answering paragraph 143, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

151.   Answering paragraph 143, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

152.   Answering paragraph 152, Defendant denies the allegations contained therein.

## COUNT II

### Advance Fees in Violation of the TSR

**(Against Student Loan Debt Relief Companies, Docs Done Right, Nesheiwat, Sklar, Hoose, Sebreros, and Martinez)**

153.   Defendant realleges paragraphs 1-152, inclusive, and re-incorporates the

18

1 | same herein.

2 |     154.   Answering paragraph 154, Defendant is without sufficient knowledge or

3 | information to form a belief as to the truth of the allegations contained in said

4 | paragraph, and on that basis denies each and every allegation contained therein.

5 |     155.   Answering paragraph 155, Defendant is without sufficient knowledge or

6 | information to form a belief as to the truth of the allegations contained in said

7 | paragraph, and on that basis denies each and every allegation contained therein.

8 | **COUNT III**

9 | **Misrepresentations in Violation of the TSR-Lower Interest Rates**

10 | **(Against Student Loan Debt Relief Companies,**

11 | **Nesheiwat, Sklar, Hoose, and Sebreros)**

12 |     156.   Defendant realleges paragraphs 1-155, inclusive, and re-incorporates the

13 | same herein.

14 |     157.   Answering paragraph 157, Defendant is without sufficient knowledge or

15 | information to form a belief as to the truth of the allegations contained in said

16 | paragraph, and on that basis denies each and every allegation contained therein.

17 |     158.   Answering paragraph 158, Defendant denies the allegations contained

18 | therein.

19 |     159.   Answering paragraph 159, Defendant denies the allegations contained

20 | therein.

21 | **COUNT IV**

22 | **Misrepresentations in Violation of the TSR-Improved Credit Scores**

23 | **(Against Student Loan Debt Relief Companies,**

24 | **Nesheiwat, Sklar, Hoose, and Sebreros)**

25 |     160.   Defendant realleges paragraphs 1-159, inclusive, and re-incorporates the

26 | same herein.

27 |     161.   Answering paragraph 161, Defendant is without sufficient knowledge or

28 | information to form a belief as to the truth of the allegations contained in said

1   paragraph, and on that basis denies each and every allegation contained therein.

2       162.   Answering paragraph 162, Defendant is without sufficient knowledge or

3   information to form a belief as to the truth of the allegations contained in said

4   paragraph, and on that basis denies each and every allegation contained therein.

5       163.   Answering paragraph 163, Defendant is without sufficient knowledge or

6   information to form a belief as to the truth of the allegations contained in said

7   paragraph, and on that basis denies each and every allegation contained therein.

8       164.   Answering paragraph 164, Defendant is without sufficient knowledge or

9   information to form a belief as to the truth of the allegations contained in said

10   paragraph, and on that basis denies each and every allegation contained therein.

11                                **COUNT V**

12           **Misrepresentations in Violation of the TSR - New Servicer**

13         **(Against Docu Prep Center, Nesheiwat, Sklar, and Hoose)**

14       165.   Defendant realleges paragraphs 1-164, inclusive, and re-incorporates the

15   same herein.

16       166.   Answering paragraph 166, Defendant is without sufficient knowledge or

17   information to form a belief as to the truth of the allegations contained in said

18   paragraph, and on that basis denies each and every allegation contained therein.

19       167.   Answering paragraph 167, Defendant is without sufficient knowledge or

20   information to form a belief as to the truth of the allegations contained in said

21   paragraph, and on that basis denies each and every allegation contained therein.

22       168.   Answering paragraph 168, Defendant is without sufficient knowledge or

23   information to form a belief as to the truth of the allegations contained in said

24   paragraph, and on that basis denies each and every allegation contained therein.

25                                **COUNT VI**

26             **Substantial Assistance in Violation of the TSR**

27             **(Against Monster Loans and Nesheiwat)**

28       169.   Defendant realleges paragraphs 1-168, inclusive, and re-incorporates the

                                    20

1   same herein.

2       170.   Answering paragraph 170, Defendant is without sufficient knowledge or
3   information to form a belief as to the truth of the allegations contained in said
4   paragraph, and on that basis denies each and every allegation contained therein.

5       171.   Answering paragraph 171, Defendant is without sufficient knowledge or
6   information to form a belief as to the truth of the allegations contained in said
7   paragraph, and on that basis denies each and every allegation contained therein.

8       172.   Answering paragraph 172, Defendant is without sufficient knowledge or
9   information to form a belief as to the truth of the allegations contained in said
10  paragraph, and on that basis denies each and every allegation contained therein.

11      173.   Answering paragraph 173, Defendant is without sufficient knowledge or
12  information to form a belief as to the truth of the allegations contained in said
13  paragraph, and on that basis denies each and every allegation contained therein.

14                              **COUNT VII**

15          **Deception in Violation of the CFPA - Lower Interest Rates**

16                **(Against Student Loan Debt Relief Companies,**

17                **Nesheiwat, Sklar, Hoose, and Sebreros)**

18      174.   Defendant realleges paragraphs 1-173, inclusive, and re-incorporates the
19  same herein.

20      175.   Answering paragraph 175, Defendant denies the allegations contained
21  therein.

22      176.   Answering paragraph 176, Defendant denies the allegations contained
23  therein.

24      177.   Answering paragraph 158, Defendant denies the allegations contained
25  therein.

26

27

28

                                  21

## COUNT VIII

### Deception in Violation of the CFPA - Improved Credit Scores

### (Against Student Loan Debt Relief Companies,

### Nesheiwat, Sklar, Hoose, and Sebreros)

178.   Defendant realleges paragraphs 1-178, inclusive, and re-incorporates the same herein.

179.   Answering paragraph 179, Defendant denies the allegations contained therein.

180.   Answering paragraph 180, Defendant denies the allegations contained therein.

181.   Answering paragraph 181, Defendant denies the allegations contained therein.

182.   Answering paragraph 182, Defendant denies the allegations contained therein.

## COUNT IX

### Deception in Violation of the CFPA - New Servicer

### (Against Docu Prep Center, Nesheiwat, Sklar, and Hoose)

183.   Defendant realleges paragraphs 1-183, inclusive, and re-incorporates the same herein.

184.   Answering paragraph 184, Defendant denies the allegations contained therein.

185.   Answering paragraph 185, Defendant denies the allegations contained therein.

186.   Answering paragraph 186, Defendant denies the allegations contained therein.

22

<div align="center">

**COUNT X**

**Substantial Assistance in Violation of the CFPA**

**(Against Monster Loans and Nesheiwat)**

</div>

187.   Defendant realleges paragraphs 1-186, inclusive, and re-incorporates the same herein.

188.   Answering paragraph 188, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

189.   Answering paragraph 189, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

190.   Answering paragraph 190, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

<div align="center">

**COUNT XI**

**CFPA Violations Based on Violations of FCRA and TSR**

**(Against Student Loan Debt Relief Companies, Monster Loans,**

**Lend Tech, Docs Done Right, Chou, Nesheiwat, Cowell,**

**Abdel, Sebreros, Martinez, Sklar, and Hoose)**

</div>

191.   Defendant realleges paragraphs 1-190, inclusive, and re-incorporates the same herein.

192.   Answering paragraph 192, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

193.   Answering paragraph 193, Defendant denies the allegations contained therein.

194.   Answering paragraph 194, Defendant denies the allegations contained therein.

<div align="center">23</div>

1    195.   Answering paragraph 195, Defendant denies the allegations contained
2  therein.

3    196.   Answering paragraph 196, Defendant denies the allegations contained
4  therein.

5    197.   Answering paragraph 197, Defendant denies the allegations contained
6  therein.

7    198.   Answering paragraph 198, Defendant denies the allegations contained
8  therein.

9  <center>**COUNT XII**</center>

10  <center>**Relief Defendants**</center>

11    199.   Defendant realleges paragraphs 1-198, inclusive, and re-incorporates the
12  same herein.

13    200.   Answering paragraph 200, Defendant is without sufficient knowledge or
14  information to form a belief as to the truth of the allegations contained in said
15  paragraph, and on that basis denies each and every allegation contained therein.

16    For his affirmative defenses, Defendant alleges as follows:

17  <center>**FIRST AFFIRMATIVE DEFENSE**</center>

18  <center>**(Failure To State Cause Of Action)**</center>

19    1.   The Complaint, and each purported cause of action contained therein,
20  fails to state facts sufficient to constitute a cause of action against Defendant.

21

22  <center>**SECOND AFFIRMATIVE DEFENSE**</center>

23  <center>**(Statute Of Limitations)**</center>

24    2.   Defendant is informed and believe and thereon allege that the Complaint,
25  and each purported cause of action contained therein, is barred by the applicable
26  statutes of limitations including Code of Civil Procedure §§337(1); 339(1); 3338(d);
27  et seq.

28

<center>24</center>

---

<center>**SEBREROS ANSWER TO COMPLAINT**</center>

## THIRD AFFIRMATIVE DEFENSE

### (Statute Of Frauds)

3.     The Complaint, and each purported cause of action contained therein, is barred by the applicable statute of frauds, including.

## FOURTH AFFIRMATIVE DEFENSE

### (Parol Evidence Rule)

4.     The Complaint, and each purported cause of action contained therein, is barred by the parol evidence rule, including, without limitation.

## FIFTH AFFIRMATIVE DEFENSE

### (Failure/Lack of Consideration)

5.     The Complaint, and each purported cause of action contained therein, is without merit due to failure and/or lack of consideration.

## SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

6.     Defendant is informed and believes, and thereon alleges, that the Complaint, and each purported cause of action contained therein, is barred in its entirety by reason of Plaintiff's unclean hands, misrepresentations and fraudulent and patently false conduct concerning the alleged incident with Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

### (No Liability)

7.     Defendant  alleges that it committed no wrongful acts as to Plaintiff and, therefore, is not responsible for the damages to Plaintiff, if any there be.

## EIGHTH AFFIRMATIVE DEFENSE

### (Waiver)

8.     Defendant is informed and believes and thereon alleges that by virtue of the knowledge, statements and conduct of Plaintiff, its agents, employees and representatives, Plaintiff has waived any right to bring this action.

## NINTH AFFIRMATIVE DEFENSE

### (Estoppel)

9.    Defendant is informed and believes, and thereon alleges, that Plaintiff by virtue of its acts, omissions, conduct, statements and/or representations, are estopped from bringing this action.

## TENTH AFFIRMATIVE DEFENSE

### (No Breach)

10.    The Complaint, and each purported cause of action contained therein, is barred because Defendant has not breached any agreement or warranties as alleged in the Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Offset)

11.    Defendant is informed and believes, and thereon alleges, that the alleged claims, damages and purported causes of action of Plaintiff's Complaint are satisfied by offset.

## TWELFTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

12.    Each and every cause of action asserted in the Complaint is barred as a consequence of Plaintiff's lack of standing.

## THIRTEENTH AFFIRMATIVE DEFENSE

13.    The CDPB has no authority to prosecute this action; the legislation created that the CFPB unconstitutionally insulates the CFPB's director from removal from office by the president during the director's five year term exempt from "*inefficiency neglect of duty or malfeasance in office*." See, *Seila Law v. Consumer Financial Protection Bureau*, 140 S. Ct. 427.

1    **WHEREFORE**, Defendant prays that:

2    1.    That Plaintiff take nothing by the Complaint;

3    2.    For costs of suit and reasonable attorneys' fees pursuant to contract

4          and/or statute; and

5    3.    For such other and further relief as the Court deems just and proper.

6

7

8    Dated: June 25, 2020                Respectfully submitted,

9

10

11                                       Jeffrey S. Benice
                                         Attorney for Defendant,
12                                       Frank Anthony Sebreros

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SEBREROS ANSWER TO COMPLAINT**

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that I electronically filed the foregoing with the Clerk of the

3  Court using the CM/ECF system which will send notification of such filing to the

4  Electronic Service List for this Case.

5

6

7                                          BENICE LAW
                                           *A Professional Law Corporation*
8

9  Dated: June 25, 2020                    _____

10                                         Jeffrey S. Benice, Esq.
                                           Attorney for Defendant
11                                         Frank Anthony Sebreros

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SEBREROS ANSWER TO COMPLAINT**