**PETER D. LEPISCOPO, ESQ. C.S.B. #139583**
LEPISCOPO & ASSOCIATES LAW FIRM
695 Town Center Drive, 7TH Floor
Costa Mesa, California 92626
Telephone: (949) 878-9418
Facsimile: (619) 330-2991

Attorneys for Defendant, **JAWAD NESHEIWAT**

# UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION (SANTA ANA)

| | |
|---|---|
| **BUREAU OF CONSUMER FINANCIAL PROTECTION,**<br><br>Plaintiff,<br><br>v.<br><br>**CHOU TEAM REALTY LLC,** *et al.*,<br><br>Defendants. | Case No. **8:20-cv-00043-JCS-ADS**<br><br>**DEFENDANT JAWAD NESHEIWAT'S NOTICE OF MOTION AND MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS FOR WANT OF JURISDICTION UNDER ARTICLE III**<br><br>[U.S. Const. Art. III; and F.R.Civ.P. Rule 12(b)(1) & (c); L.R. 7-3]<br><br>* This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on 7/7/20.<br><br>DATE: **August 24, 2020**<br>TIME: **1:30 p.m.**<br>COURTROOM: **10-C**<br>JUDGE: **HON. JAMES V. SELNA**<br>TRIAL DATE: **July 13, 2021, 8:30 a.m.** |

---

**DEFENDANT JAWAD NESHEIWAT'S NOTICE OF MOTION AND MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS FOR WANT OF JURISDICTION UNDER ARTICLE III**

**1**

## COMPLIANCE WITH LOCAL RULE 7-3

On July 7, 2020, a conference of counsel was held pursuant Local Rule 7-3. (Decl. of Lepiscopo ¶ 4.)

## NOTICE OF MOTION AND MOTION TO DISMISS AND

## FOR JUDGMENT ON THE PLEADINGS

**TO THE HONORABLE JAMES V. SELNA, U.S. DISTRICT JUDGE, AND TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 24, 2020, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 10-C of the above-entitled Court, located at the Ronald Reagan Federal Building & United States Courthouse, 411 West 4th Street, Santa Ana, California 92701, pursuant to the United States Constitution, Article III ("Article III") and Rule 12 (b) (1) & (c) of the Federal Rules of Civil Procedure, defendant, Jawad Nesheiwat ("Nesheiwat"), shall and hereby does move the Court for an order dismissing this entire action or for judgment on the pleadings for want of jurisdiction under Article III and pursuant to the United States Supreme Court decision issued on June 29, 2020, in *Seila Law LLC v. Consumer Financial Protection Bureau*, 2020 U.S. LEXIS 3515; Slip Opinion, case no. 19-7 p. 1;  591 U.S. ___ (June 29, 2020) ("*Seila Law*"). The LEXIS version of the *Seila Law* opinion is attached to this motion as Exhibit 2. (Decl. of Lepiscopo ¶ 3; Exhibit 2.)

**PLEASE TAKE FURTHER NOTICE** that this motion is based upon this notice and motion, the Memorandum of Points and Authorities, the Request for Judicial Notice, Exhibits 1 through 3, inclusive, and the Declaration of Peter D. Lepiscopo, Esq.

Dated:  July 13, 2020.                         **LEPISCOPO & ASSOCIATES LAW FIRM**

                              By:  /s/ Peter D. Lepiscopo
                                  **PETER D. LEPISCOPO**
                                  *Counsel of Record*
                                  Attorneys for Defendant, **JAWAD NESHEIWAT**