COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br><br> Plaintiff, <br><br> vs. <br><br> Chou Team Realty, LLC et al., <br><br> Defendants. | Case No.: 8-20-cv-00043-JVS-ADS <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiff Bureau of Consumer Financial Protection ("Bureau"), Defendants Eduardo Martinez, Docs Done Right, Inc., Docs Done Right, LP, David Sklar, and Lend Tech Loans, Inc. (collectively, "Defendants"), and Relief Defendants Kenneth Lawson and XO Media, LLC (collectively, "Relief Defendants") stipulate as follows:

1. The initial Complaint in this matter was filed on January 9, 2020.
2. Relief Defendants moved to dismiss the initial Complaint on April 9, 2020. (ECF No. 69.)

3. On June 11, 2020, the Court granted Relief Defendants' motion to dismiss and granted the Bureau 30 days to replead against them. (ECF No. 108 at 5.)

4. On July 10, 2020, the Bureau filed its First Amended Complaint ("FAC"), which contains additional allegations concerning its claim against the Relief Defendants. (ECF No. 117.)

5. Defendants' and Relief Defendants' deadline to answer or otherwise respond to the FAC is July 24, 2020.

6. The Bureau plans to seek leave to file a Second Amended Complaint ("SAC") on or before July 31, 2020, which is the deadline to amend the pleadings. (ECF No. 83.) The SAC would allege additional claims against Defendants Eduardo Martinez, Docs Done Right, Inc., and Docs Done Right, LP.

7. Given the Bureau's plan to seek leave to file the SAC, counsel for the Bureau, Defendants, and Relief Defendants have jointly agreed to request an extension for the filing of Defendants' and Relief Defendants' responses to the FAC. Specifically, counsel have agreed to request that Defendants and Relief Defendants have either (1) 21 days to respond to the SAC from when it is filed (if the Court grants the Bureau leave to file the SAC); or (2) 21 days to respond to the FAC from the Court's order on the Bureau's motion for leave to file the SAC (if the Court denies the Bureau leave to file the SAC). The Bureau, Defendants, and Relief Defendants believe that the requested extension will preserve the parties' and the Court's resources and will not unduly delay this action, which is not scheduled to go to trial until July 2021. (ECF No. 81.)

8. All signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

1  **IT IS SO STIPULATED.**

2  Dated July 23, 2020                    Respectfully Submitted,

3                                          /s/ Colin Reardon
                                           Leanne E. Hartmann
4                                          Colin Reardon (*pro hac vice*)
                                           E. Vanessa Assae-Bille (*pro hac vice*)
5                                          Bureau of Consumer Financial Protection
                                           1700 G Street, NW
6                                          Washington, D.C. 20552

7                                          *Attorneys for Plaintiff Bureau of Consumer Financial Protection*
8

9                                          /s/ William I. Rothbard
                                           William I. Rothbard
10                                         Law Offices of William I. Rothbard
                                           2333 Canyonback Rd.
11                                         Los Angeles, CA 90049

12                                         *Attorney for Relief Defendants XO Media, LLC and Kenneth Lawson*
13

14                                         /s/ David C. Holt
                                           David C. Holt
15                                         The Holt Law Firm
                                           1432 Edinger Avenue, Ste. 130
16                                         Tustin, CA 92780

17                                         *Attorney for Defendants Eduardo Martinez, Docs Done Right, Inc., Docs*
18                                         *Done Right, LP, David Sklar, and Lend Tech Loans, Inc.*

19

20

21

22

23

24

25

26

27

28