# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bureau of Consumer Financial Protection,

    Plaintiff,

vs.

Chou Team Realty, LLC et al.,

    Defendants.

Case No.: 8:20-cv-00043-JVS-ADS

DECLARATION OF KATHLEEN L. KRANINGER, DIRECTOR OF PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU, REGARDING RATIFICATION

I, Kathleen L. Kraninger, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am the Director of the Bureau of Consumer Financial Protection. I have served in that capacity since December 11, 2018. I was nominated to this position by the President on June 20, 2018 and confirmed by the Senate on December 6, 2018.

2. In January 2020, the Bureau filed the above-captioned lawsuit against Defendants Chou Team Realty, LLC; Lend Tech Loans, Inc.; Docu Prep Center, Inc.; Document Preparation Services, LP; Certified Doc Prep, Inc.; Certified Doc Prep Services, LP; Assure Direct Services, Inc.; Assure Direct Services, LP; Direct Document Solutions, Inc.; Direct Document Solutions, LP; Secure Preparation Services, Inc.; Secure Preparation Services, LP; Docs Done Right, Inc.; Docs Done Right, LP; Bilal Abdelfattah; Robert Hoose; Eduardo Martinez; Jawad Nesheiwat; Frank Anthony Sebreros; and David Sklar. The Bureau's complaint also named Thomas Chou and Sean Cowell as defendants and relief defendants. The Bureau's complaint also named Kenneth Lawson; Cre8labs, Inc.; XO Media, LLC; and TDK Enterprises, LLC as relief defendants.

3. On June 29, 2020, the Supreme Court issued a decision in *Seila Law LLC v. Consumer Financial Protection Bureau*, No. 19-7, 2020 WL 3492641 (U.S.).

That decision held that a provision of the Bureau's organic statute that permitted the President to remove the Bureau's Director only for "inefficiency, neglect of duty, or malfeasance in office" was unconstitutional. The Court accordingly severed that provision from the statute. In light of this decision, I understand that the President may now remove me with or without cause.

4. In my capacity as the Bureau's Director, I have considered the basis for the Bureau's decision to file the above-captioned lawsuit against Defendants and Relief Defendants.

5. On behalf of the Bureau, I hereby ratify the decision to file the above-captioned lawsuit against Defendants and Relief Defendants.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 9, 2020.

Kathleen L. Kraninger
Director
Consumer Financial Protection Bureau