UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection (CFPB)<br><br>v.                                Plaintiff(s)<br><br>Chou Team Realty, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:20-cv-00043-JVS-ADS<br><br>NOTICE OF<br>MEDIATION DATE |

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for  November 9, 2020                     at  10:00          ☑ a.m. / ☐ p.m.

LOCATION:  Telephone conference

> The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: July 6, 2020

Panel Mediator: Frank Kaplan
Address: 5473 Collingwood Circle
Calabasas, CA 91302

Phone: 310-429-2067