

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

___

**SAN DIEGO OFFICE**

# EXHIBIT 4

|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JUL 31 2020 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CONSUMER FINANCIAL PROTECTION BUREAU,

        Petitioner-Appellee,

v.

SEILA LAW LLC,

        Respondent-Appellant.

No. 17-56324

D.C. No. 8:17-cv-01081-JLS-JEM
Central District of California, Santa Ana

ORDER

Before: GRABER and WATFORD, Circuit Judges, and ZOUHARY,[*] District Judge.

Respondent-Appellant's motion (Dkt. No. 55), filed July 28, 2020, is GRANTED in part and DENIED in part. In light of the United States Supreme Court's decision in *Seila Law LLC v. Consumer Financial Protection Bureau*, 140 S. Ct. 2183 (2020), the parties are directed to file supplemental briefs addressing whether the civil investigative demand was validly ratified. Petitioner-Appellee's supplemental brief shall be filed no later than 30 days after entry of this order. Respondent-Appellant's supplemental brief shall be filed no later than 30 days after Petitioner-Appellee's supplemental brief is filed. Neither brief may exceed 20 pages. The court will notify the parties if it wishes to schedule oral argument.

---

      [*] The Honorable Jack Zouhary, United States District Judge for the Northern District of Ohio, sitting by designation.