COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
KEVIN E. FRIEDL
E-mail: kevin.friedl@cfpb.gov (NY Bar #5240080)
Phone: (202) 435-9268
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA  94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br><br>   Plaintiff, <br><br> vs. <br><br> Chou Team Realty, LLC, *et al*., <br><br>   Defendants. | Case No.: 8-20-cv-00043-JVS-ADS <br><br> **[PROPOSED] ORDER RE: PLAINTIFF'S *EX PARTE* APPLICATION TO STRIKE DEFENDANT JAWAD NESHEIWAT'S REQUESTS FOR ADDITIONAL RELIEF IN HIS REPLY OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY** <br><br> Honorable James V. Selna <br> United States District Judge |

1     Good cause having been shown, Plaintiff's *Ex Parte* Application is granted. The Court hereby strikes the requests in Defendant Jawad Nesheiwat's Reply to stay this case and to strike the declaration submitted in support of Plaintiff's Opposition.

    It is so ORDERED.

Dated:

                                                                               Honorable James V. Selna
                                                                               United States District Judge