COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

William I. Rothbard
Law Offices of William I. Rothbard
2333 Canyonback Rd.
Los Angeles, CA  90049
Telephone: (310) 453-8713
Email: Bill@Rothbardlaw.com

*Attorney for Relief Defendants XO Media, LLC and Kenneth Lawson*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>  Plaintiff,<br><br>  vs.<br><br>Chou Team Realty, LLC, et al.,<br><br>  Defendants. | Case No.: 8-20-cv-00043-SB-ADS<br><br>JOINT STIPULATION FOR ENTRY OF [PROPOSED] STIPULATED FINAL JUDGMENT AND ORDER AS TO KENNETH LAWSON AND XO MEDIA, LLC |

Plaintiff Bureau of Consumer Financial Protection, and Relief Defendants Kenneth Lawson and XO Media, LLC, through their counsel, respectfully request that the Court enter the attached [Proposed] Stipulated

Final Judgment and Order as to Kenneth Lawson and XO Media, LLC.

All signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

**For Bureau of Consumer Financial Protection:**

Dated September 28, 2020                Respectfully Submitted,

Thomas G. Ward
Enforcement Director

Deborah Morris
Deputy Enforcement Director

Michael G. Salemi
Assistant Litigation Deputy

/s/ Colin Reardon
Leanne E. Hartmann
Colin Reardon (*pro hac vice*)
E. Vanessa Assae-Bille (*pro hac vice*)
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**For Relief Defendants XO Media, LLC and Kenneth Lawson:**

Dated September 28, 2020                /s/ William I. Rothbard
William I. Rothbard
Law Offices of William I. Rothbard
2333 Canyonback Rd.
Los Angeles, CA 90049

*Attorney for Relief Defendants XO Media, LLC and Kenneth Lawson*