# Reardon, Colin (CFPB)

| | |
|---|---|
| **From:** | Reardon, Colin (CFPB) |
| **Sent:** | Tuesday, July 14, 2020 11:50 AM |
| **To:** | JSB@JeffreyBenice.com; plepiscopo@att.net; David Holt (dholt@holtlawoc.com); Bill rothbard |
| **Cc:** | Assae-Bille, Vanessa (CFPB) |
| **Subject:** | CFPB v. Chou Team Realty et al. -- Document Requests to Sebreros |
| **Attachments:** | 1st RFP to Sebreros - Final.pdf |

Counsel,

Please see attached.

Thanks,
Colin

Colin Reardon
Senior Litigation Counsel | Office of Enforcement
Office: (202) 435-9668 | Mobile: (202) 570-6740

Consumer Financial Protection Bureau
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.