# Reardon, Colin (CFPB)

| | |
|---|---|
| **From:** | Reardon, Colin (CFPB) |
| **Sent:** | Monday, August 24, 2020 1:43 PM |
| **To:** | jsb@jeffreybenice.com |
| **Cc:** | Assae-Bille, Vanessa (CFPB); Anna Corrales |
| **Subject:** | FW: CFPB v. Chou Team Realty et al. -- Document Requests to Sebreros |
| **Attachments:** | 1st RFP to Sebreros - Final.pdf |

Jeff,

Just following up on the email below.

Thanks,
Colin

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Reardon, Colin (CFPB)
**Sent:** Wednesday, August 19, 2020 4:38 PM
**To:** jsb@jeffreybenice.com
**Cc:** Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>; 'Anna Corrales' <ClientSupport@JeffreyBenice.com>
**Subject:** FW: CFPB v. Chou Team Realty et al. -- Document Requests to Sebreros

Jeff,

We haven't received Mr. Sebreros' response to our document requests, which was due on Monday. Please provide an update on their status.

Thanks,
Colin

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Reardon, Colin (CFPB)
**Sent:** Tuesday, July 14, 2020 11:50 AM
**To:** JSB@JeffreyBenice.com; plepiscopo@att.net; David Holt (dholt@holtlawoc.com) <dholt@holtlawoc.com>; Bill rothbard <bill@rothbardlaw.com>
**Cc:** Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>
**Subject:** CFPB v. Chou Team Realty et al. -- Document Requests to Sebreros

Counsel,

Please see attached.

Thanks,
Colin

Colin Reardon
Senior Litigation Counsel | Office of Enforcement
Office: (202) 435-9668 | Mobile: (202) 570-6740

Consumer Financial Protection Bureau
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.