# Reardon, Colin (CFPB)

| | |
|---|---|
| **From:** | Reardon, Colin (CFPB) |
| **Sent:** | Wednesday, September 02, 2020 5:58 PM |
| **To:** | jsb@jeffreybenice.com |
| **Cc:** | Assae-Bille, Vanessa (CFPB); Anna Corrales; Wilson, Colin (Volunteer)(CFPB) |
| **Subject:** | FW: CFPB v. Chou Team Realty et al. -- Document Requests to Sebreros |
| **Attachments:** | 2020.09.02 Letter to Benice re RFPs.pdf |

Jeff,

Please see attached.

Thanks,
Colin

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

**From:** Reardon, Colin (CFPB)
**Sent:** Monday, August 24, 2020 1:43 PM
**To:** jsb@jeffreybenice.com
**Cc:** Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>; Anna Corrales <ClientSupport@JeffreyBenice.com>
**Subject:** FW: CFPB v. Chou Team Realty et al. -- Document Requests to Sebreros

Jeff,

Just following up on the email below.

Thanks,
Colin

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

**From:** Reardon, Colin (CFPB)
**Sent:** Wednesday, August 19, 2020 4:38 PM
**To:** jsb@jeffreybenice.com
**Cc:** Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>; 'Anna Corrales' <ClientSupport@JeffreyBenice.com>
**Subject:** FW: CFPB v. Chou Team Realty et al. -- Document Requests to Sebreros

Jeff,

We haven't received Mr. Sebreros' response to our document requests, which was due on Monday.  Please provide an update on their status.

Thanks,
Colin

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

**From:** Reardon, Colin (CFPB)
**Sent:** Tuesday, July 14, 2020 11:50 AM
**To:** JSB@JeffreyBenice.com; plepiscopo@att.net; David Holt (dholt@holtlawoc.com) <dholt@holtlawoc.com>; Bill rothbard <bill@rothbardlaw.com>
**Cc:** Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>
**Subject:** CFPB v. Chou Team Realty et al. -- Document Requests to Sebreros

Counsel,

Please see attached.

Thanks,
Colin

Colin Reardon
Senior Litigation Counsel | Office of Enforcement
Office: (202) 435-9668 | Mobile: (202) 570-6740

Consumer Financial Protection Bureau
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

1700 G Street, NW
Washington, DC 20552



September 2, 2020

<u>Via Email</u>

Jeffrey Benice
Benice Law
3080 Bristol Street, 6th Floor, Suite 630
Costa Mesa, CA 92626

Re:   *CFPB v. Chou Team Realty et al.*, No. 8:20-cv-00043-JVS-ADS (C.D. Cal.)

Dear Mr. Benice:

I write pursuant to Local Rule 37-1 to request a prefiling conference of counsel regarding Defendant Frank Anthony Sebreros' failure to respond to the Bureau's first request for production of document requests to him, which we served on July 14, 2020 and which were due on August 17, 2020.

I emailed you on August 19 and August 24 regarding Mr. Sebreros' failure to respond to our document requests. To date, I have received no response to those emails and no indication of when or whether Mr. Sebreros will be responding to the document requests.

Under Local Rule 37-1, the prefiling conference of counsel must occur within 10 days of this letter. We are available for the conference at 3 or 4 p.m. Eastern on September 9, 2020. Please let me know whether one of those time works for you, or propose alternative times when you are available.

Sincerely,

/s/ Colin Reardon
Colin Reardon
Senior Litigation Counsel

**consumerfinance.gov**