COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Chou Team Realty, LLC et al.,<br><br>　　　　　Defendants. | Case No.: 8-20-cv-00043-SB-ADS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT SEBREROS TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** |

　　　Upon consideration of Plaintiff Bureau of Consumer Financial Protection's ("Bureau") motion to compel Defendant Frank Anthony Sebreros to respond to the Bureau's first request for production of documents to him ("Document Requests") and to produce all responsive documents in his custody, possession, or control,

　　　IT IS HEREBY ORDERED that the motion is GRANTED. Defendant shall, within two weeks of the issuance of this order, provide to the Bureau a

written response to the Document Requests and produce all responsive documents in his custody, possession, or control.

Dated: _____, 2020

_____
HON. AUTUMN D. SPAETH
U.S. MAGISTRATE JUDGE