COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

[counsel for Defendants and Relief Defendants listed on following page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, | |
| Plaintiff, | Case No.: 8-20-cv-00043-SB-ADS |
| vs. | **JOINT STATUS REPORT** |
| Chou Team Realty, LLC et al., | Conference Date: October 19, 2020 |
| Defendants. | Conference Time: 10:30 A.M. |
| | Courtroom: 6C |

DAVID HOLT (CA Bar #137951)
E-mail: dholt@holtlawoc.com
Phone: 714-730-3999
The Holt Law Firm
1432 Edinger Ave., Ste. 130
Tustin, CA  92705
Fax: 714-665-3991

*Attorney for Defendants Docs Done Right, Inc., Docs Done Right, LP, Eduardo Martinez, David Sklar, Assure Direct Services, LP, and Lend Tech Loans, Inc.*

PETER D. LEPISCOPO (CA Bar #139583)
Email: plepiscopo@att.net
Telephone: (949) 878-9418
Lepiscopo & Associates Law Firm
695 Town Center Drive, 7TH Floor
Costa Mesa, California 92626
Facsimile: (619) 330-2991

*Attorney for Defendant Jawad Nesheiwat*

JEFFREY S. BENICE (CA Bar #81583)
Email: JSB@JeffreyBenice.com
Telephone: (714) 641-3600 Ext. 221
Benice Law
3080 Bristol Street, Sixth Floor, Suite 630
Costa Mesa, CA 92626
Facsimile: (714) 641-3604

*Attorney for Defendant Frank Anthony Sebreros*

WILLIAM I. ROTHBARD (CA Bar #72447)
E-mail: Bill@RothbardLaw.com
Phone:  310-453-8713
Law Office of William I. Rothbard
2333 Canyonback Rd.
Los Angeles, CA  90049

*Attorney for Relief Defendants XO Media, LLC and Kenneth Lawson*

1      Pursuant to the Court's May 6, 2020 Scheduling Order, *see* ECF No. 83, Plaintiff Bureau of Consumer Financial Protection ("Bureau"); Defendants Docs Done Right, Inc.; Docs Done Right, LP (collectively, with Docs Done Right, Inc., "Docs Done Right"); Lend Tech Loans, Inc. ("Lend Tech"); Eduardo Martinez; Jawad Nesheiwat; David Sklar; and Frank Anthony Sebreros; and Relief Defendants Kenneth Lawson and XO Media, LLC, submit this Joint Status Report. Defendants who are in default[1] or who are subject to final stipulated judgments and orders[2] did not participate in the preparation of this report.

      This Joint Status Report addresses the status of the pleadings, settlement, discovery, and anticipated dispositive motions. The parties are prepared to address these topics, and any other topics the Court wishes to address, during the Status Conference set for October 19, 2020. In addition, the parties do not believe that any adjustment to the May 6, 2020 Scheduling Order is necessary at this stage.

    **a. Pleadings**

      The Bureau filed its original Complaint on January 9, 2020. The Complaint alleged that several entities and individuals violated the Fair Credit Reporting Act, 15 U.S.C. § 1681; Consumer Financial Protection Act of 2010,

---

[1] The Clerk of Court has entered defaults as to Defendants (1) Docu Prep Center, Inc.; (2) Document Preparation Services, LP; (3) Certified Doc Prep, Inc.; (4) Certified Doc Prep Services, LP; (5) Direct Document Solutions, Inc.; (6) Direct Document Solutions, LP; (7) Secure Preparation Services, Inc.; (8) Secure Preparation Services, LP; (9) Assure Direct Services, Inc.; (10) Assure Direct Services, LP; and (11) Bilal Abdelfattah. ECF Nos. 71, 76, 101, 122.

[2] The Court has entered final stipulated judgments and orders as to Defendants Chou Team Realty, LLC and Robert Hoose; Defendants and Relief Defendants Thomas Chou and Sean Cowell; and Relief Defendants TDK Enterprises, LLC and Cre8Labs, Inc. ECF Nos. 90, 115.

12 U.S.C. §§ 5531, 5536; and the Telemarketing Sales Rule, 16 C.F.R. Part 310, in connection with the sale and marketing of debt-relief services to consumers with student loans.

On June 3, 2020, the Court denied Defendant Nesheiwat's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(7) and 19. ECF No. 99. On June 11, 2020, the Court granted Relief Defendant Lawson and XO Media, LLC's motion to dismiss and granted the Bureau 30 days to replead against them. ECF NO. 108. On July 10, 2020, the Bureau filed its First Amended Complaint ("FAC"). ECF No. 117. On August 21, 2020, the Court denied Defendant Nesheiwat's motion to dismiss the FAC for lack of subject matter jurisdiction based upon the Supreme Court's decision in *Seila Law LLC v. Consumer Financial Protection Bureau*, 140 S. Ct. 2183 (June 29, 2020). ECF No. 139.

On August 25, 2020, the Court granted the Bureau's motion for leave to file a Second Amended Complaint alleging additional claims against Defendants Martinez and Docs Done Right. ECF No. 140. The Bureau filed its Second Amended Complaint ("SAC") on August 26, 2020. ECF No. 141. Defendants Nesheiwat and Sebreros have filed answers to the SAC. ECF Nos. 146, 148. The deadline for Defendants Martinez, Sklar, Docs Done Right, and Lend Tech to answer the SAC is October 13, 2020.

The deadline for seeking leave to amend the pleadings has passed and the parties currently do not anticipate seeking leave to amend any pleadings.

**b. Settlement**

On September 28, 2020, the Bureau and Relief Defendants Lawson and XO Media, LLC filed a proposed stipulated final judgment and order, which would, if approved by the Court, resolve the Bureau's claim against them.

Pursuant to Local Rule 16-15, the Court referred this matter for mediation before a mediator selected from the Court's Mediation Panel by November 30, 2020. ECF No. 83. The parties selected Frank Kaplan as the panel mediator, *see* ECF No. 120, and the mediation is currently scheduled for November 9, 2020.

The Bureau has engaged in preliminary settlement discussions with Defendants Sklar, Martinez, Docs Done Right, and Lend Tech, which are ongoing.

The Bureau engaged in preliminary settlement discussions with Defendant Sebreros in July and August 2020.

The Bureau has not engaged in settlement negotiations with Defendant Nesheiwat since February 2020.

**c. Discovery**

The parties previously addressed the scope of discovery in this action in the Joint Rule 26(f) Report filed on May 4, 2020. ECF No. 78.

Since then, the Bureau has issued document requests to each of the remaining Defendants and interrogatories to Defendants Nesheiwat and Lend Tech. On October 2, 2020, the Bureau filed a motion to compel Defendant Sebreros to respond to document requests issued to him. ECF No. 153. That motion is pending before Magistrate Judge Spaeth. The Bureau has also been meeting and conferring with Defendant Docs Done Right regarding the adequacy of its search for responsive documents. The Bureau has also issued Rule 45 subpoenas for documents to three third parties.

Defendants Nesheiwat, Martinez, Docs Done Right, and Lend Tech have each issued document requests to the Bureau, and the Bureau has produced over 16,000 documents to them in response. Defendants Nesheiwat, Martinez, Docs

Done Right, and Lend Tech have also each issued interrogatories to the Bureau, to which the Bureau has provided written responses.

Discovery is scheduled to close on March 29, 2021.  ECF No. 83.

### d. Dispositive motions

As indicated in the parties' Joint Rule 26(f) Report, the parties believe that many or all of the issues in this case can be resolved at summary judgment.

The Bureau currently anticipates filing motions for summary judgment as to some or all of its claims against Defendants and Relief Defendants.  The Bureau also will be moving for default judgments against the Defendants who have defaulted.

Defendants Eduardo Martinez and David Sklar may file a dispositive motion on some of the claims alleged against them in their individual capacities.

Defendant Nesheiwat anticipates filing a dispositive motion depending upon the outcome of a decision currently pending in the Ninth Circuit Court of Appeals in *Consumer Financial Protection Bureau v. Seila Law LLC*, Ninth Circuit Case No. 17-56324 ("*Seila Law*"), which is on remand from the U.S. Supreme Court in *Seila Law LLC v. Consumer Financial Protection Bureau,* 591 U.S. ___ (June 29, 2020), 2020 U.S. LEXIS 3515.  Currently, all the briefing on remand was completed on October 2, 2020 (ECF Nos. 59, 61, and 64).  Depending upon the Ninth Circuit's decision in *Seila Law*, defendant Nesheiwat might file a dispositive motion relating to whether this Court has Article III subject matter jurisdiction.

Dated: October 13, 2020

Respectfully Submitted,

/s/ Colin Reardon
Colin Reardon (*pro hac vice*)
E. Vanessa Assae-Bille (*pro hac vice*)
Leanne E. Hartmann
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

/s/ David Holt
David Holt
The Holt Law Firm
432 Edinger Ave., Ste. 130
Tustin, CA 92705

*Attorney for Defendants Docs Done Right, Inc., Docs Done Right, LP, Eduardo Martinez, David Sklar, Assure Direct Services, LP, and Lend Tech Loans, Inc.*

/s/ Peter D. Lepiscopo
Peter D. Lepiscopo
Lepiscopo & Associates Law Firm
695 Town Center Drive, 7th Floor
Costa Mesa, California 92626

*Attorney for Defendant Jawad Nesheiwat*

/s/ Jeffrey Benice
Jeffrey Benice
Benice Law
3080 Bristol Street, 6th Floor, Suite 630
Costa Mesa, CA 92626

*Attorney for Defendant Frank Anthony Sebreros*

/s/ William I. Rothbard
William I. Rothbard
Law Offices of William I. Rothbard
2333 Canyonback Rd.
Los Angeles, CA 90049

*Attorney for Relief Defendants XO Media, LLC and Kenneth Lawson*