COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br><br> Plaintiff, <br><br> vs. <br><br> Chou Team Realty, LLC et al., <br><br> Defendants. | Case No.: 8-20-cv-00043-SB-ADS <br><br> **PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT SEBREROS TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** <br><br> **[DISCOVERY DOCUMENT: REFERRED TO MAGISTRATE JUDGE AUTUMN D. SPAETH]** <br><br> Date: Nov. 11, 2020 <br> Time: 10:00 A.M. <br> Court: Hon. Autumn D. Spaeth |

Pursuant to Fed. R. Civ. P. 37(a)(3)(B)(iv), Local Rules 6-1 and 37-2.4, and the Court's order on October 16, 2020, *see* ECF No. 159, Plaintiff Bureau of Consumer Financial Protection ("Bureau") provides this amended notice of its motion and hereby moves to compel Defendant Frank Anthony Sebreros to respond to the Bureau's first request for production of documents.

PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT SEBREROS TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

1

As set forth in the memorandum of law filed on October 2, 2020, the Bureau's motion should be granted because Defendant Sebreros has failed to provide any response to the Bureau's first request for production of documents, which was due August 17, 2020. *See* ECF No. 153-1. In addition, as set forth in the declaration filed on October 2, 2020, counsel for Defendant Sebreros has failed to confer in a timely manner under Local Rule 37-1. *See* ECF No. 153-2.

Dated: October 16, 2020                     Respectfully Submitted,

/s/ Colin Reardon
Colin Reardon (*pro hac vice*)
E. Vanessa Assae-Bille (*pro hac vice*)
Leanne E. Hartmann Bureau of
Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

## L.R. 37-2.4 CERTIFICATION

This motion is made following counsel for Defendant Sebreros' failure to confer in a timely manner under L.R. 37-1.

/s/ Colin Reardon

PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT SEBREROS TO RESPOND TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

2