# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bureau of Consumer Financial Protection

Plaintiff(s)

v.

Chou Team Realty, LLC etc. et al.

Defendant(s).

CASE NUMBER: 8:20-cv-00043-JVS-ADS

**MEDIATION REPORT**

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): November 9, 2020.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☐ Appeared as required by L.R. 16-15.5(b).
   ☐ Did not appear as required by L.R. 16-15.5(b).
     ☐ Plaintiff or plaintiff's representative failed to appear.
     ☐ Defendant or defendant's representative failed to appear.
     ☐ Other:

3. Did the case settle?
   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☑ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

   I will check with the parties by November 23, 2020, to determine if further facilitated discussions will be fruitful following additional exchanges of information.

Dated: November 9, 2020

/s/ Frank Kaplan
Signature of Mediator

Frank Kaplan
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*