COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>Plaintiff,<br><br>vs.<br><br>Chou Team Realty, LLC, et al.,<br><br>Defendants. | Case No.: 8-20-cv-00043-SB-ADS<br><br>**NOTICE OF APPLICATION AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST STUDENT LOAN DEBT RELIEF COMPANIES**<br><br>Court:  Hon. Stanley Blumenfeld, Jr.<br>Date:   April 9, 2021<br>Time:   08:30 A.M.<br>Place:  Zoom Webinar |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that on April 9, 2021, at 08:30 A.M., or as soon thereafter as this matter may be heard, Plaintiff Bureau of Consumer Financial Protection ("Bureau") will, and hereby does, apply to the Court for entry of a default judgment against Defendants Docu Prep Center, Inc.; Document Preparation Services, LP; Certified Doc Prep, Inc.; Certified Doc

Prep Services, LP; Assure Direct Services, Inc.; Assure Direct Services, LP; Direct Document Solutions, Inc.; Direct Document Solutions, LP; Secure Preparation Services, Inc.; and Secure Preparation Services, LP (collectively, the "Student Loan Debt Relief Companies") on the grounds that said defendants have failed to notice the retention of counsel, answer or otherwise defend this action.  The hearing will take place via Zoom webinar consistent with the instructions available on the Court's website, *see* https://www.cacd.uscourts.gov/honorable-stanley-blumenfeld-jr, unless instructed otherwise by the Court.

Plaintiff's application is based on the accompanying Memorandum of Points and Authorities, the Declarations of Colin Reardon and Mansour Heidari, and accompanying exhibits, the filings and records in this action, and any other evidence Plaintiff may present in support of the application.

The judgment that Plaintiff seeks contains findings that the Student Loan Debt Relief Companies violated the Fair Credit Reporting Act (FCRA) by using consumer reports without a permissible purpose, 15 U.S.C. § 1681b(f) (Count I), violated the prohibition in the Telemarketing Sales Rule (TSR) on collecting advance fees for debt relief services, 16 C.F.R. § 310.4(a)(5) (Count II), engaged in deceptive acts and practices in violation of the TSR, 16 C.F.R. § 310.3(a)(2)(x) (Counts III-V), engaged in deceptive acts and practices in violation of the Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. §§ 5531, 5536 (Counts VII, VIII, and IX), and violated the CFPA based on their violations of FCRA and the TSR, 12 U.S.C. § 5536(a)(3), 15 U.S.C. §§ 1681s(d), 6102(c) (Count XI).

The proposed judgment imposes a permanent injunction and orders the Student Loan Debt Relief Companies to pay redress for their respective shares of the $19,699,870 in fees they collectively charged, and for civil money

penalties against them under the CFPA. Pursuant to Local Rule 58-11, the proposed judgment is submitted together with this Notice and Application.

Pursuant to Local Rule 55-2, the Student Loan Debt Relief Companies may submit declarations in opposition to the amounts requested.

The moving party was unable to hold a meet and confer with counsel pursuant to L.R. 7-3 because the Student Loan Debt Relief Companies, which are composed of corporations and partnerships, are not represented by counsel.

Because the Student Loan Debt Relief Companies have not retained counsel nor filed a response or answer to the Complaint within the time allowed by the Court and has not otherwise filed a defense in this action, the Bureau respectfully requests that the Court enter an order and judgment of default against the Student Loan Debt Relief Companies.

Further, should the Student Loan Debt Relief Companies fail to appear and/or respond to the instant Application, and because damages are capable of ascertainment from definite figures contained in the documentary evidence and detailed affidavits submitted herewith, the Bureau respectfully requests that the Court vacate the above referenced hearing and enter judgment by default without a hearing. *Davis v. Fendler*, 650 F.2d 1154, 1161 (9th Cir. 1981).

Dated: March 5, 2021     Respectfully Submitted,

Cara Petersen
Acting Enforcement Director

Deborah Morris
Deputy Enforcement Director

Michael G. Salemi
Assistant Litigation Deputy

/s/ Colin Reardon
Colin Reardon (*pro hac vice*)
E. Vanessa Assae-Bille (*pro hac vice*)
Leanne E. Hartmann

Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*