COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Bureau of Consumer Financial Protection,

Plaintiff,

vs.

Chou Team Realty, LLC et al.,

Defendants.

Case No.: 8-20-cv-00043-SB-ADS

**DECLARATION OF COLIN REARDON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST STUDENT LOAN DEBT RELIEF COMPANIES**

I, Colin Reardon, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Litigation Counsel for Plaintiff Bureau of Consumer Financial Protection ("Bureau") and lead counsel in this action. My business address is 1700 G Street, NW, Washington, D.C. 20552.

2. The facts set forth in this declaration are based on my personal knowledge or information made known to me in the course of my official duties.

3. The Bureau filed its original Complaint in this action on January 9, 2020. The Complaint included claims against several defendants, including, as relevant here, five student loan debt relief businesses (collectively, the "Student Loan Debt Relief Companies"), each of which was composed of a corporation and an associated limited partnership: (1) Docu Prep Center, Inc. and Document Preparation Services, LP (collectively, "Docu Prep Center"); (2) Certified Doc Prep, Inc. and Certified Doc Prep Services, LP (collectively, "Certified Doc Prep Services"); (3) Assure Direct Services, Inc. and Assure Direct Services, LP (collectively, "Assure Direct Services"); (4) Direct Document Solutions, Inc. and Direct Document Solutions, LP (collectively, "Direct Document Solutions"); and (5) Secure Preparation Services, Inc. and Secure Preparation Services, LP (collectively, "Secure Preparation Services"). ECF No. 1.

4. On January 16, 2020, the Bureau served a summons and copy of the Complaint on Direct Document Solutions, Inc., through a process server who personally served Direct Document Solutions, Inc.'s registered agent for service of process Jimmy A. Calderon. The Bureau filed the proof of service on January 30, 2020. ECF No. 25.

5. On January 23, 2020, the Bureau served a summons and a copy of the Complaint on Secure Preparation Services, Inc. through a process server who personally served Secure Preparation Services, Inc.'s registered agent for service of process Aaron Sebreros. The Bureau filed the proof of service on January 30, 2020. ECF No. 26.

6. On January 22, 2020, the Bureau served a copy of the Complaint and a Request to Waive Service of a Summons on Docu Prep Center, Inc. by delivering copies to Joshua Robbins, the attorney who represents the company's registered agent for service of process Robert Hoose. The Bureau filed the executed waiver of service on February 5, 2020. ECF No. 28.

7. On January 22, 2020, the Bureau served a copy of the Complaint and a Request to Waive Service of a Summons on Document Preparation Services, LP by delivering copies to Joshua Robbins, the attorney who represented the company's registered agent for service of process Robert Hoose. The Bureau filed the executed waiver of service on February 5, 2020. ECF No. 29.

8. On February 3, 2020, the Bureau served a summons and a copy of the Complaint on Certified Doc Prep Services, LP through a process server who personally served the company's registered agent for service of process Haithum Abdelfattah. The Bureau filed the proof of service on February 5, 2020. ECF No. 34.

9. On February 6, 2020, the Bureau served a summons and a copy of the Complaint on Direct Document Solutions, LP through a process server who personally served the company's registered agent for service of process David Sklar. The Bureau filed the proof of service on February 12, 2020. ECF No. 38.

10. On February 6, 2020, the Bureau also served a summons and a copy of the Complaint on Secure Preparation Services, LP through a process server who personally served the company's registered agent for service of process David Sklar. The Bureau filed the proof of service on February 14, 2020. ECF No. 41.

11. On March 25, 2020, the Bureau served a summons and a copy of the Complaint on Certified Doc Prep, Inc. through a process server who personally served the company's registered agent for service of process Haithum Abdelfattah. The Bureau filed the proof of service on April 7, 2020. ECF No. 66.

12. On March 23,, 2020, the Bureau served a copy of the Complaint and a Request to Waive Service of a Summons on Assure Direct Services, LP

by delivering copies to David Holt, the attorney who represents the company's registered agent for service of process David Sklar. The Bureau filed the executed waiver of service with the Court on April 7, 2020. ECF No. 63.

13. On June 3, 2020, the Court granted the Bureau permission to serve Assure Direct Services, Inc. through the California Secretary of State. ECF No. 98. On June 4, 2020, the Bureau served a summons, a copy of the Original Complaint, and a copy of the Alternative Service Order on Assure Direct Services, Inc., via the California Secretary of State. The Bureau filed the proof of service on June 8, 2020. ECF No. 103.

14. Because each of the Student Loan Debt Relief Companies failed to answer or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure, the Bureau applied to the Clerk for entry of defaults against each of them, which the Clerk entered.

15. On April 9, 2020, the Bureau filed an application for the Clerk to enter default against Docu Prep Center, Inc.; Document Preparation Services, LP; Certified Doc Prep Services, LP; Direct Document Solutions, Inc.; Direct Document Solutions, LP; Secure Preparation Services, Inc.; and Secure Preparation Services, LP. ECF No. 68.

16. On April 10, 2020, the Clerk of the Court entered default and against Docu Prep Center, Inc.; Document Preparation Services, LP; Certified Doc Prep Services, LP; Direct Document Solutions, Inc.; Direct Document Solutions, LP; Secure Preparation Services, Inc.; and Secure Preparation Services, LP. ECF No. 71.

17. On April 22, 2020, the Bureau filed an application for the Clerk to enter default against Certified Doc Prep, Inc. ECF No. 75.

18. On April 24, 2020, the Clerk of the Court entered default against Certified Doc Prep, Inc. ECF No. 76.

19. On June 4, 2020, the Bureau filed an application for the Clerk to enter default against Assure Direct Services, LP. ECF No. 100.

20. On June 5, 2020, the Clerk of the Court entered default against Assure Direct Services, LP. ECF No. 101.

21. On July 14, 2020, the Bureau filed an application for the Clerk to enter default against Assure Direct Services, Inc. ECF No. 121.

22. On July 15, 2020, the Clerk of the Court entered default against Assure Direct Services, Inc. ECF No. 122.

23. The Bureau filed its First Amended Complaint ("FAC") on July 10, 2020. ECF No. 117. The FAC added factual allegations supporting the Bureau's relief defendant claim against Kenneth Lawson and XO Media, LLC following the Court's order granting their motion to dismiss and granting the Bureau leave to replead against them. *See* ECF No. 108 at 5; *see also* ECF No. 117 (new allegations in paragraphs 112 to 151 and Count XII).

24. The Bureau filed its Second Amended Complaint ("SAC") on August 26, 2020, *see* ECF No. 141, after the Court granted the Bureau's motion for leave to amend to add substantial assistance claims against Defendants Eduardo Martinez, Docs Done, Right, Inc., and Docs Done Right, LP, *see* ECF No. 140. As part of that motion, the Bureau filed a redline showing the changes between the FAC and the SAC. *See* ECF No. 126-3.

25. The FAC and the SAC contained the same claims against the Student Loan Debt Relief Companies as the Bureau's original Complaint. *Compare* ECF No. 1 (Counts I, II, III, IV, V, VII, VIII, IX, and XI) with ECF Nos. 117, 141 (Counts I, II, III, IV, V, VII, VIII, IX, and XI).

26. The FAC and the SAC also sought the same relief against the Student Loan Debt Relief Companies as the Bureau's original Complaint.

*Compare* ECF No. 1 (paragraph 7 and Demand for Relief) with ECF Nos. 117, 141 (paragraph 7 and Demand for Relief).

27. As of the date of this filing, the Student Loan Debt Relief Companies have failed to appear, retain counsel, or otherwise respond to the allegations in the original Complaint. Nor have the Student Loan Debt Relief Companies responded to the FAC or the SAC, or moved to vacate the entry of default by the Clerk of the Court.

28. The Student Loan Debt Relief Companies are corporations and limited partnerships, and therefore cannot be infants or incompetent persons under Rule 55(b) of the Federal Rules of Civil Procedure and cannot be in military service under the Servicemembers Civil Relief Act, 50 U.S.C. § 521.

29. I caused Docu Prep Center, Inc., Document Preparation Services, LP, and Assure Direct Services, LP to be served with written notice of the instant notice of application and application for default judgment at least seven days before any hearing on the application through counsel for their registered agents for service of process. The written notice included the amount of redress and civil penalties requested by the Bureau.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 5, 2021

/s/ Colin Reardon
Colin Reardon
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorney for Plaintiff Bureau of Consumer Financial Protection*