COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, )<br><br>Plaintiff, )<br><br>vs. )<br><br>Chou Team Realty, LLC et al., )<br><br>Defendants. )<br>_____ ) | Case No.: 8-20-cv-00043-SB-ADS<br><br>**DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST STUDENT LOAN DEBT RELIEF COMPANIES** |

I, Mansour Heidari, pursuant to 28 U.S.C. § 1746, hereby state and declare that I have personal knowledge of the facts as set forth below. If called as a witness, I could and would testify as follows.

1.     I am a citizen of the United States and am over eighteen (18) years of age. I am an employee of the Bureau of Consumer Financial Protection ("Bureau"). I am a forensic accountant working in the Office of Enforcement within the Bureau in Washington, D.C. I am also a Certified Public Accountant and Certified Fraud Examiner. As an employee with the Bureau, my current

duties include conducting financial and data analysis in support of investigations and to be used as evidence in litigation.  I have been an employee of the Bureau since November 6, 2011.

2.    I am assigned to work on the Bureau's investigation and litigation involving the defendants in the above captioned case.

3.    The Bureau brought suit against several defendants, including five student loan debt relief businesses, each of which was composed of a corporation and an associated limited partnership: (1) Docu Prep Center, Inc. and Document Preparation Services, LP (collectively "Docu Prep Center"); (2) Certified Doc Prep, Inc. and Certified Doc Prep Services, LP (collectively, "Certified Doc Prep Services"); (3) Assure Direct Services, Inc. and Assure Direct Services, LP (collectively, "Assure Direct Services"); (4) Direct Document Solutions, Inc. and Direct Document Solutions, LP (collectively, "Direct Document Solutions"); and (5) Secure Preparation Services, Inc. and Secure Preparation Services, LP (collectively, "Secure Preparation Services").

4.    I refer to Docu Prep Center, Certified Doc Prep Services, Assure Direct Services, Direct Document Services, and Secure Preparation Services in this declaration collectively as the "SLDR Companies."

**Basis for Analysis**

5.    The following reflects calculations that I have performed based on three sources of records relating to transactions with consumers by the SLDR Companies: (1) records from Account Management Systems, LLC (f/k/a Reliant Account Management) ("RAM"); (2) records from Debt Pay Gateway, Inc. ("Debt Pay Gateway"); and (3) records produced by Defendants Docs Done Right, Inc. and Docs Done Right, LP (collectively, "Docs Done Right").

6.    To perform these calculations, I relied on the following documents:

DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST STUDENT LOAN DEBT RELIEF COMPANIES

2

a. CFPB-JN-0108425, -027, -029 – Produced by RAM in response to Document Request Nos. 5, 6, and 7 of Plaintiff's June 8, 2020 subpoena, identifying certain information for Docu Prep Center customers who paid by ACH during 2015, including the customer's name, the date on which the customer enrolled, the amount of fees the consumer paid, the amount of any refund the consumer received, the date(s) on which the customer paid fees to RAM, and the date(s) on which RAM disbursed the customer's fees to Docu Prep Center.

b. CFPB-JN-0002716, -0010992, and -0086573 – Produced by Debt Pay Gateway in response to Written Report Request Nos. 1 and 2 of Plaintiff's November 21, 2017 Civil Investigative Demand, identifying certain information for customers of the SLDR Companies who paid by ACH between December 2015 and January 2018, including the customer's name, the date on which the customer enrolled, the amount of fees the consumer paid, the amount of any refund the consumer received, the date(s) on which the customer paid fees to Debt Pay Gateway, and the date(s) on which the Debt Pay Gateway disbursed the customer's fees to the SLDR Companies and Docs Done Right.

c. CFPB-JN-0123127, -128, -129, -130 – Produced by Docs Done Right in response to Document Request Nos. 1 and 2 of Plaintiff's First Request for Production of Documents, identifying certain information for customers of the SLDR Companies who paid by credit card between January 2016 and January 2018, including the customer's name, the date on which the customer enrolled, the amount of fees the consumer paid, the amount of any refund the

DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST STUDENT LOAN DEBT RELIEF COMPANIES

3

1    consumer received, and the date(s) on which the customer paid

2    fees.

3        7.    I performed these calculations primarily in Microsoft Excel.

4    **Analysis re Total Fees**

5        8.    The RAM records show that RAM acted as a payment processor

6    for Docu Prep Center for ACH transactions.  The RAM records demonstrate

7    that, after netting out refunds, Docu Prep Center charged consumers a total of

8    $1,501,027 in fees during 2015.  (By netting out refunds, I mean that I reduced

9    the total amount charged by the refunds purportedly sent to consumers as

10   reflected in the RAM records.)

11       9.    When calculating the net amount that Docu Prep Center charged

12   consumers with RAM's assistance, I used Excel to filter the data in CFPB-JN-

13   0108427.  I used a field called "NAMEONACCOUNT," which referred to the

14   name of the individual or entity whose bank account was at issue in a particular

15   transfer.  I filtered to include transfers that were to or from consumers' bank

16   accounts (and to exclude transfers that were to or from the bank accounts of

17   Docu Prep Center, RAM, and other entities).  I then summed payments from

18   consumers' accounts and subtracted refunds to consumers' accounts, yielding

19   the net amount that Docu Prep Center charged consumers.

20       10.    The Debt Pay Gateway records show that Debt Pay Gateway acted

21   as a payment processor for the SLDR Companies for ACH transactions.  The

22   Debt Pay Gateway records demonstrate that, after netting out refunds, the

23   SLDR Companies charged consumers a total of $15,447,640 in fees between

24   December 2015 and January 2018.

25       11.    The Debt Pay Gateway records further show that Debt Pay

26   Gateway transferred most of those fees to the SLDR Companies, and

27   transferred the remainder to Docs Done Right.  Of the net total of $15,447,640

28

DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST STUDENT LOAN DEBT RELIEF COMPANIES

4

in fees, Debt Pay Gateway transferred $13,413,916 to the SLDR Companies
and $2,033,725 to Docs Done Right.

12.     When calculating the net amounts that the SLDR Companies
charged to consumers with Debt Pay Gateway's assistance, I used Excel to filter
the data in CFPB-JN-0010992.  First, I filtered the data to show transfers
involving the bank accounts of the SLDR Companies and Docs Done Right
using the "name_on_account" field.  Second, using definitions provided by
Debt Pay Gateway in CFPB-JN-0086573, I filtered the transaction type field
("trans_type") to identify (a) fees Debt Pay Gateway paid to the SLDR
Companies and Docs Done Right and (b) fees Debt Pay Gateway charged to the
SLDR Companies and Docs Done Right for consumers who were issued a
refund.  I then summed the fees paid to SLDR Companies and Docs Done Right
and subtracted the fees they refunded.

13.     The Docs Done Right records show payments made by credit card
to the SLDR Companies.  In total, after netting out refunds, the Student Loans
Debt Relief Companies received $2,751,202 in fees paid by credit card from
consumers between January 2016 and January 2018.

14.     When calculating the net amounts the SLDR Companies received
in credit card transactions, I used (1) CFPB-EM-0123129, which reflected
credit card payments, (2) CFPB-EM-0123130, which reflected refunds, and (3)
CFPB-EM-0123128, which reflected chargebacks.  In each file, I filtered the
"Company" field to include only the SLDR Companies.  (The data also
included credit card transactions for other companies.)  I then summed the total
fees paid to the SLDR Companies and subtracted the refunds and chargebacks.

15.     Using the RAM, Debt Pay Gateway, and Docs Done Right records,
I have calculated that, after netting out refunds, the SLDR Companies
collectively charged consumers a total of $19,699,870 in fees (i.e., $1,501,027

DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT
AGAINST STUDENT LOAN DEBT RELIEF COMPANIES

5

through ACH transactions processed by RAM; $15,447,640 through ACH transactions processed by Debt Pay Gateway; and $2,751,202 through credit card transactions reflected in the Docs Done Right records).

16.    Using the RAM, Debt Pay Gateway, and Docs Done Right records, I have further calculated that, after netting out refunds, the SLDR Companies each charged consumers the following amounts:

      a.    Docu Prep Center – $8,739,347

      b.    Certified Doc Prep Services – $3,806,626

      c.    Assure Direct Services – $3,404,455

      d.    Direct Document Solutions – $1,902,259

      e.    Secure Preparation Services – $1,847,182

17.    I created a true and correct summary regarding the total fees reflected in the RAM, Debt Pay Gateway, and Docs Done Right records that I reviewed, which is attached as Exhibit 1.  In addition, I created a true and correct summary with additional information regarding the total fees reflected in the Debt Pay Gateway records that I reviewed, which is attached as Exhibit 2.

**Analysis re Advance Fees**

18.    I have also analyzed the RAM, Debt Pay Gateway, and Docs Done Right records to calculate (1) how many days after a consumer enrolled the SLDR Companies charged their fees and (2) the total fees that the SLDR Companies charged within 90 days of a consumer's enrollment.

19.    The RAM, Debt Pay Gateway, and Docs Done Right records include fields that show consumers' enrollment dates and the dates when consumers made payments.  The RAM records include an enrollment date field ("ENROLLDATE") and a field showing when consumers' bank accounts were charged ("TRANSACTIONDATE").  The Debt Pay Gateway records contain

DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST STUDENT LOAN DEBT RELIEF COMPANIES

6

an enrollment date field ("enrolled_date") and a field showing when consumers' bank accounts were charged ("process date").  The Debt Pay Pro records contain an enrollment date field ("Enrolled Date") and a field showing when consumers' credit cards were charged ("Process Date").  The RAM, Debt Pay Gateway, and Docs Done Right records also contain unique identification numbers for each consumer.

20.    The RAM, Debt Pay Gateway, and Docs Done Right records did not contain fields indicating when consumers' applications for loan consolidations and repayments plans were approved or when consumers made their first payment under the altered terms of their student loans.

21.    The RAM, Debt Pay Gateway, and Docs Done Right records show that some consumers were charged their entire fee in a single lump sum, while others were charged in multiple installments.

22.    By comparing the date fields in the RAM records, I calculated the number of days between a consumer's enrollment date and when the consumer's bank account was charged.  For example, if a consumer enrolled on June 3, 2015 and the consumer's bank account was charged on June 11, 2015, the number of days between the consumer's enrollment and the consumer's payment was 8 days.  After calculating the number of days between each consumer's enrollment and their payments, I calculated an average for how long after enrollment consumers made their payments.  The records show that, on average, consumers made their first payment 9 days after they enrolled and their final payment 28 days after they enrolled.

23.    Further, by sorting consumers' payments in the RAM records based on the number of days between the consumer's enrollment and the consumer's payment, I identified fees consumers paid within 90 days of their enrollment.  I then calculated the total amount of fees paid within 90 days by

DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT
AGAINST STUDENT LOAN DEBT RELIEF COMPANIES

7

adding all of those fees together.  I then netted out refunds (both refunds provided before and after 90 days of the consumer's enrollment).  The RAM records show that, after netting out refunds, consumers paid a total of $1,475,551 in fees within 90 days of their enrollment.

24.     Similarly, by comparing the date fields in the Debt Pay Gateway records, I calculated the number of days between a consumer's enrollment and when the consumer's bank account was charged.  When making this calculation, I excluded a small number of transactions that appeared to involve data entry errors (e.g., the consumer's payment date was before the consumer's enrollment date).  I also excluded transactions of less than $30, which in the data are associated with a business called Select Student Services.  After calculating the number of days between each consumer's enrollment and their payments, I calculated an average for how long after enrollment consumers made their payments.  The records show that, on average, consumers made their first payment 22 days after they enrolled and their final payment 63 days after they enrolled.

25.     Further, by sorting consumers' payments in the Debt Pay Gateway records based on the number of days between the consumer's enrollment and the consumer's payment, I identified fees consumers paid within 90 days of their enrollment.  I then calculated the total amount of fees paid within 90 days by adding all of those fees together.  I then netted out refunds (both refunds provided before and after 90 days of the consumer's enrollment).  The Debt Pay Gateway records show that, after netting out refunds, consumers paid a total of $13,814,209 in fees within 90 days of their enrollment.

26.     I calculated the number of days between a consumer's enrollment and when the consumer's credit card was charged by comparing the date fields in the Docs Done Right credit card records.  In making this calculation, I

DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST STUDENT LOAN DEBT RELIEF COMPANIES

8

excluded a small number of transactions that appeared to involve data entry errors (e.g., the consumer's payment date was before the consumer's enrollment date). After calculating the number of days between each consumer's enrollment and their payments, I calculated an average for how long after enrollment consumers made their payments. The records show that, on average, consumers made their first credit card payment 13 days after they enrolled and their final payment 20 days after they enrolled.

27. I identified fees consumers paid within 90 days of their enrollment by sorting consumers' payments in the Docs Done Right records based on the number of days between the consumer's enrollment and the consumer's credit card payment. I then calculated the total amount of fees paid within 90 days by adding all of those fees together. I then netted out refunds (both refunds provided before and after 90 days of the consumer's enrollment). The Docs Done Right records show that, after netting out refunds, consumers paid a total of $2,758,468 in fees via credit card within 90 days of their enrollment.

28. Using the RAM, Debt Pay Gateway, and Docs Done Right records, I have calculated that, after netting out refunds, the SLDR Companies collectively charged consumers a total of $18,048,228 in fees within 90 days of consumers' enrollment (i.e., $1,475,551 through ACH transactions processed by RAM; $13,814,209 through ACH transactions processed by Debt Pay Gateway; and $2,758,468 through credit card transactions reflected in the Docs Done Right records).

29. Using the RAM, Debt Pay Gateway, and Docs Done Right records, I have further calculated that, after netting out refunds, the SLDR Companies each charged consumers the following amounts within 90 days of consumers' enrollment:

      a.    Docu Prep Center – $8,194,173

DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST STUDENT LOAN DEBT RELIEF COMPANIES

9

b.      Certified Doc Prep Services – $3,494,744

c.      Assure Direct Services – $3,017,113

d.      Direct Document Solutions – $1,714,168

e.      Secure Preparation Services – $1,628,030

30.      Using the RAM, Debt Pay Gateway, and Docs Done Right records, I have further calculated that, after excluding consumers who received full refunds, the SLDR Companies each charged the following number of consumers all or part of their fee within 90 days of the consumer's enrollment:

a.      Docu Prep Center –10,701 consumers

b.      Certified Doc Prep Services – 4,333 consumers

c.      Assure Direct Services – 3,822 consumers

d.      Direct Document Solutions – 2,131 consumers

e.      Secure Preparation Services – 2,134 consumers

31.      I created a true and correct summary regarding the total fees that the SLDR Companies charged within 90 days of a consumer's enrollment and the total number of consumers the SLDR Companies charged within 90 days, which is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 2, 2021

Mansour Heidari

Tustin, California

DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST STUDENT LOAN DEBT RELIEF COMPANIES

10