# Heidari Declaration -  Exhibit 1

**Exhibit 1. Total Fees Charged by the Student Loan Debt Relief Companies ("SLDR Companies")**

|  | Docu Prep Center | Certified Doc Prep Services | Assure Direct Services | Direct Document Solutions | Secure Preparation Services | Total, all SLDR Companies |
|---|---|---|---|---|---|---|
| **RAM Records (ACH Transactions)** | | | | | | |
| Payments Received | $1,898,864 | | | | | |
| Refunds | $397,837 | | | | | |
| **Net Fees Charged** | **$1,501,027** | | | | | **$1,501,027** |
| | | | | | | |
| **Debt Pay Gateway Records (ACH Transactions)*** | | | | | | |
| Net Fees Disbursed to SLDR Company | $4,938,116 | $2,899,070 | $2,633,157 | $1,524,600 | $1,418,973 | $13,413,916 |
| Net Fees Disbursed to Docs Done Right | $770,633 | $454,543 | $394,219 | $213,970 | $200,360 | $2,033,725 |
| **Net Fees Charged by SLDR Company** | **$5,708,749** | **$3,353,612** | **$3,027,376** | **$1,738,570** | **$1,619,333** | **$15,447,640** |
| | | | | | | |
| **Docs Done Right Records (Credit Cards)** | | | | | | |
| Payments Received | $1,562,609 | $458,827 | $383,613 | $165,232 | $229,148 | $2,799,429 |
| Refunds | $9,117 | $894 | | $744 | $1,299 | $12,054 |
| Chargebacks | $23,921 | $4,919 | $6,534 | $799 | | $36,173 |
| **Net Fees Charged** | **$1,529,571** | **$453,014** | **$377,078** | **$163,689** | **$227,849** | **$2,751,202** |
| | | | | | | |
| **Net Fees Charged, All Sources** | **$8,739,347** | **$3,806,626** | **$3,404,455** | **$1,902,259** | **$1,847,182** | **$19,699,870** |

* Payment and refund information for Debt Pay Gateway transactions is summarized in Exhibit 2