# Heidari Declaration -  Exhibit 2

**Exhibit 2. Payments and Refunds in Debt Pay Gateway Records**

|  | Docu Prep Center | Certified Doc Prep Services | Assure Direct Services | Direct Document Solutions | Secure Preparation Services | Total, all SLDR Companies |
|---|---|---|---|---|---|---|
| ACH Credit / Fee* | $5,195,222 | $3,053,185 | $2,785,134 | $1,596,447 | $1,495,645 | $14,125,633 |
| Settlement Advance* | $250,429 | $150,794 | $102,701 | $29,961 | $33,167 | $567,053 |
| Transfer* | $6,677 | $3,321 | $49,275 | $41,886 | $43,506 | $144,665 |
| **Net Fees Disbursed** | **$4,938,116** | **$2,899,070** | **$2,633,157** | **$1,524,600** | **$1,418,973** | **$13,413,916** |

|  | Docs Done Right |
|---|---|
| ACH Client Debit | $25 |
| ACH Credit / Fee* | $2,795,593 |
| Settlement Advance* | $122,643 |
| Transfer* | $37,548 |
| Net Fees Disbursed to Docs Done Right, All Companies* | $2,635,377 |
| **Net Fees Disbursed to Docs Done Right, SLDR Companies*** | **$2,033,725** |

\* ACH Credit / Fee = Fee paid out to company by Debt Pay Gateway
\* Settlement Advance = Debit by Debt Pay Gateway to company if consumer received refund or consumer's payment was returned NSF
\* Transfer = Debit by Debt Pay Gateway to company for credit to the consumer's custodial account
\* Net Fees Disbursed, All Companies -- The Debt Pay Gateway records included disbursements to Docs Done Right for both customers of the SLDR Companies and other companies
\* Net Fees Disbursed, SLDR Companies -- Disbursements to Docs Done Right associated with customers of SLDR Companies