# Heidari Declaration -  Exhibit 3

**Exhibit 3. Fees Charged by Student Loan Debt Relief Companies ("SLDR Companies") within 90 days of Enrollment**

| Fees charged within 90 Days* | Docu Prep Center | Certified Doc Prep Services | Assure Direct Services | Direct Document Solutions | Secure Preparation Services | Total, all SLDR Companies |
|---|---|---|---|---|---|---|
| RAM Records (ACH Transactions) | $1,475,551 | | | | | $1,475,551 |
| Debt Pay Gateway Records (ACH Transactions) | $5,173,884 | $3,040,906 | $2,645,013 | $1,550,409 | $1,403,997 | $13,814,209 |
| Docs Done Right Records (Credit Cards) | $1,544,738 | $453,838 | $372,100 | $163,759 | $224,033 | $2,758,468 |
| **Fees Charged w/in 90 days, All Sources** | **$8,194,173** | **$3,494,744** | **$3,017,113** | **$1,714,168** | **$1,628,030** | **$18,048,228** |

* Note:  All amounts reflect amounts charged within 90 days, less all refunds and returns.  Consumers with negative or zero balances were removed.

| Consumer Counts** | Docu Prep Center | Certified Doc Prep Services | Assure Direct Services | Direct Document Solutions | Secure Preparation Services | Total, all SLDR Companies |
|---|---|---|---|---|---|---|
| RAM Records (ACH Transactions) | 2,267 | | | | | 2,267 |
| Debt Pay Gateway Records (ACH Transactions) | 6,465 | 3,753 | 3,369 | 1,927 | 1,835 | 17,349 |
| Docs Done Right Records (Credit Cards) | 1,969 | 580 | 453 | 204 | 299 | 3,505 |
| **Total Consumer Count, All Sources** | **10,701** | **4,333** | **3,822** | **2,131** | **2,134** | **23,121** |

** Note:  Consumers with negative or zero balances were removed from counts.