# Ramírez-Velázquez Declaration - Exhibit 2

**Exhibit 2.  Review of original sample of forbearance requests**
Note:  Customer ID, Company, and Enrollment Date information taken from Consumer List (CFPB-EM-0123127).  Forbearance start and end dates taken from forbearance requests in the Debt Pay Production.

| Customer ID | Company | Enrolled Date | Forbearance start | Forbearance end |
|---|---|---|---|---|
| DPC-44230517 | Certified Document Center | 12/11/2015 | 12/11/2015 | 3/10/2016 |
| DPC-45632404 | Certified Document Center | 1/4/2016 | 1/4/2016 | 4/3/2016 |
| DPC-49829939 | Certified Document Center | 2/1/2016 | 2/1/2016 | 5/1/2016 |
| DPC-52495491 | Certified Document Center | 3/1/2016 | 3/1/2016 | 5/30/2016 |
| DPC-56819647 | Certified Document Center | 4/1/2016 | 4/1/2016 | 6/30/2016 |
| DPC-61513582 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 |
| DPC-67367396 | Certified Document Center | 6/1/2016 | 6/1/2016 | 8/30/2016 |
| DPC-70971388 | Certified Document Center | 7/1/2016 | 7/1/2016 | 9/29/2016 |
| DPC-76911652 | Certified Document Center | 8/1/2016 | 8/1/2016 | 10/30/2016 |
| DPC-81245779 | Certified Document Center | 9/1/2016 | 9/1/2016 | 11/30/2016 |
| DPC-85979653 | Certified Document Center | 10/3/2016 | 10/3/2016 | 1/1/2017 |
| DPC-92425457 | Certified Document Center | 11/1/2016 | 11/1/2016 | 1/30/2017 |
| DPC-98533990 | Certified Document Center | 12/1/2016 | 12/1/2016 | 3/1/2017 |
| DPC-105869431 | Certified Document Center | 1/2/2017 | 1/2/2017 | 4/2/2017 |
| DPC-114386508 | Certified Document Center | 2/1/2017 | 2/1/2017 | 5/2/2017 |
| DPC-118352109 | Certified Document Center | 3/1/2017 | 3/1/2017 | 5/30/2017 |
| DPC-123277775 | Certified Document Center | 4/1/2017 | 4/1/2017 | 6/30/2017 |
| DPC-52157103 | Certified Doc Prep Services LP | 3/1/2016 | 3/1/2016 | 5/30/2016 |
| DPC-55955559 | Certified Doc Prep Services LP | 4/1/2016 | 4/1/2016 | 6/30/2016 |
| DPC-62122624 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 |
| DPC-67308806 | Certified Doc Prep Services LP | 6/1/2016 | 6/1/2016 | 8/30/2016 |
| DPC-71353075 | Certified Doc Prep Services LP | 7/1/2016 | 7/1/2016 | 9/29/2016 |
| DPC-75856063 | Certified Doc Prep Services LP | 8/1/2016 | 8/1/2016 | 10/30/2016 |
| DPC-81244427 | Certified Doc Prep Services LP | 9/1/2016 | 9/1/2016 | 11/30/2016 |
| DPC-84293645 | Certified Doc Prep Services LP | 10/3/2016 | 10/3/2016 | 1/1/2017 |
| DPC-92153207 | Certified Doc Prep Services LP | 11/1/2016 | 11/1/2016 | 1/30/2017 |
| DPC-97683244 | Certified Doc Prep Services LP | 12/1/2016 | 12/1/2016 | 3/1/2017 |
| DPC-103080727 | Certified Doc Prep Services LP | 1/2/2017 | 1/2/2017 | 4/2/2017 |
| DPC-113888283 | Certified Doc Prep Services LP | 2/1/2017 | 2/1/2017 | 5/2/2017 |
| DPC-119976030 | Certified Doc Prep Services LP | 3/1/2017 | 3/15/2017 | 6/13/2017 |
| DPC-82292343 | Assure Direct Services | 9/9/2016 | 9/9/2016 | 12/8/2016 |
| DPC-86016717 | Assure Direct Services | 10/3/2016 | 10/3/2016 | 1/1/2017 |
| DPC-92423984 | Assure Direct Services | 11/1/2016 | 11/1/2016 | 1/30/2017 |
| DPC-98238865 | Assure Direct Services | 12/1/2016 | 12/1/2016 | 3/1/2017 |
| DPC-102951857 | Assure Direct Services | 1/2/2017 | 1/2/2017 | 4/2/2017 |
| DPC-114382263 | Assure Direct Services | 2/1/2017 | 2/1/2017 | 5/2/2017 |
| DPC-119640663 | Assure Direct Services | 3/1/2017 | 3/1/2017 | 5/30/2017 |
| DPC-125703524 | Assure Direct Services | 4/1/2017 | 4/1/2017 | 6/30/2017 |
| DPC-133607024 | Assure Direct Services | 5/1/2017 | 5/1/2017 | 7/30/2017 |
| DPC-140968787 | Assure Direct Services | 6/1/2017 | 6/1/2017 | 8/30/2017 |
| DPC-147094370 | Assure Direct Services | 7/1/2017 | 7/1/2017 | 9/29/2017 |
| DPC-155002295 | Assure Direct Services | 8/1/2017 | 8/1/2017 | 10/30/2017 |
| DPC-160711628 | Assure Direct Services | 9/1/2017 | 9/1/2017 | 11/30/2017 |
| DPC-130479455 | Direct Document Solutions | 4/17/2017 | 4/17/2017 | 7/16/2017 |
| DPC-134212595 | Direct Document Solutions | 5/1/2017 | 5/1/2017 | 7/30/2017 |
| DPC-140939588 | Direct Document Solutions | 6/1/2017 | 6/1/2017 | 8/30/2017 |
| DPC-149045573 | Direct Document Solutions | 7/3/2017 | 7/3/2017 | 10/1/2017 |
| DPC-154979300 | Direct Document Solutions | 8/1/2017 | 8/1/2017 | 10/30/2017 |
| DPC-161345468 | Direct Document Solutions | 9/1/2017 | 9/1/2017 | 11/30/2017 |
| DPC-127470794 | Secure Preparation Services LP | 4/3/2017 | 4/3/2017 | 7/2/2017 |
| DPC-133762955 | Secure Preparation Services LP | 5/1/2017 | 5/1/2017 | 7/30/2017 |
| DPC-140462372 | Secure Preparation Services LP | 6/1/2017 | 6/1/2017 | 8/30/2017 |
| DPC-148883978 | Secure Preparation Services LP | 7/3/2017 | 7/3/2017 | 10/1/2017 |
| DPC-152708807 | Secure Preparation Services LP | 8/1/2017 | 8/1/2017 | 10/30/2017 |
| DPC-160669031 | Secure Preparation Services LP | 9/1/2017 | 9/1/2017 | 11/30/2017 |