# Ramírez-Velázquez Declaration - Exhibit 3

**Exhibit 3.  Review of additional sample of forbearance requests**

Note:  Customer ID, Company, and Enrollment Date information taken from Consumer List (CFPB-EM-0123127). Forbearance start and end dates taken from forbearance requests in the Debt Pay Production.

| Customer ID | Company | Enrolled Date | Forbearance start | Forbearance end |
|---|---|---|---|---|
| DPC-56963308 | Certified Doc Prep Services LP | 4/4/2016 | 4/4/2016 | 7/3/2016 |
| DPC-59022061 | Certified Doc Prep Services LP | 4/11/2016 | Apr-16 | Jul-16 |
| DPC-60046768 | Certified Doc Prep Services LP | 4/20/2016 | Apr-16 | Jul-16 |
| DPC-60730636 | Certified Doc Prep Services LP | 4/25/2016 | Apr-16 | Jul-16 |
| DPC-54765087 | Certified Doc Prep Services LP | 4/29/2016 | Apr-16 | Jul-16 |
| DPC-61407145 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 |
| DPC-61297198 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 |
| DPC-60595450 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 |
| DPC-59982775 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 |
| DPC-59966644 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 |
| DPC-59964910 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 |
| DPC-59881132 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 |
| DPC-59813077 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 |
| DPC-59808619 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 |
| DPC-62360083 | Certified Doc Prep Services LP | 5/3/2016 | 5/3/2016 | 8/1/2016 |
| DPC-63064149 | Certified Doc Prep Services LP | 5/10/2016 | 5/10/2016 | 8/8/2016 |
| DPC-53066730 | Certified Doc Prep Services LP | 5/16/2016 | 5/16/2016 | 8/14/2016 |
| DPC-63510872 | Certified Doc Prep Services LP | 5/20/2016 | 5/20/2016 | 8/18/2016 |
| DPC-64426880 | Certified Doc Prep Services LP | 5/25/2016 | 5/25/2016 | 8/23/2016 |
| DPC-49593047 | Certified Doc Prep Services LP | 5/31/2016 | 5/31/2016 | 8/29/2016 |
| DPC-56821357 | Certified Document Center | 4/4/2016 | 4/4/2016 | 7/3/2016 |
| DPC-59154079 | Certified Document Center | 4/12/2016 | Apr-16 | Jul-16 |
| DPC-60363802 | Certified Document Center | 4/20/2016 | Apr-16 | Jul-16 |
| DPC-61151128 | Certified Document Center | 4/27/2016 | Apr-16 | Jul-16 |
| DPC-61570381 | Certified Document Center | 4/30/2016 | Apr-16 | Jul-16 |
| DPC-61500736 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 |
| DPC-61386508 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 |
| DPC-61372726 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 |
| DPC-60776593 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 |
| DPC-60772129 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 |
| DPC-60755467 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 |
| DPC-59871481 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 |
| DPC-59842972 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 |
| DPC-59798071 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 |
| DPC-62257753 | Certified Document Center | 5/3/2016 | 5/3/2016 | 8/1/2016 |
| DPC-63065931 | Certified Document Center | 5/10/2016 | 5/10/2016 | 8/8/2016 |
| DPC-63580787 | Certified Document Center | 5/16/2016 | 5/16/2016 | 8/14/2016 |
| DPC-63560561 | Certified Document Center | 5/20/2016 | 5/20/2016 | 8/18/2016 |
| DPC-64662122 | Certified Document Center | 5/25/2016 | 5/25/2016 | 8/23/2016 |
| DPC-48849909 | Certified Document Center | 5/31/2016 | 5/31/2016 | 8/29/2016 |