COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

DAVID C. HOLT, ESQ. (CA Bar #137951)
Email: dholt@holtlawoc.com
THE HOLT LAW FIRM
1432 Edinger Ave., Suite 130
Tustin, CA 92780
Phone: (714) 730-3999
Fax: (714) 665-3991

*Attorney for Defendants David Sklar and Lend Tech Loans, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Chou Team Realty, LLC, et al.,<br><br>　　　　Defendants. | Case No.: 8-20-cv-00043-SB-ADS<br><br>JOINT STIPULATION FOR ENTRY OF [PROPOSED] STIPULATED FINAL JUDGMENTS AND ORDERS AS TO DAVID SKLAR AND LEND TECH LOANS, INC. |

　　　　Plaintiff Bureau of Consumer Financial Protection, and Defendants David Sklar and Lend Tech Loans, Inc., through their counsel, respectfully request that the Court enter the attached [Proposed] Stipulated Final Judgment

and Order as to David Sklar and the attached [Proposed] Stipulated Final Judgment and Order as to Lend Tech Loans, Inc.

All signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

**For Bureau of Consumer Financial Protection:**

Dated March 11, 2021       Respectfully Submitted,

Cara Petersen
Acting Enforcement Director

Deborah Morris
Deputy Enforcement Director

Michael G. Salemi
Assistant Litigation Deputy

/s/ Colin Reardon
Leanne E. Hartmann
Colin Reardon (*pro hac vice*)
E. Vanessa Assae-Bille (*pro hac vice*)
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**For Defendants David Sklar and Lend Tech Loans, Inc.:**

Dated March 11, 2021       /s/ David C. Holt
David C. Holt
The Holt Law Firm
1432 Edinger Avenue, Ste. 130
Tustin, CA 92780

*Attorney for Defendants David Sklar and Lend Tech Loans, Inc.*