# Reardon Declaration -  Exhibit 1

## Reardon, Colin (CFPB)

| | |
|---|---|
| **From:** | Reardon, Colin (CFPB) |
| **Sent:** | Wednesday, February 19, 2020 12:27 PM |
| **To:** | Nader Nuru |
| **Cc:** | Assae-Bille, Vanessa (CFPB) |
| **Subject:** | RE: CFPB v. Chou Team Realty, et al. |

Nader,
Thanks for the update. We look forward to hearing from you.
Colin

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

**From:** Nader Nuru <nadernurulaw@gmail.com>
**Sent:** Wednesday, February 19, 2020 12:22 PM
**To:** Reardon, Colin (CFPB) <Colin.Reardon@cfpb.gov>
**Subject:** Re: CFPB v. Chou Team Realty, et al.

Hi Colin,

I apologize for the late notice but we may need to reschedule our meeting as I am having issues securing my client's cooperation at the moment. I will follow up with you later today via e-mail.

Regards,
Nader Nuru

> On Feb 19, 2020, at 8:02 AM, Reardon, Colin (CFPB) <Colin.Reardon@cfpb.gov> wrote:
>
> Hi Nader,
>
> Just wanted to confirm that we're still on to speak at 3 pm Eastern this afternoon.
>
> Thanks,
> Colin
>
> Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.
>
> **From:** Reardon, Colin (CFPB)
> **Sent:** Wednesday, February 05, 2020 7:20 PM
> **To:** Nader Nuru (nadernurulaw@gmail.com) <nadernurulaw@gmail.com>
> **Cc:** Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>
> **Subject:** CFPB v. Chou Team Realty, et al.
>
> Nader,

Thanks for speaking with me earlier.  We look forward to speaking further on February 19 at 3 pm EST / 12 pm PST.  We can use the following dial-in for the call:

>    203-310-4047
>    Code: 23510003

Please reach out to Vanessa (cc'd) if you have any questions between now and then.

Thanks,
Colin

Colin Reardon
Senior Litigation Counsel | Office of Enforcement
Office: (202) 435-9668 | Mobile: (202) 570-6740

Consumer Financial Protection Bureau
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

Nader Nuru, Esq.
Law Office of Nader Nuru
101 E. Anaheim Blvd, #230
Anaheim, CA, 92805
(714) 809-4506

CONFIDENTIALITY NOTICE: This e-mail message and its attachments are intended solely for the addressed recipient and may contain legally privileged and confidential information.  Any unauthorized use, disclosure or duplication is prohibited.  If you are not the addressed recipient, or received this e-mail message in error, please notify the sender.