# Reardon Declaration -  Exhibit 2

**Reardon, Colin (CFPB)**

| | |
|---|---|
| **From:** | Reardon, Colin (CFPB) |
| **Sent:** | Tuesday, November 10, 2020 3:28 PM |
| **To:** | Nader Nuru (nadernurulaw@gmail.com) |
| **Cc:** | Assae-Bille, Vanessa (CFPB); Wilson, Colin (Volunteer)(CFPB) |
| **Subject:** | CFPB v. Chou Team Realty et al. -- Bilal Abdelfattah a/k/a Bill Abdel |
| **Attachments:** | 71 - Entry of Default vs. Defs..pdf |

Mr. Nuru,

Thank you for speaking with me on the phone just now.

During our call, you confirmed that you no longer represent defendant Bilal Abdelfattah a/k/a Bill Abdel in the lawsuit the Bureau filed against him and others in January, *CFPB v. Chou Team Realty et al.*, No. 8:20-cv-00043-SB-ADS (C.D. Cal.).

You agreed to let Mr. Abdelfattah know that we are trying to reach him because he has defaulted and because we anticipate moving for a default judgment against him.  I've attached a copy of the default entered against Mr. Abdelfattah for reference.

You also agreed to provide Mr. Abdelfattah with my contact information, and indicated that we should expect to hear back from you or from him.  I can be reached at this email address and on the mobile number below.

If Mr. Abdelfattah does not promptly appear and file an answer, we will proceed with seeking a default judgment against him that would include injunctive relief and monetary relief.

Please let me know if you have any questions.

Thanks,
Colin

Colin Reardon
Senior Litigation Counsel | Office of Enforcement
Office: (202) 435-9668 | Mobile: (202) 570-6740

Consumer Financial Protection Bureau
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection | CASE NUMBER |
| | |
| PLAINTIFF(S) | 8:20-cv-00043-JVS-ADS |
| v. | |
| Chou Team Realty LLC et al | **DEFAULT BY CLERK** |
| | **F.R.Civ.P. 55(a)** |
| DEFENDANT(S). | |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

1. Docu Prep Center, Inc., d/b/a DocuPrep Center, d/b/a Certified Document Center;

2. Document Preparation Services, LP, d/b/a DocuPrep Center, d/b/a Certified Document Center;

3. Certified Doc Prep Services, LP;

4. Direct Document Solutions, Inc.;

5. Direct Document Solutions, LP;

6. Secure Preparation Services, Inc.;

7. Secure Preparation Services, LP; and

8. Bilal Abdelfattah, a/k/a Belal Abdelfattah, a/k/a Bill Abdel.

Clerk, U. S. District Court

April 10, 2020

Date

By  E. Synagogue

Deputy Clerk