

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**SAN DIEGO OFFICE**



# EXHIBIT 1

## plepiscopo@att.net

| | |
|---|---|
| **From:** | plepiscopo@att.net |
| **Sent:** | Thursday, March 11, 2021 6:32 PM |
| **To:** | 'Reardon, Colin (CFPB)'; 'Peter Lepiscopo' |
| **Cc:** | 'David Holt (dholt@holtlawoc.com)'; 'JSB@JeffreyBenice.com'; 'Assae-Bille, Vanessa (CFPB)' |
| **Subject:** | RE: Stipulation re Case Schedule & Page Limits |
| **Importance:** | High |

Dear Colin:

Please note that Mr. Nesheiwat will be filing a motion for summary judgment as well. So, please adjust page 3 to read:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Deadline—Nonexpert | March 29, 2021 | March 29, 2021 |
| ~~Pl.'s Motion for Summary Judgment~~ Plaintiff and Defendant Nesheiwat's Cross-Motions for Summary Judgment to be Concurrently Filed & Served | By April 16, 2021 | May ~~14~~ 21, 2021 |
| ~~Defs.'~~ All Oppositions Due | | June ~~11~~ 18, 2021 |
| ~~Pl.'s~~ All Repl~~ies~~y Due | | July ~~9~~ 16, 2021 |
| Motion Hearing Deadline | May 21, 2021 | July ~~23~~ 30, 2021 |
| Motions in Limine | May 31, 2021 | August ~~16~~ 23, 2021 |
| Trial Filings Deadline | June 21, 2021 | September ~~13~~ 20, 2021 |

1

| Pretrial Conference | June 25, 2021 | September ~~17~~ 24, 2021 |
| Trial | July 12, 2021 | October ~~4~~ 11, 2021 |



**LEPISCOPO & ASSOCIATES**

*SERVING SAN DIEGO & ORANGE COUNTIES*

Peter D. Lepiscopo, Esq.

  LinkedIn: http://www.linkedin.com/in/petelepiscopo/

  WEB: http://www.LepiscopoLawFirm.com

**SAN DIEGO COUNTY OFFICE (Main)**
  3511 Camino del Rio South, Suite 101
  San Diego, California 92108
Telephone: (619) 299-5343
Facsimile: (619) 330-2991
e-mail: plepiscopo@att.net

**ORANGE COUNTY OFFICE**
  695 Town Center Drive, 7TH Floor
  Costa Mesa, California 92626

**NOTICE: ATTORNEY-CLIENT & ATTORNEY WORK PRODUCT PRIVILEGES APPLY AND CONFIDENTIAL MATERIAL:** The information contained in this email message and all attachments are covered and protected by the attorney-client and/or work product privileges and are confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail.

**From:** Reardon, Colin (CFPB) <Colin.Reardon@cfpb.gov>
**Sent:** Thursday, March 11, 2021 4:37 PM
**To:** Peter Lepiscopo <pete@familyofficelaw.com>; plepiscopo@att.net
**Cc:** David Holt (dholt@holtlawoc.com) <dholt@holtlawoc.com>; JSB@JeffreyBenice.com; Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>
**Subject:** Stipulation re Case Schedule & Page Limits

Pete,

We'd like to submit a stipulation to the Court seeking to adjust the case schedule to provide the parties with additional time for summary judgment briefing and to prepare for trail.  In addition, the stipulation seeks to extend the page limits for the Bureau's summary judgment motion, since we plan to move for summary judgment against all defendants in a single motion.

David Holt and Jeff Benice (cc'd) have both told us that they agree to the proposed stipulation.  Can you please let us know whether Defendants Nesheiwat will agree to it as well, and whether you have an edits?

Thanks,
Colin

Colin Reardon
Senior Litigation Counsel | Office of Enforcement
Office: (202) 435-9668 | Mobile: (202) 570-6740

Consumer Financial Protection Bureau
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.