

**LEPISCOPO & ASSOCIATES**

*SERVING SAN DIEGO & ORANGE COUNTIES*

http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**SAN DIEGO OFFICE**



# EXHIBIT 2

# Peter Lepiscopo

| | |
|---|---|
| **From:** | Peter Lepiscopo |
| **Sent:** | Monday, March 15, 2021 1:31 PM |
| **To:** | Reardon, Colin (CFPB); plepiscopo@att.net |
| **Cc:** | Assae-Bille, Vanessa (CFPB) |
| **Subject:** | RE: Stipulation re Case Schedule & Page Limits |

Dear Colin:

June 4 through  June 14.

Pete



**NOTICE: ATTORNEY-CLIENT & ATTORNEY WORK PRODUCT PRIVILEGES APPLY AND CONFIDENTIAL MATERIAL:** The information contained in this email message and all attachments are covered and protected by the attorney-client and/or work product privileges and are confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail.

**From:** Reardon, Colin (CFPB) <Colin.Reardon@cfpb.gov>
**Sent:** Monday, March 15, 2021 1:26 PM
**To:** plepiscopo@att.net; Peter Lepiscopo <pete@familyofficelaw.com>
**Cc:** Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>
**Subject:** RE: Stipulation re Case Schedule & Page Limits

Pete,

Following up on our conversation this morning:  When in June is your planned vacation?

Thanks,
Colin

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

**From:** Reardon, Colin (CFPB)
**Sent:** Monday, March 15, 2021 12:03 PM
**To:** plepiscopo@att.net; 'Peter Lepiscopo' <pete@familyofficelaw.com>
**Cc:** 'David Holt' <dholt@holtlawoc.com>; JSB@JeffreyBenice.com; Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>
**Subject:** RE: Stipulation re Case Schedule & Page Limits
**Importance:** High

Pete,

I just called and left a message with your receptionist. Please provide your availability this week for the pre-motion conference of counsel.

Thanks,
Colin

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

**From:** Reardon, Colin (CFPB)
**Sent:** Friday, March 12, 2021 12:27 PM
**To:** plepiscopo@att.net; 'Peter Lepiscopo' <pete@familyofficelaw.com>
**Cc:** 'David Holt' <dholt@holtlawoc.com>; JSB@JeffreyBenice.com; Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>
**Subject:** RE: Stipulation re Case Schedule & Page Limits

Pete,

Following up on this: To the extent that you do not agree to entry of the stipulation, the Bureau intends to file a joint motion with David Holt and Jeff Benice's clients seeking entry of the proposed order shared with you yesterday. Please provide times next week when you're available for the pre-motion conference of counsel required by Local Rule 7-3.

Thanks,
Colin

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

**From:** Reardon, Colin (CFPB)
**Sent:** Friday, March 12, 2021 10:05 AM
**To:** plepiscopo@att.net; 'Peter Lepiscopo' <pete@familyofficelaw.com>
**Cc:** 'David Holt' <dholt@holtlawoc.com>; JSB@JeffreyBenice.com; Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>
**Subject:** RE: Stipulation re Case Schedule & Page Limits

Pete,

Please give me a call today, or proposed some times early next week, so that we can meet and confer about this, as contemplated by Judge Blumenfeld's standing order. We'd prefer to reach an agreement among all parties about the schedule.

Thanks,
Colin

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** plepiscopo@att.net <plepiscopo@att.net>
**Sent:** Friday, March 12, 2021 9:53 AM
**To:** Reardon, Colin (CFPB) <Colin.Reardon@cfpb.gov>; 'Peter Lepiscopo' <pete@familyofficelaw.com>
**Cc:** 'David Holt' <dholt@holtlawoc.com>; JSB@JeffreyBenice.com; Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>
**Subject:** RE: Stipulation re Case Schedule & Page Limits

> **CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

No.



*SERVING SAN DIEGO & ORANGE COUNTIES*

Peter D. Lepiscopo, Esq.

  LinkedIn: http://www.linkedin.com/in/petelepiscopo/

  WEB: http://www.LepiscopoLawFirm.com

**SAN DIEGO COUNTY OFFICE (Main)**
  3511 Camino del Rio South, Suite 101
  San Diego, California 92108
Telephone: (619) 299-5343
Facsimile: (619) 330-2991
e-mail: plepiscopo@att.net

**ORANGE COUNTY OFFICE**
  695 Town Center Drive, 7TH Floor
  Costa Mesa, California 92626

**NOTICE: ATTORNEY-CLIENT & ATTORNEY WORK PRODUCT PRIVILEGES APPLY AND CONFIDENTIAL MATERIAL:** The information contained in this email message and all attachments are covered and protected by the attorney-client and/or work product privileges and are confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are

hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail.

**From:** Reardon, Colin (CFPB) <Colin.Reardon@cfpb.gov>
**Sent:** Friday, March 12, 2021 6:44 AM
**To:** plepiscopo@att.net; 'Peter Lepiscopo' <pete@familyofficelaw.com>
**Cc:** 'David Holt' <dholt@holtlawoc.com>; JSB@JeffreyBenice.com; Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>
**Subject:** RE: Stipulation re Case Schedule & Page Limits

Pete,

Your proposed change is contrary to Judge Blumenfeld's standing order on motions for summary judgment (available here), which states that he will not entertain cross-motions for summary judgment, and that if parties wish to cross-move for summary judgment, the parties must meet and confer to determine which party will be the moving party and which will be the opposing party.  (See Paragraph 1.d.)  David Holt and Jeff Benice have already agreed to the stipulation I sent yesterday, under which the Bureau will be the moving party and their clients will present any issues on which they will cross-move in their oppositions.  Given that, as well as the breadth of the Bureau's motion (which will seek summary judgment against all remaining defendants), it will be more efficient and more consistent with Judge Blumenfeld's individual rules for Defendant Nesheiwat to present his arguments for summary judgment in his opposition to the Bureau's motion, rather than in a separate cross-motion.

Please confirm whether Defendants Nesheiwat will agree to the stipulation I circulated yesterday.  I'm also available for a call if you'd like to discuss.

Thanks,
Colin

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

**From:** plepiscopo@att.net <plepiscopo@att.net>
**Sent:** Thursday, March 11, 2021 9:32 PM
**To:** Reardon, Colin (CFPB) <Colin.Reardon@cfpb.gov>; 'Peter Lepiscopo' <pete@familyofficelaw.com>
**Cc:** 'David Holt' <dholt@holtlawoc.com>; JSB@JeffreyBenice.com; Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>
**Subject:** RE: Stipulation re Case Schedule & Page Limits
**Importance:** High

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Dear Colin:

Please note that Mr. Nesheiwat will be filing a motion for summary judgment as well. So, please adjust page 3 to read:

|  | Current Deadline | Proposed Deadline |
|--|--|--|

4

| Discovery Deadline—Nonexpert | March 29, 2021 | March 29, 2021 |
|---|---|---|
| ~~Pl.'s Motion for Summary Judgment~~ Plaintiff and Defendant Nesheiwat's Cross-Motions for Summary Judgment to be Concurrently Filed & Served | By April 16, 2021 | May ~~14~~ 21, 2021 |
| ~~Defs.'~~ All Oppositions Due | | June ~~11~~ 18, 2021 |
| ~~Pl.'s~~ All Repl~~ies~~y Due | | July ~~9~~ 16, 2021 |
| Motion Hearing Deadline | May 21, 2021 | July ~~23~~ 30, 2021 |
| Motions in Limine | May 31, 2021 | August ~~16~~ 23, 2021 |
| Trial Filings Deadline | June 21, 2021 | September ~~13~~ 20, 2021 |
| Pretrial Conference | June 25, 2021 | September ~~17~~ 24, 2021 |
| Trial | July 12, 2021 | October ~~4~~ 11, 2021 |



*SERVING SAN DIEGO & ORANGE COUNTIES*

Peter D. Lepiscopo, Esq.

  LinkedIn: http://www.linkedin.com/in/petelepiscopo/

5

   WEB: http://www.LepiscopoLawFirm.com

**SAN DIEGO COUNTY OFFICE (Main)**
  3511 Camino del Rio South, Suite 101
  San Diego, California 92108
Telephone: (619) 299-5343
Facsimile: (619) 330-2991
e-mail: plepiscopo@att.net

**ORANGE COUNTY OFFICE**
  695 Town Center Drive, 7TH Floor
  Costa Mesa, California 92626

**NOTICE: ATTORNEY-CLIENT & ATTORNEY WORK PRODUCT PRIVILEGES APPLY AND CONFIDENTIAL MATERIAL:** The information contained in this email message and all attachments are covered and protected by the attorney-client and/or work product privileges and are confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail.

---

**From:** Reardon, Colin (CFPB) <Colin.Reardon@cfpb.gov>
**Sent:** Thursday, March 11, 2021 4:37 PM
**To:** Peter Lepiscopo <pete@familyofficelaw.com>; plepiscopo@att.net
**Cc:** David Holt (dholt@holtlawoc.com) <dholt@holtlawoc.com>; JSB@JeffreyBenice.com; Assae-Bille, Vanessa (CFPB) <Elisabeth.Assae-Bille@cfpb.gov>
**Subject:** Stipulation re Case Schedule & Page Limits

Pete,

We'd like to submit a stipulation to the Court seeking to adjust the case schedule to provide the parties with additional time for summary judgment briefing and to prepare for trail. In addition, the stipulation seeks to extend the page limits for the Bureau's summary judgment motion, since we plan to move for summary judgment against all defendants in a single motion.

David Holt and Jeff Benice (cc'd) have both told us that they agree to the proposed stipulation. Can you please let us know whether Defendants Nesheiwat will agree to it as well, and whether you have an edits?

Thanks,
Colin

Colin Reardon
Senior Litigation Counsel | Office of Enforcement
Office: (202) 435-9668 | Mobile: (202) 570-6740

Consumer Financial Protection Bureau
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.