COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br>Plaintiff,<br>vs.<br>Chou Team Realty, LLC et al.,<br>Defendants. | Case No.: 8-20-cv-00043-SB-ADS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT NESHEIWAT**<br><br>Court: Hon. Stanley Blumenfeld, Jr.<br>Date: July 23, 2021<br>Time: 08:30 A.M.<br>Place: Zoom Webinar |

Pursuant to Local Rule 6-1, Plaintiff Bureau of Consumer Financial Protection ("Bureau") provides this notice of its motion and hereby moves pursuant to Federal Rule of Civil Procedure 56 for summary judgment on all claims alleged against Defendant Jawad Nesheiwat in the Second Amended Complaint and for entry of the proposed judgment being filed concurrently with this notice.

This motion is made following a conference of counsel pursuant to L.R. 7-3, which took place telephonically on March 15, 2021. Colin Reardon

participated on behalf of Plaintiff, and Peter Lepiscopo participated on behalf of Defendant Jawad Nesheiwat.

This motion is based upon this notice, Plaintiff's memorandum in support of its motion, Plaintiff's statement of undisputed facts, the exhibits in support of Plaintiff's statement of undisputed facts, and upon such other and further evidence as may be presented to the Court.

Dated: May 14, 2021

Respectfully Submitted,

/s/ Colin Reardon
Colin Reardon (*pro hac vice*)
E. Vanessa Assae-Bille (*pro hac vice*)
Leanne E. Hartmann
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*