# Summary Judgment Ex. 1a

## Hoose Declaration – Exhibit 1

Confidential

CFPB-JN-0109371

| | |
|---|---|
| **From:** | Alex |
| **To:** | 'Robert Hoose' |
| **Sent:** | 4/8/2015 2:52:38 PM |
| **Subject:** | RE: DCP proofs for in-home the week of 04/13 |
| **Attachments:** | DCP0408_PROOF.PDF |

Hello Robert,

Revised proofs attached with the below changes made.  Please review and approve.

Thanks,

Alex

**From:** Robert Hoose [mailto:RHoose@DocuPrepCenter.com]
**Sent:** Wednesday, April 08, 2015 9:43 AM
**To:** Alex
**Subject:** RE: DCP proofs for in-home the week of 04/13

Ok so here the wanted revisions are attached.

Starting from the top, we want to add the clients last name just below "student loan consolidation & payment reduction program prepared for"

Next we want to change the verbage from "please call within 30 days of receiving this notice" to "please call by may 10 th "

Lastly, the line below that we want to change, "call before your next payment is due" to "or before your next payment is due."

Robert Hoose

Chief Operating Officer

Toll free: (877) 231-7606 ext 1004

Direct: (949) 449-1089

Confidential                                                                 CFPB-JN-0109372

Fax: (949) -449-1104

http://docuprepcenter.com



**From:** Alex [ mailto:alexander.klarow@gmail.com ]
**Sent:** Tuesday, April 07, 2015 6:15 PM
**To:** Robert Hoose
**Cc:** donald.contardi@gmail.com ; 'Amy'
**Subject:** DCP proofs for in-home the week of 04/13

Hello Robert,

Attached are the DCP proofs for in-home the week of 04/13, qty: 15,186.

Please review and approve.

Thanks,

Alex

Confidential                                                                CFPB-JN-0109373

Official Business
Penalty for Private Use, $300

BENEFIT ID#: 100000



Address Change?  Please contact our
Customer Service Department

# Final
# Notice





Kevon Taylor

Lanham, MD

Contact: 1-877-232-8664
Assigned Dept. Approval Division
NOTICE DATE: April 10, 2015

1

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Kevon Taylor
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Kevon,
Due to your **student loan balances totaling over $15,000** you are now eligible to receive benefits from a new law that has passed regarding federal student loans including TOTAL FORGIVENESS in some circumstances.

PLEASE NOTE: FEDERAL STUDENT LOAN PROGRAMS MAY CHANGE.

## PLEASE CALL BY MAY 10TH, 2015
## OR BEFORE YOUR NEXT PAYMENT IS DUE: 877-232-8664

| NEW FEDERAL STUDENT LOAN LAW BENEFITS | EASY QUALIFICATION PROCESS |
|---|---|
| ▪ Lower Monthly Payments | ▪ On Adjusted Gross Income And Family Size |
| ▪ Stop Garnishment | ▪ Lower Interest Rates |
| ▪ Forgiveness Programs | ▪ No Minimum Or Maximum Loan Balance |
| ▪ Bring Loans In Default To Good Standing | ▪ Money Back Assurance |

We are a consumer advocacy group. We are not debt collectors. We work on your behalf with the **U.S. Department of Education** to find applicable financial relief programs to make your Federally Insured Student Loans flexible and easy to manage. **New Payments will be based on your current adjusted gross income**, ability to pay, and all financial hardships considered.



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 877-232-8664**
**REFERENCE BENEFIT ID: 100000**

Confidential

CFPB-JN-0109374

Official Business
Penalty for Private Use, $300

BENEFIT ID#: 109999



Address Change?  Please contact our
Customer Service Department

# Final
# Notice





Sarah Fowler

Kansas City, MO

Contact: 1-877-232-8664
Assigned Dept. Approval Division
NOTICE DATE: April 10, 2015

1

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Sarah Fowler
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Sarah,
Due to your **student loan balances totaling over $32,000** you are now eligible to receive
benefits from a new law that has passed regarding federal student loans including TOTAL
FORGIVENESS in some circumstances.

PLEASE NOTE: FEDERAL STUDENT LOAN PROGRAMS MAY CHANGE.
## PLEASE CALL BY MAY 10TH, 2015
## OR BEFORE YOUR NEXT PAYMENT IS DUE: 877-232-8664

| NEW FEDERAL STUDENT LOAN LAW BENEFITS | EASY QUALIFICATION PROCESS |
|---|---|
| ▪ Lower Monthly Payments | ▪ On Adjusted Gross Income And Family Size |
| ▪ Stop Garnishment | ▪ Lower Interest Rates |
| ▪ Forgiveness Programs | ▪ No Minimum Or Maximum Loan Balance |
| ▪ Bring Loans In Default To Good Standing | ▪ Money Back Assurance |

We are a consumer advocacy group. We are not debt collectors. We work on your behalf with the
**U.S. Department of Education** to find applicable financial relief programs to make your
Federally Insured Student Loans flexible and easy to manage. **New Payments will be based on
your current adjusted gross income**, ability to pay, and all financial hardships considered.



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 877-232-8664
REFERENCE BENEFIT ID: 109999**

Confidential

Official Business
Penalty for Private Use, $300

BENEFIT ID#: 113999



Address Change?  Please contact our
Customer Service Department

# Final
# Notice



Contact: 1-877-232-8664
Assigned Dept. Approval Division
NOTICE DATE: April 10, 2015


Rosa Rodriguez

San Diego, CA

1

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Rosa Rodriguez
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Rosa,
Due to your **student loan balances totaling over $27,000** you are now eligible to receive
benefits from a new law that has passed regarding federal student loans including TOTAL
FORGIVENESS in some circumstances.

PLEASE NOTE: FEDERAL STUDENT LOAN PROGRAMS MAY CHANGE.

## PLEASE CALL BY MAY 10TH, 2015
## OR BEFORE YOUR NEXT PAYMENT IS DUE: 877-232-8664

| NEW FEDERAL STUDENT LOAN LAW BENEFITS | EASY QUALIFICATION PROCESS |
|---|---|
| ▪ Lower Monthly Payments | ▪ On Adjusted Gross Income And Family Size |
| ▪ Stop Garnishment | ▪ Lower Interest Rates |
| ▪ Forgiveness Programs | ▪ No Minimum Or Maximum Loan Balance |
| ▪ Bring Loans In Default To Good Standing | ▪ Money Back Assurance |

We are a consumer advocacy group. We are not debt collectors. We work on your behalf with the
***U.S. Department of Education*** to find applicable financial relief programs to make your
Federally Insured Student Loans flexible and easy to manage. **New Payments will be based on
your current adjusted gross income**, ability to pay, and all financial hardships considered.



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 877-232-8664
REFERENCE BENEFIT ID: 113999**

Confidential

CFPB-JN-0109376