# Summary Judgment Ex. 1b

## Hoose Declaration – Exhibit 2

Confidential

CFPB-JN-0109451

| | |
|---|---|
| From: | Alex |
| To: | rhoose@docuprepcenter.com |
| CC: | 'Bill Abdel'; 'Jawad Nesheiwat'; 'Donald Contardi'; amyv.ami@gmail.com |
| Sent: | 2/17/2016 12:29:48 PM |
| Subject: | DCP proofs for in-home the week of 02/22 |
| Attachments: | DCP REC Qty=24,999 Mail 02-18-16 Sign off.pdf; DCP TEST2 Qty=14,914 Mail 02-18-16 Sign off.pdf; DCP TEST Qty=4,978 Mail 02-18-16 Sign off.pdf; DCP TESTI Qty=4987 Mail 02-18-16 Sign off.pdf |

Hello Robert,

Attached are the DCP proofs for in-home the week of 02/22.

DCP Test – 4,978

DCP Test1 – 4,987

DCP Test2 – 14,914

DCP Rec – 24,999

All 4 phone numbers are good.  We are mailing to CA, FL, MO, NJ, TX and VA states.

Please review and approve.

Thanks,

Alex









Confidential

CFPB-JN-0109452

BENEFIT ID#: 2096881



Address Change? Please contact our Customer Service Department



Kenneth Firestone
Avenel, NJ

# Final Notice

Contact: 1-877-301-7910
Assigned Dept. Document Preparation Center
NOTICE DATE: February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Kenneth Firestone
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Kenneth,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $15,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-7910

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

**CREATING YOUR FSA ID**

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-7910
Monday – Friday 7:00am – 6:00pm PST

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-7910 REFERENCE BENEFIT ID: 2096881**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

BENEFIT ID#: 2096880



Address Change? Please contact our Customer Service Department

Hariraj Jayakumar
Avenel, NJ

# Final Notice

Contact: 1-877-301-7910
Assigned Dept. Document Preparation Center
NOTICE DATE: February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Hariraj Jayakumar
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Hariraj,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $30,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- No credit check
- Interest rate reduction regardless of balance or pay history
- Lower monthly payments based on income and family size
- Loan forgiveness

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-7910

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

**CREATING YOUR FSA ID**

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-7910
Monday – Friday 7:00am – 6:00pm PST

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-7910**
**REFERENCE BENEFIT ID: 2096880**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

Confidential

CFPB-JN-0109454

BENEFIT ID#: 2096879

**Address Change?** Please contact our Customer Service Department



Patricia Dumeny
Avenel NJ

# Final Notice

Contact: 1-877-301-7910
Assigned Dept. Document Preparation Center
NOTICE DATE: February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
## Patricia Dumeny
### NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS

Dear Patricia,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $37,506 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-7910

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

**CREATING YOUR FSA ID**
To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-7910
Monday – Friday 7:00am – 6:00pm PST

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-7910
REFERENCE BENEFIT ID: 2096879**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

Confidential

CFPB-JN-0109455

BENEFIT ID#: 2076980

Address Change? Please contact our Customer Service Department

**Final Notice**

Chris Howell
Arlington, TX

Contact: 1-877-301-3059
Assigned Dept. Document Preparation Center
NOTICE DATE: February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Chris Howell
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Chris,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $63,897 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-3059

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

**CREATING YOUR FSA ID**

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-3059
Monday – Friday 7:00am – 6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-3059
REFERENCE BENEFIT ID: 2076980**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

Confidential

CFPB-JN-0109456

BENEFIT ID#: 2076979



Address Change? Please contact our Customer Service Department

**Final Notice**

Gerald Magin
Arlington, TX

Contact:       1-877-301-3059
Assigned Dept. Document Preparation Center
NOTICE DATE:    February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Gerald Magin
**NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS**

Dear Gerald A,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $164,538 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-3059

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

**CREATING YOUR FSA ID**
To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nsids.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-3059
Monday – Friday 7:00am – 6:00pm PST

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-3059**
**REFERENCE BENEFIT ID: 2076979**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third party processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

BENEFIT ID#: 2076978

Address Change? Please contact our Customer Service Department

# Final Notice

Joshua Gatson
Arlington, TX

Contact: 1-877-301-3059
Assigned Dept. Document Preparation Center
NOTICE DATE: February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Joshua Gatson
**NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS**

Dear Joshua W,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $109,566 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- No credit check
- Interest rate reduction regardless of balance or pay history
- Lower monthly payments based on income and family size
- Loan forgiveness

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-3059

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

**CREATING YOUR FSA ID**

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-3059
Monday – Friday 7:00am – 6:00pm PST


**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-3059
REFERENCE BENEFIT ID: 2076978**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

BENEFIT ID#: 2072002



Address Change? Please contact our Customer Service Department



Gregory Woods

Los Angeles, CA

# Final Notice

Contact: 1-877-301-3057
Assigned Dept. Document Preparation Center
NOTICE DATE: February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Gregory Woods
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Gregory,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $66,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling**.

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-3057

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID
To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-3057
Monday – Friday 7:00am – 6:00pm PST

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-3057 REFERENCE BENEFIT ID: 2072002**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

BENEFIT ID#: 2072001



Address Change? Please contact our Customer Service Department



Ellie Johnson
Los Angeles, CA

# Final Notice

Contact: 1-877-301-3057
Assigned Dept. Document Preparation Center
NOTICE DATE: February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Ellie Johnson
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Ellie,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $44,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-3057

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

**CREATING YOUR FSA ID**

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-3057
Monday – Friday 7:00am – 6:00pm PST

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-3057
REFERENCE BENEFIT ID: 2072001**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

Confidential

CFPB-JN-0109460

BENEFIT ID#: 2072000



Address Change? Please contact our Customer Service Department



Diana Aguilar
Los Angeles, CA

# Final Notice

Contact: 1-877-301-3057
Assigned Dept. Document Preparation Center
NOTICE DATE:   February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Diana Aguilar
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Diana,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $29,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-3057

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-3057
Monday – Friday 7:00am – 6:00pm PST

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-3057
REFERENCE BENEFIT ID: 2072000**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

Confidential

CFPB-JN-0109461

BENEFIT ID#: 2091897

Address Change? Please contact our Customer Service Department

# Final Notice

Alice Jacquez
Whittier, CA

Contact: 1-877-301-2489
Assigned Dept. Document Preparation Center
NOTICE DATE: February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Alice Jacquez

*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Alice,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $37,593 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-2489

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

**CREATING YOUR FSA ID**

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-2489
Monday – Friday 7:00am – 6:00pm PST

**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-2489
REFERENCE BENEFIT ID: 2091897**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.

*The Department of Education may offer an interest rate reduction with setup of automatic payments.

BENEFIT ID#: 2091896

Address Change? Please contact our Customer Service Department

Zulma Martinez
Whittier, CA

# Final Notice

Contact: 1-877-301-2489
Assigned Dept: Document Preparation Center
NOTICE DATE: February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Zulma Martinez
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Zulma,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $29,045 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-2489

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

**CREATING YOUR FSA ID**

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-2489
Monday – Friday 7:00am – 6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-2489
REFERENCE BENEFIT ID: 2091896**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

Confidential

CFPB-JN-0109463

BENEFIT ID#: 2091895

Address Change? Please contact our Customer Service Department

# Final Notice

John Stephenson
Whittier, CA

Contact: 1-877-301-2489
Assigned Dept: Document Preparation Center
NOTICE DATE: February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
## John Stephenson
### NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS

Dear John W,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $25,866 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-2489

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-2489
Monday – Friday 7:00am – 6:00pm PST

**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-2489
REFERENCE BENEFIT ID: 2091895**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.