# <u>Summary Judgment Ex. 1c</u>

## Hoose Declaration – Exhibit 3

CFPB-JN-0109465

| | |
|---|---|
| **From:** | Robert Hoose |
| **To:** | Alex |
| **Sent:** | 2/17/2016 12:45:20 PM |
| **Subject:** | Re: DCP proofs for in-home the week of 02/22 |

approved.

Thanks

_____

**From:** Alex
**Sent:** Wednesday, February 17, 2016 9:29 AM
**To:** Robert Hoose
**Cc:** 'Bill Abdel'; 'Jawad Nesheiwat'; 'Donald Contardi'; amyv.ami@gmail.com
**Subject:** DCP proofs for in-home the week of 02/22

Hello Robert,

Attached are the DCP proofs for in-home the week of 02/22.

DCP Test – 4,978

DCP Test1 – 4,987

DCP Test2 – 14,914

DCP Rec – 24,999

All 4 phone numbers are good.  We are mailing to CA, FL, MO, NJ, TX and VA states.

Please review and approve.

Thanks,

Alex

CFPB-JN-0109466