# Summary Judgment Ex. 1d

## Hoose Declaration – Exhibit 4

CFPB-JN-0109467

**To:** 'Robert Hoose'[RHoose@dcuprepcenter.com]
**Cc:** Jawad Nesheiwat [jawad@monsterloans.com]; Bill Abdel [babdel@monsterloans.com]; amyv.ami@gmail.com[amyv.ami@gmail.com]
**From:** Alex
**Sent:** Mon 4/27/2015 4:29:34 PM
**Subject:** DCP Billing 04/27
AID Invoice DCP #9002.pdf

Hello Robert,

Attached is the AID invoice for 04/25 mail drop.

Also, here is your current balance due.  Please advise with payment.

| Job Name | Quantity | Drop Date | Invoice # | Amount Due | Balance Due |
|---|---|---|---|---|---|
| DCP - simplex | 15,186 | 4/10/2015 | 9000 | $6,051.38 | $6,051.38 |
| DCP - simplex | 14,944 | 4/18/2015 | 9001 | $6,046.76 | $12,098.14 |
| DCP - simplex | 15,000 | 4/25/2015 | 9002 | $6,735.53 | $18,833.67 |

Thanks,

Alex

CFPB-JN-0109468

# INVOICE

Checks Payable to Advanced Image Direct
1415 S. Acacia St.
Fullerton, CA 92831
Phone 714-502-3900

INVOICE #9002
DATE: APRIL 24, 2015

**TO**  DocuPrepCenter
Attn: Robert Hoose
14351 Myford Rd, Ste. 200
Tustin, CA 92780

| JOB NUMBER | PAYMENT TERMS | DUE DATE |
|---|---|---|
|  | Due on receipt | 04/25/2015 |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 15,000 | Printing/mailing costs for Simplex Oversized Window Envelope Package + $100.00 Setup Fee | .10 | $1,600.00 |
| 12,000 | STD Class Postage | LOT | $2,804.63 |
| 3,000 | 1st Class Postage | LOT | $1,217.21 |
|  | PMOD Est for 04/25 + PMOD balance/credit from 04/18 mail drop | LOT | $1,113.69 |
|  | **PAYMENTS TO ADVANCED IMAGE DIRECT** |  |  |
|  |  | SUBTOTAL | $6,735.53 |
|  |  | SALES TAX | $0.00 |
|  |  | TOTAL | $6,735.53 |

| | |
|---|---|
| **To:** | babdel@monsterloans.com[babdel@monsterloans.com] |
| **Cc:** | Robert Hoose[RHoose@DocuPrepCenter.com]; jawad@monsterloans.com[jawad@monsterloans.com]; Sean Cowell[sean@monsterloans.com]; Alexander.Klarow@gmail.com[Alexander.Klarow@gmail.com]; Donald.Contardi@gmail.com[Donald.Contardi@gmail.com] |
| **From:** | Amy |
| **Sent:** | Wed 10/7/2015 10:30:21 PM |
| **Subject:** | DCP Invoice for 10/08 Mail Date + BALANCE DUE |

DCP Invoice #9025.pdf

Hello,

Attached is the DCP invoice for the 10/08/2015 mail drop. The total amount due for this week's mailing is $20,562.97.

**The total balance now due is $50,004.67**; details below:

| Job Name | Quantity | Drop Date | Invoice # | Amount Due | Date Paid | Check # | Amount Paid | Balance D... |
|---|---|---|---|---|---|---|---|---|
| DCP - simplex | 24,711 | 8/27/2015 | 9019 | $10,369.91 | 22-Sep | 9397 | ($20,000.00) | $54... |
| DCP & DCP TEST - simplex | 24,773 | 9/3/2015 | 9020 | $10,651.31 | | | | $11,19... |
| DCP & DCP TEST - simplex | 29,800 | 9/10/2015 | 9021 | $12,492.13 | 2-Oct | 9408 | ($15,000.00) | $8,69... |
| DCP & DCP TEST - simplex | 39,654 | 9/17/2015 | 9022 | $16,564.96 | | | | $25,25... |
| DCP & DCP TEST - simplex | 49,531 | 9/24/2015 | 9023 | $20,521.33 | 9-Oct | 9407 | ($35,000.00) | $10,77... |
| DCP & DCP TEST - simplex | 44,510 | 10/2/2015 | 9024 | $18,664.58 | | | | $29,44... |
| DCP & DCP TEST - simplex | 49,633 | 10/8/2015 | 9025 | $20,562.97 | | | | $50,00... |

Please make a check payable to **Automated Mailers** and let us know when the check is available for pick-up.

Thank you,

Amy

Automated Mailers
26499 Rancho Parkway South
Lake Forest, CA 92630

# Invoice

| Date | Invoice # |
|---|---|
| 10/7/2015 | 9025 |

**Bill To**

DocuPrep Center Inc.
14351 Myford Rd, Ste. 200
Tustin, CA 92780

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---:|---|---:|---:|
| 37,752 | Printing/mailing costs for Simplex Oversized Window Envelope Package -  Regular Version | 0.10 | 3,775.20 |
| 11,881 | Printing/mailing costs for Simplex Oversized Window Envelope Package -  Test Version | 0.10 | 1,188.10 |
| 2 | Setup Fee | 50.00 | 100.00 |
| 1 | PMOD Est for 10/08 and PMOD bal/crd from10/02 mail drop | 3,593.96 | 3,593.96 |
| 1 | Standard Class Postage | 11,905.71 | 11,905.71 |
|  | **Total** |  | **$20,562.97** |

CFPB-JN-0109471

**To:** dsklar@docuprepcenter.com[dsklar@docuprepcenter.com]; mhegazi@eliteaccounting.com[mhegazi@eliteaccounting.com]; 'Robert Hoose'[RHoose@DocuPrepCenter.com], accounting@monsterloans.com[accounting@monsterloans.com]
**Cc:** Alexander.Klarow@gmail.com[Alexander.Klarow@gmail.com]; Donald.Contardi@gmail.com[Donald.Contardi@gmail.com]; jawad@monsterloans.com[jawad@monsterloans.com]
**From:** Amy
**Sent:** Thur 9/15/2016 12:04:49 AM
**Subject:** DCP Invoice for 09/15 Mail Date + BALANCE DUE
DCP Invoice #9074.pdf

Hello,

Attached is the DCP invoice for the 09/15/16 mail drop. The total amount due for this week's mailing is $18,168.28.

**The total balance now due is $46,692.28**; details below:

| Job Name | Quantity | Drop Date | Invoice # | Amount Due | Date Paid | Check # | Amount Paid | Balance |
|---|---|---|---|---|---|---|---|---|
| DCP TEST - simplex | 54,750 | 8/11/2016 | 9069 | $18,996.78 | 17-Aug | TAPD Payment | ($3,000.00) | $15, |
| PAYMENT | | | | | 25-Aug | 7235 | ($18,996.78) | ($3, |
| DCP TEST - simplex | 54,175 | 8/18/2016 | 9070 | $19,623.53 | 24-Aug | TAPD Payment | ($4,000.00) | $12, |
| PAYMENT | | | | | 9-Sep | 7255 | ($12,623.53) | |
| DCP TEST - simplex | 54,823 | 8/25/2016 | 9071 | $20,796.79 | 31-Aug | TAPD Payment | ($4,000.00) | $16, |
| PAYMENT | | | | | 9-Sep | 7256 | ($20,796.79) | ($4, |
| DCP TEST - simplex | 54,367 | 9/1/2016 | 9072 | $17,708.21 | 7-Sep | TAPD Payment | ($3,200.00) | $10, |
| DCP TEST - simplex | 54,382 | 9/8/2016 | 9073 | $18,015.79 | | | | $28, |
| DCP TEST - simplex | 55,632 | 9/15/2016 | 9074 | $18,168.28 | | | | $46, |

Please make a check payable to **Automated Mailers** and let us know when the check is available for pick-up.

Thank you,

Amy

Automated Mailers
26499 Rancho Parkway South
Lake Forest, CA 92630

# Invoice

| Date | Invoice # |
|---|---|
| 9/14/2016 | 9074 |

**Bill To**

DocuPrep Center Inc.
14351 Myford Rd, Ste. 200
Tustin, CA 92780

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 55,632 | Printing/mailing costs for Simplex Oversized Window Envelope Package - Test Version | 0.10 | 5,563.20 |
| 1 | Setup Fee | 50.00 | 50.00 |
| 1 | PMOD & Freight for 09/15 mail drop | 788.63 | 788.63 |
| 1 | Standard Class Postage | 11,766.45 | 11,766.45 |
|  |  | Total | $18,168.28 |