# Summary Judgment Ex. 1e

## Hoose Declaration – Exhibit 5

CFPB-JN-0109474

Message

| | |
|---|---|
| **From:** | Elite Accounting [mhegazi@eliteaccounting.com] |
| **Sent:** | 9/15/2016 6:48:30 PM |
| **To:** | Jawad Nesheiwat [jawad@monsterloans.com]; Elite Accounting [mhegazi@eliteaccounting.com]; Mike Van Loon [mvl@monsterloans.com]; dsklar@docuprepcenter.com; Robert Hoose [rhoose@docuprepcenter.com]; Accounting [accounting@monsterloans.com] |
| **Subject:** | RE: DCP Invoice for 09/15 Mail Date + BALANCE DUE |

Will do.


-------- Original message --------
From: Jawad Nesheiwat <jawad@monsterloans.com>
Date: 9/15/16 6:23 PM (GMT-08:00)
To: Elite Accounting <mhegazi@eliteaccounting.com>, Mike Van Loon <mvl@monsterloans.com>, dsklar@docuprepcenter.com, Robert Hoose <rhoose@docuprepcenter.com>, Accounting <accounting@monsterloans.com>
Subject: RE: DCP Invoice for 09/15 Mail Date + BALANCE DUE

Please pay them both if possible Mohamed. Dcp should not be on any credit at this point. We need to free up the terms with Don for the new businesses only.

Thanks


Sent via the Samsung Galaxy Note5, an AT&T 4G LTE smartphone


-------- Original message --------
From: Elite Accounting <mhegazi@eliteaccounting.com>
Date: 9/15/16 5:59 PM (GMT-08:00)
To: Mike Van Loon <mvl@monsterloans.com>, dsklar@docuprepcenter.com, Robert Hoose <rhoose@docuprepcenter.com>, Accounting <accounting@monsterloans.com>
Cc: Jawad Nesheiwat <jawad@monsterloans.com>
Subject: RE: DCP Invoice for 09/15 Mail Date + BALANCE DUE

Will pay the $5721.91 This Friday.

Will have 1 open invoice only.

_____

From: mvl@monsterloans.com
To: dsklar@docuprepcenter.com; mhegazi@eliteaccounting.com; RHoose@DocuPrepCenter.com; accounting@monsterloans.com
CC: jawad@monsterloans.com
Subject: RE: DCP Invoice for 09/15 Mail Date + BALANCE DUE
Date: Fri, 16 Sep 2016 00:35:07 +0000

Guys – please advise on your preference for Payment on this.

---

**From:** Amy [mailto:amyv.ami@gmail.com]
**Sent:** Thursday, September 15, 2016 4:58 PM
**To:** dsklar@docuprepcenter.com; mhegazi@eliteaccounting.com; 'Robert Hoose' <RHoose@DocuPrepCenter.com>; Accounting <accounting@monsterloans.com>
**Cc:** Alexander.Klarow@gmail.com; Donald.Contardi@gmail.com; Jawad Nesheiwat <jawad@monsterloans.com>
**Subject:** RE: DCP Invoice for 09/15 Mail Date + BALANCE DUE

Hello,

We received an additional payment from TAPD which has been applied to the DCP balance due.

I have also applied the IDP overpayment/credit balance of $19,602.09 to the DCP balance due.

<u>The total balance now due for DCP is $23,890.19</u>; details below:

| Job Name | Quantity | Drop Date | Invoice # | Amount Due | Date Paid | Check # | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| DCP TEST - simplex | 54,823 | 8/25/2016 | 9071 | $20,796.79 | 31-Aug | TAPD Payment | ($4,000.00) | $16,796.79 |
| PAYMENT | | | | | 9-Sep | 7256 | ($20,796.79) | ($4,000.00) |
| DCP TEST - simplex | 54,367 | 9/1/2016 | 9072 | $17,708.21 | 7-Sep | TAPD Payment | ($3,200.00) | $10,508.21 |
| DCP TEST - simplex | 54,382 | 9/8/2016 | 9073 | $18,015.79 | 14-Sep | TAPD Payment | ($3,200.00) | $25,324.00 |
| IDP CREDIT | | | | | 15-Sep | IDP CREDIT | ($19,602.09) | $5,721.91 |
| DCP TEST - simplex | 55,632 | 9/15/2016 | 9074 | $18,168.28 | | | | $23,890.19 |

Thanks,

Amy

**From:** Amy [mailto:amyv.ami@gmail.com]
**Sent:** Wednesday, September 14, 2016 5:05 PM
**To:** dsklar@docuprepcenter.com; mhegazi@eliteaccounting.com; 'Robert Hoose'

ML00004211
CFPB-JN-0109476

<RHoose@DocuPrepCenter.com>; accounting@monsterloans.com
**Cc:** Alexander.Klarow@gmail.com; Donald.Contardi@gmail.com; jawad@monsterloans.com
**Subject:** DCP Invoice for 09/15 Mail Date + BALANCE DUE

Hello,

Attached is the DCP invoice for the 09/15/16 mail drop. The total amount due for this week's mailing is $18,168.28.

<u>**The total balance now due is $46,692.28**</u>; details below:

| Job Name | Quantity | Drop Date | Invoice # | Amount Due | Date Paid | Check # | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| DCP TEST - simplex | 54,750 | 8/11/2016 | 9069 | $18,996.78 | 17-Aug | TAPD Payment | ($3,000.00) | $15,996.78 |
| PAYMENT | | | | | 25-Aug | 7235 | ($18,996.78) | ($3,000.00) |
| DCP TEST - simplex | 54,175 | 8/18/2016 | 9070 | $19,623.53 | 24-Aug | TAPD Payment | ($4,000.00) | $12,623.53 |
| PAYMENT | | | | | 9-Sep | 7255 | ($12,623.53) | $0.00 |
| DCP TEST - simplex | 54,823 | 8/25/2016 | 9071 | $20,796.79 | 31-Aug | TAPD Payment | ($4,000.00) | $16,796.79 |
| PAYMENT | | | | | 9-Sep | 7256 | ($20,796.79) | ($4,000.00) |
| DCP TEST - simplex | 54,367 | 9/1/2016 | 9072 | $17,708.21 | 7-Sep | TAPD Payment | ($3,200.00) | $10,508.21 |
| DCP TEST - simplex | 54,382 | 9/8/2016 | 9073 | $18,015.79 | | | | $28,524.00 |
| DCP TEST - simplex | 55,632 | 9/15/2016 | 9074 | $18,168.28 | | | | $46,692.28 |

Please make a check payable to **Automated Mailers** and let us know when the check is available for pick-up.

Thank you,

Amy