# Summary Judgment Ex. 1f

## Hoose Declaration – Exhibit 6

CFPB-JN-0109478

Message

| | |
|---|---|
| **From**: | Bill Abdel [babdel@DocuPrepCenter.com] |
| **Sent**: | 2/23/2016 8:39:15 PM |
| **To**: | Robert Hoose [robertbhoose@yahoo.com]; Jawad Nesheiwat [jawad@monsterloans.com] |
| **Subject**: | Fw: DPC Order This Week |
| **Attachments**: | DocuPrep Order 2-9-16.xlsx; xpn_iScreen_02082016_Monster_Feb_8.csv |

**From:** Bill Abdel
**Sent:** Tuesday, February 9, 2016 12:41:00 PM
**To:** alexander.klarow@gmail.com; donald.contardi@gmail.com; amyv.ami@gmail.com
**Subject:** DPC Order This Week

Hey Guys -

Attached are two different data files. DocuPrep Order 2-9-16 contains 40,000 records, xpn_iScreen contains 5,000. Can we please do the following?

From DPC Order File -

35,000 (CA – 2000, MO – 7000, NE – 6000, PA – 7000, SD – 6000, VA – 7000), Test Mailer - (877) 269-8404

5,000 (CA – 5000) - Test Mailer - (877) 467-9421

From Experian File –

5,000 – Test Mailer - (877) 467-9431

Thank you!