# Summary Judgment Ex. 1h

## Hoose Declaration – Exhibit 9

CFPB-JN-0109485

Message

| | |
|---|---|
| **From**: | Ritesh Singhania [ritesh@monsterloans.com] |
| **Sent**: | 12/12/2016 4:53:34 PM |
| **To**: | David Sklar [dsklar@monsterloans.com] |
| **CC**: | Erin Mason [emason@monsterloans.com]; Robert Hoose [RHoose@certifieddocumentcenter.com]; Jawad Nesheiwat [jawad@monsterloans.com] |
| **Subject**: | Re: Student Loan Data |

Max took that stuff over a while back

Sent from my iPhone

On Dec 12, 2016, at 4:13 PM, David Sklar <dsklar@monsterloans.com> wrote:

Ritesh,

Are you the one who is ordering the data from Experian for the Student Loan shops? Just trying to figure out who is thanks.


# David Sklar
Toll free: (866) 439-7744
Direct: (949) 268-9766
Fax: (949) 268-9842
dsklar@monsterloans.com

<!--[if !vml]--><63B54922-DC67-4773-B6E9-803B60D9737D[2].png><!--[endif]-->
<!--[if !vml]--><9968F712-2A4D-48D8-BF6B-603CFEB55E9B[2].png><!--[endif]-->
<!--[if !vml]--><31EAB873-60D0-41B8-8A0D-77DC7F40D76C[2].png><!--[endif]-->   <!--[if !vml]--><05093C31-4A87-4954-A625-75EC79873ECE[2].png><!--[endif]-->   <!--[if !vml]--><7265729E-7BAA-47DD-9C12-76C13576DA73[2].png><!--[endif]-->   <!--[if !vml]--><1DC9F6BD-AD70-4A93-9A16-72A834F7848F[2].png><!--[endif]-->   <!--[if !vml]--><91A551C4-0A8B-457E-AB67-DD9A4D67B6C0[2].png><!--[endif]-->