# Summary Judgment Ex. 1i

## Hoose Declaration – Exhibit 10

CFPB-JN-0109377



Privileged and Confidential - FOIA CONFIDENTIAL TREATMENT REQUESTED

JPMC005786

CFPB-JN-0109378



Privileged and Confidential - FOIA CONFIDENTIAL TREATMENT REQUESTED   JPMC005808
CFPB-JN-0109379



Privileged and Confidential - FOIA CONFIDENTIAL TREATMENT REQUESTED

JPMC005817

CFPB-JN-0109380



Privileged and Confidential - FOIA CONFIDENTIAL TREATMENT REQUESTED

JPMC005777

CFPB-JN-0109381



Privileged and Confidential - FOIA CONFIDENTIAL TREATMENT REQUESTED

JPMC005802

CFPB-JN-0109382



https://transviewer.jpmchase.net/aidwviewer/depositImage.do?proc_date=2016-07-12 00:00:00.0&sequence_n... 4/19/2018

Privileged and Confidential - FOIA CONFIDENTIAL TREATMENT REQUESTED	JPMC005813

CFPB-JN-0109383