# Summary Judgment Ex. 1j

## Hoose Declaration – Exhibit 11

CFPB-JN-0109384

| | |
|---|---|
| Message | |
| **From**: | Tom Chou [tom@tomchou.com] |
| **Sent**: | 10/17/2016 8:52:29 AM |
| **To**: | Brad Brigante [brad@monsterloans.com]; Mike Van Loon [mvl@monsterloans.com]; Robert Hoose [rhoose@consumerda.com]; David Sklar [dsklar@monsterloans.com] |
| **CC**: | Jawad Nesheiwat [jawad@monsterloans.com]; Sean Cowell [sean@monsterloans.com]; ken@kenlawson.com |
| **Subject**: | Re: DocuPrep September 2016 Financials |

I agree. Also, maybe the reserve goes into Whatney Financial Services? Let's discuss when you get back from Boston?

On 10/15/2016 11:04 AM, Brad Brigante wrote:

> Need to consider starting a litigation reserve for the affiliates to indemnify CTR for the Experian soft pulls. Getting frequent complaints ... now w written threat of lawsuits. A consumer lawsuit is probably more a matter of "when" and not "if".
>
> Probably long overdue to map out an alternative to using Monster Experian account.
>
> Best regards,
> Brad J. Brigante
> Direct: (949) 464-8303 | Fax: (949) 861-9373
> Email: brad@monsterloans.com | Skype: bradbrigante
>
> ---
>
> **From:** Mike Van Loon
> **Sent:** Friday, October 14, 2016 10:23:16 PM
> **To:** Robert Hoose; David Sklar
> **Cc:** Jawad Nesheiwat; Sean Cowell; Tom Chou; ken@kenlawson.com; Brad Brigante
> **Subject:** DocuPrep September 2016 Financials
>
> Summary items:
> - Revenue at $425k, more or less stable from August ($459k)
> - Net income $105k down from $133k
> - Profit margin slight compressed from 29% to 24%
> - $94k of cash on the balance sheet at 09/30
>
> Managers to provide operational update at appropriate time

CONFIDENTIAL

ML00045724
CFPB-JN-0109385