# Summary Judgment Ex. 1k

## Hoose Declaration – Exhibit 12

CFPB-JN-0109386

**To:** emason@monsterloans.com[emason@monsterloans.com]
**From:** Bobby Hoose
**Sent:** Wed 2/11/2015 9:45:18 PM
**Subject:** Fwd: DocuPrep Center Affiliate
Nelnet Tricks.pdf
Untitled attachment 00492.htm
CRM SALES SCRIPT REVISED.pdf
Untitled attachment 00495.htm
COMPLIANCE CALL SCRIPT Landscape.pdf
Untitled attachment 00498.htm
COMMON OBJECTIONS.pdf
Untitled attachment 00501.htm
BenefitLetterPartII.docx
Untitled attachment 00504.htm
BenefitLetter.docx
Untitled attachment 00507.htm
WhiteHouse.pdf
Untitled attachment 00510.htm
The Truth About Student Loan Servicers.pdf
Untitled attachment 00513.htm
THE TEST.pdf
Untitled attachment 00516.htm
SUPPORT THE SALE.pdf
Untitled attachment 00519.htm
Sample Sales Call.WAV
Untitled attachment 00522.htm
SallieMae Tricks.pdf
Untitled attachment 00525.htm
Sales Script.pdf
Untitled attachment 00528.htm
PSLF Employer Type.pdf
Untitled attachment 00531.htm
Outbound Tips.pdf
Untitled attachment 00534.htm

Can you print off two copies of each attachment for Dave and myself?

Sent from my iPhone

Begin forwarded message:

> **From:** Manny Kashto <manny@studentloanprocessing.com>
> **Date:** February 11, 2015 at 12:55:29 PM PST
> **To:** Robert Hoose <robertbhoose@yahoo.com>
> **Cc:** "david.s@lexingtongruppe.com" <david.s@lexingtongruppe.com>
> **Subject: RE: DocuPrep Center Affiliate**
>
> Please give me the number of people attending and their names a week before the Tuesday training. I attached all the training materials (have fun!) however the detailed training guide is only available in print-form so you will have to get it when you attend.
>
> For marketing, we can assist you with data and a mail house if you would like to follow a similar model however I would not advise starting the business using direct mail. You should use

cheaper data/marketing for a month or so just to make sure your agents are ready and you don't waste any expensive leads. You can access the CRM about 1-2 days after paying for it but I would advise waiting until t2p is done so you aren't getting billed for users that aren't able to use the system.

**From:** Robert Hoose [mailto:robertbhoose@yahoo.com]
**Sent:** Wednesday, February 11, 2015 12:46 PM
**To:** Manny Kashto
**Cc:** david.s@lexingtongruppe.com
**Subject:** DocuPrep Center Affiliate

Hey Manny,
I have a few questions about our timeline and process with your company. I know Andrew is getting back the week of the 23rd. Do we need to make a reservation for that week and is there anyway Dave and myself could review the material provided before then? Also when will we be getting access to the CRM?

I also know that you guys help with the marketing campaign. What does that process look like? We are trying to stay as far ahead as we can in order to ensure a smooth process.

Robert Hoose
DocuPrep Center

# THE SCRIPT

PREFACE:

The Student Loan Education Center was established to provide assistance to borrowers with student loans by helping them navigate the many available programs designed to provide financial assistance.  We send our direct mail solicitations to individuals who we believe will stand to benefit from a U.S. Department of Education approved Direct Consolidation Loan which could possibly provide lower payments and loan forgiveness.  As an enrollment center, it is our job to prescreen student loan borrowers to determine their eligibility for any one of the many federally backed student loan programs.

**AGENT INTRODUCTION**

Thank you for calling the Student Loan Education Center, my name is (ADVISOR NAME) Student Loan Advisor [EXTENSION NUMBER], this call is being recorded for quality control purposes. How can I help you?

The fact that you received the mailer means that you may qualify for a federally backed Direct Consolidation Loan with the U.S. Department of Education. Under the Health Care & EDUCATION Reconciliation Act of 2010, there are a few programs offered that you may be eligible for based on your ability to pay. You may be entitled to other government benefits.

What I can do, at no cost or obligation, is review your specific situation to determine whether any of these Department of Education payment plans could benefit you.

If you could please provide me with the Benefit ID Number that is located on the mailer that you received, I can go ahead and verify some information and provide a free analysis to see what kind of programs are available. Because each borrower's circumstances are unique, the potential benefits of a consolidation or payment restructuring plan will vary with each person.

What is your Benefit ID:

(INPUT BENEFIT ID)       [CLICK RETRIEVE INFO]

Okay, am I speaking with:

(CALLER'S FIRST NAME)    (CALLER'S LAST NAME)

And do you reside at:

(STREET ADDRESS)        (CITY)   (STATE) (ZIP)

Our records indicate that you may have approximately ($DOLLAR AMOUNT) of qualified student loan debt. Does that sound about correct?

[CLICK ON PRINT ADDRESS LABEL]

Before I go any further, I would like to give you may contact information so that if we get disconnected you won't have to start over and also, if you ever have any questions in the future, you can always get a hold of me. Do you have a paper and something to write with?

My name is, (ADVISOR NAME). I am a Student Loan Advisor. Our company toll free number is 888-617-0721 and my extension is [EXTENSION]. My direct phone line to reach me is XXX-XXX-XXXX. We also have a website at www.slecdirect.com where you can get additional information.

I will need to complete the basic verification of information with your home telephone number and an email address please.

(INPUT TELEPHONE NUMBER)

(INPUT ANY OTHER PHONE NUMBERS)

(INPUT EMAIL ADDRESS)

[CLICK SAVE]

Thank you.  Now, if the U.S. Department of Education could lower your student loan payment(s) through a consolidation loan, would that be a benefit you would be interested in?

*Caller Response and Discuss:*

How much are you currently paying on your student loans now?

Are you current on those monthly payments?  (Discuss, forbearance, deferment, grace, delinquent or default)

As a Student Loan Advisor, I am confident that there is an approved program with the U.S. Department of Education that can help.

HOOSE00000109
CFPB-JN-0109391

**PIN AND LOAN DETAILS**

Great, first step is to see what TYPE of student loans you currently have with the Department of Education.  When you signed up for these loans, you were issued a FAFSA PIN number.  It's a four digit number that you had selected at the time you originated your loans.  You can provide that number to us so that we can pull up your loans or we can assist you in retrieving your PIN if you want us to.

To remind you, this call is being recorded for compliance purposes.  The information you provide is confidential.

Go ahead and verify the spelling of your first and last name at the time you were originally issued your loans.

(INPUT CALLER'S FIRST NAME)      (INPUT CALLER'S LAST NAME)

Please verify the social security number used when you originally obtained your student loans.

(INPUT SOCIAL SECURITY NUMBER)

What is your date of birth?

(INPUT DATE OF BIRTH)

[CLICK ON REQUEST DUPLICATE PIN]

There was a security question you created when you originally obtained your loans.

The question is (READ QUESTION).  Please provide the answer to that question.

(INPUT ANSWER TO QUESTION)

[CLICK ON RETRIEVE PIN]

Great, please write this down.  Your PIN number is (READ PIN NUMBER).

[CLICK TO REESTABLISH PIN]

[CLICK TO APPLY FOR PIN]

**RETRIEVE LOANS**

[CLICK ON RETRIEVE LOANS]

**If loans do not pull up, then you must go back to PIN AND LOAN DETAILS and click on REESTABLISH PIN.  Complete that process and Click on Retrieve Loans.  If loans do not pull up, then you will need to go back to PIN AND LOAN DETAILS again and click on APPLY FOR PIN.  Complete the APPLY FOR PIN process.  Assign the client a four digit PIN number and use that within 48 hours to Retrieve Loans or 72 hours when client is notified that their PIN is active.

Now, I see from the U.S. Department of Education that you owe a total of (READ TOTAL DEBT AMOUNT) of student loans. This total is comprised of (COUNT OFF TOTAL NUMBER OF STUDENT LOANS).  It appears that these loans were obtained while you were attending (READ NAME OF SCHOOLS FOR EACH LOAN).  It also shows (READ CURRENT LOAN STATUS).  I do notice (IDENTIFY THE SERVICER).  We are also showing (READ CURRENT INTEREST RATES).  Does all this sound about correct?

Great, now let's see how much a DIRECT CONSOLIDATION LOAN can save you per month and determine what government benefits you may be entitled to.

HOOSE00000111
CFPB-JN-0109393

**THE APPLICATION**

I am going to ask you a few questions and please answer them as best as possible to ensure we get you qualified for the best program available with the U.S. Department of Education.

Based on last year's tax returns, what was your adjusted gross income?

   Use Line 37 of your 1040 or Use Line 21 of your 1040A or Use Line 4 of your 1040EZ

Are you on pace to make the same amount this year as you did last year?

(INPUT LOWER OF PROVABLE INCOME, EITHER LAST YEAR'S TAX RETURN OR CURRENT PAY)

(CLICK ON EITHER TAX RETURN OR CURRENT INCOME TO DESIGNATE PROOF OF INCOME USED)

Are you married?

(INPUT YES OR NO)

Did you file taxes jointly?

(CHOOSE CORRECT TAX FILING STATUS)

What was your spouse's adjusted gross income last year? Is your spouse on pace to make the same amount this year?

(INPUT AGI) or (YEARLY PAYSTUB)

Does your spouse have any student loans?

(INPUT TOTAL $)

Do you have any Dependents as claimed on your tax returns and if so, how many?

(INPUT TOTAL)

Based on what you've shared so far, I am confident we can save you some money.

**BUDGET ANALYSIS**

I need to do a quick budget analysis to verify your monthly expenses.  Since many government benefits are based on ability to pay, this is important for the Department of Education to know.

Do you have housing expenses, and if so, how much?

(INPUT YES or NO and TOTAL $)

Do you have auto or transportation costs, and if so, how much?

(INPUT YES or NO and TOTAL $)

Do you have any Private Student Loans, and if so, how much?

(INPUT YES or NO and TOTAL $)

Do you have any credit card debt, and if so, how much?

(INPUT YES or NO and Total $)

   Are these credit cards maxed out?  (INPUT YES or NO)

Do you have any State of Federal Taxes owed, and if so, how much?

(INPUT YES or NO and Total $)

What do you do for a living?  Do you work in the public sector or for a qualified non-profit charity?  You may be entitled to additional government benefits.  (If applicable discuss PSLF)

(INPUT EMPLOYER NAME and PHONE NUMBER)

(INPUT PROFESSION)

Do you have a State Driver's License or ID Number?

(INPUT STATE and NUMBER)

Now to complete the process and get you a quote, the U.S. Department of Education requires that I update the system with two references.  You may use the same two references you provided when you originally obtained your student loans or you can provide us with two new references to update our records.  These references can be anyone other than individuals who shares your address.

(INPUT REFERENCE NAME AND ADDRESS AND PHONE NUMBER)

(INPUT REFERENCE NAME AND ADDRESS AND PHONE NUMBER)

We are just about done.  Based on the information you provided, I am confident that there is a government program that you will be approved for.

**SELLING THE PROGRAM**

(CLICK ON RETRIEVE PROGRAMS)

As a Student Loan Advisor and from my experience, I believe that there exists one program that you will benefit most from.  The program I would recommend is the (NAME OF QUALIFIED PROGRAM) This repayment plan is for the major types of federal loans.  The Department of Education will pay off all your existing Federal loans for you in full!  This will have the benefit of improving your credit.  Once approved and processed, you will only have one monthly payment with this program payable to the U.S. Department of Education.  Your payment on this program will be approximately (TOTAL PAYMENT $)+$29.99.  The best part of this program is that after (TERM) consecutive payments, any balance that is remaining will be forgiven.

Does (TOTAL PAYMENT $)+$29.99 sound like something you can manage?

*Caller Response and Discuss: (Discuss details of the particular program like that ICR and IBR are required by the DOE to be recertified each year etc.)*

Great, I think we can get you qualified for that program.  To complete your application and receive additional benefits, I'll need to complete the Department of Education application.

The Department of Education gives a rate reduction on your interest rate when the monthly responsibility is set up on automatic payments.  Most consumers opt to place their monthly responsibility electronically on a credit card or through ACH which allows them to take advantage of the Department of Education's interest rate reduction.  You do want the lowest interest rate possible don't you?

(INPUT EITHER CREDIT CARD OR ACH INFORMATION OR SELECT DECLINE)

(SELECT "YES" FOR AUT PAYMENT OPTION)

(CLICK ON RETRIEVE PROGRAMS)

(CLICK ON REPAYMENT PROGRAM CHOICE)

Okay, great.  What I am going to do know is take your file over to an Underwriter and hopefully come back with two things, your final approval and closing costs.  The loan closing cost total is based off hardships and deductions that we are able to demonstrate on your application.  Please hold!

Congratulations!!!  We were able to get you approved for the (NAME OF QUALIFIED PROGRAM).  Your monthly payment to the U.S. Department of Education is (TOTAL MONTHLY $) and complete forgiveness after (TERM).

## CLOSING COSTS

The closing cost for the loan is normally $899 but congratulations, you were eligible for a few deductions which will reduce your closing cost to two easy payments of $349.50 which totals $699 when set up on a payment plan. You can qualify for an additional $100 discount if you elect to pay the closing cost in a single payment of $599. That fee pays for Doc. Prep and other third party trust account fees associated with the closing of your loan. What we do is set up a third party trust account. As payment is made, your funds are placed into that trust account which is held in your name. That money belongs to you at all times. As we perform services, a portion of the funds in the trust account will be released to us. This protects you to make sure we are doing our job and that you are satisfied with the service.

Furthermore, while your loans are being processed through the U.S. Department of Education, we can process a temporary Deferment or Forbearance on your current loans if you qualify. If approved for either the Deferment or Forbearance, you will not need to make a payment to your current loans during this process.

In addition, once the U.S. Department pays off your current loans, your new payment to them will not be due for up to 60 days thereafter. This entire process could save you from 2-4 months of having to make any student loan payments! However, we strongly advise that you continue making your student loan payments until your forbearance and deferment request is approved and completed. The sooner you place the full payment into the trust account, the sooner you can take advantage of the payment relief.

So what we are going to do now is provide you with the next two available dates that your payment would be available for deposit. Once the deposit is placed, we can begin the initial work of submitting your forbearance paperwork so that you don't have to make that next upcoming payment to your current servicer(s).

The first available date to make a deposit will be (State the date for 3 days from submission date) or you can choose (State the date for 7 days from submission date).

*If consumer can't pay all upfront and requests a payment plan*

No problem. Your first deposit must be scheduled based on the date you choose as previously described. Your second installment in the trust account will need to be scheduled on either (State the date for 12 days from first deposit) or you can choose (State the date for 15 days from first deposit).

(INPUT PAYMENT DATES)

Now typically, consumers will opt to place their closing costs on the same Credit Card or ACH they had provided for their monthly responsibility to be drafted from. Let me confirm once again your payment information?

(READ CREDIT CARD OR ACH INFO OR INPUT CREDIT CARD OR ACH INFO IF NOT DONE SO ALREADY)

**PAYMENT EXPLANATION AND SAP**

Now that I've explained the closing costs associated with this loan, I am now required by the U.S. Department of Education to go over your new monthly responsibility to them. As a reminder, this entire call has been and is being recorded for compliance and security purposes.

The total payment the U.S. Department of Education will need to be paid is (TOTAL $) per month. If you continue to qualify for and make this payment for (TERM) then any balance remaining on your loan will be forgiven.

(STUDENT ASSIST PLUS SCRIPT FOR ICR AND IBR ONLY)

Once your loan consolidation is complete, you will have a total of $29.99 per month payable to a third party benefits company called Student Assist Plus. As a member of Student Assist Plus, you will have customer service available to oversee your student loan for the entire life your loan. If you ever need to postpone a payment, change a payment date, or even change payment programs, a representative of Student Assist Plus will help do that for you. Please remember, you must reapply for your (NAME OF QUALIFIED PROGRAM) every year with the U.S. Department of Education. If you miss the annual deadline to re-qualify or make an error in that process, your current payment will be denied and you will be placed into a Standard Payment Plan where you monthly payment will rise considerably. The U.S. Department of Education may not send a notice or reminder. It is your responsibility to re-qualify. However, as a member of Student Assist Plus, all this will be done for you. Our representatives will contact you and complete all the paperwork necessary to keep your current program if you continue to qualify. You will never have to pay another closing cost fee ever again. As long as your membership is current, at a cost of $29.99 per month, you will have someone to handle all your student loan needs for you. In addition to the above mentioned benefit, Student Assist Plus offers these other benefits such as Doctor by Phone, Identity Theft Monitoring, Roadside Assistance, Discount Legal Services as well as savings on groceries, retail and dining at select places plus a lot more.

The complete list and details of your benefits can be found on the Student Assist Plus website at www.studentassistplus.com. Once your Direct Consolidation Loan is complete and you begin making your first monthly payment to Student Assist Plus, you will receive your membership cards by mail and be contacted by a representative of Student Assist Plus who will help you access your numerous benefits.

**SENDING DOCUMENTS OUT**

Now to complete this process, I will need to send you out a set of disclosures for you to sign.  These disclosures can be emailed to you for electronic signature.  Once the signed disclosures are completed and returned, I am required by the U.S. Department of Education to complete a compliance call with you to verify your understanding of the terms and conditions of your new loan with them.  After that, I will need to schedule a Welcome Call between you and your processor so that you two can start to work together to complete this loan process.

Do you have any questions?

(CLICK DOCS TO BE SENT OUT)

(Arrange to send out electronic signature)

(Once signed disclosures are returned, read Compliance Call Script)

(Once Compliance Call Script is completed, follow directions to live transfer of Welcome Call or schedule a future date and time for a Welcome Call)

HOOSE00000118
CFPB-JN-0109400