# Summary Judgment Ex. 1m

## Hoose Declaration – Exhibit 14

CFPB-JN-0109424

Message

| | |
|---|---|
| **From**: | Erin Mason [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B3109533140845DAB41EEC262754CB62-EMASON] |
| **Sent**: | 9/8/2015 3:21:16 PM |
| **To**: | Abbas Mamdani [amamdani@monsterloans.com] |
| **Subject**: | FW: Training Guide & Employee manual |
| **Attachments**: | Chapter 4 full.pdf; Clock in directions.docx; Docu prep Direct Deposit Form.pdf; Docuprep pay dates.xlsx; I-9 Docuprep.pdf; Time Adjustment Form- DocuPrepCenter.docx; W-4.pdf; Welcome to DocuPrep Center.docx; acknowledgement_of_handbook.doc; Card stickers.docx; Chapter 1 Full.pdf; Chapter 2 Full.pdf; Chapter 3 Full.pdf; Cover page training binder.docx; DocuPrep Center_Handbook (1).pdf |

Abbas,

Print the chapter pages and the employee manual 2 sided.

Erin

---

**From:** Erin Mason
**Sent:** Friday, September 04, 2015 5:42 PM
**To:** 'Dave Sklar'; 'Robert Hoose'
**Subject:** Training Guide & Employee manual

David & Robert,

Attached are all the items in the Training Guide & Employee Manual.

Erin Mason
Toll free: (866) 439-7744
Direct: (949) 268-9742
Fax: (949) 268-9842
emason@monsterloans.com



3 Whatney, Second Floor
Irvine, CA 92618

monsterloans.com



**<u>Sales Script 1</u>**

**Agent Intro:**

**Thank you for calling the Student Loan Center, my name is (Advisor Name) Student Loan Advisor (Extension), this call is being recorded for Quality control purposes. How can I help you?**

**If you could please provided me with the Benefit**

Okay, am I speaking with?

First Name _____   Last Name _____

And do you reside at

Mailing Address     City State Zip

Our records indicate that you may have approximately _____ of qualified student loan debt.  Does that sound about correct?

Okay, great.  The fact that you received the notice means that you may qualify for a federally backed Direct Consolidation Loan with the U.S. Department of Education.  Under the Health Care & EDUCATION Reconciliation Act of 2010, there are a few programs offered that you may be eligible for based on your ability to pay. You may be entitled to other government benefits.

What I can do, at no cost or obligation, is review your specific situation to determine whether any of these Department of Education payment plans could benefit you.

Before I go any further, I would like to give you my contact information so that if we get disconnected you won't have to start over and also, if you ever have any questions in the future, you can always get a hold of me.  Do you have a paper and something to write with?

My name is (Your name). I am a Student Loan Advisor. My direct phone line to reach me is

I will need to gather some basic information with your home telephone number and an email address please. Home Phone / Mobile Phone / Email Address

Thank you.  Now, if the U.S. Department of Education could lower your student loan payment(s) through a consolidation loan, would that be a benefit you would be interested in?

How much are you currently paying on your student loans now? (Explain the 1% of the total loan Balance and explain the principal balance growing. Are you current on those monthly payments? (Discuss, forbearance, deferment, grace, delinquent or default)

As a Student Loan Advisor, I am confident that there is an approved program with the U.S. Department of Education that can help.

FSA ID AND LOAN INFO

The first step is to see what TYPE of student loans you currently have with the Department of Education. These programs offered by the U.S. Department of Education only apply to Federal Student Loans. Private and State issued student loans do not qualify for these government benefits. The US Department of Education has now changed access to the Federal Student Loan Data base from a Four Digit Pin to a User Name & Password now. Did you have a chance to create you FSA-ID, yet?

*(Either way we will need to send the "client portal email" or use outlook to gain access to the student loans. Refer to your manual.)*

Sales Script 2

REVIEW EXISTING LOANS

Now, I see from the U.S. Department of Education that you a total of **$xxx in Federal Student Loans.**

This total is comprised up of (COUNT OFF TOTAL NUMBER OF STUDENT LOANS AS LISTED IN THE "DEBTS" TAB)

These loans were obtained while you were attending (READ NAME OF SCHOOLS FOR EACH LOAN)

It also shows (READ CURRENT LOAN STATUS) / I do notice that your loans are currently serviced by (IDENTIFY THE SERVICER).

Does this all sound about correct?

*(Discuss the client's current servicer)* Your servicer never contacted you or others to assist with this consolidation process. They do not want to lose your business and lose the revenue they earn servicing your (TOTAL NUMBER OF LOANS). They will even discourage you from this process and attempt to steer you away by making false claims.

Through this consolidation process, the U.S. Department of Education will be your new servicer and you will be making your new single student loan payment to the U.S. Department of Education. It's because of this main reason that servicers such as (NAME OF SERVICER) do not go out of their way to assist borrowers with this consolidation process. They do not want to lose your business and lose the revenue they earn servicing your (TOTAL NUMBER OF LOANS). They will even discourage you from this process and attempt to steer you away by making false claims. But now you understand their motive.

Now, let's see how much payment relief a Direct Consolidation Loan can offer you per month and determine what government benefits you may be entitled to.

18

THE APPLICATION
---

I am going to ask you a few questions and please answer them as best as possible to ensure we get you qualified for the best program available with the U.S. Department of Education.

Based on last year's tax returns, what was your adjusted gross income? (Use Line 37 of your 1040 or Use Line 21 of your 1040A or Use Line 4 of your 1040EZ)

Are you on pace to make the same amount this year as you did last year?

(INPUT LOWER OF PROVABLE INCOME, EITHER LAST YEAR'S TAX RETURN OR CURRENT PAY)

Annual Gross Income

Income Type: Tax Returns / Pay Stubs / No Income

Are you married?

*Marital Status

What is your tax filing status?

*Tax Filing Status

IF MARRIED:

What was your spouse's gross income last year? Is your spouse on pace to make the same amount this year?

Co Annual Gross Income

Does your spouse have any Federal student loans?

*Spouse Debt

Do you have any Dependents as claimed on your tax returns and if so, how many?  (Yourself, spouse and any dependents)

*Family Size Based on what you have shared so far, I am confident we can save you some money.

19

Do you owe any Federal or State taxes?

What do you do for a living?  Do you work for a public service agency or a qualified not-for-profit employer?  You may be entitled to additional government benefits.  (If applicable discuss PSLF)

Occupation / Employer / Address / Work Phone

Do you have a State Driver's License or ID Number?

Name1DLState   Name1DLNumber

Now to complete the process and get you a quote, the U.S. Department of Education requires that I update the system with two references.  You may use the same two references you provided when you originally obtained your student loans or you can provide us with two new references to update our records.  These references can be anyone other than individuals who share your address or share an address with one another.

**REFERENCE 1: X 2**

Full Name 1

Address City State Zip

Telephone

We are just about done.  Based on the information you provided, I am confident that there is a government program that you will be approved for.

*(CLICK SAVE AND CLOSE BUTTON AND PROCEED TO CHANGE THE STATUS OF THE FILE TO "CALCULATE QUOTE" LOCATED ON THE RIGHT MARGIN OF THE CRM UNDER THE "DOE INTERFACE" SECTION)*

*(REVIEW THE CALCULATED QUOTE UNDER THE "CONSOLIDATION OPTIONS" PANEL LOCATED TOP MIDDLE PORTION OF THE CRM)*

*(SCROLL THROUGH AND IDENTIFY THE QUOTE BEST SUITED FOR THE CLIENT'S NEEDS... THE PROGRAM THAT OFFERS THE GREATEST MONTHLY PAYMENT RELIEF)*

*(IN THE PROGRAM QUOTE SECTION LOCATED ON TOP LEFT PORTION OF THE CRM INDICATE THE PROGRAM QUOTE CHOSEN)*

*(CLICK ON FORMS AND SELECT WEB FORMS LOCATED ON THE BOTTOM TAB PORTION OF THE CRM)*

*(SELECT SCRIPT #3:  SELLING THE PROGRAM AND CLOSING COSTS)*

ML00006180
CFPB-JN-0109429

## Sales Script 3

### SELLING THE PROGRAM

As a Student Loan Advisor from my experience, I believe the program you will benefit most from is the *(name the program)*.  That is the program that I recommend and will attempt to help you get qualified for.  This repayment plan is for all of your federal student loans.  You see, the Department of Education will pay off all your existing Federal loans for you in full!  Now this will have the benefit of improving your credit.  Once approved and processed, you will have one monthly payment with this program payable to the U.S. Department of Education.

Your payment on this program will be approximately (TOTAL PAYMENT $) + ($30.00. FOR SAP IF APPLICABLE)

(IF APPLICABLE) The best part of this program is that after (300 OR 240) consecutive payments, any balance that is remaining will be forgiven.

Does (TOTAL PAYMENT $) + ($3.00 FOR SAP IF APPLICABLE) sound like something you can manage?

*Caller Response and Discuss: (Discuss details of the particular program like that ICR and IBR are required by the DOE to be recertified each year etc.)*

Great, I think we can get you qualified for that program.

Now The Department of Education will give an interest rate reduction on your loan with the monthly responsibility is set up on automatic payments.  Most consumers will place their monthly responsibility electronically through their checking or savings account which allows them to take advantage of the Department of Education's interest rate reduction.  You do want the lowest interest rate possible don't you? Who is it you bank with?

Payment Type

**ACH:**

**Bank Name**
**Account Type:**

**Routing Number** _____ **Account Number**

**Street Address: City: State, Zip Code**


Okay, great.  What I am going to do now is take your file over to an Underwriter and hopefully come back with two things, your final approval and closing costs.  The loan closing cost total is based off hardships and deductions that we are able to demonstrate on your application.  **Please hold! Place them on Mute**

21

Congratulations!!!  We were able to get you approved for the *(name the program)* with a total monthly payment of (TOTAL PAYMENT $)+($30.00 FOR SAP IF APPLICABLE). (IF APPLICABLE) The loan will be completely forgiven if there is still a balance after (TERM).

If you could please grab some paper and something to write with, I will need you to write down some information.

In addition to the monthly and annual payment relief you will be realizing, you will be entitled to additional benefits from the Department of Education so please write these down: (Have client write only *italics* words below to create a list)

1. **Improved Credit.**  According to the Fair Credit Reporting Act (FCRA) the rules and law that govern how credit reporting companies report and generate your three digit credit score, having multiple trade line items will impact your credit score negatively when compared to a profile with fewer trade lines.  Therefore, through this consolidation process, we will be reducing your trade lines and you will not appear over extended.
2. **Single Monthly Payment.**  Instead of multiple payments to different servicers with different payment dates, you will have the convenience of making only a single payment to the U.S. Department of Education.
3. **Flexible Repayment Options.**  With this consolidated loan program, you will now have the flexibility to change repayment plans as circumstances in your finance change.  If you find yourself struggling to make a payment in the future, you now have the option to requalify into a lower payment if you qualify.
4. **No Prepayment Penalty.**  This means qualifying for a very low base payment that you know you can afford to make with the option to pay more if you like without penalty.  This means you pay the loan on your terms when it's feasible to do so.
5. **Interest Paid by the Government.**  If your payment is not sufficient to cover the interest that normally accrues on your loan, the government will pay a portion of that interest for you during the first 36 months of this loan.  That is not the case in your current situation.
6. **Possible Loan Forgiveness.**  By having your loans consolidated into this program, you now have the ability to have a portion of your balance forgiven on you loan when applicable.
7. **Enhanced Program Benefits in the Future.**  As greater benefits are introduced, you will be the benefactor of those programs even if they discontinue these programs to others in the future.

I hope you can agree that this Direct Consolidation Loan offered by the U.S. Department of Education is better than your current loans and situation.

22

## CLOSING COSTS

Now, as for the closing cost for the loan.  It is normally 3-5% of the loan but congratulations, you were eligible for a few deductions which will reduce your closing cost to two easy payments of $399.50 which totals $799 when set up on a payment plan.  You can qualify for an additional $100 discount if you elect to pay the closing cost in a single payment of $699.  That fee pays for Doc. Prep and other third party trust account fees associated with the closing of your loan.  What we do is set up a third party trust account.  As payment is made, your funds are placed into that trust account which is held in your name.  That money belongs to you at all times.  As we perform services, a portion of the funds in the trust account will be released to us.  This protects you to make sure we are doing our job and that you are satisfied with the service.

Furthermore, while your loans are being processed through the U.S. Department of Education, we can process a temporary Deferment or Forbearance on your current loans if you qualify.  If approved for either the Deferment or Forbearance, you will not need to make a payment to your current loans during this process.

In addition, once the U.S. Department pays off your current loans, your new payment to them will not be due for up to 60 days thereafter.  This entire process could save you from 2-4 months of having to make any student loan payments!  However, we strongly advise that you continue making your student loan payments until your forbearance and deferment request is approved and completed.  The sooner you place the full payment into the trust account, the sooner you can take advantage of the payment relief.

So what we are going to do now is provide you with the next two available dates that your payment would be available for deposit.  Once the deposit is placed, we can begin the initial work of submitting your forbearance paperwork so that you don't have to make that next upcoming payment to your current servicer(s).

The first available date to make a deposit will be (State the date for 1-2 days from submission date) or you can choose (State the date up to 10 days from submission date).

(CONTINUE THIS PROCESS OF PRESENTING PAYMENT DATES UNTIL ALL PAYMENT DATES HAVE BEEN AGREED UPON)

(CLICK SAVE AND CLOSE BUTTON AND PROCEED TO "PROGRAM QUOTE" SECTION LOCATED ON THE TOP LEFT PORTION OF THE CRM)

(GO TO "AGREEMENT FIELDS" OF THE PROGRAM QUOTE PORTION OF THE CRM) (EDIT THE PROGRAM FEE IF APPLICABLE)

(GO TO "PAYMENTS" OF THE PROGRAM QUOTE LOCATED BELOW "AGREEMENT FIELDS")  (INPUT START DATE OF FIRST PAYMENT)

(SELECT NUMBER OF PAYMENTS IF APPLICABLE) (OTHER PAYMENTS WILL APPEAR. SELECT THE PAYMENT DATES FOR THE OTHER PAYMENTS)

(CLICK ON FORMS AND SELECT WEB FORMS LOCATED ON THE BOTTOM TAB PORTION OF THE CRM) (SELECT SCRIPT #4:  PAYMENT EXPLANATION/SAP AND DOCUSIGN)

ML00006183
CFPB-JN-0109432

**Sales Script 3**

# PAYMENT EXPLANATION

Now that I've explained the closing costs associated with this loan, I am now required by the U.S. Department of Education to go over your new monthly responsibility to them. As a reminder, this entire call has been and is being recorded for compliance purposes.
The total payment the U.S. Department of Education will need to be paid is (TOTAL $) per month.

(IF APPLICABLE) If you continue to qualify for and make this payment for (300 OR 240 MONTHS) then any balance remaining on your loan will be forgiven.

**(STUDENT ASSIST PLUS SCRIPT FOR ICR AND IBR ONLY)**

Once your doc preparation fee is made, you will have a total of $29.99 per month payable to a third party benefits company called Student Assist Plus.  <u>As you can see, the payment to the U.S. Department of Education of (TOTAL $) plus this fee of $29.99 is less than what I quoted earlier as a total monthly payment.</u>  So congratulations, we were able to save you a little more money.  As a member of Student Assist Plus, you will have customer service available to oversee your student loan for the entire life your loan.  If you ever need to postpone a payment, change a payment date, or even change payment programs, a representative of Student Assist Plus will help do that for you.  Please remember, you must reapply for your (NAME OF QUALIFIED PROGRAM) every year with the U.S. Department of Education.  If you miss the annual deadline to re-qualify or make an error in that process, your current payment will be denied and you will be placed into a Standard Payment Plan where you monthly payment will rise considerably.  The U.S. Department of Education may not send a notice or reminder.  It is your responsibility to re-qualify.  However, as a member of Student Assist Plus, all this will be done for you.  Our representatives will contact you and complete all the paperwork necessary to keep your current program if you continue to qualify.  You will never have to pay another closing cost fee ever again.  As long as your membership is current, at a cost of $29.99 per month, you will have someone to handle all your student loan needs for you.  In addition to the above mentioned benefit, Student Assist Plus offers these other benefits such as Identity Theft Protection, Credit Report Monitoring, and Tax Preparation Services.

The complete list and details of your benefits can be found on the Student Assist Plus website at www.studentassistplus.com.  Once your Direct Consolidation Loan is complete and you begin making your first monthly payment to Student Assist Plus, you will receive your membership cards by mail and be contacted by a representative of Student Assist Plus who will help you access your numerous benefits.

Once again, please remember, in order to maintain your benefits with the U.S. Department of Education, you must recertify your program on an annual basis.  Student Assist Plus will take care of this responsibility for you.

SAP Enrolled

SAP Start Date

ML00006184
CFPB-JN-0109433

## SEND DOCUSIGN

Now to complete this process, I will need to send you out a set of disclosures. These disclosure will be emailed to you for electronic signature. Once signed, I will need to complete a Compliance Call with you to confirm your understanding of the terms and conditions. Once that is complete, we will do a conference call to the processing department so that they can complete a Welcome Call and confirm sending out your package of loan documents that you will receive in the mail for you to sign. The package of loan documents that will be sent to you after your Welcome Call will have very simple instructions indicating where you will be required to sign. It will include instructions as well as a prepaid addressed envelope that you will simply place the signed documents into and mail back to the Processing Department. Once the Processing Department receives your signed package of loan documents they will contact you to complete the process with the Department of Education. It is vital that we complete these next steps so that you can get your package of loan documents. That package will include your Deferment Request form, among other things, that will need to be signed and sent back with everything so that we can process your Deferment in time to help provide payment relief during this process. Do you have any questions?

To complete these official documents, we will need to verify two things. First, verify the social security number used at the time you obtained your loans.

SSN Thank you. Second, what is your date of birth?   DOB   Thank you.

Great, now you will be receiving an email with the initial set of disclosures that we will complete together. Let me know when you are ready.

*(WALK THE CLIENT THROUGH THE STEPS TO COMPLETE THE DOCUSIGN)*

*(CLICK SAVE AND CLOSE)  (SELECT FORMS TAB AND CHOOSE GENERAL – OPPOSITE TO WEB FORMS)*

*GENERATE THE FOLLOWING FORMS TO BE SENT OUT IF APPLICABLE:*

- *WELCOME LETTER*
- *CLIENT AGREEMENT*
- *SAP CLIENT AGREEMENT (IF APPLICABLE)*
- *T2P DAA*
- *DEFAULTED STUDENT LOAN DISCLOSURE (IF APPLICABLE)*

*(SELECT "SIGN" BUTTON AND A DIALOGUE BOX WILL APPEAR)  / (CONFIRM INFO AND SEND)  / (ONCE DOCUSIGN IS COMPLETE THE LOAN STATUS IN LEADTRAC WILL BE UPDATED TO "CONTRACT SIGNED" AND YOU WILL RECEIVE AN EMAIL CONFIRMATION THAT THE DOCUSIGN WAS COMPELTED BY THE CLIENT)*

*(COMPLETE THE COMPLIANCE CALL SCRIPT)   (CHANGE THE LOAN STATUS TO "SUBMIT TO PROCESSING")  (COMPLETE THE LIVE TRANSFER OF CALL TO PROCESSING SCRIPT)*

25

## COMPLIANCE CALL SCRIPT

PRIOR TO SUBMITTING YOUR FILE TO BE PROCESSED AND BEFORE THE SCHEDULING OF YOUR WELCOME CALL, I AM REQUIRED TO VERIFY YOUR UNDERSTANDING OF THE SERVICES BEING PERFORMED AND OF THE DETAILS OF THE DIRECT CONSOLIDATION LOAN PROGRAM FOR WHICH YOU ARE APPLYING.  THIS CALL WILL BE MONITORED AND RECORDED FOR COMPLIANCE PURPOSES.

YOU WILL BE REQUIRED TO ANSWER "YES" TO EACH OF THE FOLLOWING QUESTION IN ORDER FOR YOUR FILE TO MOVE ON.  IF YOU DO NOT UNDERSTAND OR DISAGREE WITH ANY OF THE STATEMENTS, PLEASE DO NOT ANSWER "YES" AND INSTEAD REQUEST FOR MORE INFORMATION.

1. Did you create an FSA-ID?

2. You understand that the Document Preparation Center is a document preparation company similar to many tax preparation services.  And that the Document Preparation Center is NOT the U.S. Department of Education.

3. You understand that once the process is complete, you will begin making payments to and have your new loan Serviced by the U.S. Department of Education

4. You understand that you will need to continue making all payments on your current student loans during this process unless and until placed on deferment or forbearance with your current lender and/or servicer.

5. You understand that an Income Contingent Repayment (ICR) and Income Based Repayment (IBR) Direct Consolidation Loan is a temporary program for twelve months and that you will need to apply and recertify to continue these programs every year.  This recertification process is taken care of for you through a third party membership benefits company, Student Assist Plus, for a monthly fee of $29.99.

6. You understand that the Document Preparation Center charges a document preparation fee of ($599 or $699 when the fee is taken as payments) where those funds are held in a third party trust account with an FDIC insured bank.

7. You understand that as certain services are performed, fees will be collected from the trust account.

8. If you decide to cancel any funds remaining in your trust account will be credited back to you.

9. You understand that you can communicate with the Document Preparation Center processing department to assist you during your Direct Consolidation Loan process with the U.S. Department of Education.
10. You understand that verification of income will be required to qualify you for the program discussed and that program details may change based on actual proof of your income and situation.

ML00006186
CFPB-JN-0109435