# Summary Judgment Ex. 1n

## Hoose Declaration – Exhibit 15

CFPB-JN-0109436

**To:** Jawad Nesheiwat[jawad@monsterloans.com]; Sean Cowell[sean@monsterloans.com]
**From:** Robert Hoose
**Sent:** Wed 4/22/2015 3:00:30 PM
**Subject:** Fw: Important Notice from Trans2pay, LLC
image003.jpg
Sample Notice to Consumer.docx

On Tuesday, April 21, 2015 11:43 AM, Company Support Trans2Pay <companysupport@trans2pay.com> wrote:

# IMPORTANT NOTICE from Trans2pay, LLC

April 21, 2015

In light of the recent order between the Consumer Financial Protection Bureau ("CFPB"), the Office of the Attorney General, State of Florida, Department of Legal Affairs and College Education Services, whereby student-loan debt relief services are considered to be subject to the FTC's Telemarketing Sales Rule – Debt Relief Rule ("TSR"), Trans2pay has made the decision to assign its responsibility for the services currently being provided to you and to your clients to its affiliate company, Global Client Solutions, LLC ("GCS").  GCS strives to lead the industry in efficiency and compliance as it relates to the administration of dedicated accounts.

Accordingly, effective as of June 1, 2015, all services provided by GCS will be subject to the policies and procedures currently in place with respect to debt relief services offered by for-profit debt relief service providers.  Therefore, per GCS's compliance with the TSR, program fees will not be disbursed from a client's dedicated account until (i) the client has accepted a modification/adjustment to a debt and a subsequent payment has been made towards such debt, or (ii) Global receives sufficient documentation evidencing the approval of consolidation and/or direct confirmation/authorization from the client attesting to such occurrence.

All new clients will be required to execute a Dedicated Account Agreement and Application with GCS; new documentation to distribute to your clients will be made available to you via Global's FTP site.  However, existing consumers will receive notices of the assignment of contractual responsibilities from Trans2pay to GCS; these consumers will not be required to complete new documentation for this transition.

Your Sales Representative will follow up with you regarding the aforementioned changes; however, should you have any questions prior to such communications, please contact Sales by phone at (888) 520-8222 or via email at sales@globalclientsolutions.com.

Best Regards,


Michael Hendrix
Trans2pay, LLC
Chief Executive Officer

The information contained in this transmission may be attorney-client privileged and/or confidential. It is intended only for the use of the individual or entity

HOOSE00000437
CFPB-JN-0109437

named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail. Our company accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

HOOSE00000438
CFPB-JN-0109438