# Summary Judgment Ex. 2

# DECLARATION OF KENNETH LAWSON

I, Kenneth Lawson, pursuant to 28 U.S.C. § 1746, hereby declare the following:

1. My name is Kenneth Lawson. I live in Los Angeles, California. The following facts are known to me personally and if called as a witness I could and would competently testify to them.

2. In this action, the Bureau of Consumer Financial Protection named as defendants several businesses that offered services to consumers with student loans, including Docu Prep Center, Inc. and Document Preparation Services, LP (collectively, "Docu Prep Center").

3. I am familiar with Docu Prep Center because of investments I made in it through XO Media, LLC ("XO Media"), of which I am the majority member. Between 2015 and 2018, XO Media was a limited partner in Document Preparation Services, LP.

4. By reason of my position as the majority member of XO Media and XO Media's position as a limited partner in Docu Prep Center, I am qualified to certify the authenticity of certain business records of Docu Prep Center submitted with this declaration.

5. Between 2015 and 2018, as part of its regularly conducted activities, Docu Prep Center's managers and limited partners sent and received emails regarding the company's business. During that period, I sent and received such emails using the email address ken@kenlawson.com. I also kept such emails as a regular practice.

6. Exhibits 1, 2, 3, 4, and 5 are true and correct copies of emails that I sent or received at the email address ken@kenlawson.com in 2015 and 2016.

7. The emails in Exhibits 1, 2, 3, 4, and 5 are records of regularly conducted activity that were made at or near the time of the occurrence of the matters set forth in the emails by a person with knowledge of those matters.

8. The email string in Exhibit 1 includes an email from Tom Chou, who was a limited partner in Docu Prep Center and who at the time of the email was soliciting investments in Docu Prep Center. Because of his position, Chou had knowledge of the matters described in his email in Exhibit 1.

9. The email string in Exhibit 2 and the emails in Exhibits 3 and 4 contain emails from David Sklar. At the time of the emails, Sklar was the chief executive officer of Docu Prep Center. Because of his position and responsibilities at Docu Prep Center, Sklar had knowledge of the matters described in his emails in Exhibits 2, 3, and 4. In addition, because of his position, Chou had knowledge of the matters described in his email in Exhibit 2.

10. The email string in Exhibit 5 contains an email from Mike van Loon, who owned part of XO Media and who worked with Docu Prep Center on its financial reporting. The email string in Exhibit 5 also contains an email from Brad Brigante, who held a limited partnership interest in Docu Prep Center and who at times acted as an attorney for Docu Prep Center. By reason of their positions and responsibilities, van Loon and Brigante had knowledge of the matters described in their respective emails in Exhibit 5.

I declare under penalty of perjury that the foregoing is true and correct. Executed on [DATE] at Los Angeles, CA.

2/4/2021

Kenneth Lawson

DECLARATION OF KENNETH LAWSON
2