# Summary Judgment Ex. 3a

## Mason Declaration -  Exhibit 1

**Message**

| | |
|---|---|
| **From**: | Jawad Nesheiwat [jawad@monsterloans.com] |
| **Sent**: | 6/29/2015 2:17:25 PM |
| **To**: | Bill Abdel [babdel@monsterloans.com] |
| **CC**: | Erin Mason [emason@monsterloans.com] |
| **Subject**: | Re: Mailer |

late last year before we switched to monsterloans.  Stephan sent it to us to use as a "compliant mailer"  It was very generic, straight forward and included all the points they look for including opting out/fair credit offer etc.

---

**From:** Bill Abdel
**Sent:** Monday, June 29, 2015 2:15 PM
**To:** Jawad Nesheiwat
**Cc:** Erin Mason
**Subject:** Re: Mailer

Do you know what dates the old one would be around? That way I can look to see if I have it.

Sent from my iPhone

On Jun 29, 2015, at 2:00 PM, Jawad Nesheiwat <jawad@monsterloans.com> wrote:

Yes, something compliant.    We cant provide them anything we are currently sending out, they will most likley be rejected.

I will need to put one together tonight if we cannot put our hands on the old one. I will keep looking

---

**From:** Erin Mason
**Sent:** Monday, June 29, 2015 1:57 PM
**To:** Bill Abdel; Jawad Nesheiwat
**Subject:** FW: Mailer

Jawad,

Is there a specific mailer you would like to send to Experian?

Erin

---

**From:** Bill Abdel
**Sent:** Monday, June 29, 2015 1:56 PM
**To:** Sales jump Starter

**Cc:** Erin Mason
**Subject:** Re: Mailer

Is there a mailer from a specific time frame you're looking for or do you just need a copy of any mailer we've sent?

Sent from my iPhone

On Jun 29, 2015, at 1:48 PM, Sales jump Starter <sjstarter2012@yahoo.com> wrote:

I searched back as far as I could from this computer. I believe its in my OCMLOANS email. Can we see if Haithem can access it?

If not I have another solution

On Monday, June 29, 2015 1:44 PM, Erin Mason <emason@monsterloans.com> wrote:

Hi Jawad,
I cannot find a copy of the mailer.

Bill,
Do you have a copy of a mailer that I can send to Experian?

Erin

**Erin Mason**
Toll free: (866) 439-7744
Direct: (949) 268-9742
Fax: (949) 268-9842
emason@monsterloans.com

ML00016568
CFPB-JN-0067462