# Summary Judgment Ex. 3b

# Mason Declaration - Exhibit 2

Message

**From:** Erin Mason [emason@monsterloans.com]
**Sent:** 7/27/2015 11:04:02 AM
**To:** Glaze, April [April.Glaze@experian.com]
**CC:** Jawad Nesheiwat [jawad@monsterloans.com]; Bill Abdel [babdel@monsterloans.com]; Washington, Keadrick [Keadrick.Washington@experian.com]
**Subject:** RE: Monster Loans Experian Application
**Attachments:** Experian application correction 7 27 2015.pdf

Hi April,

Attached is a new application with corrections to the permissible purpose section & a signed Prescreen Services schedule.

Have a great week,
Erin

---

**From:** Glaze, April [mailto:April.Glaze@experian.com]
**Sent:** Friday, July 24, 2015 6:39 AM
**To:** Erin Mason
**Cc:** Jawad Nesheiwat; Bill Abdel; Washington, Keadrick
**Subject:** RE: Monster Loans Experian Application

Good Morning Erin,

There are a couple of items needed to complete your membership onboarding. Please complete the Prescreen Services Schedule and return to me at your earliest. Also, we'll need you to add on your membership application, Permissible Purpose section, that you will be prescreening consumers to make a firm offer of credit.

These are the only two items outstanding. Please let us know if you have any questions.

Thank you,

April Glaze
Experian
Sales Associate II, Field Sales Support
714 830 7529  Office
april.glaze@experian.com

---

**From:** Erin Mason [mailto:emason@monsterloans.com]
**Sent:** Thursday, July 23, 2015 4:26 PM
**To:** Glaze, April; Washington, Keadrick
**Cc:** Jawad Nesheiwat; Bill Abdel
**Subject:** RE: Monster Loans Experian Application

Hi April,

How are you?

I wanted to touch base and make sure you have all the information you need for our application.

Have a great weekend.
Erin

Erin Mason
Toll free: (866) 439-7744
Direct: (949) 268-9742
Fax: (949) 268-9842
emason@monsterloans.com

**monsterloans**

3 Whatney, Second Floor
Irvine, CA 92618

monsterloans.com

    

---

**From:** Glaze, April [mailto:April.Glaze@experian.com]
**Sent:** Monday, July 13, 2015 3:45 PM
**To:** Erin Mason; Washington, Keadrick
**Cc:** Jawad Nesheiwat; Bill Abdel
**Subject:** RE: Monster Loans Experian Application

Hi Erin,

I have submitted this to our membership department. I need for you to complete the credit card information section and check the box for physical inspection. A physical inspection is required and is only a $75.00 fee. Lastly, I noticed you marked all the boxes in the Consumer Services Schedule Supplement. For now, we have you using our Income & Asset Models. Please only mark this box for now. We can update this form as needed in the future.

Please send both back to me at your earliest.

Thank you,

April Glaze
Experian
Sales Associate II, Field Sales Support
714 830 7529  Office
april.glaze@experian.com

---

**From:** Erin Mason [mailto:emason@monsterloans.com]
**Sent:** Wednesday, July 01, 2015 1:55 PM
**To:** Washington, Keadrick; Glaze, April
**Cc:** Jawad Nesheiwat; Bill Abdel
**Subject:** Monster Loans Experian Application

Hi Kendrick & April,

The attached are documents for Monster Loans Experian Application.

I did not include a credit application, will the 1003 the Uniform Residential Loan Application, or Fannie Mae Form 1003, be accepted by membership?

Please let me know if you will need any other information.

Have a great Independence day,

Erin

Erin Mason
Toll free: (866) 439-7744
Direct: (949) 268-9742
Fax: (949) 268-9842
emason@monsterloans.com

monsterloans

3 Whatney, Second Floor
Irvine, CA 92618

monsterloans.com

    

# Membership Application



**Experian Information Solutions Division**

**Important:** **All information must be completed in its entirety.** Please print clearly and legibly to ensure accurate and timely processing.

## Business Information

Legal Name (under which tax returns are filed): __Chou Team Realty, INC. dba Monster Loans__

DBA or Assumed Name: __Monster Loans__   Type of Business: __Mortgage Lender__

Time in Business: __12__ yrs _____ mos.  Annual Revenue: __500,000.00__   Estimated # of Credit Reports Accessed Monthly: __400__

Type of Ownership:  ☒ Corporation   ☐ LLC   ☐ Sole Proprietorship   ☐ Partnership   ☐ Nonprofit   ☐ Other _____

Business License (attach as necessary)   Do you have an **Investigation License**?  ☐ Yes  ☒ No  If Yes, please provide a copy

Business Website: __www.monsterloans.com__   Business Email Address: __jawad@monsterloans.com__

Number of Owners and percentage ownership (if publicly traded, provide exchange name and stock symbol): __1__

Owners' Name, title, address and phone numbers: __Thomas Chou President 3 whatney suite 200 Irvine, CA 92618__

Will you be using a third party or technology partner to access? If yes, please provide that party's name: __no__

Business Physical Address (**no P.O. box numbers**): __3 Whatney suite 200__

City: __Irvine__   State: __CA__   ZIP: __92618__   How Long? __12__ yrs _____ mos.

Primary Phone: (__866__) __439-7744__   Fax: (__949__) __268-9806__   Is this a **residential** address?  ☐ Yes  ☒ No

**Contact for Physical Inspection:** _   Phone Number: (__949__) __268-9706__   Title: __Director of Operations__

**Billing Address** (if different): __SAME__   City: _____   State: ___   ZIP: _____

Billing Contact: __Jawad Nesheiwat__   Title: __Director of Operations__   Phone: (__949__) __268-9806__

Previous Business Address: __N/A__

City: _____   State: ___   ZIP: _____   How Long? _____ yrs _____ mos.

Have you previously applied or have been an Experian Member?  ☐ Yes  ☒ No   If Yes, when? _____

Under what business name? _____   Previous Member number (if known): _____

## Principal of the Company
(Must be completed by majority owner or general partner, as applicable)

(Must be completed unless the business is a publicly traded entity on a recognized stock exchange or the business is a state or federally regulated financial institution). Please provide exchange name and stock symbol or charter number and name of regulatory agency: _____

I understand I am providing written instructions to Experian under the Fair Credit Reporting Act authorizing Experian to obtain my credit report. I authorize Experian to obtain this information solely to process this application.

Principal signature: _[signature]_   Date: __6/22/2015__   Social Security Number: __▇▇▇-▇▇-6288__   Year of Birth: __1970__

Principal name: __Thomas Chou__   Title or Position: __President__   Phone: (__949__) __452-9320__

Residential Address: __[redacted]__   City: __Santa Ana__   State: __CA__   ZIP: __[redacted]__

## Parent or Affiliated Business Information

Parent Company Name (if applicable): __N/A__

Contact Name: _____   Title: _____   Phone: (    ) _____

Address: _____   City: _____   State: ___   ZIP: _____

## Permissible Purpose/Appropriate Use
(Application will not be processed unless this information is provided.)

Provide detailed description of your use of Experian products and consumer data. Also, describe the nature of your business interaction with consumers.

_Monster Loans will be using Experian products and consumer data to select specific demographic information that will be used for marketing purposes. Monster Loans will also be using Experian products and consumer data to prescreen consumers to make a firm offer of credit._

## Head Designate for Internet Access

Full Name & Title: Bilal Abdelfattahl                     Email Address: babdel@monsterloans.com

Phone Number  (949) -2689706

User ID - First Choice (minimum 6 characters)      babdel

User ID - Second Choice (minimum 6 characters)     bilala

Organization Static IP Address(es)                 24.249.246.66

**Head Designate Certificate.** If access to Experian services will occur via the Internet, Company agrees to identify an individual (the "Head Security Designate") that will act on behalf of Company for the purpose of submitting all requests to create, change or lock designate and/or end user access accounts and permissions to Experian systems and information via the Internet. For purposes of assigning a Head Security Designate, an agent is the same as the Company. Company certifies that the designate(s) is an authorized representative of Company's business and will be available to interact with Experian on information and product access matters, in accordance with the Access Security Requirement for FCRA and GLB 5A Data ("Guidelines"). Company acknowledges that the Guidelines may be updated from time to time by Experian and will be communicated to Company in writing. Company acknowledges and agrees that Company (a) has received a copy of the Guidelines, (b) has read and understands Company's obligations described in the Guidelines, (c) will communicate the contents of the Guidelines, and any subsequent updates thereto, to all employees that shall have access to Experian Services via the Internet, and (d) will abide by the provisions of the Guidelines when accessing Experian data via the Internet. Changes in Head Security Designate status (e.g., transfer or termination) are to be reported to Experian immediately.

As a client of Experian's products and services over the Internet, I hereby submit the above individual as the Head Designate of my organization, by signing below.

## Pay by Credit Card

Complete the following information if you prefer membership fees and/or monthly invoice amounts to be charged against a credit card.

Please bill:  ☒ Physical Inspection Fee **(Non-refundable)**   ☐ Membership Fee   ☐ Security Deposit (if required)   ☐ Monthly Invoice

Credit card type:  ☒ VISA    ☐ MasterCard    ☐ Discover    ☐ American Express

Card Number: ████████████8334     Expiration Date: 12/17    Name on Credit Card: Thomas Chou

Billing Address: 3 Whatney Suite 200     City: Irvine    State: CA    ZIP: 92618

## Authorization for Direct Debit

Please bill my:  ☐ Membership Fee   ☐ Security Deposit (if required)   ☐ Monthly Invoice

ABA/Routing Number: _____                  Bank Account Number: _____

Banking Institution Name: _____            E-mail Address: _____

This authorization shall remain in effect until such time that Experian is notified to change the payment option.

Cancellation of this authorization agreement requires that Experian be notified in writing, 30 days in advance of the cancellation.

Invoices and statements will be mailed monthly for your records.

---

If this application involves Company's use of consumer credit products then the following shall apply:

I have read and understand the **"FCRA Requirements"** notice and Experian's **"Access Security Requirements For FCRA and GLB 5A Data"** and will take all reasonable measures to enforce them within my facility. I certify that I will use the Experian product information for no other purpose other than what is stated in the Permissible Purpose/Appropriate Use section on this application and for the type of business listed on this application. I will not sell the report to any consumer directly or indirectly. I understand that if my system is used improperly by Company personnel, or if my access codes are made available to any unauthorized personnel due to carelessness on the part of any employee of my company, I may be held responsible for financial losses, fees, or monetary charges that may be incurred and that my access privilege may be terminated.

**Important Tax Notice**
If Company is exempt from sales tax in any of the states where the information is delivered to you or accessed by you, please send Experian a completed and signed sales tax exemption certificate for each of those states.

I certify that I have read the above statements and all information provided is accurate.

Chou Team Realty, Inc.          Monster Loans
Legal Company Name              DBA Name (If Applicable)

X _____          6/22/2015
Authorized Signature             Date

Jawad Nesheiwat                  Director of Operations
Type or Print Name of Authorized Signer    Title

If you have questions or need additional information, please call 1-800-831-5614.         Revised 02/08

ML00000876
CFPB-JN-0036486

# EXPERIAN
## PRESCREENING SERVICES SCHEDULE

This Prescreening Services Schedule ("Schedule") supplements the Experian Standard Terms and Conditions, dated 7/24/2015 ("Agreement"), currently in place between Experian and Client.

**1. Application.** For the purposes of this Schedule, the term "Services" shall mean the process by which lists of individuals ("Consumers") provided by Client or developed by Experian are segmented with use of credit information, either alone or in conjunction with demographic information, in order to determine the Consumers' eligibility for an offer of credit. Experian shall provide the Services to Client for the fees set forth in the applicable pricing document.

**2. Term.** This Schedule shall commence on the Schedule Effective Date and continue in force without any fixed date of termination and either Client or Experian may terminate this Schedule upon thirty (30) days prior written notice to the other party. Notwithstanding the foregoing, if a term is designated in a pricing document signed by both parties, such term will apply to this Schedule and Client shall have no right to terminate this Schedule upon thirty (30) days prior written notice with regards to the applicable Services.

**3. Definitions**

**A. Third Party Processor.** A firm engaged in the business of providing data processing services, including but not limited to netdowns, demographic appending and segmentation, merge/purge processing, and general list cleansing, with respect to direct mail or telemarketing programs.

**B. Experian Demographic Data.** Demographic Data is data Experian provides to Client or Client's Third Party Processor in performing the Services except that demographic data which Client provides to Experian ("Client Data") for file enhancement or other processing services.

**C. Experian Data.** Any data provided by Experian, including Experian Demographic Data, Credit Data and Identifying Data.

**D. Prescreened List.** When Experian completes the segmentation of the data, Experian will deliver to Client or Client's Third Party Processor a tape (or other mutually agreeable medium) containing information that identifies the Consumers who meet the eligibility criteria established or approved by Client (the "Identifying Data"), coded credit or derived information (the "Credit Data"), and coded demographic data about such Consumers (the "Prescreened List").

**4. List Segmentation.** For each Services program, Experian will segment lists of Consumers using the eligibility criteria in the program's criteria letter and select Consumer names ("Qualifying Names") using credit and/or demographic information contained in Experian's data base(s). The criteria used to segment the lists are set forth in a mutually agreed upon "Criteria Letter" prepared before the prescreen job can be started.

**5. Netdown Services.** If as a result of Third Party Processor's data processing services, Client intends to make a firm offer of credit or insurance to fewer Consumers than appeared as Qualifying Names on the Prescreened List, then as soon as reasonably possible, but in no event later than ninety (90) days after Experian delivers the Prescreened List to Client's Third Party Processor, Client will cause the Third Party Processor to provide Experian with a list of those Consumers to whom Client intends to make its offer. Unless otherwise stated in the applicable pricing document, a maximum netdown of 25% is allowed on the Prescreened List.

**6. Demographic Data Overlays/File Enhancements.**

**A.** Experian Demographic Data supplied for overlay or enhancement in conjunction with the Services shall be used solely for direct mail or telemarketing prescreen solicitations pursuant to the terms of this Schedule. Client shall not use Demographic Data to (a) develop any list, enhancement or other product other than the prescreen list or, (b) prepare, publish, clean or maintain any directory. Client certifies that any Client file to which Experian Data is being appended contains no names of persons under the age of eighteen (18). If such Client file contains such names, Experian shall not be responsible for, and shall have no liability in connection with, Client's use of such names.

**B. Copy Review.** If requested by Experian, Client agrees to provide Experian with a copy of any direct mail or online solicitations, or telephone scripts to be used in connection with the Experian Data prior to the date of order shipment.

**7. Coded Credit Attributes.** Upon Client's request, Experian will deliver to Client's Third Party Processor a coded credit attribute that counts the total number of promotional inquiries in Experian's database (the "Coded Attribute") for individual Consumers on the Prescreened List. Client certifies it will not attempt to learn the number of promotional inquiries returned to its Third Party Processor nor will it disclose to its Third Party Processor the meaning of the Coded Attribute.

**8. Client Use.** Client certifies that when it requests the Services identified herein, Client will:

**A.** extend a "firm offer of credit or insurance," as defined in the Fair Credit Reporting Act, 15 U.S.C. 1681 et seq. ("FCRA"), to every Consumer (a) whose name appears on a Prescreened List, or (b) whose name appears on the final list produced as a result of additional data processing, performed by the Third Party Processor prior to delivery of the Prescreened List to the Client, if any, and Client will not withdraw, modify or condition the firm offer, except as permitted by the FCRA;

**B.** if Client is not the ultimate lender, have an established agreement or agreements with another creditor or other creditors to purchase or fund the credit transactions that are based upon Client's firm offer of credit. Client agrees to make available to Experian upon request such an agreement or agreements;

**C.** not divulge the credit or insurance criteria used for any program or the meaning of any flag, score or coded or encrypted information to any person (other than the Consumer to whom such criteria relates), including without limitation, a Third Party Processor. Client will not in any direct mail or telemarketing solicitation refer to any selection criteria or any presumed knowledge about the recipient;

**D.** provide oral, written or electronic notice of any adverse action (as defined by Section 603(k) of the FCRA taken with respect to any consumer as required by Section 615(a);

**E.** provide with each written solicitation made to the consumer pursuant to paragraph 8.A above, the statement and disclosure required by Section 615(d) of the FCRA;

**F.** maintain all criteria used to select the consumer to receive the offer and any requirements of collateral for a three

# EXPERIAN
## PRESCREENING SERVICES SCHEDULE

(3) year period beginning on the date in which the offer is made;

G. not store, compile, maintain or use a Prescreened List for any purpose other than as stated in paragraph 8.A above and will not use the Prescreened List more than once without the prior written approval of Experian. Notwithstanding the foregoing, Client may, for the fees set forth in the applicable pricing document, re-use the Prescreened List as a continuation of the first mail offer, offering the same product with the same terms as the initial offer; and

H. not receive or accept from the Third Party Processor (1) any Experian Data regarding consumers whose names do not appear on the final Prescreened List; and (2) any data identifying the number of promotional inquiries.

9. **Online Solicitations.** If Client provides online firm offers of credit or insurance, Client will:

A. subsequently mail or provide online access to, for a reasonable period of time, the firm offer of credit or insurance for each consumer who received the initial online solicitation;

B. authenticate each consumer who accepts an online firm offer of credit or insurance using a consumer report or other industry acceptable out-of-wallet authentication service;

C. comply with all federal, state and local statutes, regulations, rules, and guides applicable to its online solicitation actions, including but not limited to compliance with any applicable advertising statutes, regulations, rules, and guides, and shall not engage in any unfair or deceptive trade practices with respect to the performance of its obligations hereunder; and

D. comply with Experian's digital marketing policy, including, but not limited to, any match and authentication requirements, as reasonably required by Experian.

10. **Audit Rights**

A. **Experian's Audit Rights.** In addition to the audit provisions in the Agreement, use of the Prescreened List may be monitored by Experian to the extent and through methods deemed reasonable and appropriate by Experian, including but not limited to by the seeding of names.

B. **Client's Audit Rights.** If requested, Client will have the right to audit Experian's performance of the Services (excluding Easy Prescreen services) as follows: Experian will supply Client with an agreed upon number of sample reports (with identifying Data deleted) to enable Client to confirm that the selection criteria established by Client and set forth in the Criteria Letter were applied correctly by Experian in performance of the Services. If the criteria established by Client are found not to have been applied correctly, then Client will notify Experian in writing as soon as reasonably possible but in no event later than five (5) business days after receipt of the applicable sample reports. After receipt of such notice, Experian shall, at its election, make the corrections that may be necessary, reperform the applicable Services or issue Client a refund for any amount paid by Client for such Services. Such correction, reperformance or refund shall constitute Client's sole remedy and Experian's maximum liability for Experian's breach of its obligations hereunder.

11. **Third Party Beneficiaries.** When certain demographic data, such as automotive or property ("Insurance Services"), is provided by Experian in conjunction with consumer credit information, the Disclaimer of Warranty and Limitation of Liability provisions in the Agreement shall also be for the benefit of not only Experian, but also Experian's suppliers of the Insurance Services.

12. **Third Party Processing.** In the event Client chooses to use the services of a third party to perform certain data processing or model building services, the parties understand and acknowledge that the third party shall be acting on behalf of Client. Client will cause the third party to handle, process, and possess all Experian provided data in accordance with the Agreement and this Schedule. Client shall provide Experian with the appropriate mailing instructions at least ten (10) days prior to the requested shipment date. Prior to Experian's delivery of the Prescreened List to Client's Third Party Processor, Client shall have caused the Third Party Processor to have delivered to Experian a duly executed Third Party Processor Undertaking form.

13. **Minimums.** Unless otherwise stated in the applicable pricing document, the following per program Prescreening Services minimums shall apply: (a) $3000 for batch prescreen, and (b) $500.00 for "iScreen."

This Schedule (including all applicable pricing documents), together with the Agreement as amended herein constitutes the entire agreement between the parties with respect to the Services provided hereunder and supersedes all prior proposals and agreements, both written and oral, and all other written and oral communications between the parties.

| Experian Information Solutions, Inc. | Chou Team Realty, Inc, dba MonsterLoans |
|---|---|
| | Print or Type Full Legal Name of Client |
| By: _____ | By: _____ |
| Signature (Duly Authorized Representative Only) | Signature (Duly Authorized Representative Only) |
| Name: _____ | Name: _____Jawad Nesheiwat_____ |
| Print | Print |
| Title: _____ | Title: _____Operations Manager_____ |
| Schedule Effective Date: _____ | |

ML00000878
CFPB-JN-0036488