# Summary Judgment Ex. 3c

# Mason Declaration -  Exhibit 3

Message

| | |
|---|---|
| **From:** | Alex [alexander.klarow@gmail.com] |
| **Sent:** | 2/17/2016 11:25:05 AM |
| **To:** | 'Erin Mason' [emason@certifieddocprep.com] |
| **CC:** | Bill Abdel [babdel@monsterloans.com]; Jawad Nesheiwat [jawad@monsterloans.com]; 'Donald Contardi' [donald.contardi@gmail.com]; amyv.ami@gmail.com |
| **Subject:** | DPC Brea proofs for in-home the week of 02/22 |
| **Attachments:** | DCP TEST BREA Qty=24,576 Mail 02-18-16 Sign off.pdf |

Hello Erin,

Attached are th3e DPC Brea proofs for in-home the week of 02/22, qty: 24,576.

Per your text, we will proceed to production. Phone number is good.

Thanks,

Alex

ML00003256
CFPB-EM-0037418

BENEFIT ID#: 2122005



Address Change? Please contact our Customer Service Department

# Final Notice

Melody Wilding
Kinnelon, NJ

Contact: 1-844-846-2886
Assigned Dept. Document Preparation Center
NOTICE DATE: February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Melody Wilding
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Melody,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $35,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling**.

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-844-846-2886

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-844-846-2886
Monday – Friday 7:00am – 6:00pm PST

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-844-846-2886
REFERENCE BENEFIT ID: 2122005**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.

*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

BENEFIT ID#: 2122004



Address Change? Please contact our
Customer Service Department



Gary Anzelmo

Bloomingdale, NJ

# Final Notice

Contact: 1-844-846-2886
Assigned Dept. Document Preparation Center
NOTICE DATE: February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Gary Anzelmo
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Gary,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $45,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-844-846-2886

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

**CREATING YOUR FSA ID**

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-844-846-2886
Monday – Friday 7:00am – 6:00pm PST

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-844-846-2886
REFERENCE BENEFIT ID: 2122004**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.

*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

BENEFIT ID#: 2122003



Address Change? Please contact our Customer Service Department

# Final Notice

Contact: 1-844-846-2886
Assigned Dept. Document Preparation Center
NOTICE DATE: February 18th, 2016

Jennifer Bertic
Bloomingdale, NJ

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Jennifer Bertic
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Jennifer,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $41,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling**.

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-844-846-2886

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-844-846-2886
Monday – Friday 7:00am – 6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-844-846-2886
REFERENCE BENEFIT ID: 2122003**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.