# Summary Judgment Ex. 3d

# Mason Declaration -  Exhibit 4

Message

| | |
|---|---|
| **From**: | Haithem Abdel [habdel@certifieddocprep.com] |
| **Sent**: | 6/27/2016 9:03:07 AM |
| **To**: | Erin Mason [emason@certifieddocprep.com] |
| **Subject**: | Script |
| **Attachments**: | Script Updated.docx |



Certified DocPrep | Haithem Abdel

habdel@certifieddocprep.com | 949-735-3877

ML00006066
CFPB-EM-0052147

# Student Loan Advisor Script

## Introduction

Thank you for calling the student loan center, this is (Your Name), Student Loan Advisor (Your Number), and this call is being recorded for quality and compliance purposes. How can I help you?

Okay great, what's your benefit ID #?

Am I speaking with (Clients Name)?

Do you still reside at (Clients Address)?

Great, the fact that you received that notice means you may qualify for a federally backed direct consolidation loan with the U.S. Department of Education. Under the Health Care & Education Reconciliation Act of 2010, there's a few programs that you may be eligible for and you may also be entitled to some additional government benefits as well.

Now, our records indicate that you have approximately (Student Debt Amount) in qualified student loan debt. Does that sound about correct?

Okay and how much are you currently paying on your loans?

*If they are not paying ask "Are you on some type of hold with your account or have you just not been financially able to make those monthly payments?"

"How much a month are they currently asking for?"

If they don't know tell them "Well there is a minimum you have to pay which should be about 1% of your debt, that would be about (Est Monthly Payment). Anything less than that can result in the interest being added to your account and then your loans can increase.

Okay and were you interested in lowering those monthly payments?

*If they say no, ask them "Okay, it sounds like you're interested more in paying your debt off faster and saving money on interest then correct?

ML00006067
CFPB-EM-0052148

Great, so what we'll do is take a look at your options and then we'll see what benefits and programs may be available to you.

Before we continue, I do want you to have my direct line. Do you have a pen and paper available to write that down?

My direct line is (Your Phone Number), and again my name is (Your Name).

Now just to verify some basic information with you as well, what is the best phone number to reach you at?

And can I get your email address as well please?

## Retrieving Loan Data

Now have you already had a chance to create your FSA ID?

*if no say "Okay well I'm sure your familiar with the 4 digit FAFSA pin number used in the past. The Department of Education has recently made some changes to their login requirements; they now have what's called an FSA ID. Now what this is, is a username and password that you create on the Department of Education's website and when you log in with it you will be able to retrieve all of your federal loan information. This is going to be the first step of the process to see what you qualify for. If you haven't done it yet that's fine, it only takes a couple minutes. Do you currently have access to your email?

Okay, do you currently have access to your email?

Perfect, if you can please access that I just sent you an email labeled client portal welcome, let me know when you receive that please.

When you open that up there's a link at the bottom with a username and password listed right below it, click that link and enter in the username and password provided to you in the email. Let me know when you get to the next screen.

On the left hand side click on the loans tab, you should then see step 1 and step 2 in blue letters correct?

*If they do not have an FSA ID, click "Create Yours" below step 1 and walk them through the FSA ID, have them come back to step 1 and step 2 when they are done.

Now for step 1 enter in your FSA ID username and password, not the one in the email but the one that you created earlier. For step 2 it's a couple questions based off your tax returns, just answer them to the best of your ability and let me know when you click the green button at the end. *Wait until they tell you they clicked the green button.

Once you click that button you should see your loans populate on the screen in just a moment let me know when you do.

ML00006068
CFPB-EM-0052149

Now that your loans are up, click the blue share with consolidation company button listed at the bottom, and let me know when you get to the next screen.

## Application

Okay now I do want to verify with you the information that you placed for step 2.

Based off of your 2015 tax returns, what was your Adjusted Gross Income? Are you currently on track to make about the same, less, or more?

What was your filing status?

And what is your total family size including yourself? Is there anyone else that lives in the same household that you financially assist more than half the time?

Okay, now I'm going to go over a few applications questions with you prior to calculating you a quote.

Now what do you currently do for a living? Who's your employer? What's an address for your employer? Are you currently working full time? How many years have you been with this company?

Was your driver license issued in the state of (Clients State of Residence)?

Okay, and your driver's license number?

Now for the next part I'm going to need two references for you. Your references are not going to be contacted but there does need to be a point of contact on here so if you would like to use a friend or family member that's fine, the only criteria is that they cannot have the same address as you and they cannot have the same address as each other but I do need to have a complete address and phone number for each one. For your first reference what's a first and last name we can use here? Okay, their address? Phone number? And your relationship?

Okay second reference first and last name? Their address? Phone number? And your relationship?

Okay great, give me a moment while I calculate a quote for you.

ML00006069
CFPB-EM-0052150

*Explain Program*

*Review clients loan information. This includes how much interest they have accumulated, their balance, how many loans they have and their servicer.

Review programs based upon what client has demonstrated.

Explain to client the information you reviewed about their loans. Only provide information that will demonstrate client's troubled situation.

Explain client the program that you recommend and answer any questions clients has.

 "How does this program sound to you?"

"Does this sound like a program that's going to be manageable for you?

Great let's go ahead and complete you application and we'll see if we can get you a final approval on this okay?

Now (Clients Name), what's your Date of Birth?

And your Social Security Number?

# Closing

Now your application is complete, I went ahead and electronically submitted your application over to one of our underwriters, we should have a response back from them in just a couple minutes. Now what they are going to do is review your file and respond back to me letting me know if you have been approved for this program, the exact monthly payment due every month on your loans, and the closing cost that is associated with your loan.

Now the loans closing cost total is based upon your financial situation, the amount of debt being consolidated, and any deductions that you may qualify for. Now with your current amount of debt at (Clients Debt Amount), your closing cost is estimated to be at (3 or 5%) of your loan and (3 or 5%) of (Client Debt Amount) would be about (X Amount). Now that probably won't be the case for you, you do qualify for some deductions that I applied you for and you should get approved for them. That should help to reduce that closing cost down quite a bit for you.

Now I do want to explain the process of what takes place.

Your program is not going to start today it's going to start in about (The Month That Is 4 Months Out). Now from here until (Estimated Month), your loans are going to go through a processing period in which they will all get paid off in full by the Department of Education and replaced with a new one for the program. Instead of having (Their # of Loans), you're just going to have 1 with the same balance your currently have but were going to place you directly with the US Department of Education for the program. When this happens, this will help to improve your credit.

Right now you have (X Amt) open trade lines for every loan you have and this can put a very negative impact on your credit. When they get reduced down to one this should really help to improve your credit score.

Now what were also going to do to help you out with your transition is were going to issue out a temporary forbearance on your account that will stop your current monthly payments from being required up until your program starts. Once that's approved you're not going to have to make any more monthly payments on your student loans in the meantime until you transition into the program that way your transition will be really easy and smooth for you.

Now do you have any questions about the program, the process, or anything that we have gone over?

*If yes answer questions

Okay well if you have any more questions let me know, if not I will notify you as soon as I receive your file back. (Wait 1 minute)

Okay (Clients Name), I just received your file back here and Congratulations you did get approved for the (Name of Program). Now I do have all of your terms and conditions here for you. Your new monthly payment due to the US Department of Education was approved to be a monthly payment of (X Amount) a month. Just to go over the benefits again of what your receiving throughout this process is One, you're going to have a lower interest rate, Two, you're going to improve your credit, and Three,

*For Standard or Graduated

There's no pre-payment penalties so if you make a payment above the monthly payment you're given, that amount will go directly towards your principal balance and that can save you thousands of dollars off of your debt.

*For IBR or ICR

At the end of your term you do have an opportunity to save thousands of dollars off of your debt.

Now the closing cost that's associated with your loan was deemed to be (X Amount), however you did get approved for the deductions I applied for you and they reduced you down to a total of 899$. Now they are giving you a two payment plan with that,

that's two payments of 449.50. The first payment is due (Date). The second payment is due (Date). Then you don't have a monthly payment until your program starts up in about (4 Months after today).

*Give them a few seconds to respond

So are those dates going to work for you?

Great, last thing we need to do is set up your payment method to an ACH, do you have your routing and account number with you?

## Signing Documents

Okay (Clients Name), if you can please access your email again, I'm going to send you some documents for you to electronically sign really quick. After that I'm going to have you speak with a compliance officer for 5 minutes and then you will be on your way. The name of the documents are going to be titled (Name of Program). Let me know when you receive that please. *Wait until client says they received the documents

Now when you open that up click review documents, you should then see your initials and signature generated in there by the computer program. As long as that's spelled correctly, click I agree and then continue. That's going to save those images for you. After that just click all the red boxes on the screen that say Initial or Sign Here. When you get to the end let me know when you click on the blue Complete Signing button.

Okay I just received a notification stating that's complete. You're going to have an email sent to you as well with a PDF copy of those documents for yourself Okay?

## Compliance

Okay great, now before I transfer you to a compliance officer, again we are on a recorded line and I am required to verify your understanding of the services being performed as well as the details of your direct consolidation loan program as well. I'm going to read you a series of statements, I do need you to answer yes to them. If you don't understand one of them feel free to stop me and I will clarify that for you okay?

ML00006072
CFPB-EM-0052153

First one is…

1. During the enrollment process did you personally create your FSA ID on the Department of Education's website?
2. You understand that we are not the Department of Education or the servicer of your student loans?
3. You understand that you must continue to make your current student loan payments until placed on forbearance or your consolidation is approved?
4. You understand that the Document Preparation Center charges a document preparation fee of ($799 or $899) and that amount will not be applied towards the balance of your student loans?

Okay (Clients Name) I'm going to transfer you to a compliance officer now. Again this is a brief 5 minute call with them, what they are going to do is verify your information such as your address, phone number, email, as well as your routing and account number so if you put that away make sure you have that out. Now if you have any questions wait until the end of the call. Their job is just to verify your information so if you stop them they're going to send you back to me but at the end of the call when they do hang up stay on the line and I will come back in and answer any questions if you have any and clarify what they went over with you before you leave today okay?

Okay great, stay on the line I'll have you in touch with someone in about 3 to 5 minutes okay? One moment please.

*Conference with compliance.

Tell Client "Okay (Clients Name) I have your compliance officer here on the phone with you make sure to stay on the line at the end of the call okay? Okay here he/she is.

Puts yourself on mute listen to call to ensure everything goes smoothly. When compliance hangs up, unmute yourself and clarify what client needs to do.

Tell Client to print out and hand sign documents and submit their proof of income. *Do not tell them to submit income if they are not enrolling into an IBR/ICR

*Paystubs – Two most recent paystubs within 45 days

*Taxes – First two pages of 1040 form.

Ask client if they have any further questions. If so, answer them.

Then tell client congratulations again and have a great day.