# Summary Judgment Ex. 3e

# Mason Declaration - Exhibit 5

| To: | Erin Mason[emason@certifieddocprep.com] |
| --- | --- |
| From: | Payments[payments@clientenrollment.com] |
| Sent: | Tue 10/4/2016 2:19:08 PM (UTC-07:00) |
| Subject: | CC Refunds_10-4-16 |

| CRM | ID | NAME | ADDRESS | AMOUN |
| --- | --- | --- | --- | --- |
| CDP | 63661445 | AMBER KINCHELOE | MELISSA, TX | $799 |
| CDP | 68144630 | Dhara D Patel | , Austin, TX | $799 |

Thank you,
**Mariana Diaz**
Accounting Department
(payments@clientenrollment.com)
24551 Raymond Way, Suite 210
Lake Forest, CA 92630
Ph: 949-596-7240
Fx: 888-717-5722



This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return email, delete this email and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

CONFIDENTIAL

ML00333166
CFPB-EM-0150721

| From: | Payments |
|---|---|
| Sent: | Tuesday, October 4, 2016 5:19 PM |
| To: | Erin Mason |
| Subject: | CC Refunds_10-4-16 |

| CRM | ID | NAME | ADDRESS | AMOUNT | Refund Reason |
|---|---|---|---|---|---|
| CDP | 63661445 | AMBER KINCHELOE | , MELISSA, TX | $799 | The client never qualified for the IBR to begin with. She was miss-quoted from the start (manual upload) and is not happy with any of the other options she is eligible for (all of them are significantly higher than the original quote despite the fact that the verified income came back lower than what she quoted us in the beginning). The consolidation is complete but she is going to try to cancel through the servicer on her own. |
| CDP | 68144630 | Dhara D Patel | , Austin, TX | $799 | The client states she was promised by her advisor a lowered interest rate, she stated that was the only reason she paid for the services. Her interest rate now after the consolidation is much higher. She is unhappy and feels she was misled. She tried to cancel the consolidation through the servicer but was unable to. |

Thank you,
**Mariana Diaz**
Accounting Department
([payments@clientenrollment.com](mailto:payments@clientenrollment.com))
24551 Raymond Way, Suite 210
Lake Forest, CA 92630
Ph: 949-596-7240
Fx: 888-717-5722



1

Wklv#hpdld#dqg#dq|#dwdfkphqw#pd|#frqwdlq#frqilghqwldd#dqg#sulyloljhg#lqirupdwlrq1#Li#|rx#duh#qrw#wkh#lqwhqghg#uhflslhqw#sohdvh#qrwli|#wkh#vhqghu#lpphgldwho|#e|#uhxxuq#hpdlo/#ghdnwh#wklv#hpdld#dqg#ghvwur|#dq|#frslhv1#Dq|#glvvhplqdwlrq#ru#xvh#ri#wklv#lqirupdwlrq#e|#d#shuvrq#rwkhu#wkdq#wkh#lqwhqghg#uhflslhqw#lv#xqdxwkrul}hg#dqg#pd|#eh#loohjdo1#

2