# Summary Judgment Ex. 4a

## Sklar Declaration – Exhibit 1

BENEFIT ID#: 2096881



Address Change? Please contact our Customer Service Department



Kenneth Firestone
Avenel, NJ

# Final Notice

Contact: 1-877-301-7910
Assigned Dept. Document Preparation Center
NOTICE DATE: February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Kenneth Firestone
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Kenneth,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $15,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-7910

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-7910
Monday – Friday 7:00am – 6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-7910**
**REFERENCE BENEFIT ID: 2096881**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

BENEFIT ID#: 2096880



Address Change? Please contact our Customer Service Department



Hariraj Jayakumar
Avenel, NJ

## Final Notice

Contact: 1-877-301-7910
Assigned Dept. Document Preparation Center
NOTICE DATE:   February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:

### Hariraj Jayakumar

*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Hariraj,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $30,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-7910

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-7910
Monday – Friday 7:00am – 6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-7910
REFERENCE BENEFIT ID: 2096880**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.

*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

BENEFIT ID#: 2096879



Address Change? Please contact our Customer Service Department

Patricia Dumeny
Avenel, NJ

# Final Notice

Contact: 1-877-301-7910
Assigned Dept. Document Preparation Center
NOTICE DATE: February 18th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Patricia Dumeny
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Patricia,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $37,506 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 11th, 2016 or before your next payment is due: 1-877-301-7910

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

**CREATING YOUR FSA ID**
To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-301-7910
Monday – Friday 7:00am – 6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-301-7910
REFERENCE BENEFIT ID: 2096879**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.