# Summary Judgment Ex. 4b

## Sklar Declaration – Exhibit 2

| | |
|---|---|
| Cc: | rhoose@docuprepcenter.com[rhoose@docuprepcenter.com] |
| Bcc: | Mike Van Loon[mvl@monsterloans.com] |
| To: | David Sklar[dsklar@docuprepcenter.com] |
| From: | Jawad Nesheiwat[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D37C5FB96F7D4200AFEF3639A814C716-JAWAD] |
| Sent: | Wed 10/5/2016 6:35:07 PM (UTC-07:00) |
| Subject: | Fw: DCP Invoice for 10/06 Mail Date + BALANCE DUE |

DCP Invoice #9077.pdf

David and Robert,

Don has requested that we use no more than 1 week worth of terms moving forward.  Whenever possible please pay for the week we are actually mailing and lets aim to not be more than 1 week behind.  For Assured or any other start up business he will continue to be flexible whenever possible.

Let me know if you have any questions.

Jawad

---

**From:** Amy <amyv.ami@gmail.com>
**Sent:** Wednesday, October 5, 2016 5:58 PM
**To:** dsklar@docuprepcenter.com; mhegazi@eliteaccounting.com; 'Robert Hoose'; Accounting
**Cc:** Alexander.Klarow@gmail.com; Donald.Contardi@gmail.com; Jawad Nesheiwat
**Subject:** DCP Invoice for 10/06 Mail Date + BALANCE DUE

Hello,

Attached is the DCP invoice for the 10/06/16 mail drop. The total amount due for this week's mailing is $17,914.78.

**The total balance now due is $52,330.16**; details below:

| Job Name | Quantity | Drop Date | Invoice # | Amount Due | Date Paid | Check # | Amount Paid | Balance |
|---|---|---|---|---|---|---|---|---|
| DCP TEST - simplex | 54,634 | 9/22/2016 | 9075 | $17,854.95 | 21-Sep | TAPD Payment | ($1,600.00) | $16 |
| DCP TEST - simplex | 54,977 | 9/29/2016 | 9076 | $18,160.43 | | | | $34 |
| DCP TEST - simplex | 54,204 | 10/6/2016 | 9077 | $17,914.78 | | | | $52 |

Please make a check payable to **Automated Mailers** and let us know when the check is available for pick-up.

Thank you,

Amy

CONFIDENTIAL

ML00271054
CFPB-EM-0135713