# Summary Judgment Ex. 4c

## Sklar Declaration – Exhibit 3

**To:** Jawad Nesheiwat[jawad@monsterloans.com]
**From:** Dave Sklar[dsklar@DocuPrepCenter.com]
**Sent:** Tue 8/11/2015 9:18:02 AM (UTC-07:00)
**Subject:** Re: Experian Welcome Information for Chou Team Realty Inc

This is nice baba! You mean we won't be paying .18c a record any longer?

Sent from my iPhone

On Aug 11, 2015, at 9:11 AM, Jawad Nesheiwat <jawad@monsterloans.com> wrote:

Looks like we are about ready. I will do a beta test next week and test some records.

From: Yessenia Alvarez <yessenia.alvarez@experian.com>
Sent: Tuesday, August 11, 2015 8:08 AM
To: Jawad Nesheiwat; april.glaze@experian.com
Subject: Experian Welcome Information for Chou Team Realty Inc

Hello Jawad,

It is our pleasure to welcome you to Experian. We appreciate your business and look forward to serving your credit information needs.

Your Subscriber Code is: 1390007

This is a unique number exclusively designated to your company. It is also known as your account number, access code, or subcode. Because this code provides you access to highly confidential and government regulated credit information, please ensure that your account number is maintained in a secure location.

You will be working with your Account Executive and other Support Teams from this point through the delivery of the data you have requested.

Here is a link to a copy of the Fair Credit Reporting Act, www.ftc.gov/os/statutes/031224fcra.pdf, that regulates the credit reporting industry and may affect your business practice. Attached please find documents on additional legislation.

We encourage you to take the time to review this information in order to ensure that your access of the Experian Database and use of the information you obtain from the Experian Database is compliant with all laws and regulations.

CONFIDENTIAL

ML00295345
CFPB-EM-0141315

If you have any questions, please use the following as a reference so we may serve your needs more quickly:

*Experian Customer Service (800) 831-5614 Option #3

- Monday - Friday 7:00 am to 7:00 pm CST Customer Service will assist you with questions on Experian products, pricing, and invoicing. This is your primary Experian phone number.

*Experian Technical Support (800) 854-7201 Ext. 1, Option #3

- Monday - Friday 4:00 am to 7:00 pm PST

- Saturday 5:00 am to 3:00 pm PST

- Pager available 24 hr. a day/7 days a week Technical Support will assist you with your computer/terminal hardware or software problems if you are unable to access information.

Again, thank you for your business and welcome to Experian.

Thank you,

Membership Department

<DMF Notice_pdf.html>

<FCRARequirements_pdf.html>

<Welcome Information_pdf.html>