# Summary Judgment Ex. 4d

## Sklar Declaration – Exhibit 4

Message

| | |
|---|---|
| **From**: | Jawad Nesheiwat [jawad@monsterloans.com] |
| **Sent**: | 1/25/2016 3:32:34 PM |
| **To**: | Bill Abdel [babdel@monsterloans.com] |
| **CC**: | rhoose@docuprepcenter.com; David Sklar [dsklar@docuprepcenter.com] |
| **Subject**: | Experian Bill Due Feb 21st |

Got a whopping Bill for Experian up here at my desk. Please come review and take care of.

Thanks



Jawad Nesheiwat
Toll free: (866) 439-7744
Direct: (949) 268-9706
Cell: (714) 642-2548
Fax: (949) 268-9806
jawad@monsterloans.com

monsterloans

3 Whatney, Second Floor
Irvine, CA 92618

monsterloans.com

