# Summary Judgment Ex. 4e

## Sklar Declaration – Exhibit 5

Message

| | |
|---|---|
| **From**: | Dave Sklar [dsklar@DocuPrepCenter.com] |
| **Sent**: | 3/8/2016 9:29:00 AM |
| **To**: | Bill Abdel [babdel@monsterloans.com] |
| **Subject**: | FW: New iScreen pricing - Monster Loans |
| **Attachments**: | Monster Loans iScreen PA.pdf |

**From:** Jawad Nesheiwat [mailto:jawad@monsterloans.com]
**Sent:** Monday, March 7, 2016 4:34 PM
**To:** Dave Sklar ; Robert Hoose
**Subject:** Fwd: New iScreen pricing - Monster Loans



Sent via the Samsung Galaxy NoteR 3, an AT&T 4G LTE smartphone


-------- Original message --------
From: "Washington, Keadrick"
Date:03/07/2016 4:33 PM (GMT-08:00)
To: Jawad Nesheiwat ,drhcc2000@hotmail.com
Cc: "Glaze, April"
Subject: FW: New iScreen pricing - Monster Loans

Hi Jawad,

Here the new pricing agreement we'd like to get in place for you. Pleas review and sign at your earliest.

Thanks.

**Keadrick D. Washington** | Account Executive, Preferred West
Experian, Consumer Information Services



475 Anton Blvd., Costa Mesa, CA 92626
714.830.7651 OFC
310.429.2510 CELL
714.830.2511 FAX
800.831.5614 CLIENT SUPPORT
Keadrick.Washington@experian.com



The contents of this e-mail message, including any and all attachments, are intended solely for the use of the person or entity to whom the e-mail was addressed. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient of the message, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail in error, please e-mail monica.peace@experian.com and contact the sender by reply e-mail. Please also permanently delete all copies of the original e-mail and any attached documentation. Thank you.

**From:** Washington, Keadrick
**Sent:** Friday, January 15, 2016 12:20 PM
**To:** Jawad Nesheiwat
**Cc:** Glaze, April
**Subject:** New iScreen pricing - Monster Loans

Hi Jawad,

Here's the revised pricing agreement. I was able to get you down to $0.06 per record ordered, but the upload fee has to remain as is. We also had to increase the minimums, but this shouldn't be an issue with your volumes. If you agree with the changes, please sign and return this agreement ASAP so we can get the new pricing implemented.

Thanks and have a great weekend!

**Keadrick D. Washington** | Account Executive, Preferred West
Experian, Consumer Information Services



475 Anton Blvd., Costa Mesa, CA 92626
714.830.7651 OFC
310.429.2510 CELL
714.830.2511 FAX
800.831.5614 CLIENT SUPPORT
Keadrick.Washington@experian.com

The contents of this e-mail message, including any and all attachments, are intended solely for the use of the person or entity to whom the e-mail was addressed. It contains information that may be protected by the attorney-client privilege, work-product doctrine, or other privileges, and may be restricted from disclosure by applicable state and federal law. If you are not the intended recipient of the message, be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this e-mail in error, please e-mail monica.peace@experian.com and contact the sender by reply e-mail. Please also permanently delete all copies of the original e-mail and any attached documentation. Thank you.