# Summary Judgment Ex. 4g

## Sklar Declaration – Exhibit 7



Privileged and Confidential - FOIA CONFIDENTIAL TREATMENT REQUESTED   JPMC005777
Confidential   CFPB-EM-0093232



https://transviewer.jpmchase.net/aidwviewer/depositImage.do?proc_date=2016-09-21 00:00:00.0&sequence_n... 4/19/2018

Privileged and Confidential - FOIA CONFIDENTIAL TREATMENT REQUESTED JPMC005802

Confidential CFPB-EM-0093257



https://transviewer.jpmchase.net/aidwviewer/depositImage.do?proc_date=2016-07-12 00:00:00.0&sequence_n...   4/19/2018

Privileged and Confidential - FOIA CONFIDENTIAL TREATMENT REQUESTED   JPMC005813

Confidential   CFPB-EM-0093268