# **<u>Summary Judgment Ex. 4h</u>**

## **Sklar Declaration – Exhibit 8**

**To:**       Sean Cowell[sean@monsterloans.com]; Jawad Nesheiwat[jawad@monsterloans.com]; David
Sklar[dsklar@docuprepcenter.com]
**From:**     Robert Hoose
**Sent:**     Thur 5/28/2015 10:31:44 PM
**Subject:**  Fw: Upcoming Changes in Processing
image001.png
NEW SCRIPT FOR FSA ID.PDF
123 Cover Page IDR.PDF


On Thursday, May 28, 2015 2:34 PM, Manny Kashto <manny@studentloanprocessing.com> wrote:


Greetings,

As you know, our processing department is making changes to adapt to the recent updates to the DOE's
system.  First off, the new script has been revised and I just finished uploading it into each of your systems.  I
attached the script so you can review the changes prior to going live with your team.  The verbiage changes
are working well and everything ties into the new FSA ID system quite nicely.

In addition, our internal process for consolidations is shifting from electronic submission to a mail-based
system which we have been tinkering with and fine-tuning for some time now.  This mail-based system has
been proven to show value to the clients and gain trust as they are able to see the work being completed on
their file.  Attached, please see the cover letter we are including with all packages sent to our clients from
here on out.  Additionally, we have updated our documents with even clearer instructions that include
contact information for customer service which should dramatically cut down on clients calling their agents
with general questions.  Should agents continue to receive calls, it is very important that you give them the
(888) 216-3547 customer service number.  We feel we have devised the most efficient-possible process and
expect a seamless transition internally and with our clients.

Finally, the payment processing entity we are currently using, GCS, will no longer be used at the end of the
month for all new business.  Not only is RAM a local business with later draft cutoff times and lower service
fees, we also no longer need to worry about waiting up to 90 days to receive payment.  Your existing business
with GCS will continue to fund out as client payments clear.  Starting June 1st, all new clients moving forward
will be processed by RAM.  Although RAM does not currently offer a merchant service solution, they expect to
have that feature ready in a few weeks.  **IN THE MEANTIME, IT'S VERY IMPORTANT THAT ALL CLIENTS SOLD
AND SUBMITTED AFTER FRIDAY 5/29 SIGN RAM DOCS AND ARE CHARGED VIA ACH ONLY.**  Any submissions
through tomorrow, 5/29, can be submitted with T2P/GCS. All the documents will be changed over by end of
business tomorrow.  If you have not already been approved by RAM, contact me directly to ensure your
clients can be charged successfully the moment we make the switch.  RAM, unlike GCS, only takes a couple
days or so to be approved.
Regards,


**Manny Kashto**
**VP Affiliate Relations**
**19800 Macarthur Blvd. Ste 300 | Irvine, CA 92612**
**Tel 949-534-1683 | Cell 909-910-1477 | Fax 888-491-3553**

HOOSE00000455
CFPB-EM-0072294

(IN LEADTRAC: ON THE TOP LEFT CORNER - GO TO FILE AND SELECT NEW)

Thank you for calling the (NAME OF COMPANY), my name is (ADVISOR FULL NAME) Student Loan Advisor [EXTENSION NUMBER], this call is being recorded for quality control purposes.  How can I help you?

*Caller Response and Discuss:*

If you could please provide me with the Benefit ID Number that is located on the mailer that you received, I can go ahead and verify some information and provide a free analysis to see what kind of programs are available.  Because each borrower's circumstances are unique, the potential benefits of a consolidation or payment restructuring plan will vary with each person.

What is your Benefit ID:

(LOCATED NEAR THE TOP LEFT OF THE APPLICATION, SELECT LEAD FIELD AND INPUT THE BENEFIT ID NUMBER AND CLICK SEARCH)

(CALLER'S INFO SHOULD AUTO-POPULATE)

(CLICK "SAVE" BUTTON LOCATED ON BOTTOM RIGHT HAND CORNER OF THE CRM)

(CLICK ON FORMS AND SELECT WEB FORMS LOCATED ON THE BOTTOM TAB PORTION OF THE CRM)

(SELECT LEADTRAC SCRIPT #1:  AGENT INTRODUCTION & FSA ID)

**IMPORTANT:  USE CAPS LOCK WHEN COMPLETING THE APPLICATION.  FAILURE TO DO SO WILL PREVENT YOUR FILE FROM MOVING FORWARD TO PROCESSING WHEN YOU ATTEMPT TO SUBMIT.**

HOOSE00000457
CFPB-EM-0072296

IMPORTANT:  USE CAPS LOCK WHEN COMPLETING THE APPLICATION.  FAILURE TO DO SO WILL PREVENT YOUR FILE FROM MOVING FORWARD TO PROCESSING WHEN YOU ATTEMPT TO SUBMIT.

**AGENT INTRODUCTION**

Okay, am I speaking with…

(CALLER'S FIRST NAME) (CALLER'S LAST NAME)

And do you reside at:

(STREET ADDRESS)        (CITY)   (STATE) (ZIP)

Our records indicate that you may have approximately ($DOLLAR AMOUNT) of qualified student loan debt.  Does that sound about correct?

Okay, great.  The fact that you received the mailer means that you may qualify for a federally backed Direct Consolidation Loan with the U.S. Department of Education.  Under the Health Care & EDUCATION Reconciliation Act of 2010, there are a few programs offered that you may be eligible for based on your ability to pay.  You may be entitled to other government benefits.

What I can do, at no cost or obligation, is review your specific situation to determine whether any of these Department of Education payment plans could benefit you.

Before I go any further, I would like to give you my contact information so that if we get disconnected you won't have to start over and also, if you ever have any questions in the future, you can always get a hold of me.  Do you have a paper and something to write with?

My name is, (ADVISOR FULL NAME).  I am a Student Loan Advisor.  Our company toll free number is XXX_XXX_XXXX and my extension is [EXTENSION].  My direct phone line to reach me is XXX-XXX-XXXX.  We also have a website at www.XXXXXXXXXX.com where you can get additional information.

I will need to complete the basic verification of information with your home telephone number and an email address please.

(INPUT HOME TELEPHONE NUMBER)

(INPUT CELL PHONE NUMBER)

(INPUT EMAIL ADDRESS)

HOOSE00000458

CFPB-EM-0072297

Thank you.  Now, if the U.S. Department of Education could lower your student loan payment(s) through a consolidation loan, would that be a benefit you would be interested in?

*Caller Response and Discuss:*

How much are you currently paying on your student loans now?

Are you current on those monthly payments?  (SELECT STATUS:  Discuss, forbearance, deferment, grace, delinquent or default)

Since many government programs and benefits are based on demonstrating a hardship, do you have or are you currently facing a financial hardship now?

*Caller Response and Discuss:*

As a Student Loan Advisor, I am confident that there is an approved program with the U.S. Department of Education that can help.

**FSA ID AND LOAN INFO**

Great, the first step is to see what TYPE of student loans you currently have with the Department of Education.  These programs offered by the U.S. Department of Education only apply to Federal Student Loans.  Private and State issued student loans do not qualify for these government benefits. When you obtained your loans you were issued an FSA ID.  Do you happen to know your FSA ID?

*If "YES" proceed to send out email link for client to upload their loans.  (Refer to Hand-Out)*

*If "No" proceed to walk the client through the process to obtain their FSA ID and then send the email link to upload their loans. (Refer to Hand-Out)*

(CLICK SAVE AND CLOSE)

(PROCEED TO IMPORT THE LOANS AS OUTLINED IN THE HAND-OUT. ONCE THE LOANS HAVE BEEN SUCCESSFULLY UPLOADED INTO THE CRM, GO TO THE "DEBTS" TAB LOCATED ALONG THE ROW OF TAB BUTTONS LOCATED NEAR THE BOTTOM OF THE CRM)

(SCROLL THROUGH AND IDENTIFY EXISTING FEDERAL STUDENT LOANS)

(CHANGE "PERSONAL INFORMATION" PANEL TO "PROGRAM QUOTE" LOCATED NEAR THE TOP LEFT CORNER OF THE CRM TO DISPLAY THE LOAN TOTAL)

(CLICK ON FORMS AND SELECT WEB FORMS LOCATED ON THE BOTTOM TAB PORTION OF THE CRM)

(SELECT LEADTRAC SCRIPT #2:  REVIEW LOANS, APPLICATION AND BUDGET)

HOOSE00000459
CFPB-EM-0072298

**REVIEW LOANS**

(FROM THE "DEBTS" TAB LOCATED ALONG THE ROW OF TAB BUTTONS LOCATED NEAR THE BOTTOM OF THE CRM)

Now, I see from the U.S. Department of Education that you a total of ($Total Student Loan Balance) in Federal Student Loans.

This total is comprised up of (COUNT OFF TOTAL NUMBER OF STUDENT LOANS AS LISTED IN THE "DEBTS" TAB)

These loans were obtained while you were attending (READ NAME OF SCHOOLS FOR EACH LOAN)

It also shows (READ CURRENT LOAN STATUS)

Does this all sound about correct?

I do notice that your loans are currently serviced by (IDENTIFY THE SERVICER).

*Discuss the servicer issue:*

Not sure you are aware of the fact that your servicer was recently sued for ($140 Million or $55 Million dollars or pending litigation).  The only reason why I bring this up is because have you noticed a change in the quality of service you have been receiving from them?  Many of my other clients with (NAME OF SERVICER) have expressed to me some displeasure working with (NAME OF SERVICER) and relayed some horror stories working with (NAME OF SERVICER).  If this has NOT happened to you yet then good for you.  But before it does, we have a perfect solution for you.  Through this consolidation process, the U.S. Department of Education will be your new servicer and you will be making your new single student loan payment to the U.S. Department of Education.  It's because of this main reason that servicers such as (NAME OF SERVICER) do not go out of their way to assist borrowers with this consolidation process.  They do not want to lose your business and lose the revenue they earn servicing your (TOTAL NUMBER OF LOANS).  They will even discourage you from this process and attempt to steer you away by making false claims.  But now you understand their motive.

Now, let's see how much payment relief a Direct Consolidation Loan can offer you per month and determine what government benefits you may be entitled to.

**APPLICATION**

I am going to ask you a few questions and please answer them as best as possible to ensure we get you qualified for the best program available with the U.S. Department of Education.

Based on last year's tax returns, what was your adjusted gross income?

(Use Line 37 of your 1040 or Use Line 21 of your 1040A or Use Line 4 of your 1040EZ)

HOOSE00000460
CFPB-EM-0072299

Are you on pace to make the same amount this year as you did last year?

(INPUT LOWER OF PROVABLE INCOME, EITHER LAST YEAR'S TAX RETURN OR CURRENT PAY)

(INPUT ANNUAL GROSS INCOME AND SELECT INCOME TYPE)

Are you married?

(SELECT SINGLE OR MARRIED)

What is your tax filing status?

(SELECT CORRECT TAX FILING STATUS)

IF MARRIED:

What was your spouse's gross income last year? Is your spouse on pace to make the same amount this year?

(INPUT SPOUSE'S GROSS INCOME)

Does your spouse have any Federal student loans?

(INPUT SPOUSE'S FEDERAL STUDENT LOAN BALANCE)

Do you have any Dependents as claimed on your tax returns and if so, how many?  (Yourself, spouse and any dependents)

(SELECT TOTAL)

Based on what you've shared so far, I am confident we can save you some money.

**BUDGET ANALYSIS**

I need to do a quick budget analysis to verify your monthly expenses.  Since many government benefits are based on ability to pay, this is important for us to know.

Do you have housing expenses, and if so, how much?

(INPUT TOTAL $)

HOOSE00000461
CFPB-EM-0072300

Do you have auto or transportation costs, and if so, how much?

(INPUT TOTAL $)

Do you have any Private Student Loans, and if so, how much?

(INPUT YES or NO and TOTAL $)

Do you have any credit card debt, and if so, how much?

(INPUT TOTAL $)

Are these credit cards maxed out?

Do you owe any Federal or State taxes?

What do you do for a living?  Do you work for a public service agency or a qualified not-for-profit employer?  You may be entitled to additional government benefits.  (If applicable discuss PSLF)

(INPUT OCCUPATION)

(INPUT EMPLOYER NAME)

(INPUT WORK PHONE NUMBER)

Do you have a State Driver's License or ID Number?

(INPUT STATE and NUMBER)

Now to complete the process and get you a quote, the U.S. Department of Education requires that I update the system with two references.  You may use the same two references you provided when you originally obtained your student loans or you can provide us with two new references to update our records.  These references can be anyone other than individuals who share your address or share and address with one another.

(INPUT REFERENCE NAME AND ADDRESS AND PHONE NUMBER)

(INPUT REFERENCE NAME AND ADDRESS AND PHONE NUMBER)

We are just about done.  Based on the information you provided, I am sure that there is a government program that you will be approved for.

HOOSE00000462
CFPB-EM-0072301

(CLICK SAVE AND CLOSE BUTTON AND PROCEED TO CHANGE THE STATUS OF THE FILE TO "CALCULATE QUOTE" LOCATED ON THE RIGHT MARGIN OF THE CRM UNDER THE "DOE INTERFACE" SECTION)

(REVIEW THE CALCULATED QUOTE UNDER THE "CONSOLIDATION OPTIONS" TAB LOCATED TOP MIDDLE PORTION OF THE CRM)

(SCROLL THROUGH AND IDENTIFY THE QUOTE BEST SUITED FOR THE CLIENT'S NEEDS)

(IN THE PROGRAM QUOTE SECTION LOCATED ON TOP LEFT PORTION OF THE CRM INDICATE THE PROGRAM QUOTE CHOSEN)

(CLICK ON FORMS AND SELECT WEB FORMS LOCATED ON THE BOTTOM TAB PORTION OF THE CRM)

(SELECT LEADTRAC SCRIPT #3:  SELLING THE PROGRAM AND CLOSING COSTS)

Page **7** of **20**

HOOSE00000463
CFPB-EM-0072302

**SELLING THE PROGRAM**

As a Student Loan Advisor and from my experience, I believe that there exists a program that you will benefit most from.  Based on the information you had provided and the information you had shared, I believe the program that will provide the most payment relief for you would be the (NAME OF QUALIFIED PROGRAM).  That is the program that I would recommend and try to help you get qualified for.  This repayment plan is for the major types of federal loans.  The Department of Education will pay off all your existing Federal loans for you in full!  This will have the benefit of improving your credit.  Once approved and processed, you will only have one monthly payment with this program payable to the U.S. Department of Education.

Your payment on this program will be approximately (TOTAL PAYMENT $) + ($35.00 FOR SAP IF APPLICABLE)

(IF APPLICABLE)  The best part of this program is that after (TERM) consecutive payments, any balance that is remaining will be forgiven.

Does (TOTAL PAYMENT $) + ($35.00 FOR SAP IS APPLICABLE) sound like something you can manage?

*Caller Response and Discuss: (Discuss details of the particular program like that ICR and IBR are required by the DOE to be recertified each year etc.)*

Great, I think we can get you qualified for that program.  To complete your application and receive additional benefits, I'll need to complete the Department of Education application.

The Department of Education gives a rate reduction on your interest rate when the monthly responsibility is set up on automatic payments.  Most consumers opt to place their monthly responsibility electronically on a credit card or through ACH which allows them to take advantage of the Department of Education's interest rate reduction.  You do want the lowest interest rate possible don't you?

(SELECT PAYMENT TYPE: EITHER ACH OR CREDIT CARD)

(INPUT PAYMENT INFORMATION)

Okay, great.  What I am going to do now is take your file over to an Underwriter and hopefully come back with two things, your final approval and closing costs.  The loan closing cost total is based off hardships and deductions that we are able to demonstrate on your application.  Please hold!

Congratulations!!!  The underwriter has confirmed that based on these estimated that you could be approved for the (NAME OF QUALIFIED PROGRAM) with a total monthly payment of (TOTAL PAYMENT $) + ($35.00 FOR SAP IF APPLICABLE) and complete forgiveness after (TERM IF APPLICABLE)

If you could please grab some paper and something to write with, I will need you to write down some information.

HOOSE00000464
CFPB-EM-0072303

In addition to the monthly and annual payment relief you will be realizing, you will be entitled to additional benefits from the Department of Education so please write these down: (Have client write only *italics* words below to create a list and you explain the details)

1. *Improved Credit*.  According to the Fair Credit Reporting Act (FCRA) the rules and law that govern how credit reporting companies report and generate your three digit credit score, having multiple trade line items will impact your credit score negatively when compared to a profile with fewer trade lines.  Therefore, through this consolidation process, we will be reducing your trade lines and you will not appear over extended.
2. *Single Monthly Payment*.  Instead of multiple payments to different servicers with different payment dates, you will have the convenience of making only a single payment to the U.S. Department of Education.
3. *Flexible Repayment Options*.  With this consolidated loan program, you will now have the flexibility to change repayment plans as circumstances in your finance change.  If you find yourself struggling to make a payment in the future, you now have the option to requalify into a lower payment if you qualify.
4. *No Prepayment Penalty*.  This means qualifying for a very low base payment that you know you can afford to make with the option to pay more if you like without penalty.  This means you pay the loan on your terms when it's feasible to do so.
5. *Interest Paid by the Government*.  If your payment is not sufficient to cover the interest that normally accrues on your loan, the government will pay a portion of that interest for you during the first 36 months of this loan.  That is not the case in your current situation.
6. *Possible Loan Forgiveness*.  By having your loans consolidated into this program, you now have the ability to have a portion of your balance forgiven on you loan when applicable.
7. *Enhanced Program Benefits in the Future*.  As greater benefits are introduced, you will be the benefactor of those programs even if they discontinue these programs to others in the future.

I hope you can agree that this Direct Consolidation Loan offered by the U.S. Department of Education is better than your current loans and situation.

<u>**CLOSING COSTS**</u>

Now as for the closing cost for the loan.  It is normally $899 but congratulations, you were eligible for a few deductions which will reduce your closing cost to two easy payments of $349.50 which totals $699 when set up on a payment plan.  You can qualify for an additional $100 discount if you elect to pay the closing cost in a single payment of $599.  That fee pays for Doc. Prep and other third party trust account fees associated with the closing of your loan.  What we do is set up a third party trust account.  As payment is made, your funds are placed into that trust account which is held in your name.  That money belongs to you at all times.  As we perform services, a portion of the funds in the trust account will be released to us.  This protects you to make sure we are doing our job and that you are satisfied with the service.

Furthermore, while your loans are being processed through the U.S. Department of Education, we can process a temporary Deferment or Forbearance on your current loans if you qualify.  If approved for either the Deferment or Forbearance, you will not need to make a payment to your current loans during this process.

HOOSE00000465
CFPB-EM-0072304

In addition, once the U.S. Department pays off your current loans, your new payment to them will not be due for up to 60 days thereafter. This entire process could save you from 2-4 months of having to make any student loan payments! However, we strongly advise that you continue making your student loan payments until your forbearance and deferment request is approved and completed. The sooner you place the full payment into the trust account, the sooner you can take advantage of the payment relief.

So what we are going to do now is provide you with the next two available dates that your payment would be available for deposit. Once the deposit is placed, we can begin the initial work of submitting your forbearance paperwork so that you don't have to make that next upcoming payment to your current servicer(s).

Now typically, consumers will opt to place their closing costs on the same Credit Card or ACH they had provided for their monthly responsibility to be drafted from. Let me confirm once again your payment information?

(READ CREDIT CARD OR ACH INFO OR INPUT CREDIT CARD OR ACH INFO IF NOT DONE SO ALREADY)

The first available date to make a deposit will be (State the date for 3 days from submission date) or you can choose (State the date for 7 days from submission date).

(CONTINUE THIS PROCESS OF PRESENTING PAYMENT DATES UNTIL ALL PAYMENT DATES HAVE BEEN AGREED UPON)

(CLICK SAVE AND CLOSE BUTTON AND PROCEED TO "PROGRAM QUOTE" SECTION LOCATED ON THE TOP LEFT PORTION OF THE CRM)

(GO TO "AGREEMENT FIELDS" OF THE PROGRAM QUOTE PORTION OF THE CRM)

(EDIT THE PROGRAM FEE IF APPLICABLE)

(GO TO "PAYMENTS" OF THE PROGRAM QUOTE LOCATED BELOW "AGREEMENT FIELDS")

(INPUT START DATE OF FIRST PAYMENT)

(SELECT NUMBER OF PAYMENTS IF APPLICABLE)

(OTHER PAYMENTS WILL APPEAR. SELECT THE PAYMENT DATES FOR THE OTHER PAYMENTS)

(CLICK ON FORMS AND SELECT WEB FORMS LOCATED ON THE BOTTOM TAB PORTION OF THE CRM)

(SELECT LEADTRAC SCRIPT #4: PAYMENT EXPLANATION/SAP AND SEND DOCUSIGN)

HOOSE00000466
CFPB-EM-0072305

**PAYMENT EXPLANATION AND/OR SAP**

Now that I've explained the closing costs associated with this loan, I am now required by the U.S. Department of Education to go over your new monthly responsibility to them.  As a reminder, this entire call has been and is being recorded for compliance purposes.

The total payment the U.S. Department of Education will need to be paid is (TOTAL $) per month.

(IF APPLICABLE) If you continue to qualify for and make this payment for (TERM) then any balance remaining on your loan will be forgiven.

SAP  (STUDENT ASSIST PLUS SCRIPT FOR ICR AND IBR ONLY)

Once your doc preparation fee is made, you will have a total of $29.99 per month payable to a third party benefits company called Student Assist Plus.  As you can see, the payment to the U.S. Department of Education of (TOTAL $) plus this fee of $29.99 is less than what I quoted earlier as a total monthly payment.  So congratulations, we were able to save you a little more money.  As a member of Student Assist Plus, you will have customer service available to oversee your student loan for the entire life your loan.  If you ever need to postpone a payment, change a payment date, or even change payment programs, a representative of Student Assist Plus will help do that for you.  Please remember, you must reapply for your (NAME OF QUALIFIED PROGRAM) every year with the U.S. Department of Education.  If you miss the annual deadline to re-qualify or make an error in that process, your current payment will be denied and you will be placed into a Standard Payment Plan where you monthly payment will rise considerably.  The U.S. Department of Education may not send a notice or reminder.  It is your responsibility to re-qualify.  However, as a member of Student Assist Plus, all this will be done for you.  Our representatives will contact you and complete all the paperwork necessary to keep your current program if you continue to qualify.  You will never have to pay another closing cost fee ever again.  As long as your membership is current, at a cost of $29.99 per month, you will have someone to handle all your student loan needs for you.  In addition to the above mentioned benefit, Student Assist Plus offers these other benefits such as Identity Theft Protection, Credit Report Monitoring, and Tax Preparation Services.

The complete list and details of your benefits can be found on the Student Assist Plus website at www.studentassistplus.com.  Once your Direct Consolidation Loan is complete and you begin making your first monthly payment to Student Assist Plus, you will receive your membership cards by mail and be contacted by a representative of Student Assist Plus who will help you access your numerous benefits.

Once again, please remember, in order to maintain your benefits with the U.S. Department of Education, you must recertify your program on an annual basis.  Student Assist Plus will take care of this responsibility for you.

(SELECT SAP ENROLLED: YES OR NO)

HOOSE00000467
CFPB-EM-0072306

**SEND DOCUSIGN**

Now to complete this process, I will need to send you out a set of disclosures. These disclosure will be emailed to you for electronic signature. Once signed, I will need to complete a Compliance Call with you to confirm your understanding of the terms and conditions. Once that is complete, we will do a conference call to the processing department so that they can complete a Welcome Call and confirm sending out your package of loan documents that you will receive in the mail for you to sign. The package of loan documents that will be sent to you after your Welcome Call will have very simple instructions indicating where you will be required to sign. It will include instructions as well as a prepaid addressed envelope that you will simply place the signed documents into and mail back to the Processing Department. Once the Processing Department receives your signed package of loan documents they will contact you to complete the process with the Department of Education. It is vital that we complete these next steps so that you can get your package of loan documents. That package will include your Deferment Request form, among other things, that will need to be signed and sent back with everything so that we can process your Deferment in time to help provide payment relief during this process. Do you have any questions?

To complete these official documents, we will need to verify two things.

First, verify the social security number used at the time you obtained your loans. (INPUT SOCIAL SECURITY NUMBER)

Thank you.

Second, what is your date of birth? (INPUT DATE OF BIRTH)

Thank you.

Great, now you will be receiving an email with the initial set of disclosures that we will complete together. Let me know when you are ready.

(WALK THE CLIENT THROUGH THE STEPS TO COMPLETE THE DOCUSIGN)

(CLICK SAVE AND CLOSE)

(SELECT FORMS TAB AND CHOOSE GENERAL – OPPOSITE TO WEB FORMS)

GENERATE THE FOLLOWING FORMS TO BE SENT OUT IF APPLICABLE:

WELCOME LETTER

CLIENT AGREEMENT

SAP CLIENT AGREEMENT (IF APPLICABLE)

T2P DAA

DEFAULTED STUDENT LOAN DISCLOSURE (IF APPLICABLE)

HOOSE00000468
CFPB-EM-0072307

(SELECT "SIGN" BUTTON AND A DIALOGUE BOX WILL APPEAR)

(CONFIRM INFO AND SEND)

(ONCE DOCUSIGN IS COMPLETE THE LOAN STATUS IN LEADTRAC WILL BE UPDATED TO "CONTRACT SIGNED" AND YOU WILL RECEIVE AN EMAIL
CONFIRMATION THAT THE DOCUSIGN WAS COMPELTED BY THE CLIENT)

(COMPLETE THE COMPLIANCE CALL SCRIPT)

(CHANGE THE LOAN STATUS TO "SUBMIT TO PROCESSING")

(COMPLETE THE LIVE TRANSFER OF CALL TO PROCESSING SCRIPT)

HOOSE00000469
CFPB-EM-0072308

HAND OUT: DO NOT INCLUDE IN LEADTRAC SCRIPT

**WALKING THE CLIENT THROUGH THE FSA ID PROCESS**

Now, to get this process started, I will need to send you an email.  This email will include my contact information along with directions on what we need to do to get this process started.

Do you have access to your email?

(SEND EMAIL "NEW FSA ID INSTRUCTIONS")

WALK CLIENT THROUGH THE STEPS NECESSARY TO CREATE USER ID AND PASSWORD.

WALK CLIENT THROUGH THE STEPS NECESSARY TO OBTAIN AND DOWNLOAD LOANS TO YOU.

SEE BELOW:

OBTAIN New FSA ID

1. Guide client to **www.NSLDS.ed.gov/npas**

2. Tell them to Click "Create an FSA ID"

3. Have them fill out the following information:

   a. Email



HOOSE00000470
CFPB-EM-0072309

    b.   Confirm email (same email)

    c.   Username (6 character min)

    d.   Password must contain:

          i.   8 characters

         ii.   Upper Case

        iii.   Lower Case

        iv.   Numbers

    e.   Confirm password (same password)

    f.   Click "I am 13 years or older"

    g.   Click "Continue"

4.   Client needs to fill out:

    a.   Social Security Number

    b.   Date of Birth

    c.   Full Name

5.   Next screen will require their PIN they previously created.

    a.   If they don't have it, it will take 1-3 days to verify client.

    b.   If PIN is successful, the CL will be asked to verify their information & click Continue

HOOSE00000471

CFPB-EM-0072310

6. They will then be asked to create 5 Challenge Questions

    a. The first 2 will be dropdown questions the clients can pick

    b. The next 2 will require them to create the questions & answers

    c. The final question will be a significant date in their life



7. Client must review information last time & click the "I certify" checkbox at bottom right & click continue.

HOOSE00000472

CFPB-EM-0072311

8. Client will receive an email with a "Secure Code".  They must enter this in the next screen in order for the FSA ID to be immediately active.



HOOSE00000473
CFPB-EM-0072312

**UPLOADING THE LOANS INTO LEADTRAC**

9.  Once the client has completed the setup, proceed to change the status of the file to "CLIENT PORTAL EMAIL" located on the right margin of the

    CRM under the "DOE INTERFACE" SECTION.  By doing so, the client will receive an email with instructions.



10.  Example Email:

**Welcome to Student Loan Resource Center**

Dear TEST TEST:

Thank you for allowing us to assist with your student loan consolidation. We look forward to working with you to improve your financial future. In order to review your current student loan situation, we need you to access the secure web site using the link below. You will need to enter the login information required to access your information on the National Student Loan Data System. Once you provide your information, our web site will retrieve your loan information and present it to you and your consolidation counselor. Your student loan advisor will review the information and help you make the best decision regarding your student loan consolidation needs.

Retrieve Loans for TEST TEST

Thank you,

Jacqueline Nguyen

jacqueline@docprepcenter.com

Page **18** of **20**

HOOSE00000474

CFPB-EM-0072313

11. They will need to click the link "Retrieve Loan for..." in the email.  By doing so it will take them to a Student Assistance Portal.



12. The client will need to scroll through the terms of use and a click the "I Agree" button

13. The client will need to input their FSA Username  and FSA Password

Page **19** of **20**

HOOSE00000475
CFPB-EM-0072314

14. The client will need to click the "Submit" button.  In doing so, the client will receive the following message:

## Thank You!

We have recieved your information and will process it immediately

15. The student loans have been imported and you will be able to view them in the "DEBT" tab located across the bottom of the CRM.



HOOSE00000476
CFPB-EM-0072315