# Summary Judgment Ex. 4l

## Sklar Declaration – Exhibit 12

**LOKI INVESTMENTS INC**
27662 ALISO CREEK RD STE 5202
ALISO VIEJO, CA 92656

1271

16-24/1220 4894

MAy 2. 2018

Pay to the
Order of_____ Anthony Sebreros _____ $ 1,300

ONS thousand three hundred _____ Dollars

Wells Fargo Bank, N.A.
California
wellsfargo.com

AOS DISBORSE.

⑆122000247⑆ 8556⑈ 01271

REQUEST 00000000008041399    1300.00
20180503 000008311299576+
ACCT         8556+
REQUESTOR U194388
23660899  07/03/2020 Research 23761397

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

Confidential

CFPB-EM-0107634



**LOKI INVESTMENTS INC**
27682 ALISO CREEK RD STE 5202
ALISO VIEJO, CA 92656

1286
16-24/1220 4894

6-25-18
Date

Pay to the Order of _Anthony Sebbreros_ $ _773.50_

_Seven hundred seventy three 50/100_ Dollars

Wells Fargo Bank, N.A.
California
wellsfargo.com

For _ADS_

⑈122000247⑈ 8556⑈ 01286

REQUEST 00000000008041399    773.50
20180711 000008518682178+
ACCT          8556+
REQUESTOR U194388
23660899  07/03/2020 Research 23761397

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

Confidential

CFPB-EM-0107673



**LOKI INVESTMENTS INC**
27662 ALISO CREEK RD STE 5202
ALISO VIEJO, CA 92656

1261

16-24/1220 4894

MAY 2, 2018

Pay to the Order of  SALES SPEAK                    $ 1,900⁰⁰

ONE Thousand NINE hundred 00/100 ———— Dollars

Wells Fargo Bank, N.A.
California
wellsfargo.com

For ADS Dispurse /DPC

⑆122000247⑆   8556⑈ 01261



REQUEST 00000000008041399     1900.00
20180503 000008611190874+
ACCT                8556+
REQUESTOR U194388
23660899   07/03/2020 Research 23761397

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

Confidential



REQUEST 00000000008041399    2620.57
20180503 000008611190954+
ACCT            8556+
REQUESTOR U194388
23660899  07/03/2020 Research 23761397

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

**LOKI INVESTMENTS INC**
27662 ALISO CREEK RD STE 5202
ALISO VIEJO, CA 92656

1276

16-24/1220 4894

6-25-18

Date

Pay to the
Order of _Sales Speak_

$ 1,130.50

One thousand one hundred thirty _Dollars_ 50/100    Dollars

Wells Fargo Bank, N.A.
California
wellsfargo.com

For _ADS_

⑆122000247⑆        8556⑈ 01276

CR DITED TO ACCOUNT OF
THIN NAMED PAYEE
OR DEPOSIT ONLY
organ Chase Bank, N.A.

REQUEST 00000000008041399    1130.50
20180628 000008813750269+
ACCT        8556+
REQUESTOR U194388
23660899  07/03/2020 Research 23761397

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

Confidential                    CFPB-EM-0107663