# Summary Judgment Ex. 5

# DECLARATION OF MIKAEL VAN LOON

I, Mikael van Loon, pursuant to 28 U.S.C. § 1746, hereby declare the following:

1. I live in Longmont, Colorado. The following facts are known to me personally and if called as a witness I could and would competently testify to them.

## Background

2. Between 2015 and 2017, Kenneth Lawson and I invested with Thomas Chou and others in a series of companies that offered services to consumers with student loans (the "Student Loan Debt Relief Companies" described below). Lawson and I made those investments through XO Media, LLC, an entity which acted as an investment vehicle. I owned 10% of XO Media, LLC and Lawson owned the remaining 90%.

3. The Student Loan Debt Relief Companies were each structured as a limited partnership, with a corporation acting as the general partner. The entities associated with the businesses were: (1) Docu Prep Center, Inc. and Document Preparation Services, LP, which also did business as Certified Document Center (collectively, "Docu Prep Center"); (2) Certified Doc Prep, Inc. and Certified Doc Prep Services, LP (collectively, "Certified Doc Prep Services"); (3) Assure Direct Services, Inc. and Assure Direct Services, LP (collectively, "Assure Direct Services"); (4) Direct Document Solutions, Inc. and Direct Document Solutions, LP (collectively, "Direct Document Solutions"); and (5) Secure Preparation Services, Inc. and Secure Preparation Services, LP (collectively, "Secure Preparation Services").

4. The Student Loan Debt Relief Companies each had a group of limited partners who received the profits generated by the relevant business. In addition to Chou, Lawson, and me, the limited partnership groups included

Jawad Nesheiwat, Sean Cowell, David Sklar and Robert Hoose. Sklar and Hoose were also the managers of Docu Prep Center, which was the first of the Student Loan Debt Relief Companies to be created.

5.  In around February 2015, Lawson and I began receiving periodic updates by email and through in-person meetings regarding Docu Prep Center.

6.  In around March 2016, I began to work with the managers of the two Student Loan Debt Relief Companies that existed at that point—Docu Prep Center and Certified Doc Prep Services—to improve the companies' accounting and financial reporting functions so that the limited partners could better understand those companies' financial performance. In that role, I asked Docu Prep Center and Certified Doc Prep Services' managers numerous questions regarding their operations and sales and discussed their financial performance with them. I continued working actively in that role until around August 2016. Thereafter, in my capacity as a limited partner, I met periodically with the managers of those two companies and with the managers of the three Student Loan Debt Relief Companies that were later created.

7.  Chou was also the owner of Chou Team Realty, Inc. Chou Team Realty, Inc. was a California corporation that between 2015 and 2018 operated as a mortgage lender and did business as Monster Loans ("Monster Loans"). In around August 2016, Chou hired me to serve as the chief financial officer of Monster Loans. My role as CFO principally involved overseeing and improving the company's reporting and accounting functions. (In 2018, Chou Team Realty, Inc. converted into Chou Team Realty, LLC.)

8.  Soon after I started working as CFO of Monster Loans, Chou gave me additional responsibilities. I acted informally as the chief operating officer of Monster Loans between October and December 2016. In December 2016, I became Monster Loans' CEO. As Monster Loans' CEO, I oversaw the company's mortgage lending activities and managed its employees. I held the

position of CEO until January 2020, when Monster Loans sold substantially all of its assets and ceased operations.

9. Through my role as a limited partner in the Student Loan Debt Relief Companies and the positions I held at Monster Loans, I have knowledge regarding the Student Loan Debt Relief Companies and Monster Loans' interactions with those companies.

10. I first met Jawad Nesheiwat in around 2012 or 2013.

11. Between 2015 and around April 2017, Nesheiwat was Monster Loans' COO and oversaw its sales and marketing.

12. In addition to working at Monster Loans, Nesheiwat was heavily involved in the marketing activities of the Student Loan Debt Relief Companies between 2015 and 2017. For example, Docu Prep Center's managers David Sklar and Robert Hoose appeared to be inexperienced in managing a company and in sales; Nesheiwat oversaw their management of Docu Prep Center and provided them guidance and advice. Nesheiwat also oversaw the relationship between the Student Loan Debt Relief Companies and Automated Mailers, which was the mailing house the Student Loan Debt Relief Companies used to send direct mail. Nesheiwat arranged for the Student Loan Debt Relief Companies to mail on credit through Automated Mailers (i.e., they were able to send mail before paying for it, and then use the sales they made to pay back the mailing house). Nesheiwat also ensured that the Student Loan Debt Relief Companies paid their invoices to Automated Mailers. As further discussed below, Nesheiwat also led the efforts to obtain marketing lists from Experian for the Student Loan Debt Relief Companies.

**The Student Loan Debt Relief Companies' Use of Prescreened Lists**

13. By around mid-2016, I became aware that the Student Loan Debt Relief Companies were using lists of consumers obtained through Monster Loans' account with Experian to send direct mail to consumers marketing the

Student Loan Debt Relief Companies' services. I subsequently learned that such lists are known as "prescreened lists" or "prescreened data".

14. Nesheiwat led the efforts to obtain prescreened lists through Monster Loans' Experian account for the Student Loan Debt Relief Companies. Nesheiwat oversaw purchases of prescreened lists through Monster Loans' Experian account from around early 2016 until around the time of his separation from Monster Loans in April 2017. I consider him to be the architect of the program to provide the Experian prescreened lists to the Student Loan Debt Relief Companies.

15. Attached as Exhibit 1 is a true and correct copy of a September 8, 2016 email from Nesheiwat to Ritesh Singhania, Robert Hoose, and me with the subject line "Marketing Meeting Notes 09/08." Singhania was an employee of Monster Loans who worked in marketing and at that time reported to Nesheiwat. At that time, Hoose was a co-manager of Docu Prep Center. Based on my involvement with the Student Loan Debt Relief Companies, I understand the section of the email regarding "Doc Prep" to refer to the Student Loan Debt Relief Companies, which often referred to themselves as "document preparation" companies. I further understand the following statement to refer to Monster Loans' purchases of prescreened lists for the Student Loan Debt Relief Companies through its Experian account: "Chris [Cole] to work with Experian, Dave Sklar, Jawad [Nesheiwat] and Kendrick [Washington] to continue ordering data for student loan shops."

16. The Student Loan Debt Relief Companies did not offer or extend loans to consumers.

**Business Records**

17. I participated in Monster Loans' response to the pre-suit investigation of Monster Loans by the Bureau of Consumer Financial Protection ("Bureau") and in Monster Loans' response to this lawsuit.

4

18. In June 2018, Monster Loans received a civil investigative demand ("CID") from the Bureau. Thereafter, during 2018 and 2019, Monster Loans produced documents to the Bureau in response to that CID and in response to follow-up CIDs and a voluntary request for documents.

19. In June and July 2020, Monster Loans produced additional documents to the Bureau in response to requests made under the cooperation provisions of the stipulated final judgment and order entered in this matter against Monster Loans on May 14, 2020.

20. Monster Loans' document productions primarily included documents relating to its own business activities.

21. Because Monster Loans' founders Tom Chou, Jawad Nesheiwat, and Sean Cowell were also part owners of the Student Loan Debt Relief Companies, Monster Loans' document productions also included documents relating to the business activities of the Student Loan Debt Relief Companies. Between 2015 and 2017, certain employees of Monster Loans, such as Jawad Nesheiwat and Sean Cowell, conducted business relating to the Student Loan Debt Relief Companies using their Monster Loans email accounts as a regular practice. Certain employees of Monster Loans also regularly discussed the business of both Monster Loans and the Student Loan Debt Relief Companies in the same email, as demonstrated by Jawad Nesheiwat's email in Exhibit 1 discussed above. At times, Monster Loans and the Student Loan Debt Relief Companies also stored their documents, including email, on the same network.

22. By reason of my position at Monster Loans and my role as a limited partner in the Student Loan Debt Relief Companies, I am qualified to certify the authenticity of the records that Monster Loans produced to the Bureau, which had Bates numbers beginning with the letters "ML".

23. The records Monster Loans produced to the Bureau included documents with the following Bates ranges: ML00001146 to -149,

ML00001560, ML00001566, ML0002795 to -797, ML00002916, ML00004210 to -212, ML00004683, ML00007194, ML00007191 to -192, ML00007682 to -683, ML00007720, ML00008462, ML00010347, ML00010350 to -351, ML00010532 to -533, ML00013345, ML00013892, ML00021956 to -957, ML00022221 to -222, ML00022293 to -294, ML00022455 to -458, ML00041652 to -653, ML00041657 to -658, ML00045724, ML00246021 to -022, ML00271054, ML00271613 to -614, ML00284627 to -028, ML00295345 to -346, and ML00333035 to -133.

24. The documents listed in Paragraph 22 are records of regularly conducted activity that were made at or near the time of the occurrence of the matters set forth in the emails by a person with knowledge of those matters.

25. The documents listed in Paragraph 22 were kept in the course of regularly conducted business activity.

26. The documents beginning with Bates numbers ML00022455 and ML00041657 include emails from Tom Chou. At the time of the emails, Chou was the owner and president of Monster Loans and a limited partner of the Student Loan Debt Relief Companies.

27. The documents beginning with Bates numbers ML00010350, ML00007164, ML00016567, ML00001149, ML00295345, ML00007720, ML00007682, ML00007191, ML00010532, ML00001146, ML00004210, ML00271054, ML00022293, ML00002916, ML00013892, ML00271613, ML00284627 include emails from Jawad Nesheiwat. At the time of the emails, Nesheiwat was Monster Loans' COO, was a limited partner of the Student Loan Debt Relief Companies, and was heavily involved in the Student Loan Debt Relief Companies' marketing activities.

28. Nesheiwat continued to regularly use his Monster Loans email account (jawad@monsterloans.com) for a period of time following his

separation from Monster Loans in April 2017, including for business relating to the Student Loan Debt Relief Companies.

29. The documents beginning with Bates numbers ML00045724 and ML00246021 includes emails from Bradley Brigante. At the time of the emails, Brigante was the general counsel of Monster Loans, a limited partner of the Student Loan Debt Relief Companies, and did legal and other work for the Student Loan Debt Relief Companies.

30. The documents beginning with Bates numbers ML00004683, ML00007194 and ML00010347 include emails from Ritesh Singhania. At the time of the emails, Singhania was a Monster Loans marketing employee with responsibilities relating to Monster Loans' Experian account.

31. The documents beginning with Bates numbers ML0000842, ML00001566 and ML00016567 include emails from Bill Abdel. At the time of the emails, Abdel was a marketing manager at both Monster Loans and Docu Prep Center.

32. The documents beginning with Bates numbers ML00001560, ML00022221, ML00041652, ML00010347, ML00021956, ML00010350, ML00295345, ML00007682 and ML00041657 include emails sent from David Sklar. At the time of the emails, Sklar was the co-manager of Docu Prep Center and a limited partner in the other Student Loan Debt Relief Companies. In addition, at the time of the emails in the documents beginning with Bates numbers ML00010347 and ML00010350, Sklar was the manager of a branch of Monster Loans.

33. The document beginning with Bates number ML00002795 was sent from Robert Hoose. At the time of the email, Hoose was a co-manager of Docu Prep Center.

34. The documents beginning with Bates numbers ML00013345 and ML00333035 include emails and an attachment from Anthony Sebreros. At the

time of the email beginning with Bates number ML00013345, Sebreros was the manager of Assure Direct Services. At the time of the email beginning with Bates number ML00333035, Sebreros was the sales manager of Docu Prep Center.

35. The document beginning with Bates number ML00007191 includes emails sent by Max Chou. At the time of the emails, Max Chou was involved in the marketing activities of the Student Loan Debt Relief Companies and was also an employee of Monster Tax Relief, a tax debt relief company whose owners included Nesheiwat, Cowell, and Thomas Chou.

36. The document beginning with Bates number ML00004210 includes emails sent by Mohamed Hegazi, who used the email address mhegazi@eliteaccounting.com. At the time of the emails, Hegazi served as a bookkeeper for both Monster Loans and the Student Loan Debt Relief Companies.

37. The documents beginning with Bates numbers ML00271054 and ML00004210 include emails from Amy Potter, who was an employee of Automated Mailers at the time of the emails.

38. The document beginning with Bates number ML00002916 includes an email from Haithem Abdelfattah, who also used the name Haithem Abdel. At the time of the email, Abdelfattah was the co-manager of Certified Doc Prep Services.

39. The document beginning with Bates number ML00002795 includes an email from Kjell Petridis. At the time of the email, Petridis was the president of L3 Payments, LLL and was working to help Docu Prep Center obtain a merchant account to process credit card transactions.

40. The document beginning with Bates number ML00013892 includes an email from Tera Wray. At the time of the email, Wray was the manager of Direct Document Solutions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2021.

_____
Mikael van Loon

9