# Summary Judgment Ex. 6a

BENEFIT ID#: 137274



Address Change?  Please contact our
Customer Service Department

# Final Notice

Contact: 1-855-246-5493
Assigned Dept. Assure Direct Services
NOTICE DATE: November 18th, 2016





Charles Roley

Daphne, AL

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Charles Roley
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Charles,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $64,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling**.

Please create your Federal Student Aid ID and call by December 9th, 2016 or before your next payment is due: 1-855-246-5493

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID
To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which ADS does not own. FSA ID Creation is a government program which ADS did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-855-246-5493
Monday – Friday 7:00am – 6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-855-246-5493
REFERENCE BENEFIT ID: 137274**

ADS is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

Confidential

CFPB-JN-0093716

BENEFIT ID#: 6869034



Address Change? Please contact our Customer Service Department

# Final Notice

Contact: 1-855-305-9849
Assigned Dept. Assure Direct Services
NOTICE DATE: February 24th, 2017

  109

Mary Wilkens

Alcester, SD

## Student Loan Consolidation & Payment Reduction Program Prepared For:
## Mary Wilkens
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Mary,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $21,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 17th, 2017 or before your next payment is due: 1-855-305-9849

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which ADS does not own. FSA ID Creation is a government program which ADS did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-855-305-9849
Monday – Friday 7:00am – 6:00pm PST

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-855-305-9849**
**REFERENCE BENEFIT ID: 6869034**

ADS is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

000043477

Confidential

CFPB-JN-0093850

BENEFIT ID#: 100098938

Address Change? Please contact our Customer Service Department

# Final Notice

64272**P0008-S0155-B0001******AUTO**5-DIGIT 90027

Sefi Y Edery

Los Angeles CA

Contact: 1-866-701-1670
Assigned Dept. Assure Direct Services
NOTICE DATE: August 18th, 2017
Contact By: September 18th, 2017

## Student Loan Consolidation & Payment Reduction Program Prepared For:

Sefi Y Edery

*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Sefi,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $12,845 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer.

Assure Direct Services
1-866-701-1670
Monday – Friday 7:00am – 6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-866-701-1670**
**REFERENCE BENEFIT ID: 100098938**

ADS is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third party processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

64272

Confidential

CFPB-EM-0109731