# Summary Judgment Ex. 6c

Message

| | |
|---|---|
| **From**: | Anthony Sebreros [asebreros@assuredirectservices.com] |
| **Sent**: | 4/6/2017 10:05:47 AM |
| **To**: | Closers [closers@assuredirectservices.com]; Advisors [advisors@assuredirectservices.com] |
| **Subject**: | Training Issues |
| **Importance**: | High |

Team,

We had a meeting with our backend and there is several issues we have to address.

You are not allowed to tell clients to they can call back and reschedule payments. This is poor salesmanship and just leads to a high amount of cancelations. This also is the reason hold times are so long. The compliance team has been dealing with a much higher than usual demand for payment changes, so please make sure you sell it correctly the first time around.

You cannot tell clients they can call back and split up payments. Again, this is poor salesmanship. It will not be allowed going forward so make sure you are doing it right the first time.

Specifics, DO NOT GET INTO SPECIFICS . You cannot quote someone on interest rates or make up fake numbers about credit scores going up.  Yes, this can increase a credit score and yes, this can get them an interest rate reduction but stay out of quoting specific numbers. This is another reason for high cancelations.

Jimmy will be doing call reviews so please make sure you are not the one he hears pitching this garbage.

Thank you ,


Anthony Sebreros
Manager
http://www.assuredirectservices.com/



**EXHIBIT**

Sebreros Exh  5

ML00013345
CFPB-JN-0063906