# **Summary Judgment Ex. 6d**

**From:** Bill Abdel
**To:** 'Mayela F'; Donald.Contardi@gmail.com; Alexandria Stewart; Amy
**CC:** Anthony Sebreros
**Sent:** 9/18/2017 8:25:21 PM
**Subject:** ADS/DDS/SPS/ASC Mailing 9/25
**Attachments:** ADS Data 9-25.xlsx

Hi Guys –

Attached is the data for student shops. Please split records as evenly as possible by company. I am waiting on ASC to send me their toll-free number I will have it over to you as soon as I have it.

Don – per our convo Friday I will have all data over to you for next week by Friday moving forward.

We would like to use our old creative that included steps to create an FSA ID for ADS, please let me know if that needs to be provided to you. For SPS, DDS and ASC please use last week's creative.

ADS: 35,000 records – (866) 520-6354

SPS: 60,000 records – (866) 509-5054

DDS: 55,000 records – (866) 514-1078

ASC: 40,000 records -

We would also like to test snap packs this week, is it possible to get them in time or do we need to wait for our next drop? If we can, please let me know and I will adjust the above numbers accordingly.

Thanks!

Bill Abdel

Assure Direct Services

Irvine, CA 92618

Direct Line: **949-735-7821**

www.assuredirectservices.com

EXHIBIT
Sebreros Exh 8

CFPB-JN-0094268



***** **Email confidentiality notice** *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

CFPB-JN-0094269