# Summary Judgment Ex. 7a

Official Business
Penalty for Private Use, $300

BENEFIT ID#: 100000

Address Change? Please contact our
Customer Service Department

# Final Notice



Kevon Taylor
Lanham, MD

Contact: 1-877-232-8664
Assigned Dept. Approval Division
NOTICE DATE: April 10, 2015

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Kevon Taylor
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Kevon,

Due to your **student loan balances totaling over $15,000** you are now eligible to receive benefits from a new law that has passed regarding federal student loans including TOTAL FORGIVENESS in some circumstances.

<u>PLEASE NOTE</u>: FEDERAL STUDENT LOAN PROGRAMS MAY CHANGE.

## PLEASE CALL BY MAY 10TH, 2015
## OR BEFORE YOUR NEXT PAYMENT IS DUE: 877-232-8664

| NEW FEDERAL STUDENT LOAN LAW BENEFITS | EASY QUALIFICATION PROCESS |
|---|---|
| ▪ Lower Monthly Payments | ▪ On Adjusted Gross Income And Family Size |
| ▪ Stop Garnishment | ▪ Lower Interest Rates |
| ▪ Forgiveness Programs | ▪ No Minimum Or Maximum Loan Balance |
| ▪ Bring Loans In Default To Good Standing | ▪ Money Back Assurance |

We are a consumer advocacy group. We are not debt collectors. We work on your behalf with the **U.S. Department of Education** to find applicable financial relief programs to make your <u>Federally Insured Student Loans</u> flexible and easy to manage. **New Payments will be based on your current adjusted gross income**, ability to pay, and all financial hardships considered.

**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 877-232-8664**
**REFERENCE BENEFIT ID: 100000**

EXHIBIT
16
7/19/2021  TAC

Confidential

CFPB-JN-0109374

BENEFIT ID#: 2007002



Address Change? Please contact our Customer Service Department

# Final Notice



Misty Pletten

Watertown, SD

Contact: 1-877-269-8404
Assigned Dept. Document Preparation Center
NOTICE DATE: February 11th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Misty Pletten
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Misty,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $28,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by March 4th, 2016 or before your next payment is due: 1-877-269-8404

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

**CREATING YOUR FSA ID**

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DPC does not own. FSA ID Creation is a government program which DPC did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-877-269-8404
Monday – Friday 7:00am – 6:00pm PST

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-269-8404**
**REFERENCE BENEFIT ID: 2007002**

DPC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

Confidential

CFPB-JN-0034906