# Summary Judgment Ex. 7b

BENEFIT ID#: 5558312



Address Change? Please contact our Customer Service Department

# Final Notice

   214

Mayra Zamora
Indio, CA

Contact: 1-844-487-8697
Assigned Dept. Certified Doc Prep
NOTICE DATE: December 16th, 2016

## Student Loan Consolidation & Payment Reduction Program Prepared For:
## Mayra Zamora
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Mayra,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $15,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling**.

Please create your Federal Student Aid ID and call by January 17th, 2017 or before your next payment is due: 1-844-487-8697

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. IMPORTANT: This is a government website which CDP does not own. FSA ID Creation is a government program which CDP did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-844-487-8697
Monday – Friday 7:00am – 6:00pm PST



EXHIBIT 17

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-844-487-8697
REFERENCE BENEFIT ID: 5558312**

CDP is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

Confidential

CFPB-JN-0093757

BENEFIT ID#: 137274



Address Change? Please contact our
Customer Service Department

## Final Notice

Contact: 1-855-246-5493
Assigned Dept. Assure Direct Services
NOTICE DATE: November 18th, 2016



Charles Roley

Daphne, AL

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Charles Roley
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Charles,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $64,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by December 9th, 2016 or before your next payment is due: 1-855-246-5493

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which ADS does not own. FSA ID Creation is a government program which ADS did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-855-246-5493
Monday – Friday 7:00am – 6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-855-246-5493
REFERENCE BENEFIT ID: 137274**

ADS is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

Confidential

CFPB-JN-0093716

BENEFIT ID#: 300150314

Address Change?  Please contact our
Customer Service Department

# Final Notice


21944**P0023-S0659-B0001******AUTO**5-DIGIT 95661
Gabriel M Sorenson

Roseville CA

Contact: 1-866-701-0952
Assigned Dept. Direct Document Solutions
NOTICE DATE: August 18th, 2017
Contact By: September 18th, 2017

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Gabriel M Sorenson
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Gabriel,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $53,596 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

**No other calls or notices will be sent to you in regards to this offer.**

Direct Document Solutions
1-866-701-0952
Monday – Friday 7:00am – 6:00pm PST

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-866-701-0952
REFERENCE BENEFIT ID: 300150314**

DDS is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third party processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

21944

Confidential

CFPB-JN-0109727

BENEFIT ID#: 200155513

Address Change? Please contact our Customer Service Department

# Final Notice

14457**P0014-S0409-B0001*******AUTO**5-DIGIT 92240

Irene G Leal

Dsrt Hot Spgs CA

Contact: 1-866-701-1663
Assigned Dept. Secure Preparation Services
NOTICE DATE: August 18th, 2017
Contact By: September 18th, 2017

## Student Loan Consolidation & Payment Reduction Program Prepared For:

Irene G Leal

*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Irene,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $21,164 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

**No other calls or notices will be sent to you in regards to this offer.**

Secure Preparation Services
1-866-701-1663
Monday – Friday 7:00am – 6:00pm PST



## CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-866-701-1663
## REFERENCE BENEFIT ID: 200155513

SPS is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third party processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

14457

Confidential

CFPB-JN-0109734