# Summary Judgment Ex. 8a

**From:** Eddie Martinez [emartinez4242@gmail.com]
**Sent:** Wednesday, November 04, 2015 2:38 PM
**To:** christopher queen
**Subject:** Re: [FWD: DebtPayPro - DebtPayGateway Introduction]
**Attachments:** 20151104143850.pdf

Here you go let me know if you need anything else

On Tue, Nov 3, 2015 at 4:53 PM, christopher queen<chris@debtpaygateway.com> wrote:
> Eddie,
>
> Thank you for the additional documentation. Please add the detailed description of your work process to the proper page on the compliance doc and resend to me.
>
> I'll let you know when the packet is sent to the underwriting partner, he may contact you with any questions.
>
> Sincerely,
>
> Christopher Queen
>
>
> Sent from my iPhone
>
> On Nov 3, 2015, at 2:59 PM, Eddie Martinez <emartinez4242@gmail.com> wrote:
>
>> Chris,
>>
>> Once we prepare the docs we send them to the client to sign and submit themselves. I have attached the other missing items. We at Docs Done Right do not have a marketing piece as we service Front End Affiliates I have attached the documents from our first Affiliate to join us DocuPrep Center. If you have any questions feel free to give me a call
>>
>> (714) 222-1219
>>
>> Thank you
>>
>> On Mon, Nov 2, 2015 at 8:31 PM, christopher queen<chris@debtpaygateway.com> wrote:
>>> Eddie,
>>>
>>> Thank you for sending this in to us. There're a few things missing from your application:
>>>
>>> - Detailed explanation of your services. What do you do after the documents are prepared? Does the client sign off on the doc.s? Etc.
>>> - Copy of your consumer agreement
>>> - Do yo have any marketing materials at all other than your website? If so please send samples of each.
>>> - Copy of sales script.
>>>
>>> Sincerely,
>>>
>>> **Christopher Queen**
>>>
>>> DebtPayGateway, inc.
>>>
>>> Phone: (877) 800-5577 x 101
>>> Fax: (800) 694-3530
>>> chris@debtpaygateway.com
>>>
>>> ---
>>>
>>> **From:** Eddie Martinez <emartinez4242@gmail.com>
>>> **Date:** Monday, November 2, 2015 at 4:08 PM
>>> **To:** christopher queen <chris@debtpaygateway.com>, <emartinez@docsdoneright.net>
>>> **Subject:** Re: [FWD: DebtPayPro - DebtPayGateway Introduction]
>>>
>>> Hi Chris, I have signed and attached the Debt Pay Gateway application
>>>
>>> Please feel free to follow up with me with any questions at (714)222-1219
>>>
>>> Thank You,

**EXHIBIT 20**
01/22/2021 CSR # 13744

Ed Martinez
Docs Done Right

On Wed, Oct 28, 2015 at 11:47 AM, <sean@inqfish.com> wrote:
> kking@debtpaypro.com

>> -------- Original Message --------
>> Subject: DebtPayPro - DebtPayGateway Introduction
>> From: kking@debtpaypro.com
>> Date: Mon, October 26, 2015 11:39 am
>> To: sean@inqfish.com
>> Cc: andrew@britewest.com, chris@debtpaygateway.com
>>
>> Hi Sean & Andrew,
>> It was a pleasure speaking with you today.
>> As requested, I would like to introduce you to Chris Queen, President of DebtPayGateway. As I mentioned, DebtPayGatway is our proprietary ACH processor with integrated custodial / escrow account. Chris will gladly walk you through the service offerings with DebtPayGatway and the application process required to getting started. You are in great hands with Chris and as always, I am only a phone call or email away.
>> I have also provided Chris Queen's Information below for your records:
>> **Christopher Queen**
>> Office: 877-800-5577
>> Fax: 800-694-3530
>> chris@debtpaygateway.com">chris@debtpaygateway.com
>> Thank you you again for your time today, we look forward to working with you.
>> Kind Regards,
>> **Kenton King**
>> Software Sales Specialist
>> Direct: 877-800-5577 x112
>> kking@debtpaypro.com
>>
>> DebtPayPro

<20151103175941.pdf>



## Compliance Worksheet – Company

Name of Company or Legal Entity Name: __Docs Done Right__

Please provide a detailed description of how your Company operates including marketing, service provided fees charged and when they are charged in relation to the student loan being submitted, consolidated and first payment made on the consolidated loan:

Fees are charged once Document preparation services have been provided. Once we prepare the documents we send them to the client to sign and submit themselves. We at Docs done Right do not have a marketing piece as we service front end affiliates. The normal fee for Document preparation is $799 if done in payments or $699 if paid in one lump sum. Our fee is not based on the result of the document preparation. Our fee is for Document Preparation only.

DebtPayGateway, Inc. 120 Birmingham Dr, Suite 120F, Cardiff, CA 92007
Phone: (877) 800-5577 Fax: (800) 694-3530
Email:clients@debtpaygateway.com

Document Request 3

CFPB-EM-0001866

000137