# Summary Judgment Ex. 13g

# EXHIBIT G

**Message**

| | |
|---|---|
| **From:** | tom@tomchou.com [tom@tomchou.com] |
| **Sent:** | 5/18/2015 7:30:40 PM |
| **To:** | Dave Sklar [dsklar@DocuPrepCenter.com]; ken@kenlawson.com; mvl@webquest.net |
| **CC:** | Sean Cowell [sean@monsterloans.com]; Jawad Nesheiwat [jawad@monsterloans.com]; rhoose@docuprepcenter.com |
| **Subject:** | RE: DocuPrep Center Update |

Thanks for the update David.
Do you have any additional information about the potential ban on advance fees that might extend the time frame that we get payment? If there is a delay in being paid, how do you anticipate it slowing growth toward that 1000 deal/mo mark?

I'm concerned, because I really want to go to Vegas. :-)

Let us know your thoughts on this. Thanks and great job.

Tom

> -------- Original Message --------
> Subject: DocuPrep Center Update
> From: Dave Sklar <dsklar@DocuPrepCenter.com>
> Date: Mon, May 18, 2015 3:49 pm
> To: "ken@kenlawson.com" <ken@kenlawson.com>, "mvl@webquest.net"
> <mvl@webquest.net>
> Cc: "tom@tomchou.com" <tom@tomchou.com>, "sean@monsterloans.com"
> <sean@monsterloans.com>, "jawad@monsterloans.com"
> <jawad@monsterloans.com>
>
>
> Good afternoon gentleman,
>
> I wanted to give you both a brief update from DocuPrep Center. We mentioned in our meeting on the 6th the Dept. of Education would be changing the way consumers were able to access their student loan information. I am very pleased to inform you it took roughly 5 hours before we had everybody on track with these new systems. The Dept. of Education has changed from a 4 digit pin # to a username and password. Consumers are now required to change to this new system to retrieve their student loan information. We agree that this process actually builds credibility and adds value to the business although It adds roughly 10 minutes each call. We have the client log in to the student debt portal and we walk them through the process over the phone.
>
> Since the 11th of May, it has been business as usual. When we met on May 6th we had a total of 10 advisors and today we have 18! We expect to have the sales floor completely full within the next 4 to 6 weeks! This is exciting guys! April's number of total submissions was 182. This month we have a goal of 320 which we feel confident we will hit. We have also taken control over hiring and training. Tera and Haitham whom you may have met on the 6th are involved in our recruiting and hiring process, and I must say they are doing a fantastic job. We are excited about the direction DocuPrep Center is heading and look forward to continual growth and are always open minded to any suggestions as to how we can improve upon what we have built thus far. We appreciate you making the trek down to meet with us and are looking forward to the 1000 deal Las Vegas celebration :) LOL

CONFIDENTIAL

David Sklar
**Chief Executive Officer**
DocuPrep Center
3 Whatney, Suite 100, Irvine, CA, 92618
Toll free: (877) 231-7606 ext 1016
Direct: (949) 449-1099
Fax: (949) -449-1104



*Order your **free copy** of our 16-page booklet with extensive information on how you can dramatically reduce or even eliminate your student loan payments and debts through various government loan consolidation programs. We can help you navigate through the confusion and ensure you get the program that suits your needs and financial situation.

    

http://docuprepcenter.com
http://www.afslr.org/dpc/