# Summary Judgment Ex. 15

DAVID C. HOLT, ESQ. (SBN 137951)
THE HOLT LAW FIRM
1432 Edinger Ave., Suite 130
Tustin, CA  92780
Telephone No. (714) 730-3999
Facsimile No. (714) 665-3991

Attorney for Defendant
DOCS DONE RIGHT, INC., DOCS DONE RIGHT, LP, EDUARDO "ED" MARTINEZ, DAVID SKLAR AND LEND TECH LOANS, INC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, | Case No.: **8:20-CV-00043-JVS-ADS** |
| Plaintiff, | **RESPONSE OF DEFENDANT LEND TECH LOANS, INC. TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |
| vs. | |
| Chou Team Realty, LLC f/k/a Chou Team Realty, Inc., d/b/a/ Monster Loans, d/b/a MonsterLoans; Lend Tech Loans, Inc.; Docu Prep Center, Inc., d/b/a DocuPrep Center, d/b/a Certified Document Center; Document Preparation Services, LP, d/b/a DocuPrep Center, d/b/a Certified Document Center; Certified Doc Prep, Inc.; Certified Doc Prep Services, LP; Assure Direct Services, Inc.; Assure Direct Services, LP; Direct Document Solutions, Inc.; Direct Document Solutions, LP; Secure Preparation Services, Inc.; Secure Preparation Services, LP; Docs Done Right, Inc.; Docs Done Right, LP; Bilal Abdelfattah, a/k/a Belal Abdelfattah, a/k/a Bill Abdel; Robert Hoose; Eduardo "Ed" Martinez; Jawad Nesheiwat; Frank Anthony Sebreros; and David Sklar, | Complaint filed:  January 9, 2020 |
| Defendants. | |

**PROPOUNDED BY**:         Plaintiff BUREAU OF CONSUMER FINANCIAL PROTECTION

-1-
**RESPONSE OF DEFENDANT LEND TECH LOANS, INC.
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

2017, including, without limitation, brokering mortgage loans.

**RESPONSE TO INTERROGATORY NO. 3:**

Objection. This interrogatory is vague and ambiguous and violates Federal Rules of Civil Procedure Rule 33. Without waiving these objections, responding party responds as follows: Responding party is unaware of such information.

**INTERROGATORY NO. 4:**

State the number of mortgage loans that Lend Tech has brokered each year since 2017, and for each mortgage loan Lend Tech brokered, Identify the Person who received the mortgage loan.

**RESPONSE TO INTERROGATORY NO. 4:**

Objection. This interrogatory is vague and ambiguous and violates Federal Rules of Civil Procedure Rule 33. Without waiving these objections, responding party responds as follows: None.

**INTERROGATORY NO. 5:**

To the extent not already provided, Identify all other Persons who have received any product or service from Lend Tech, and state the product or service each Person received from Lend Tech.

**RESPONSE TO INTERROGATORY NO. 5:**

Objection. This interrogatory is vague and ambiguous and violates Federal Rules of Civil Procedure Rule 33. Without waiving these objections, responding party responds as follows: Responding party is unaware of such information.

**INTERROGATORY NO. 6:**

Provide the date of each of Lend Tech's purchases of Prescreened Consumer Reports from Experian.

**RESPONSE TO INTERROGATORY NO. 6:**

Objection. This interrogatory is vague and ambiguous and violates Federal Rules of Civil Procedure Rule 33. Without waiving these objections, responding party responds as follows: Responding party is unaware of such information.

**INTERROGATORY NO. 7:**

Describe the purpose(s) for which Lend Tech has purchased Prescreened Consumer Reports from Experian.

**RESPONSE OF DEFENDANT LEND TECH LOANS, INC.
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

# VERIFICATION

I, the undersigned, certify, and declare that I have read **RESPONSE OF DEFENDANT LEND TECH LOANS, INC. TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**. I am authorized representative for Defendant in this matter. The information contained in the response are true of my own personal knowledge except as to those which are stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 21, 2020 at Placentia, California.

_____
Sergio Loza