# **<u>Summary Judgment Ex. 16</u>**

# UNITED STATES OF AMERICA
## BEFORE THE CONSUMER FINANCIAL PROTECTION BUREAU

**CIVIL INVESTIGATIVE DEMAND
SERVED ON EXPERIAN HOLDINGS, INC.
ON DECEMBER 19, 2018**

EXPERIAN HOLDINGS, INC.'S
RESPONSE TO INTERROGATORY NO. 2

Dated: February 8, 2019

**JONES DAY**
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:      +1.949.851.3939
Facsimile:      +1.949.553.7539

Confidential

CFPB-JN-0085670

**INTERROGATORY NO. 2**

Identify and describe each product or service that Experian has provided to Monster Loans, including the date range during which Experian provided the product or service and, if applicable, the reason(s) Experian ceased providing the product or service.

**RESPONSE**

Experian's records show that Chou Team Realty, Inc.[1] d/b/a Monster Loans ("hereafter, "Monster Loans") established an account with Experian Information Solutions, Inc., to purchase prescreen credit reports.  Monster Loans was assigned a Company Code of 551416.  Within that account, Monster Loans was assigned two subcodes: 1390007 and 1900828.

Monster Loans purchased batch prescreen credit reports under subcode 1390007 between October 2016 and May 2017, and purchased prescreen credit reports on the iScreen web platform under subcode 1900828 between December 2015 and December 2017.  Due to a billing dispute in which Monster Loans refused to pay upload fees charged on a December 2017 invoice, Experian suspended both accounts, placing the batch prescreen account on an accounting hold on or about May 1, 2018, and placing the iScreen account in "delete" status on or about July 23, 2018.

---

[1] While the CID alleges that Chou Team Realty, Inc. was later known as Chou Team Realty, LLC, Experian has no record of Chou Team Realty, LLC establishing an account separate from that established by Chou Team Realty, Inc.

Confidential

CFPB-JN-0085671