# Summary Judgment Ex. 17

# DECLARATION OF DAVID M. SKANDERSON, PH.D

I, David M. Skanderson, Ph.D, pursuant to 28 U.S.C. § 1746, hereby declare the following:

1. The following facts are known to me personally and if called as a witness I could and would competently testify to them.

2. I am currently a Vice President at Charles River Associates, an economic consulting firm headquartered in Boston, Massachusetts. I specialize in economic and data analysis, and have significant experience in credit data analysis, credit scoring models, and the techniques behind the development of credit scoring models.

3. I have been retained and designated by the Bureau of Consumer Financial Protection as an expert on consumer credit scoring models and consumer credit analysis in connection with the matter *Bureau of Consumer Financial Protection v. Chou Team Realty, LLC et al.*, No. 8:20-cv-00043-SB-ADS, in the U.S. District Court for the Central District of California.

4. Attached and incorporated herein by this reference as Exhibit A is a true and correct copy of a written report that I prepared for this matter containing certain of my opinions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2021.

David M. Skanderson, Ph.D

---

DECLARATION OF DAVID M. SKANDERSON, PH.D

1