# Summary Judgment Ex. 18a

# Glaze Declaration - Exhibit 1

# Membership Application



**Experian Information Solutions Division**

**Important: All information must be completed in its entirety.** Please print clearly and legibly to ensure accurate and timely processing.

## Business Information

Legal Name (under which tax returns are filed): __Chou Team Realty, INC. dba Monster Loans__

DBA or Assumed Name: __Monster Loans__   Type of Business: __Mortgage Lender__

Time in Business: __12__ yrs _____ mos.   Annual Revenue: __500,000.00__   Estimated # of Credit Reports Accessed Monthly: __400__

Type of Ownership:   ☒ Corporation   ☐ LLC   ☐ Sole Proprietorship   ☐ Partnership   ☐ Nonprofit   ☐ Other _____

Business License (attach as necessary)   Do you have an **Investigation License**?   ☐ Yes   ☒ No   If Yes, please provide a copy

Business Website: __www.monsterloans.com__   Business Email Address: __jawad@monsterloans.com__

Number of Owners and percentage ownership (if publicly traded, provide exchange name and stock symbol): __1__

Owners' Name, title, address and phone numbers: __Thomas Chou  President  3 whatney suite 200  Irvine, CA 92618__

Will you be using a third party or technology partner to access? If yes, please provide that party's name: __no__

Business Physical Address (**no P.O. box numbers**): __3 Whatney suite 200__

City: __Irvine__   State: __CA__   ZIP: __92618__   How Long? __12__ yrs _____ mos.

Primary Phone: __949-268-9742__   Fax: (__949__) __268-9806__   Is this a **residential** address?   ☐ Yes   ☒ No

Contact for Physical Inspection: _   Phone Number: (__949__) __268-9706__   Title: __Director of Operations__

**Billing Address** (if different): __SAME__   City: _____   State: ___   ZIP: _____

Billing Contact: __Jawad Nesheiwat__   Title: __Director of Operations__   Phone: (__949__) __268-9806__

Previous Business Address: __N/A__

City: _____   State: ___   ZIP: _____   How Long? _____ yrs _____ mos.

Have you previously applied or have been an Experian Member?   ☐ Yes   ☒ No   If Yes, when? _____

Under what business name? _____   Previous Member number (if known): _____

## Principal of the Company

(Must be completed by majority owner or general partner, as applicable)

(Must be completed unless the business is a publicly traded entity on a recognized stock exchange or the business is a state or federally regulated financial institution). Please provide exchange name and stock symbol or charter number and name of regulatory agency: _____

I understand I am providing written instructions to Experian under the Fair Credit Reporting Act authorizing Experian to obtain my credit report. I authorize Experian to obtain this information solely to process this application.

Principal signature: _____   Date: __6/22/2015__   Social Security Number: __████-6288__   Year of Birth: __1970__

Principal name: __Thomas Chou__   Title or Position: __President__   Phone: (__949__) __452-9320__

Residential Address: __████████__   City: __Santa Ana__   State: __CA__   ZIP: __████__

## Parent or Affiliated Business Information

Parent Company Name (if applicable): __N/A__

Contact Name: _____   Title: _____   Phone: (    ) _____

Address: _____   City: _____   State: ___   ZIP: _____

## Permissible Purpose/Appropriate Use

(Application will not be processed unless this information is provided.)

Provide detailed description of your use of Experian products and consumer data. Also, describe the nature of your business interaction with consumers.

__Monster Loans will be using Experian products and consumer data to select specific demographic information that will be used for marketing purposes. Monster Loans will also be using Experian products and consumer data to prescreen consumers to make a firm offer of credit.__

YAR
7-31-15

## Head Designate for Internet Access

Full Name & Title: Bilal Abdelfattahl                         Email Address: babdel@monsterloans.com

Phone Number   (949) -2689706

User ID - First Choice (minimum 6 characters)    babdel

User ID - Second Choice (minimum 6 characters)   bilala

Organization Static IP Address(es)    24.249.246.66

**Head Designate Certificate.** If access to Experian services will occur via the Internet, Company agrees to identify an individual (the "Head Security Designate") that will act on behalf of Company for the purpose of submitting all requests to create, change or lock designate and/or end user access accounts and permissions to Experian systems and information via the Internet. For purposes of assigning a Head Security Designate, an agent is the same as the Company. Company certifies that the designate(s) is an authorized representative of Company's business and will be available to interact with Experian on information and product access matters, in accordance with the Access Security Requirement for FCRA and GLB 5A Data ("Guidelines"). Company acknowledges that the Guidelines may be updated from time to time by Experian and will be communicated to Company in writing. Company acknowledges and agrees that Company (a) has received a copy of the Guidelines, (b) has read and understands Company's obligations described in the Guidelines, (c) will communicate the contents of the Guidelines, and any subsequent updates thereto, to all employees that shall have access to Experian Services via the Internet, and (d) will abide by the provisions of the Guidelines when accessing Experian data via the Internet. Changes in Head Security Designate status (e.g., transfer or termination) are to be reported to Experian immediately.

As a client of Experian's products and services over the Internet, I hereby submit the above individual as the Head Designate of my organization, by signing below.

## Pay by Credit Card

Complete the following information if you prefer membership fees and/or monthly invoice amounts to be charged against a credit card.

Please bill:  ☒ Physical Inspection Fee **(Non-refundable)**   ☐ Membership Fee   ☐ Security Deposit (if required)   ☐ Monthly Invoice

Credit card type:  ☒ VISA    ☐ MasterCard    ☐ Discover    ☐ American Express

Card Number: _____-3334    Expiration Date: 12/17    Name on Credit Card: Thomas Chou

Billing Address: 3 Whatney Suite 200    City: Irvine    State: CA    ZIP: 92618

## Authorization for Direct Debit

Please bill my:  ☐ Membership Fee   ☐ Security Deposit (if required)   ☐ Monthly Invoice

ABA/Routing Number: _____                Bank Account Number: _____

Banking Institution Name: _____           E-mail Address: _____

This authorization shall remain in effect until such time that Experian is notified to change the payment option.

Cancellation of this authorization agreement requires that Experian be notified in writing, 30 days in advance of the cancellation.

Invoices and statements will be mailed monthly for your records.

---

If this application involves Company's use of consumer credit products then the following shall apply:

I have read and understand the "FCRA Requirements" notice and Experian's "Access Security Requirements For FCRA and GLB 5A Data" and will take all reasonable measures to enforce them within my facility. I certify that I will use the Experian product information for no other purpose other than what is stated in the Permissible Purpose/Appropriate Use section on this application and for the type of business listed on this application. I will not sell the report to any consumer directly or indirectly. I understand that if my system is used improperly by Company personnel, or if my access codes are made available to any unauthorized personnel due to carelessness on the part of any employee of my company, I may be held responsible for financial losses, fees, or monetary charges that may be incurred and that my access privilege may be terminated.

**Important Tax Notice**
If Company is exempt from sales tax in any of the states where the information is delivered to you or accessed by you, please send Experian a completed and signed sales tax exemption certificate for each of those states.

I certify that I have read the above statements and all information provided is accurate.

Chou Team Realty, Inc.                        Monster Loans
Legal Company Name                           DBA Name (If Applicable)

X _____                 6/22/2015
Authorized Signature                         Date

Jawad Nesheiwat                              Director of Operations
Type or Print Name of Authorized Signer      Title

If you have questions or need additional information, please call 1-800-831-5614.                  Revised 02/08

CONFIDENTIAL                                                                                 EXP000089
CFPB-JN-0055518