# Summary Judgment Ex. 20

## DECLARATION OF SUSAN MOSER

I, Susan Moser, declare as follows:

1. I am a Senior Marketing, Product & Communications Specialist for Experian Marketing Services located in Schaumberg, Illinois, a role I have held since April 2016. I have worked for Experian in various roles since January 2005. I am authorized to make this declaration on behalf of Experian Holdings, Inc. Based on my experience at Experian, I am familiar with Experian's iScreen product, including Experian's records related to its clients' use of that product and the internal codes Experian uses in those records. The facts set forth in this declaration are based upon my personal knowledge and information available to me in the above referenced capacity, and if I were called upon to testify to them, I could and would do so.

2. I have reviewed the spreadsheet previously produced by Experian to the Consumer Financial Protection Bureau bates labelled EXP610. This document is a record of orders placed by Lend Tech Loans through Experian's iScreen product.

3. The document includes various columns, including a column titled "ORDER_STATUS_CD" listing the codes "D," "B," and "E." These codes have the following meanings:

- D – Indicates that Lend Tech made this order and downloaded the ordered data, but that Experian has not yet billed Lend Tech for the order.
- B – Indicates that Lend Tech made this order, downloaded the ordered data, and that Experian has billed Lend Tech for the associated order.
- E – Indicates that Lend Tech made this order but never downloaded the ordered data.

4. Another column in the document is titled "ORDERED_PIN_CT," and includes various numbers. The number in the "ORDERED_PIN_CT" column represents the number of prescreened reports that Lend Tech requested per the associated order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2021, in Schaumberg, Illinois.

*Susan Moser*
Susan Moser

3/12/21

2