# Summary Judgment Ex. 21

## DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY
### Pursuant to 28 U.S.C. § 1746

I, _Peter Henke_____, pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by _Experian Information Solutions, Inc._ as _Director of Membership_ and by reason of my position am authorized and qualified to certify the authenticity of the records produced by Experian Holdings, Inc. and submitted with this Declaration.

2. The documents produced and submitted with this Declaration by Experian Holdings, Inc. are true copies of records of regularly conducted activity that were:

    a. made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b. kept in the course of the regularly conducted business activity; and

    c. made by the regularly conducted business activity as a regular practice.

I certify under penalty of perjury that the foregoing is true and correct. Executed on 3/22/2019_____.

_____
Signature