# Summary Judgment Ex. 22

*Revised For Use Starting 5/1/2018*

## DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY
### Pursuant to 28 U.S.C. § 1746

I, __Alexander Klarow__, pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by __Automated Mailers__ as __President__ and by reason of my position am authorized and qualified to certify the authenticity of the records produced by Automated Mailers and submitted with this Declaration.

2. The documents produced and submitted with this Declaration by Automated Mailers are true copies of records of regularly conducted activity that were:

    a. made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b. kept in the course of the regularly conducted business activity; and

    c. made by the regularly conducted business activity as a regular practice.

I certify under penalty of perjury that the foregoing is true and correct. Executed on __3-5-19__.

_____
Signature