# Summary Judgment Ex. 24

## DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY
### Pursuant to 28 U.S.C. § 1746

I, _Stephen Chaya_, pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by _AMS_ as _V. President_ and by reason of my position am authorized and qualified to certify the authenticity of the records produced by Account Management Systems, LLC (f/k/a Reliant Account Management) ("AMS") in response to the June 8, 2020 subpoena served on AMS by the Bureau of Consumer Financial Protection.

2. The documents produced in response to the Bureau's June 8, 2020 subpoena by AMS are true copies of records of regularly conducted activity that were:

    a. made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b. kept in the course of the regularly conducted business activity; and

    c. made by the regularly conducted business activity as a regular practice.

I certify under penalty of perjury that the foregoing is true and correct. Executed on _December 4_, 2020.

_____
Signature