# Summary Judgment Ex. 25

COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Chou Team Realty, LLC et al.,<br><br>　　　　Defendants. | Case No.: 8-20-cv-00043-SB-ADS<br><br>**DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT NESHEIWAT** |

　　　　I, Mansour Heidari, pursuant to 28 U.S.C. § 1746, hereby state and declare that I have personal knowledge of the facts as set forth below. If called as a witness, I could and would testify as follows.

　　　　1.　　I am a citizen of the United States and am over eighteen (18) years of age. I am an employee of the Bureau of Consumer Financial Protection ("Bureau"). I am a forensic accountant working in the Office of Enforcement within the Bureau in Washington, D.C. I am also a Certified Public Accountant and Certified Fraud Examiner. As an employee with the Bureau, my current

1 duties include conducting financial and data analysis in support of
2 investigations and to be used as evidence in litigation. I have been an employee
3 of the Bureau since November 6, 2011.

2. I am assigned to work on the Bureau's investigation and litigation involving the defendants in the above captioned case.

3. The Bureau brought suit against several defendants, including several student loan debt relief businesses, each of which was composed of a corporation and an associated limited partnership: (1) Docu Prep Center, Inc. and Document Preparation Services, LP (collectively "Docu Prep Center"); (2) Certified Doc Prep, Inc. and Certified Doc Prep Services, LP (collectively, "Certified Doc Prep Services"); (3) Assure Direct Services, Inc. and Assure Direct Services, LP (collectively, "Assure Direct Services"); (4) Direct Document Solutions, Inc. and Direct Document Solutions, LP (collectively, "Direct Document Solutions"); (5) Secure Preparation Services, Inc. and Secure Preparation Services, LP (collectively, "Secure Preparation Services"); and (6) Docs Done Right, Inc. and Docs Done Right, LP ("Docs Done Right") .

4. I refer to Docu Prep Center, Certified Doc Prep Services, Assure Direct Services, Direct Document Services, and Secure Preparation Services in this declaration collectively as the "SLDR Companies."

<b>Basis for Analysis</b>

5. The following reflects calculations that I have performed based on three sources of records relating to transactions with consumers by the SLDR Companies: (1) records from Account Management Systems, LLC (f/k/a Reliant Account Management) ("RAM"); (2) records from Debt Pay Gateway, Inc. ("Debt Pay Gateway"); and (3) records produced by Docs Done Right.

6. To perform these calculations, I relied on the following documents:

a. CFPB-JN-0108425, -027, -029 – Produced by RAM in response to Document Request Nos. 5, 6, and 7 of Plaintiff's June 8, 2020 subpoena, identifying certain information for Docu Prep Center customers who paid by ACH between June 2015 and January 2016, including the customer's name, the date on which the customer enrolled, the amount of fees the consumer paid, the amount of any refund the consumer received, the date(s) on which the customer paid fees to RAM, and the date(s) on which RAM disbursed the customer's fees to Docu Prep Center.

b. CFPB-JN-0002716, -0010992, and -0086573 – Produced by Debt Pay Gateway in response to Written Report Request Nos. 1 and 2 of Plaintiff's November 21, 2017 Civil Investigative Demand, identifying certain information for customers of the SLDR Companies who paid by ACH between December 2015 and January 2018, including the customer's name, the date on which the customer enrolled, the amount of fees the consumer paid, the amount of any refund the consumer received, the date(s) on which the customer paid fees to Debt Pay Gateway, and the date(s) on which the Debt Pay Gateway disbursed the customer's fees to the SLDR Companies and Docs Done Right. At times in the Debt Pay Gateway records, Docu Prep Center is referred to by its d/b/a Certified Document Center.

c. CFPB-JN-0123127, -128, -129, -130 – Produced by Docs Done Right in response to Document Request Nos. 1 and 2 of Plaintiff's First Request for Production of Documents, identifying certain information for customers of the SLDR Companies who paid by credit card between January 2016 and January 2018, including the

customer's name, the date on which the customer enrolled, the amount of fees the consumer paid, the amount of any refund the consumer received, and the date(s) on which the customer paid fees.

7. I performed these calculations primarily in Microsoft Excel.

**Analysis re Total Fees**

8. The RAM records show that RAM acted as a payment processor for Docu Prep Center for ACH transactions. The RAM records demonstrate that, after netting out refunds, Docu Prep Center charged consumers a total of $1,501,027 in fees between June 2015 and January 2016. (By netting out refunds, I mean that I reduced the total amount charged by the refunds purportedly sent to consumers as reflected in the RAM records.)

9. When calculating the net amount that Docu Prep Center charged consumers with RAM's assistance, I used Excel to filter the data in CFPB-JN-0108427. I used a field called "NAMEONACCOUNT," which referred to the name of the individual or entity whose bank account was at issue in a particular transfer. I filtered to include transfers that were to or from consumers' bank accounts (and to exclude transfers that were to or from the bank accounts of Docu Prep Center, RAM, and other entities). I then summed payments from consumers' accounts and subtracted refunds to consumers' accounts, yielding the net amount that Docu Prep Center charged consumers.

10. The Debt Pay Gateway records show that Debt Pay Gateway acted as a payment processor for the SLDR Companies for ACH transactions. The Debt Pay Gateway records demonstrate that, after netting out refunds, the SLDR Companies charged consumers a total of $15,447,640 in fees between December 2015 and January 2018.

11. The Debt Pay Gateway records further show that Debt Pay Gateway transferred most of those fees to the SLDR Companies, and transferred the remainder to Docs Done Right. Of the net total of $15,447,640 in fees, Debt Pay Gateway transferred $13,413,916 to the SLDR Companies and $2,033,725 to Docs Done Right.

12. When calculating the net amounts that the SLDR Companies charged to consumers with Debt Pay Gateway's assistance, I used Excel to filter the data in CFPB-JN-0010992. First, I filtered the data to show transfers involving the bank accounts of the SLDR Companies and Docs Done Right using the "name_on_account" field. Second, using definitions provided by Debt Pay Gateway in CFPB-JN-0086573, I filtered the transaction type field ("trans_type") to identify (a) fees Debt Pay Gateway paid to the SLDR Companies and Docs Done Right and (b) fees Debt Pay Gateway charged to the SLDR Companies and Docs Done Right for consumers who were issued a refund. I then summed the fees paid to SLDR Companies and Docs Done Right and subtracted the fees they refunded.

13. The Docs Done Right records show payments made by credit card to the SLDR Companies. In total, after netting out refunds, the Student Loans Debt Relief Companies received $2,751,202 in fees paid by credit card from consumers between January 2016 and January 2018.

14. When calculating the net amounts the SLDR Companies received in credit card transactions, I used (1) CFPB-EM-0123129, which reflected credit card payments, (2) CFPB-EM-0123130, which reflected refunds, and (3) CFPB-EM-0123128, which reflected chargebacks. In each file, I filtered the "Company" field to include only the SLDR Companies. (The data also included credit card transactions for other companies.) I then summed the total fees paid to the SLDR Companies and subtracted the refunds and chargebacks.

15. Using the RAM, Debt Pay Gateway, and Docs Done Right records, I have calculated that, after netting out refunds, the SLDR Companies collectively charged consumers a total of $19,699,870 in fees (i.e., $1,501,027 through ACH transactions processed by RAM; $15,447,640 through ACH transactions processed by Debt Pay Gateway; and $2,751,202 through credit card transactions reflected in the Docs Done Right records).

16. Using the RAM, Debt Pay Gateway, and Docs Done Right records, I have further calculated that, after netting out refunds, the SLDR Companies each charged consumers the following amounts:

   a. Docu Prep Center – $8,739,347
   b. Certified Doc Prep Services – $3,806,626
   c. Assure Direct Services – $3,404,455
   d. Direct Document Solutions – $1,902,259
   e. Secure Preparation Services – $1,847,182

17. I created a true and correct summary regarding the total fees reflected in the RAM, Debt Pay Gateway, and Docs Done Right records that I reviewed, which is attached as Exhibit 1. In addition, I created a true and correct summary with additional information regarding the total fees reflected in the Debt Pay Gateway records that I reviewed, which is attached as Exhibit 2.

**Analysis re Advance Fees**

18. I have also analyzed the RAM, Debt Pay Gateway, and Docs Done Right records to calculate (1) how many days after a consumer enrolled the SLDR Companies charged their fees and (2) the total fees that the SLDR Companies charged within 90 days of a consumer's enrollment. In addition, I have analyzed the RAM and Debt Pay Gateway records to calculate (3) how many days after consumers enrolled RAM and Debt Pay Gateway disbursed

1  consumers' fees to the SLDR Companies' bank accounts, and (4) the total fees
2  disbursed to the SLDR Companies within 90 days of a consumer's enrollment.

3      19.    The RAM, Debt Pay Gateway, and Docs Done Right records
4  include fields that show consumers' enrollment dates, and the dates when
5  consumers made payments.  The RAM and Debt Pay Gateway records also
6  include fields showing dates when consumers' payments were disbursed to the
7  SLDR Companies.  The RAM records include an enrollment date field
8  ("ENROLLDATE"), a field showing the type of funds transfer
9  ("DESCRIPTION"), and a field showing when consumers' bank accounts were
10 charged and when consumers' payments were disbursed to Docu Prep Center
11 ("TRANSACTIONDATE").  The Debt Pay Gateway records contain an
12 enrollment date field ("enrolled_date"), a field showing the type of funds
13 transfer ("trans_type"), and a field showing when consumers' bank accounts
14 were charged and when consumers' payments were disbursed to the SLDR
15 Companies and Docs Done Right ("process date").  The Debt Pay Pro records
16 contain an enrollment date field ("Enrolled Date") and a field showing when
17 consumers' credit cards were charged ("Process Date").  The RAM, Debt Pay
18 Gateway, and Docs Done Right records also contain unique identification
19 numbers for each consumer.

20     20.    The RAM, Debt Pay Gateway, and Docs Done Right records did
21 not contain fields indicating when consumers' applications for loan
22 consolidations and repayments plans were approved or when consumers made
23 their first payment under the altered terms of their student loans.

24     21.    The RAM, Debt Pay Gateway, and Docs Done Right records show
25 that some consumers were charged their entire fee in a single lump sum, while
26 others were charged in multiple installments.

27
28

22. By comparing the date fields in the RAM records, I calculated the number of days between a consumer's enrollment date and when the consumer's bank account was charged. For example, if a consumer enrolled on June 3, 2015 and the consumer's bank account was charged on June 11, 2015, the number of days between the consumer's enrollment and the consumer's payment was 8 days. After calculating the number of days between each consumer's enrollment and their payments, I calculated an average for how long after enrollment consumers made their payments. The records show that, on average, consumers made their first payment 9 days after they enrolled and their final payment 28 days after they enrolled.

23. Further, by sorting consumers' payments in the RAM records based on the number of days between the consumer's enrollment and the consumer's payment, I identified fees consumers paid within 90 days of their enrollment. I then calculated the total amount of fees paid within 90 days by adding all of those fees together. I then netted out refunds (both refunds provided before and after 90 days of the consumer's enrollment). The RAM records show that, after netting out refunds, consumers paid a total of $1,475,551 in fees within 90 days of their enrollment.

24. The RAM records show that consumers' fee payments were temporarily held by RAM before being disbursed to Docu Prep Center. By comparing the date fields in the RAM records, I calculated the number of days between a consumer's enrollment date and when the consumer's payments were disbursed to Docu Prep Center. The records show that, on average, RAM made its first disbursement to Docu Prep Center 16 days after the consumer enrolled and made its final disbursement 37 days after the consumer enrolled.

25. Further, by sorting consumers' payments in the RAM records based on the number of days between the consumer's enrollment and the

disbursement of consumers' payments to Docu Prep Center, I identified fees disbursed to Docu Prep Center within 90 days of consumers' enrollment. I then calculated the total amount of fees disbursed within 90 days by adding all of those fees together. I then netted out refunds (both refunds provided before and after 90 days of the consumer's enrollment). The RAM records show that, after netting out refunds, a total of $1,205,045 in fees was disbursed to Docu Prep Center within 90 days of consumers' enrollment.

26. Similarly, by comparing the date fields in the Debt Pay Gateway records, I calculated the number of days between a consumer's enrollment and when the consumer's bank account was charged. When making this calculation, I excluded a small number of transactions that appeared to involve data entry errors (e.g., the consumer's payment date was before the consumer's enrollment date). I also excluded transactions of less than $30, which in the data are associated with a business called Select Student Services. After calculating the number of days between each consumer's enrollment and their payments, I calculated an average for how long after enrollment consumers made their payments. The records show that, on average, consumers made their first payment 15 days after they enrolled and their final payment 51 days after they enrolled.

27. Further, by sorting consumers' payments in the Debt Pay Gateway records based on the number of days between the consumer's enrollment and the consumer's payment, I identified fees consumers paid within 90 days of their enrollment. I then calculated the total amount of fees paid within 90 days by adding all of those fees together. I then netted out refunds (both refunds provided before and after 90 days of the consumer's enrollment). The Debt Pay Gateway records show that, after netting out refunds, consumers paid a total of $13,814,209 in fees within 90 days of their enrollment.

28. The Debt Pay Gateway records show that consumers' fee payments were temporarily held by Debt Pay Gateway before being disbursed to the SLDR Companies and Docs Done Right. By comparing the date fields in the Debt Pay Gateway records, I calculated the number of days between a consumer's enrollment date and when the consumer's payments were disbursed to the SLDR Companies. The records show that, on average, Debt Pay Gateway made its first disbursement to the SLDR Companies 22 days after the consumer enrolled and made its final disbursement 59 days after the consumer enrolled.

29. Further, by sorting consumers' payments in the Debt Pay Gateway records based on the number of days between the consumer's enrollment and the disbursement of consumers' payments to the SLDR Companies and Docs Done Right, I identified fees disbursed to the SLDR Companies and Docs Done Right within 90 days of consumers' enrollment. I then calculated the total amount of fees disbursed within 90 days by adding all of those fees together. I then netted out refunds (both refunds provided before and after 90 days of the consumer's enrollment). The Debt Pay Gateway records show that, after netting out refunds, a total of 13,761,706 in fees was disbursed to the SLDR Companies and Docs Done Right within 90 days of consumers' enrollment.

30. I calculated the number of days between a consumer's enrollment and when the consumer's credit card was charged by comparing the date fields in the Docs Done Right credit card records. In making this calculation, I excluded a small number of transactions that appeared to involve data entry errors (e.g., the consumer's payment date was before the consumer's enrollment date). After calculating the number of days between each consumer's enrollment and their payments, I calculated an average for how long after enrollment consumers made their payments. The records show that, on

average, consumers made their first credit card payment 13 days after they enrolled and their final payment 20 days after they enrolled.

31. I identified fees consumers paid within 90 days of their enrollment by sorting consumers' payments in the Docs Done Right records based on the number of days between the consumer's enrollment and the consumer's credit card payment. I then calculated the total amount of fees paid within 90 days by adding all of those fees together. I then netted out refunds (both refunds provided before and after 90 days of the consumer's enrollment). The Docs Done Right records show that, after netting out refunds, consumers paid a total of $2,758,468 in fees via credit card within 90 days of their enrollment.

32. Using the RAM, Debt Pay Gateway, and Docs Done Right records, I have calculated that, after netting out refunds, the SLDR Companies collectively charged consumers a total of $18,048,228 in fees within 90 days of consumers' enrollment (i.e., $1,475,551 through ACH transactions processed by RAM; $13,814,209 through ACH transactions processed by Debt Pay Gateway; and $2,758,468 through credit card transactions reflected in the Docs Done Right records).

33. Using the RAM, Debt Pay Gateway, and Docs Done Right records, I have further calculated that, after netting out refunds, the SLDR Companies each charged consumers the following amounts within 90 days of consumers' enrollment:

    a. Docu Prep Center – $8,194,173
    b. Certified Doc Prep Services – $3,494,744
    c. Assure Direct Services – $3,017,113
    d. Direct Document Solutions – $1,714,168
    e. Secure Preparation Services – $1,628,030

34. Using the RAM, Debt Pay Gateway, and Docs Done Right records, I have further calculated that, after excluding consumers who received full refunds, the SLDR Companies each charged the following number of consumers all or part of their fee within 90 days of the consumer's enrollment:

   a. Docu Prep Center –10,701 consumers
   b. Certified Doc Prep Services – 4,333 consumers
   c. Assure Direct Services – 3,822 consumers
   d. Direct Document Solutions – 2,131 consumers
   e. Secure Preparation Services – 2,134 consumers

35. I created a true and correct summary regarding the total fees that the SLDR Companies charged within 90 days of a consumer's enrollment and the total number of consumers the SLDR Companies charged within 90 days, which is attached as Exhibit 3.

### Analysis re Enrollment Ranges

36. I have also analyzed the RAM and Debt Pay Gateway records to identify the date ranges within which each of the SLDR Companies enrolled consumers using the enrollment date fields discussed above in Paragraph 19.

37. The RAM and Debt Pay Gateway records show that the SLDR Companies enrolled consumers during at least the following date ranges:

   a. Docu Prep Center – June 3, 2015 to April 17, 2017
   b. Certified Doc Prep Services – January 4, 2016 to March 31, 2017
   c. Assure Direct Services – August 9, 2016 to September 22, 2017
   d. Direct Document Solutions – April 17, 2017 to September 22, 2017

e. Secure Preparation Services – April 3, 2017 to September 21, 2017

38. The Debt Pay Gateway records also show that a small number of consumers were enrolled outside these date ranges.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2021

Mansour Heidari

DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF PLAINTIFF'S MOT. FOR SUMMARY JUDGMENT AGAINST DEF. NESHEIWAT

13