# Summary Judgment Ex. 26

COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br><br> Plaintiff, <br><br> vs. <br><br> Chou Team Realty, LLC et al., <br><br> Defendants. | Case No.: 8-20-cv-00043-SB-ADS |

## DECLARATION OF ANNAIS RAMIREZ-VELAZQUEZ REGARDING EXPERIAN RECORDS

I, Annaís Ramírez-Velázquez, pursuant to 28 U.S.C. § 1746, hereby state and declare that I have personal knowledge of the facts as set forth below. If called as a witness, I could and would testify as follows.

1. I am a citizen of the United States and am over eighteen (18) years of age. I am an employee of the Bureau of Consumer Financial Protection ("Bureau"). I am a paralegal working in the Office of Enforcement within the Bureau in Washington, D.C. As an employee with the Bureau, my current

duties include conducting document review and other factual research for investigations and cases. I have been an employee of the Bureau since January 2020. Between May 2019 and December 2019, I was a contractor working in the Office of Enforcement as a paralegal and had similar duties to those I have now.

2. I worked on the Bureau's investigation of this matter and am also assigned to this litigation.

## Basis for Calculations

3. The following reflects calculations that I have performed based on records relating to orders of prescreened consumer reports (also known as "prescreened lists") from the credit reporting agency Experian by Chou Team Realty, Inc. d/b/a Monster Loans ("Monster Loans") and by Lend Tech Loans, Inc. ("Lend Tech").

4. To perform these calculations, I relied upon the following documents:

   a. CFPB-JN-0055611; CFPB-JN-0055613 – 616; CFPB-JN-00618 – 621; CFPB-JN-0055626 - 629; CFPB-JN-0055644 – 650; CFPB-JN-0055656 - 659; CFPB-JN-0055674-675; CFPB-JN-0055677 – 682; CFPB-JN-0055687; CFPB-JN-0055690; CFPB-JN-0055695; CFPB-JN-0055708; CFPB-JN-0055710 – 714; CFPB-JN-0055722 - 725; CFPB-JN-0055738 – 746; CFPB-JN-0055749; CFPB-JN-0055751 – 760; CFPB-JN-0060351 – 353. These documents are order summaries produced by Experian in response to Request for Documents No. 6 of the Bureau's December 19, 2018 Civil Investigative Demand to Experian ("Experian CID"), identifying certain information regarding orders of prescreened lists placed by Monster Loans, including the date of each order, the number of prescreened consumer reports contained in each order, and the

types of information about consumers sought by the order (the "Monster Loans Order Summaries").

b. CFPB-JN-0055609. This document is a spreadsheet produced by Experian in response to Request for Documents No. 6 of the Bureau's Experian CID, identifying certain information regarding Monster Loans' orders of prescreened lists such as the order number, the order title, the date and time of the order, the user ID and company associated with the order, the email address attached to the order, and the status of each order ("Monster Loans Order Spreadsheet"). Column Q of the spreadsheet, which is titled "ORDER_STATUS_DS," describes the status of each order as "?," "DWLOADED BILLED," "DWNLOADED NOT BILLED," "EXPIRED," "READY FOR DOWNLOAD," and "UNABLE TO PROCESS."

c. CFPB-JN- 0057664. This document is the iScreen user guide produced by Experian in response to Requests for Documents No. 8 and 14 of the Bureau's Experian CID.

d. CFPB-JN-0056041. This document is a spreadsheet produced by Experian in response to Request for Documents No. 12 of the Experian CID, identifying certain information regarding Lend Tech's orders of prescreened lists, including the date of each order, the status of each order, and the number of prescreened consumer reports contained in each order (the "Lend Tech Order Spreadsheet").

e. CFPB-JN-2808232. This is the March 12, 2021 declaration from Susan Moser, Senior Marketing, Product & Communications Specialist for Experian Marketing Services, regarding the meanings of certain fields in documents produced by Experian.

5. I performed these calculations primarily in Microsoft Excel.

**Calculations re Monster Loans Orders of Prescreened Consumer Reports**

6. Using the Monster Loans Order Summaries and the Monster Loans Order Spreadsheet, I have calculated that between January 11, 2016 and April 10, 2017, Monster Loans ordered and downloaded prescreened lists that collectively contained 6,789,777 prescreened consumer reports for consumers with student loans.

7. When making these calculations, I began by identifying Monster Loans Order Summaries involving orders for prescreened lists with information about consumers' student loans. The order summaries contain information about the date of each order ("Order date") and the number of prescreened consumer reports associated with the order ("ORDERED_PIN_CT"). The order summaries also list the "attributes" of consumers included in the prescreened lists, such as the consumer's number of student loans ("Student - # of open and current loans") and the consumer's aggregate student loan balance ("Student – Aggregate balance of open loans"). For example, attached as Exhibit 1 is a true and correct copy of an order summary for an order Monster Loans placed on August 18, 2016 reflecting an order for 460,000 prescreened consumer reports with information about the consumers' number of student loans and aggregate student loan balances.

8. After identifying orders for prescreened lists with information about consumers' student loans, I then identified which of those orders were completed using the Monster Loans Order Spreadsheet. The Monster Loans Order Spreadsheet included a status field ("ORDER_STATUS_DS") that identified orders that were downloaded and billed ("DWLOADED BILLED").

9. I then summed the total number of prescreened consumer reports with information about consumers' student loans (as reflected in the

"ORDERED_PIN_CT" field) contained within orders that were downloaded and billed ("DWLOADED BILLED").

10. I created a true and correct summary regarding prescreened consumer reports ordered by Monster Loans with information about consumers with student loans between January 11, 2016 and April 10, 2017, which is attached as Exhibit 2.

**Calculations re Lend Tech Orders of Prescreened Consumer Reports**

11. The Lend Tech Order Spreadsheet shows that between August 2017 and October 2017, Lend Tech Loans ordered and downloaded prescreened lists that collectively contained 1,503,964 prescreened consumer reports.

12. When calculating the total number of prescreened consumer reports contained in Lend Tech's orders, I used Excel to filter the data in the Lend Tech Order Spreadsheet. I used an order status field ("ORDER_STATUS_CD") to include orders that Lend Tech placed and downloaded (status codes "D" and "B") and to exclude orders that Lend Tech placed but never downloaded (status code "E"). I then used a field called "ORDERED_PIN_CT," which represents the number of prescreened reports that Lend Tech requested in each order. By summing the numbers in the "ORDERED_PIN_CT" field, I calculated the total number of prescreened consumer reports that Lend Tech ordered and downloaded set forth above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 13, 2021

Annaís Ramírez-Velázquez