# Summary Judgment Ex. 26a

## Ramírez-Velázquez Declaration - Exhibit 1

iScreen – Monster Loans

| Order number | 10021179 |
|---|---|
| Order name | MOL Aug |
| Order date | 8/18/2016 |
| SIN – Subcode | 1900828 |
| Company id | 551416 |
| SSO – User id | jnesh1 |
| SSO – First and Last Name | Jawad Nesheiwat |
| Email Address | babdel@monsterloans.com |
| TRUNC_SSN_IND | No |
| ORDERED_PIN_CT | 460000 |

| Demographic Criteria | OUTPUT_LST_HEADNGS | CRIT_VALUE_DSPL_TX |
|---|---|---|
| Homeownership status | DEMO7 | Homeowner<br>Probable Homeowner<br>Renter<br>Probable Renter<br>Unknown |
| Dwelling Type | DEMO9 | Apartment<br>Multi-Family<br>Rural Route<br>Single Family<br>Unknown |
| States | | AR<br>FL<br>IN<br>KY<br>OK |

| CRIT_CD | Attributes | Low Score | High Score | OUTPUT_LST_HEADNGS |
|---|---|---|---|---|
| 72 | Student - # of open and current loans: | 1 | >= 9 | ASL02 |
| 73 | Student - # of open loans: | 1 | >= 9 | ASL03 |
| 74 | Student - # of loans opened within 12 months: | | | ASL06 |
| 75 | Student - Aggregate balance of open loans: | $15,000 | Amount is >= $45,000 | ASL08 |