# Summary Judgment Ex. 26b

**Ramírez-Velázquez Declaration - Exhibit 2**

**Exhibit 2. Monster Loans Orders for Prescreened Lists with Student Loan Information**

Note:  Order dates and number of prescreened consumer reports ("ORDERED_PIN_CT") taken from order summaries with the listed Bates numbers.  The status of the order summaries below was marked as "downloaded and billed" in CFPB-JN-0055609.

| BATES NUMBER OF ORDER SUMMARY | ORDER DATE | NUMBER OF PRESCREENED CONSUMER REPORTS |
|---|---|---|
| CFPB-JN-0055674 | 1/11/2016 | 10000 |
| CFPB-JN-0055708 | 1/11/2016 | 30000 |
| CFPB-JN-0055644 | 1/26/2016 | 5000 |
| CFPB-JN-0055611 | 2/2/2016 | 5000 |
| CFPB-JN-0055675 | 2/8/2016 | 5000 |
| CFPB-JN-0055740 | 2/15/2016 | 15000 |
| CFPB-JN-0055645 | 2/24/2016 | 5000 |
| CFPB-JN-0055739 | 2/24/2016 | 5000 |
| CFPB-JN-0055677 | 3/1/2016 | 5000 |
| CFPB-JN-0055741 | 3/1/2016 | 15000 |
| CFPB-JN-0055742 | 3/1/2016 | 15000 |
| CFPB-JN-0055613 | 3/2/2016 | 5000 |
| CFPB-JN-0055646 | 3/8/2016 | 45000 |
| CFPB-JN-0055678 | 3/8/2016 | 45000 |
| CFPB-JN-0055710 | 3/8/2016 | 5000 |
| CFPB-JN-0055711 | 3/15/2016 | 85000 |
| CFPB-JN-0055614 | 3/22/2016 | 75000 |
| CFPB-JN-0055679 | 3/22/2016 | 5000 |
| CFPB-JN-0055743 | 3/22/2016 | 10000 |
| CFPB-JN-0055647 | 3/29/2016 | 180000 |
| CFPB-JN-0055744 | 3/29/2016 | 180000 |
| CFPB-JN-0060351 | 3/30/2016 | 120000 |
| CFPB-JN-0055615 | 4/5/2016 | 5000 |
| CFPB-JN-0055680 | 4/11/2016 | 5000 |
| CFPB-JN-0055745 | 4/18/2016 | 5000 |
| CFPB-JN-0055681 | 4/19/2016 | 300000 |

| | | |
|---|---|---|
| CFPB-JN-0055648 | 4/26/2016 | 5000 |
| CFPB-JN-0055616 | 5/3/2016 | 5000 |
| CFPB-JN-0055738 | 5/10/2016 | 5000 |
| CFPB-JN-0055712 | 5/16/2016 | 280000 |
| CFPB-JN-0055746 | 5/22/2016 | 5000 |
| CFPB-JN-0055682 | 6/8/2016 | 40000 |
| CFPB-JN-0055749 | 6/13/2016 | 400000 |
| CFPB-JN-0055649 | 7/10/2016 | 70000 |
| CFPB-JN-0055618 | 7/19/2016 | 500000 |
| CFPB-JN-0055650 | 8/18/2016 | 460000 |
| CFPB-JN-0055714 | 9/13/2016 | 500777 |
| CFPB-JN-0055619 | 12/29/2016 | 150000 |
| CFPB-JN-0055687 | 1/3/2017 | 150000 |
| CFPB-JN-0055621 | 1/10/2017 | 150000 |
| CFPB-JN-0055751 | 1/18/2017 | 150000 |
| CFPB-JN-0055752 | 1/26/2017 | 150000 |
| CFPB-JN-0060352 | 2/1/2017 | 589000 |
| CFPB-JN-0055690 | 2/23/2017 | 295000 |
| CFPB-JN-0055656 | 3/16/2017 | 700000 |
| CFPB-JN-0055753 | 3/16/2017 | 100000 |
| CFPB-JN-0055757 | 4/10/2017 | 900000 |
| **TOTAL** | | |
| 01/11/2016 – 04/10/2017 | | 6,789,777 |