# Summary Judgment Ex. 27

COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>  Plaintiff,<br><br>  vs.<br><br>Chou Team Realty, LLC et al.,<br><br>  Defendants. | Case No.: 8-20-cv-00043-SB-ADS |

**DECLARATION OF ANNAIS RAMIREZ-VELAZQUEZ**

**REGARDING DEBT PAY PRO RECORDS**

I, Annaís Ramírez-Velázquez, pursuant to 28 U.S.C. § 1746, hereby state and declare that I have personal knowledge of the facts as set forth below. If called as a witness, I could and would testify as follows.

1. I am a citizen of the United States and am over eighteen (18) years of age. I am an employee of the Bureau of Consumer Financial Protection ("Bureau"). I am a paralegal working in the Office of Enforcement within the Bureau in Washington, D.C. As an employee with the Bureau, my current

duties include conducting document review and other factual research for investigations and cases. I have been an employee of the Bureau since January 2020. Between May 2019 and December 2019, I was a contractor working in the Office of Enforcement as a paralegal and had similar duties to those I have now.

2. I worked on the Bureau's investigation of this matter and am also assigned to this litigation.

3. Defendants in this action include: (1) Docu Prep Center, Inc. and Document Preparation Services, LP (collectively "Docu Prep Center"); (2) Certified Doc Prep, Inc. and Certified Doc Prep Services, LP (collectively, "Certified Doc Prep Services"); (3) Assure Direct Services, Inc. and Assure Direct Services, LP (collectively, "Assure Direct Services"); (4) Direct Document Solutions, Inc. and Direct Document Solutions, LP (collectively, "Direct Document Solutions"); (5) Secure Preparation Services, Inc. and Secure Preparation Services, LP (collectively, "Secure Preparation Services"); and Docs Done Right, Inc. and Docs Done Right, LP (collectively, "Docs Done Right")

4. I refer to Docu Prep Center, Certified Doc Prep Services, Assure Direct Services, Direct Document Services, and Secure Preparation Services in this declaration collectively as the "SLDR Companies."

5. I was asked to review a set of spreadsheets produced from a software platform that the SLDR Companies and Docs Done Right used, and to identify notes and consumer complaints relating to certain topics, as described below.

**Basis for Analysis**

6. To perform this review, I relied upon the following documents:
 a. On or about December 16, 2020, Docs Done Right produced to the Bureau (among other documents) 32 spreadsheets with the phrase

"client_notes" in the file name (the "Client Notes Spreadsheets"), in response to Request No. 1 in the Bureau's September 1, 2020 request for documents, which sought documents and data concerning the SLDR Companies' and Docs Done Right's services stored on a software platform called Debt Pay Pro. The Client Notes Spreadsheets included information about the name of the consumer associated with the note (the "CONTACT_NAME" field); the consumer's unique ID number (the "CONTACT_ID" field); the date of the note (the "CREATED_AT" field); the name of the employee who created the note (the "CREATED_BY" field); and the note associated with the consumer (the "NOTE" field). The "NOTE" field contained both copies of emails that consumers sent Docs Done Right and notes that employees of the SLDR Companies and Docs Done Right created during phone calls with consumers. The Client Notes Spreadsheets had the Bates numbers CFPB-JN-0169414 to CFPB-JN-0169445 when the Bureau produced them to Defendant Nesheiwat.

b. On or about July 3, 2020, Docs Done Right produced to the Bureau a spreadsheet containing a list of customers of the SLDR Companies in response to Request No. 1 in the Bureau's First Request for Production of Documents (the "Consumer List"), which included consumer names and enrollment dates. The Consumer List had the Bates number CFPB-JN-0123127 when the Bureau produced it to Defendant Nesheiwat.

c. On January 22, 2021, during the Rule 30(b)(6) deposition of Docs Done Right, Inc., Docs Done Right's designated witness Eduardo Martinez provided testimony regarding Docs Done Right and the SLDR Companies' use of the Debt Pay Pro platform, including

testimony regarding their use of its note-taking functions and the types of information stored about interactions with consumers.

7. I performed this review primarily using Microsoft Excel.

### Notes Regarding Lower Interest Rates

8. Using the search terms "interest" and "rate," I located notes in the Client Notes Spreadsheets that referenced interest rates. I then reviewed each note to identify notes referencing the consumer having been told that they would receive a lower interest rate through the SLDR Companies' services. I then identified which notes involved the same consumer (e.g., where the consumer called multiple times to complain, or where the consumer both emailed and called). I also identified whether the consumer was a customer of the SLDR Companies using the Consumer List, and excluded consumers who did not appear on that Consumer List.

9. Through this search, I found 109 consumer complaints that referenced representations made to the consumer about obtaining a lower interest rate through the SLDR Companies' services. Out of these 109 consumers, 64 were customers of Docu Prep Center. Below are excerpts from four such complaints:

    a. *"cl called in having questions about his interest, he said Shawne told him that he could bring his interest down to %0.0 so he was upset that his adviser basically mislead him and did nothing for him different, the only reason cl got into our program was for that info adviser told him."*

    b. *"CLIENT CALLED IN VERY VERY UPSET BECUASE HER CONSOLIDATION WAS PROCESSED AND SHE SAID HER INTEREST RATE IS NOW 7.5%. I TOLD HER WE HAVE NO CONTROL OVER THE INTEREST BC WE ARE NOT THE SERVICER. AS SOON AS I SAID THAT, SHE BECAME FURIOUS BECAUSE SHE SAID*

*JENNIFER SPECIFICALLY TOLD HER SHE WOULD HAVE A SET INTEREST RATE OF 4.5% AND THAT, THAT WAS THE ONLY REASON WHY SHE STAYED WITH OUR SERVICES."*

c. *"Hi Keren: I spoke to a Tyron Roundtree at Assure Direct and he assured me the school loan was going to be reduced from a 3 % interest rate to a 0% interest rate and the loan would be forgiven in 20 years. I sent him an email to confirm this but it was returned to me. Can you please confirm this information. I'm waiting for my final paperwork. Thank you."*

d. *"client called in he stated he just received a letter from navient with an interest rate of 6. something client is upset because he stated when he talked to his loan adviser he was told he would have a interest of 2.0"*

### Notes Regarding Improved Credit Scores

10. Using the search terms "credit" and "score," I located call notes in the Client Notes Spreadsheets that referenced interest rates. I then reviewed each note to identify client notes referencing the consumer having been told that their credit score would improve. I then identified which notes involved the same consumer (e.g., where the consumer called multiple times to complain, or where the consumer both emailed and called). I also identified whether the consumer was a customer of the SLDR Companies using the Consumer List, and excluded consumers who did not appear on that Consumer List.

11. Through this search, I found notes involving 35 consumers that referenced representations to the consumer about obtaining an improved credit score through the SLDR Companies' services. Out of these 35 consumers, 8 were customers of Docu Prep Center. Below are excerpts from three such notes:

a. *"Client called in to cancel; said she was lied to and that she had her lawyer on the phone. I asked if she could clarify, and she said she*

*was told that her loans would be paid off by Jan 1 … Client said she was told her Credit Score would improve and that was a lie."*

b.  *"cl called in asking to reschedule her payments and actually bring the two payments into one … cl then asked how is that this affects her credit score. i explained to cl that it actually betters her credit."*

c.  *"Spoke with Client as supervisor she was highly upset because she was told the as soon as she enters this program her credit score will go up and her loan balance will be cut in half. i explain to client the process and how the program works and she requested a refund because that not what her adviser told her."*

### Notes Regarding Other Misleading Conduct

12.  Using the search terms "scam," "lying," and "lie," I located call notes in the Client Notes Spreadsheets that referenced those terms. I reviewed each note field to identify client notes referencing the consumer describing the SLDR Companies as a scam or describing being or lied to by the SLDR Companies. I then identified which notes involved the same consumer using consumers' names. I also identified whether the consumer was a customer of the SLDR Companies using the Consumer List, and excluded consumers who did not appear on that Consumer List.

13.  Through this search, I found 148 consumer complaints in which the consumer described the SLDR Companies as a scam or described being lied to by the SLDR Companies. Out of these 148 consumers, 65 were customers of Docu Prep Center. Below are excerpts from three such complaints:

a.  *"I received a phone call this morning about documentation that I had not submitted. It was upsetting to me because when I called after receiving letter about student loan forgiveness the man I spoke with said that I would have almost all of my loans forgiven because I am on SSI, so I agreed to the charges thinking that in 3 months I would have almost all*

*of my loans forgiven. While going through with the process. I was told by the representative at FEDLOANS that it would actually take 20 years for that on SSI and 10 years of consistent payments under the as you earn plan and my loans were not insured as I was led to believe. I am on SSI all those documents are free to submit. I was led to believe something that was not true and that is why I did not send another income statement. They call it fraud when you say things to lure people in that's false. I did not report you because I am busy and I needed my loans consolidated. If I appear rude it's because I was lied to, in order to get my business. I'm am just upset because I was misinformed about this program."*

b.   *"I am getting bills from the dept of education once again.. Your company(direct services) ensured me i would not recieve any more bills for my student loans but i was evidently lied to... I gave u three payments of $333 to forgive my loans but u guys did not do this... I dont know how u plan on paying me that money back but i will be calling u monday to finalize all of this... I will need all of the money i gave u back do to the fact that you all did not do what u said u were going to do..."*

c.   *"Here is my 2015 tax return PDF, please just print the first two pages you need. And please respond to this-- is this consolidation for real and actually happening? Because it has been months now, and the fees have been taken from my bank account already, but I'm still paying loan payments to the old company, so what gives? I've sent this financial information before too. Please confirm this is not a scam and is actually going forward."*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 13, 2021

_____
Annaís Ramírez-Velázquez