# <u>Summary Judgment Ex. 28b</u>

## Ramírez-Velázquez Declaration - Exhibit 2

**Exhibit 2. Review of sample of forbearance requests**

Note: Customer ID, Company, and Enrollment Date information taken from Consumer List (CFPB-JN-012327). Forbearance start and end dates taken from forbearance requests in the Debt Pay Pro Production. The bates number the Bureau used for each forbearance request when producing the Debt Pay pro Production to Nesheiwat is listed below under CFPB-JN Bates.

| Customer ID | Company | Enrolled Date | Forbearance start | Forbearance end | CFPB-JN Bates Equivalent |
|---|---|---|---|---|---|
| DPC-44230517 | Certified Document Center | 12/11/2015 | 12/11/2015 | 3/10/2016 | CFPB-JN-1195529, at -532 |
| DPC-45632404 | Certified Document Center | 1/4/2016 | 1/4/2016 | 4/3/2016 | CFPB-JN-0995570, at - 572 |
| DPC-49829939 | Certified Document Center | 2/1/2016 | 2/1/2016 | 5/1/2016 | CFPB-JN-1967759, at - 761 |
| DPC-52157103 | Certified Doc Prep Services LP | 3/1/2016 | 3/1/2016 | 5/30/2016 | CFPB-JN-2622686, at - 688 |
| DPC-52495491 | Certified Document Center | 3/1/2016 | 3/1/2016 | 5/30/2016 | CFPB-JN-1817008, at - 010 |
| DPC-55955559 | Certified Doc Prep Services LP | 4/1/2016 | 4/1/2016 | 6/30/2016 | CFPB-JN-1459507 |
| DPC-56819647 | Certified Document Center | 4/1/2016 | 4/1/2016 | 6/30/2016 | CFPB-JN-1626392, at - 394 |
| DPC-62122624 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-2264563, at - 565 |
| DPC-61513582 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-1618489, at - 491 |
| DPC-67308806 | Certified Doc Prep Services LP | 6/1/2016 | 6/1/2016 | 8/30/2017 | CFPB-JN-1710846, at - 848 |
| DPC-67367396 | Certified Document Center | 6/1/2016 | 6/1/2016 | 8/30/2016 | CFPB-JN-2556183 |
| DPC-71353075 | Certified Doc Prep Services LP | 7/1/2016 | 7/1/2016 | 9/29/2016 | CFPB-JN-2406850, at - 852 |
| DPC-70971388 | Certified Document Center | 7/1/2016 | 7/1/2016 | 9/29/2016 | CFPB-JN-1727902, at - 904 |
| DPC-75856063 | Certified Doc Prep Services LP | 8/1/2016 | 8/1/2016 | 10/30/2016 | CFPB-JN-1937247, at - 254 |
| DPC-76911652 | Certified Document Center | 8/1/2016 | 8/1/2016 | 10/30/2016 | CFPB-JN-1338134, at - 136 |
| DPC-81244427 | Certified Doc Prep Services LP | 9/1/2016 | 9/1/2016 | 11/30/2016 | CFPB-JN-2302745, at - 752 |
| DPC-81245779 | Certified Document Center | 9/1/2016 | 9/1/2016 | 11/30/2016 | CFPB-JN-1826584, at - 591 |
| DPC-82292343 | Assure Direct Services | 9/9/2016 | 9/9/2016 | 12/8/2016 | CFPB-JN-1456884 |
| DPC-86016717 | Assure Direct Services | 10/3/2016 | 10/3/2016 | 1/1/2017 | CFPB-JN-1408117, at - 124 |
| DPC-84293645 | Certified Doc Prep Services LP | 10/3/2016 | 10/3/2016 | 1/1/2017 | CFPB-JN-1911717, at - 724 |
| DPC-85979653 | Certified Document Center | 10/3/2016 | 10/3/2016 | 1/1/2017 | CFPB-JN-1733008, at - 010 |
| DPC-92423984 | Assure Direct Services | 11/1/2016 | 11/1/2016 | 1/30/2017 | CFPB-JN-1943154, at - 156 |
| DPC-92153207 | Certified Doc Prep Services LP | 11/1/2016 | 11/1/2016 | 1/30/2017 | CFPB-JN-2526467 |
| DPC-92425457 | Certified Document Center | 11/1/2016 | 11/1/2016 | 1/30/2017 | CFPB-JN-1657656, at - 658 |
| DPC-98238865 | Assure Direct Services | 12/1/2016 | 12/1/2016 | 3/1/2017 | CFPB-JN-1427897, at - 899 |
| DPC-97683244 | Certified Doc Prep Services LP | 12/1/2016 | 12/1/2016 | 3/1/2017 | CFPB-JN-2214292 |
| DPC-98533990 | Certified Document Center | 12/1/2016 | 12/1/2016 | 3/1/2017 | CFPB-JN-1597056 |
| DPC-102951817 | Assure Direct Services | 1/2/2017 | 1/2/2017 | 4/2/2017 | CFPB-JN-2004318, at - 320 |
| DPC-103080727 | Certified Doc Prep Services LP | 1/2/2017 | 1/2/2017 | 4/2/2017 | CFPB-JN-2190943, at - 945 |
| DPC-105869431 | Certified Document Center | 1/2/2017 | 1/2/2017 | 4/2/2017 | CFPB-JN-1919711, at - 718 |
| DPC-114382263 | Assure Direct Services | 2/1/2017 | 2/1/2017 | 5/2/2017 | CFPB-JN-1805032, at - 034 |
| DPC-113888283 | Certified Doc Prep Services LP | 2/1/2017 | 2/1/2017 | 5/2/2017 | CFPB-JN-2195501 |
| DPC-114386508 | Certified Document Center | 2/1/2017 | 2/1/2017 | 5/2/2017 | CFPB-JN-1438480 |
| DPC-119640663 | Assure Direct Services | 3/1/2017 | 3/1/2017 | 5/30/2017 | CFPB-JN-2804280, at - 287 |
| DPC-119976030 | Certified Doc Prep Services LP | 3/1/2017 | 3/15/2017 | 6/13/2017 | CFPB-JN-1453927 |
| DPC-118352109 | Certified Document Center | 3/1/2017 | 3/1/2017 | 5/30/2017 | CFPB-JN-1799677, at - 684 |
| DPC-125703524 | Assure Direct Services | 4/1/2017 | 4/1/2017 | 6/30/2017 | CFPB-JN-1967226, at - 228 |
| DPC-123277775 | Certified Document Center | 4/1/2017 | 4/1/2017 | 6/30/2017 | CFPB-JN-1309908, at - 914 |
| DPC-127470794 | Secure Preparation Services LP | 4/3/2017 | 4/3/2017 | 7/2/2017 | CFPB-JN-1584071 |
| DPC-130479455 | Direct Document Solutions | 4/17/2017 | 4/17/2017 | 7/16/2017 | CFPB-JN-1881476, at - 482 |
| DPC-133607024 | Assure Direct Services | 5/1/2017 | 5/1/2017 | 7/30/2017 | CFPB-JN-2324614, at - 618 |
| DPC-134212595 | Direct Document Solutions | 5/1/2017 | 5/1/2017 | 7/30/2017 | CFPB-JN-1994270, at - 276 |
| DPC-133762955 | Secure Preparation Services LP | 5/1/2017 | 5/1/2017 | 7/30/2017 | CFPB-JN-2158057 |
| DPC-140968787 | Assure Direct Services | 6/1/2017 | 6/1/2017 | 8/30/2017 | CFPB-JN-1424054, at - 056 |
| DPC-140939588 | Direct Document Solutions | 6/1/2017 | 6/1/2017 | 8/30/2017 | CFPB-JN-1535839 |
| DPC-140462372 | Secure Preparation Services LP | 6/1/2017 | 6/1/2017 | 8/30/2017 | CFPB-JN-1638335 |
| DPC-147094370 | Assure Direct Services | 7/1/2017 | 7/1/2017 | 9/29/2017 | CFPB-JN-1500784, at - 790 |
| DPC-149045573 | Direct Document Solutions | 7/3/2017 | 7/3/2017 | 10/1/2017 | CFPB-JN-1340969, at - 971 |
| DPC-148883978 | Secure Preparation Services LP | 7/3/2017 | 7/3/2017 | 10/1/2017 | CFPB-JN-1601454, at - 456 |
| DPC-155002295 | Assure Direct Services | 8/1/2017 | 8/1/2017 | 10/30/2017 | CFPB-JN-1394345, at - 347 |
| DPC-154979300 | Direct Document Solutions | 8/1/2017 | 8/1/2017 | 10/30/2017 | CFPB-JN-1411378, at - 380 |
| DPC-152708807 | Secure Preparation Services LP | 8/1/2017 | 8/1/2017 | 10/30/2017 | CFPB-JN-2701658 |
| DPC-160711628 | Assure Direct Services | 9/1/2017 | 9/1/2017 | 11/30/2017 | CFPB-JN-2629661, at - 663 |
| DPC-161345468 | Direct Document Solutions | 9/1/2017 | 9/1/2017 | 11/30/2017 | CFPB-JN-2561167, at - 169 |
| DPC-160669031 | Secure Preparation Services LP | 9/1/2017 | 9/1/2017 | 11/30/2017 | CFPB-JN-1289834, at - 836 |