# Summary Judgment Ex. 28c

## Ramírez-Velázquez Declaration - Exhibit 3

**Exhibit 3. Review of additional sample of forbearance requests**
Note: Customer ID, Company, and Enrollment Date information taken from Consumer List (CFPB-JN-012327). Forbearance start and end dates taken from forbearance requests in the Debt Pay Pro Production. The Bates number the Bureau used for each forbearance request when producing the Debt Pay Pro Production to Nesheiwat is listed below under CFPB-JN Bates.

| Customer ID | Company | Enrolled Date | Forbearance start | Forbearance end | CFPB JN Bates Equivalent |
|---|---|---|---|---|---|
| DPC-56963308 | Certified Doc Prep Services LP | 4/4/2016 | 4/4/2016 | 7/3/2016 | CFPB-JN-2400455, at - 457 |
| DPC-59022061 | Certified Doc Prep Services LP | 4/11/2016 | Apr-16 | Jul-16 | CFPB-JN-2709247, at - 249 |
| DPC-60046768 | Certified Doc Prep Services LP | 4/20/2016 | Apr-16 | Jul-16 | CFPB-JN-2199621, at - 623 |
| DPC-60730636 | Certified Doc Prep Services LP | 4/25/2016 | Apr-16 | Jul-16 | CFPB-JN-2247369, at - 371 |
| DPC-54765087 | Certified Doc Prep Services LP | 4/29/2016 | Apr-16 | Jul-16 | CFPB-JN-1370159, at - 161 |
| DPC-61407145 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-2088864 |
| DPC-61297198 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-2244516, at - 518 |
| DPC-60595450 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-1897967 |
| DPC-59982775 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-1358485, at - 487 |
| DPC-59966644 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-1322144, at - 146 |
| DPC-59964910 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-1655681 |
| DPC-59881132 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-2617816, at - 818 |
| DPC-59813077 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-1554939 |
| DPC-59808619 | Certified Doc Prep Services LP | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-2052699 |
| DPC-62360083 | Certified Doc Prep Services LP | 5/3/2016 | 5/3/2016 | 8/1/2016 | CFPB-JN-2222649, at - 651 |
| DPC-63064149 | Certified Doc Prep Services LP | 5/10/2016 | 5/10/2016 | 8/8/2016 | CFPB-JN-2337893, at - 895 |
| DPC-53066730 | Certified Doc Prep Services LP | 5/16/2016 | 5/16/2016 | 8/14/2016 | CFPB-JN-1966800, at - 802 |
| DPC-63510872 | Certified Doc Prep Services LP | 5/20/2016 | 5/20/2016 | 8/18/2016 | CFPB-JN-2306693, at - 695 |
| DPC-64426880 | Certified Doc Prep Services LP | 5/25/2016 | 5/25/2016 | 8/23/2016 | CFPB-JN-2691760, at - 762 |
| DPC-49593047 | Certified Doc Prep Services LP | 5/31/2016 | 5/31/2016 | 8/29/2016 | CFPB-JN-2082594, at - 596 |
| DPC-56821357 | Certified Document Center | 4/4/2016 | 4/4/2016 | 7/3/2016 | CFPB-JN-2135601, at - 603 |
| DPC-59154079 | Certified Document Center | 4/12/2016 | Apr-16 | Jul-16 | CFPB-JN-2364696 |
| DPC-60363802 | Certified Document Center | 4/20/2016 | Apr-16 | Jul-16 | CFPB-JN-1286224 |
| DPC-61151128 | Certified Document Center | 4/27/2016 | Apr-16 | Jul-16 | CFPB-JN-1790452, at - 454 |
| DPC-61570381 | Certified Document Center | 4/30/2016 | Apr-16 | Jul-16 | CFPB-JN-2319542, at - 544 |
| DPC-61500736 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-2261166, at - 168 |
| DPC-61386508 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-1398016, at - 018 |
| DPC-61372726 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-1467008, at - 010 |
| DPC-60776593 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-1834243, at - 245 |
| DPC-60772129 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-2429722, at - 724 |
| DPC-60755467 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-2567892 |
| DPC-59871481 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-1291587 |
| DPC-59842972 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-2013275, at - 277 |
| DPC-59798071 | Certified Document Center | 5/2/2016 | May-16 | Jul-16 | CFPB-JN-1978326, at - 328 |
| DPC-62257753 | Certified Document Center | 5/3/2016 | 5/3/2016 | 8/1/2016 | CFPB-JN-1564162, at - 164 |
| DPC-63065931 | Certified Document Center | 5/10/2016 | 5/10/2016 | 8/8/2016 | CFPB-JN-1339470, at - 472 |
| DPC-63580787 | Certified Document Center | 5/16/2016 | 5/16/2016 | 8/14/2016 | CFPB-JN-1385520 |
| DPC-63560561 | Certified Document Center | 5/20/2016 | 5/20/2016 | 8/18/2016 | CFPB-JN-1728967, at - 969 |
| DPC-64662122 | Certified Document Center | 5/25/2016 | 5/25/2016 | 8/23/2016 | CFPB-JN-2446910, at - 912 |
| DPC-48849909 | Certified Document Center | 5/31/2016 | 5/31/2016 | 8/29/2016 | CFPB-JN-2173852, at - 854 |