# Summary Judgment Ex. 29

COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br><br> Plaintiff, <br><br> vs. <br><br> Chou Team Realty, LLC et al., <br><br> Defendants. | Case No.: 8-20-cv-00043-SB-ADS <br><br> **DECLARATION OF COLIN REARDON IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT NESHEIWAT** |

I, Colin Reardon, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Litigation Counsel for Plaintiff Bureau of Consumer Financial Protection ("Bureau") and lead counsel in this action. My business address is 1700 G Street, NW, Washington, D.C. 20552.

2. The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently to the statements contained in this declaration.

3. The Bureau is submitting the Summary Judgment Exhibits ("SJ Ex.") referenced below in support of its motion for summary judgment.

4. The Bureau has not attached certain exhibits to declarations that are duplicative of exhibits to other declarations or that the Bureau is not relying on in its Statement of Undisputed Facts. The Bureau can submit those exhibits to the Court upon request.

5. SJ Exs. 1 and 1a to 1o are true and correct copies of a Declaration executed by Robert Hoose and certain exhibits to that declaration.

6. SJ Exs. Exhibits 2 and 2a to 2c are true and correct copies of a Declaration executed by Kenneth Lawson and certain exhibits to that declaration.

7. SJ Exs. 3 and 3a to 3e are true and correct copies of a Declaration executed by Erin Mason and exhibits to that declaration.

8. SJ Exs. 4 and 4a to 4l are true and correct copies of a Declaration executed by David Sklar and certain exhibits to that declaration.

9. SJ Exs. 5 and 5a are true and correct copies of a Declaration executed by Mikael Van Loon and the exhibit to that declaration.

10. SJ Ex. 6 is a true and correct copy of excerpts of the transcript of the Deposition of Frank Anthony Sebreros, taken by Plaintiff on December 20, 2020.

11. SJ Exs. 6a to 6d are true and correct copies of Exhibits 2, 3, 5 and 8 from the Deposition of Frank Anthony Sebreros.

12. SJ Ex. 7 is a true and correct copy of excerpts of the transcript of the Deposition of Defendant Jawad Nesheiwat, taken by Plaintiff on January 19, 2021.

13. SJ Exs. 7a and 7b are true and correct copies of Exhibits 16 and 17 from the Deposition of Defendant Jawad Nesheiwat. The documents in Exhibits 16 and 17 were originally produced to the Bureau by Automated Mailers and are authenticated in the Declaration of Alexander Klarow. *See* SJ Ex. 22.

14. SJ Ex. 8 is a true and correct copy of excerpts of the transcript of the Rule 30(b)(6) Deposition of Docs Done Right, Inc. taken by Plaintiff on January 22, 2021.

15. SJ Ex. 8a is a true and correct copy of Exhibit 20 from the Deposition of Docs Done Right, Inc.

16. SJ Ex. 9 is a true and correct copy of excerpts of the transcript of the Deposition of Eduardo Martinez taken by Plaintiff on March 3, 2021.

17. SJ Ex. 10 is a true and correct copy of excerpts of the certified transcript of the Investigational Hearing of Mikael van Loon taken by Plaintiff on November 28, 2018.

18. SJ Ex. 11 is a true and correct copy of excerpts of the certified transcript of the Investigational Hearing of Eduardo Martinez taken by Plaintiff on March 27, 2019.

19. SJ Ex. 12 is a true and correct copy of excerpts of the certified transcript of the Investigational Hearing of Sean Cowell taken by Plaintiff on February 27, 2019.

20. SJ Exs. 13 and 13a to 13h are true and correct copies of Plaintiff's First Set of Request for Admissions to Defendant Jawad Nesheiwat, and the exhibits to that request.

21. SJ Ex. 14 is a true and correct copy of excerpts of Defendant Jawad Nesheiwat's response to Plaintiff's Requests of Admission.

22. SJ Ex. 15 is a true and correct copy of excerpts of Defendant Lend Tech Loans, Inc.'s response to Plaintiff's First Set of Request of Interrogatories.

23. SJ Ex. 16 is a true and correct copy of Experian's February 8, 2019 Response to Interrogatory No. 2 in the Bureau's Dec. 19, 2018 Civil Investigative Demand to Experian.

24. SJ Ex. 17 and 17a are true and correct copies of the declaration of Dr. David M. Skanderson and his expert report.

25. SJ Exs. 18 and 18a to 18c are true and correct copies of a Declaration executed by April Glaze and the exhibits to that declaration.

26. SJ Exs. 19 and 19a are true and correct copies of a Declaration executed by Patricia Marple and the exhibit to that declaration.

27. SJ Ex. 20 is a true and correct copy of a Declaration executed by Susan Moser.

28. SJ Ex. 21 is a true and correct copy of a Declaration Certifying Records of Regularly Conducted Business Activity executed by Peter Henke for Experian Information Solutions, Inc.

29. SJ Ex. 22 is a true and correct copy of a Declaration Certifying Records of Regularly Conducted Business Activity executed by Alexander Klarow for Automated Mailers.

30. SJ Ex. 23 is a true and correct copy of a Declaration Certifying Records of Regularly Conducted Business Activity executed by Christopher Queen for Debt Pay Gateway, Inc.

31. SJ Ex. 24 is a true and correct copy of a Declaration Certifying Records of Regularly Conducted Business Activity executed by Stephen Chaya for Account Management Systems, LLC, f/k/a Reliant Account Management ("RAM").

32. SJ Ex. 25 is a true and correct copy of a Declaration executed by Mansour Heidari. The records produced by RAM referenced in the declaration are authenticated in the declaration of Stephen Chaya. *See* SJ Ex. 24. The records produced by Debt Pay Gateway, Inc. referenced in the declaration are authenticated in the declaration of Christopher Queen. *See* SJ Ex. 23.

33. SJ Exs. 26 and 26a and 26b are true and correct copies of a Declaration regarding Experian Records executed by Annaís Ramírez-Velázquez and the exhibits to that declaration. The document in Exhibit 26a

was originally produced to the Bureau by Experian and is authenticated in the Declaration of Peter Henke. *See* SJ Ex. 21.

34. SJ Ex. 27 is a true and correct copy of a Declaration regarding Debt Pay Pro Records executed by Annaís Ramírez-Velázquez.

35. SJ Exs. 28 and 28a to 28c are true and correct copies of a Declaration regarding Forbearance Records executed by Annaís Ramírez-Velázquez and the exhibits to that declaration.

36. SJ Ex. 30 is a true and correct copy of a Declaration executed by Dani Schneider.

37. SJ Ex. 31 is a true and correct copy of the Bureau's Request for Judicial Notice.

38. SJ Exs. 32 and 32a are true and correct copies of a Declaration executed by Dennis Akwensioge and the exhibit to that declaration.

39. SJ Exs. 33 and 33a are true and correct copies of a Declaration executed by Joseph Blevins and the exhibit to that declaration.

40. SJ Ex. 34 is a true and correct copy of a Declaration executed by Michael Capeci.

41. SJ Exs. 35 and 35a to 35e are true and correct copies of a Declaration executed by Michael Chekanski and the exhibits to that declaration.

42. SJ Exs. 36 and 36a to 36d are true and correct copies of a Declaration executed by April Davis and the exhibits to that declaration.

43. SJ Exs. 37 and 37a to 37c are true and correct copies of a Declaration executed by Brittany Hampton and the exhibits to that declaration.

44. SJ Exs. 38 and 38a and 38b are true and correct copies of a Declaration executed by Natalie Hebin and the exhibits to that declaration.

45. SJ Exs. 39 and 39a and 39b are true and correct copies of a Declaration executed by Jodie Jones and the exhibit to that declaration.

46. SJ Exs. 40 and 40a and 40b are true and correct copies of a Declaration executed by James Kenner and the exhibits to that declaration.

47. SJ Exs. 41 and 41a to 41c are true and correct copies of a Declaration executed by Jose Marin and the exhibits to that declaration.

48. SJ Exs. 42 and 42a are true and correct copies of a Declaration executed by Joshua Martin and the exhibit to that declaration.

49. SJ Exs. 43 and 43a are true and correct copies of a Declaration executed by Laura O'Neill and the exhibit to that declaration.

50. SJ Exs. 44 and 44a are true and correct copies of a Declaration executed by Jordan Sowinski and the exhibit to that declaration.

51. SJ Exs. 45 and 45a to 45c are true and correct copies of a Declaration executed by Thera Storm and the exhibits to that declaration.

52. SJ Ex. 46 contains true and correct copies of filings with the California Secretary of State made by several entities named as defendants in this action. The Bureau obtained certified copies of the articles of incorporation and certificates of limited partnership for Docs Done Right, Inc.; Docs Done Right, LP; Certified Doc Prep, Inc.; Certified Doc Prep Services, LP; Assure Direct Services, Inc.; Assure Direct Services, LP; Direct Document Solutions, Inc.; Direct Document Solutions, LP; Secure Preparation Services, Inc.; and Secure Preparation Services, LP from the California Secretary of State. The Bureau obtained the articles of incorporation for Lend Tech Loans, Inc. from the California Secretary of State's website.

53. SJ Ex. 47 is a true and correct copy of a document the Bureau downloaded from the U.S. Department of Education ("ED")'s Federal Student Aid ("FSA") website. As of May 13, 2021, the document was accessible at the following website: https://studentaid.gov/manage-loans/consolidation.

54. SJ Ex. 48 is a true and correct copy of a document the Bureau downloaded from ED's FSA website. As of May 13, 2021, the document was

accessible at the following website: https://studentaid.gov/manage-loans/lower-payments/get-temporary-relief/forbearance.

55.  SJ Ex. 49 is a true and correct copy of a document the Bureau downloaded from ED's FSA website. As of May 13, 2021, the document was accessible at the following website: https://studentaid.gov/manage-loans/repayment/servicers.

56.  SJ Ex. 50 is a true and correct copy of a document the Bureau downloaded from ED's FSA website. As of May 13, 2021, the document was accessible at the following website: https://studentaid.gov/manage-loans/repayment/plans.

57.  SJ Ex. 51 is a true and correct copy of a document the Bureau downloaded from ED's FSA website. As of May 13, 2021, the document was accessible at the following website: https://studentaid.gov/manage-loans/repayment.

58.  SJ Exs. 52 to 63 are true and correct copies of documents that Chou Team Realty, LLC f/k/a Chou Team Realty, Inc. d/b/a Monster Loans ("Monster Loans") produced to the Bureau in response to civil investigative demands and requests made under the cooperation provisions of the stipulated final judgment and order entered by the Court against Monster Loans on May 14, 2020. Those documents are authenticated in the declaration of Mikael van Loon. *See* SJ Ex. 5 at ¶¶ 18-22.

59.  SJ Exs. 64 and 65 are true and correct copies of documents that Automated Mailers produced to the Bureau in response to Plaintiff's Civil Investigative Demand issued on July 10, 2018. These documents are authenticated in the declaration of Alexander Klarow. *See* SJ Ex. 22.

60.  On September 13, 2017, the Bureau issued civil investigative demands to Docu Prep Center, Inc.; Certified Doc Prep Services, LP; and Direct Document Solutions, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 14, 2021

/s/ Colin Reardon
Colin Reardon
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorney for Plaintiff Bureau of Consumer Financial Protection*