# **Summary Judgment Ex. 30**

COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, ) <br> Plaintiff, ) <br> vs. ) <br> Chou Team Realty, LLC et al., ) <br> Defendants. ) | Case No.: 8-20-cv-00043-SB-ADS <br><br> **DECLARATION OF DANI SCHNEIDER IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT NESHEIWAT** |

I, Dani Schneider, pursuant to 28 U.S.C. § 1746, hereby state and declare that I have personal knowledge of the facts as set forth below. If called as a witness, I could and would testify as follows.

1.      I am a citizen of the United States and am over the age of eighteen (18) years old. I am employed as an Investigator with the Bureau of Consumer Financial Protection ("Bureau") in the Office of Enforcement. My mailing address is 1700 G Street NW, Washington, DC 20552.

2.     I began working at the Bureau in August 2013. Prior to joining the Bureau, I worked as an Investigator at the Federal Trade Commission for five years. As an Investigator, I research and investigate persons and entities that may be violating the Consumer Financial Protection Act of 2010 and other statutes enforced by the Bureau.

3.     I worked on the Bureau's investigation of this matter and have also been assigned to assist in this litigation.

4.     Defendants in this action include: (1) Docu Prep Center, Inc. and Document Preparation Services, LP (collectively "Docu Prep Center"); (2) Certified Doc Prep, Inc. and Certified Doc Prep Services, LP (collectively, "Certified Doc Prep Services"); (3) Assure Direct Services, Inc. and Assure Direct Services, LP (collectively, "Assure Direct Services"); (4) Direct Document Solutions, Inc. and Direct Document Solutions, LP (collectively, "Direct Document Solutions"); and (5) Secure Preparation Services, Inc. and Secure Preparation Services, LP (collectively, "Secure Preparation Services").

5.     I refer to Docu Prep Center, Certified Doc Prep Services, Assure Direct Services, Direct Document Services, and Secure Preparation Services in this declaration collectively as the "SLDR Companies."

6.     Consumer Sentinel is a secure, password-protected complaint database designed to allow law enforcers to share data about fraud. Consumer Sentinel provides law enforcement members with access to over 18 million fraud and identity theft consumer complaints. Sentinel allows members to access consumer complaints submitted directly to the Federal Trade Commission, as well as to complaints shared by 45 data contributors, including the Bureau, the Internal Revenue Service, over 25 State Attorneys General, and all North American Better Business Bureaus. Over 2,800 federal, state, local, and international law enforcement have access to Sentinel.

7.      I reviewed a spreadsheet of Consumer Sentinel complaints that was also produced to Defendant Nesheiwat (Bates number CFPB-JN-0169670). This spreadsheet contains 519 consumer complaints.  I identified three consumer complaints that did not name the SLDR Companies and did not include these three complaints in my analysis.

8.      I reviewed this spreadsheet and also identified 86 duplicate complaints. I identified duplicates by searching for identical entries in the columns containing the consumer's street address, email address, and phone number. If a consumer filed more than one complaint, I reviewed the narrative of all of the consumer's complaints but coded the consumer only once.

9.      For purposes of my review of the consumer complaint spreadsheet, I reviewed all 519 consumer complaints, but only coded 430 unique consumer complainants because of the duplicate complaints I described above and because of the three complaints that did not name the SLDR Companies.

10.     The 430 consumer complaints that I reviewed relating to the SLDR Companies were filed by consumers from 35 different states and the District of Columbia. These complaints were filed between April 2015 and August 2020. During my review of the consumer complaints, I identified:

a.      135 complaints complaining about Docu Prep Center and its dbas Docuprep Center and Document Preparation Services;

b.      72 complaints complaining about Certified Doc Prep Services;

c.      114 complaints complaining about Assure Direct Services;

d.      51 complaints complaining about Direct Document Solutions; and

e.      62 complaints complaining about Secure Preparation Services.

DECLARATION OF DANI SCHNEIDER

3

1  These totals add up to 434, rather than 430, because four consumers identified

2  more than one SLDR Company in their complaints.

3        11.     My review of the spreadsheet reveals that of the 430 unique

4  consumers who filed complaints against the SLDR Companies, 390 consumers

5  described being misled by the SLDR Companies. Other consumer complaints

6  raised various issues, such as whether the SLDR Company were legitimate

7  businesses or would misuse consumers' personal information. Moreover, 147

8  consumers described the SLDR Companies as a "scam" or as having been

9  "scammed" by them. The consumer complaints I reviewed by consumers who

10 described being misled describe a variety of forms of misleading conduct by the

11 SLDR Companies. Consumers who described being misled stated that they

12 were lied to or they did not receive the results they were promised. Below are

13 excerpts from four such consumer complaints:

14        a.      *"I received several letters from company, Certified*

15        *DocPrep, in 2016 letting me know they were a certified document*

16        *preparation company that works in partnership/on behalf of the*

17        *Department of Education to assist student loan borrowers (with*

18        *private/federal student loans) in consolidating student loans, lowering*

19        *interest rates, and lowering monthly payments. I reached out to them in*

20        *March of 2017 after receiving a letter saying this was my "final notice to*

21        *consolidate" to inquire about their services."* ... *"They had me fill out a*

22        *forbearance request to postpone loan payments and promised to work*

23        *with the Dept of Education to lower student loan interest rates to give me*

24        *a lower monthly payment. To receive payment for their "services" they*

25        *scheduled two deductions of $449.50 from my bank account - one*

26        *occured 3/24/2017 and the other occured 4/24/2017. On April 11, I*

27        *received an e-mail ... stating that my "consolidation has been submitted*

28

1  *to Nelnet.""* ... *"Months go by, and I am assuming Nelnet / Dept of Ed is*
2  *taking care of my consolidation. I reached out to Nelnet and they told me*
3  *that they received the documents ... from this company to change my*
4  *payment schedule, but told me I could NOT consolidate my loans nor*
5  *lower my interest rates as I was told I could by Certified DocPrep. They*
6  *also told me that I could have worked with them to change my repayment*
7  *terms free of charge, and working with a third party wasn't necessary to*
8  *simply update this information. I called Certified DocPrep to request a*
9  *refund because they did not deliver on their promises, and they declined.*
10 *I am now working with Bank of America to recover these lost funds."*
11       b.     *"This company sent me a letter in the mail with a "Final*
12 *Notice" stamp on top. I thought it was a letter from the Board of Ed. I*
13 *made a call to the 855 number on the bottom of the letter. They answered*
14 *acting like they are the Board of Education and wanted to help me pay*
15 *my student loans under the "Obama Education Act" before it is repealed*
16 *under president Trump." ... "I was forwarded to their "senior accounts*
17 *manager"... "She was able to convince me my loan is going in to default,*
18 *but there are programs that can completely forgive my debt. Continued*
19 *chatting about "under the Obama administration...." and how these*
20 *programs are being shut down in a matter of no time and if im not*
21 *already inrolled, i will loose my funds and chance. I could make a one*
22 *time payment of 799, save $100, or pay in 3 installments of 299 for a*
23 *total of 899. Then she "asked her supervisor" if i qualified for a*
24 *discount. And came up with a third payment option, two payments of*
25 *$449.50, totaling the 899"… "I soon realized this was a scam and saidi*
26 *will call them back after speaking to my parents. Kimberly even tried to*
27 *get information about my Parent Plus loan and my mothers social and*
28

1   *information. When i called back to cancel the agreement, there was no*

2   *answer." ... "I had to close my bank account the same day and take other*

3   *precautions of ID theft. Hope they arent able to scam others like me. Its*

4   *scary and soo much work to get things back in order. But the anxiety of*

5   *my SSN and State ID number exposed remains."*

6         c.     *"Hi, I was just recently scammed by a company called*

7   *Certified Document Center from their Student Loan Assistance*

8   *Department trying to forgive my FEDERAL from University of California*

9   *Los Angeles and from the government student loans completely for an*

10  *upfront fee. This was my mistake and I gave them power of attorney to*

11  *consolidate my loans. I hope that I can help others avoid this from*

12  *happening to them. I also hope some one can help me fight back and stop*

13  *them from consolidating my loans and proceeding with filling out any*

14  *more federal paper work regarding my loans."*

15        d.     *"Scammer makes initial contact via a flyer with information*

16  *about new laws discounting federal loans. Over the phone, scammer will*

17  *describe the process of determining eligibility for a loan*

18  *consolidation/forgiveness program. Scammer gives a brief description of*

19  *past policies and changes related to Obamacare and new healthcare*

20  *policies was given during the call multiple times. Scammer will ask for*

21  *victim's personal information as well student loan data files that must be*

22  *accessed through the use of said personal information. There is an*

23  *unstated charge for this program of $799.00, with the option to make*

24  *proportionally larger payments over several months. When pressed on*

25  *why this fee was necessary and not accessible public information,*

26  *scammer was unable to provide credible sources and sent fake e-mails*

27  *and pressured to pay the fees over the phone."*

28

12.     My review of the consumer complaints complaining about the SLDR Companies reveals that 31 consumers stated that they were promised lower interest rates either in direct-mail solicitations or in sales calls with the SLDR Companies. Below are excerpts from three such consumer complaints:

a.     *"I am not an expert about filling complaint , all I know is that I was so upset and mad from myself for being such a foul for considering their offer. First the letter I received seemed legitimate to me and it says that my interest will be lower . But I just found out recently that I shoudn't pay any fee to consolidate the student loans of my two kids . Also I received a letter yesterday from them showing that the interest is going to be 7.375 which is the same or higher then what I had through Nelnet Loan . Please I need your help ."*

b.     *"I was sent a letter in the mail by a company called Direct Document Solutions. They are located in Irvine, California. I spoke with a woman named Athena Monge and with a man named Brandon Chodosh on September 19th, 2017. They represented that they were under contract with the Department of Education and would do a loan consolidation of my federal student loans at lower rates. Brandon Chodosh in particular was promising low monthly payments and trying to get sensitive information from me."*

c.     *"This Loan servicer company promised to complete paperwork and consolidate my loans for me at a cost of $599.00. I agreed to pay this, because they said this would eliminate the middle man and my interest rates would be lowered and my payments would be 0$ Based on my income. They took the money out of my account and then sent a letter saying the consolidation could not be completed because there was already a consolidation in process with another company. I*

1      *tried to get ahold of them to resolve the issue, but their voice mail box is*

2      *full and I can not even leave a message. They basically took my money*

3      *and ran. I later found out, this service can be done for free. --- Additional*

4      *Comments: I would like my money refunded. I would also like others to*

5      *be aware of these scammers so no one else gets money stolen from them.*

6      *Especially broke kids right out of college like myself."*

7         13.    Because of the COVID-19 epidemic, I am working from home and

8  do not have ready access to a scanner.  I am therefore signing this declaration

9  using an electronic signature through Adobe Acrobat.

10

11 I declare under penalty of perjury that the foregoing is true and correct.

12

13 Executed on: May 12, 2021

14 **Dani A.**    Digitally signed by
                Dani A. Schneider

15 **Schneider** Date: 2021.05.12

16                      14:58:20 -04'00'

          Dani Schneider

17           Investigator
             Bureau of Consumer Financial Protection

18           1700 G Street, NW
             Washington, D.C. 20552

19

20

21

22

23

24

25

26

27

28