# Summary Judgment Ex. 31

COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br> Plaintiff, <br> vs. <br> Chou Team Realty, LLC, et al., <br> Defendants. | Case No.: 8-20-cv-00043-SB-ADS <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT NESHEIWAT** |

Pursuant to Federal Rule of Evidence 201, the Bureau respectfully requests that the Court take judicial notice of the records described below, which the Bureau is submitting concurrently as summary judgment exhibits in support of its Motion for Summary Judgment. This Court may take judicial notice of facts that are "not subject to reasonable dispute" because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). "Under Rule 201, the court can take judicial notice of public records and governments documents,"

including documents available on "websites run by governmental agencies." *Gerritsen v. Warner Bros Entertainment, Inc.*, 112 F.Supp.3d 1011, 1033 (C.D. Cal. 2015) (internal brackets and quotation marks omitted); *see also Daniels–Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 999 (9th Cir. 2010) (taking judicial notice of information on the websites of two school districts because they were government entities).

First, the Bureau requests that the Court take judicial notice of several filings made with the California Secretary of State contained within SJ Ex. 46. Specifically, SJ Ex. 46 includes articles of incorporation and certificates of limited partnership filed by Assure Direct Services, LP; Assure Direct Services, Inc.; Certified Doc Prep Services, LP; Certified Doc Prep, Inc.; Direct Document Solutions, LP; Direct Document Solutions, Inc.; Secure Preparation Services, LP; Secure Preparation Services, Inc.; Docs Done Right, LP; and Docs Done Right, Inc., which the Bureau obtained from the California Secretary of State. The Bureau obtained the articles of incorporation for Lend Tech Loans, Inc. from the California Secretary of State's website. *See* SJ Ex. 46.

Second, the Bureau requests that the Court take judicial notice of SJ Exs. 47 to 51, which are pages downloaded from the Federal Student Aid ("FSA") website, which is operated by the U.S. Department of Education ("ED"). *See Won v. Nelnet Servicing*, LLC, 2019 WL 1548572, at *5 (D. Haw. 2019) (taking judicial notice of information on ED's FSA website). SJ Ex. 47 is titled "Consolidation" and is available at https://studentaid.gov/manage-loans/consolidation. SJ Ex. 48 is titled "Forbearance" and is available at https://studentaid.gov/manage-loans/lower-payments/get-temporary-relief/forbearance. SJ Ex. 49 is titled "Servicers" and is available at https://studentaid.gov/manage-loans/repayment/servicers. SJ Ex. 50 is titled

"Repayments" and is available at https://studentaid.gov/manage-loans/repayment/plans. SJ Ex. 51 is titled "Student Loan Repayment" and is available at https://studentaid.gov/manage-loans/repayment. All pages were last accessed on May 13, 2021.

Because Summary Judgment Exhibits 46 to 51 are public records and government documents, they are not subject to reasonable dispute and the Court may properly take judicial notice of them.

Dated: May 14, 2021                    Respectfully Submitted,

/s/ Colin Reardon
Colin Reardon (*pro hac vice*)
E. Vanessa Assae-Bille (*pro hac vice*)
Leanne E. Hartmann

Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*