# Summary Judgment Ex. 32

# DECLARATION OF DENNIS AKWENSIOGE

I, Dennis Akwensioge, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Seattle, Washington.

2. I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3. In March 2016, a sales representative of Certified Doc Prep Services contacted me on my mobile phone. I had several calls with the representative on the day that he called me. During those calls, the representative already had some information about my student loans, and I got the impression that Certified Doc Prep Services was part of the Department of Education. The representative told me that the interest rate on my student loans would be lower if I consolidated my student loans. The representative quoted the lower rate that I would receive if I consolidated, and the difference from my existing interest rate was significant enough that I decided to pursue the lower rate. I agreed to pay Certified Doc Prep Services' fee, which consisted of two payments of $449.50. I also provided my bank account information during the call.

4. On or about March 25, 2016, Certified Doc Prep Services charged my bank account for the first payment of $449.50.

5. On or about March 30, 2016, Certified Doc Prep Services sent me a "welcome email" that attached a welcome letter, payment schedule, forbearance request, consolidation application, and a repayment plan request. The forbearance request sought to put my loans into forbearance for three months. A true and correct copy of the welcome email, welcome letter, and payment schedule, which I forwarded to the Bureau, is attached as **Exhibit A**.

6. Shortly after receiving the application forms, I signed them and returned them to Certified Doc Prep Services.

7. In April 2016, I received a letter from my student loan servicer Navient which stated that my student loans could not be consolidated because they had already been consolidated previously.

8. Shortly after receiving Navient's letter, I contacted my bank to stop the second payment to Certified Doc Prep Services. I was successful in stopping the second payment.

9. I then called Certified Doc Prep Services and requested a refund of the first payment of $449.50 that I had previously made, since my consolidation application had been denied. Certified Doc Prep Services refused to refund the first payment.

10. Certified Doc Prep Services did not consolidate my student loans and did not lower the interest rate on my student loans as it had promised during the sales call.

11. In May 2016, I filed a complaint with the Federal Trade Commission regarding Certified Doc Prep Services. I want a refund of the $449.50 that I paid.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2|8___, 2021.

Dennis Akwensioge
At Seattle, Washington