# Summary Judgment Ex. 32a

Akwensioge Declaration

Exhibit A

# Schneider, Dani (CFPB)

| | |
|---|---|
| **From:** | Dennis Akwensioge |
| **Sent:** | Wednesday, March 7, 2018 12:31 PM |
| **To:** | Marlow, John (CFPB) |
| **Subject:** | Fwd: Welcome Email and Consolidation Packet for Dennis Akwensioge (Certified Doc Prep Services LP, DPC-53913924) |
| **Attachments:** | Dennis Akwensioge - documents.pdf |

Hi John,

please see attached the communication and the PDF for the application.

Thanks

Sincerely Yours

Dennis A. Akwensioge
Tel:
www.pyship.com
www.photodaa.com


---------- Forwarded message ----------
From: <docs@clientenrollment.com>
Date: Wed, Mar 30, 2016 at 4:46 PM
Subject: Welcome Email and Consolidation Packet for Dennis Akwensioge (Certified Doc Prep Services LP, DPC-53913924)
To:


Dear Dennis,


Thank you for selecting us to prepare your student loan consolidation documents. Attached are very important documents that we will need you to review, sign & return.

**PLEASE DO NOT SEND PHOTOGRAPHS OF YOUR DOCUMENTS! THEY WILL NOT ACCEPTED BY THE DEPARTMENT OF EDUCATION.**

Your PDF attachment contains the following:

1. **Welcome Letter** – A brief welcome letter detailing the next steps of the process.
2. **Payment Schedule** (please print & retain for your records) – This is your payment schedule for your document preparation fee.  If you need to make any changes to your payment method or schedule, please call us 72 hours in advance prior to your next payment date (**(844) 863-2886**).
3. **Forbearance Request** (needs to be hand-signed) **–** Please return this document to us ASAP. This will allow us to request a forbearance on your behalf to your current loan servicers while the consolidation is being processed.

- o **PLEASE NOTE:** Make sure you continue to make your regularly scheduled student loan payments until your forbearance or consolidation is approved. It takes approximately 14 business days to receive approval of the forbearance from your loan servicer.
4. **Promissory Note/Consolidation Application** (needs to be hand-signed) **–** This is for your consolidation and needs to be returned to us as soon as possible.
5. **Repayment Plan Request** (needs to be hand-signed) – This is the form that will change your repayment plan as discussed and also needs to be hand-signed and returned to us as soon as possible.

You can return your documents using one of the methods below:

1. **Email –** You may scan and email the signed document to us at docs@clientenrollment.com. Please make sure your documents are in PDF format.
2. **Fax** – You may fax the signed document to **(888) 717-5722**.
3. **Mail (this is the slowest method) - 1015 E Imperial Hwy Ste C8 Brea, CA 92821**

A few payment reminders:

If you need to reschedule a payment before it's drafted, please contact us at least three days beforehand (keeping in mind that we are not open on the weekend). Any less than that and we will not be able to make the change in time. Please note that a rescheduling fee of **$25 will apply to the rescheduled payment.**

If there is a declined payment for any reason, we will need to reschedule the payment as well as collect an additional **rescheduling fee ($25)** for the unsuccessful payment (this is over and above the document preparation fee). Please make sure we have the correct banking information on file and let us know of any changes. *We verify your payment info with you during your compliance call, but please call to double check if you're uncertain.*

Thank you again for choosing us for your document preparation needs.

Remember, if you have any questions, please call us at **(844) 863-2886**.

Thank you,

**Mariana Diaz**

Compliance Department

(docs@clientenrollment.com)



1015 E Imperial Hwy Ste C8

Brea, CA 92821

Ph: (844) 863-2886

Fx: (888) 717-5722

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

**IMMEDIATE ACTION REQUIRED**

Mar 29, 2016

Thank you for selecting us to process and prepare all of your student loan consolidation/repayment plan change documents. With the typical application process taking between 45 to 60 days to finalize, communication is imperative during this time. In an effort to keep you informed and provide the best level of service, be advised that certain information may be requested from you during this process.

In this package, you will find your document preparation fee payment schedule, forbearance request, promissory note, additional loan listing (if applicable), repayment plan form and a tax form. Please refer to the easy steps below to complete the necessary attached documents.

Step 1: Hand sign and date where underlined

Step 2: Please sign and return documents ASAP

Email - Docs@ClientEnrollment.com

Fax – Fax to (888) 717-5722

Mail – *Slowest Method* 1015 E Imperial Hwy Ste C8 BreaCA 92821

Within 5-7 business days, you will receive a phone call confirming receipt of your package. Please note your upcoming

document preparation fee payment and dates so you can budget accordingly. Until your application is approved, you must remain current on all of your loan payments.

If you have any questions, please call (844) 863-2886 during business hours: Monday-Friday 8AM-4PM PST. Sincerely,

Processing Department

1015 E Imperial Hwy Ste C8
BreaCA 92821

Tel (844) 863-2886 | Fax (888) 717-5722

Page 1 of 11

**Exhibit "B" to Service Agreement**

**Draft Schedule**

| # | Date | Basic Plan | Total Payment |
|---|------|------------|---------------|
| 1 | Mar 25, 2016 | $449.50 | $449.50 |
| 2 | Apr 22, 2016 | $449.50 | $449.50 |

To make changes to the above payment schedule, or to discuss your account, please contact us at (844) 863-2886.



# GENERAL FORBEARANCE REQUEST
## William D. Ford Federal Direct Loan Program

**GFB**

OMB No. 1845-0031
Form Approved
Exp. Date 12/31/2015

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document will be subject to penalties which may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information.

☐ Check this box if any of your information has changed.

SSN ▓▓▓ - ▓▓ - ▓▓▓▓
Name **Dennis Akwensioge**
Address ▓▓▓▓▓▓▓▓
City, State, Zip Code **Bowie MD** ▓▓▓
Telephone – Primary ▓▓▓▓▓▓
Telephone – Alternate
E-mail Address (optional) ▓▓▓▓▓▓▓▓▓▓

### SECTION 2: FORBEARANCE REQUEST

Before completing this form, carefully read the entire form, including the instructions and other information in Sections 3, 4, and 5.

■ I am willing but unable to make my current Direct Loan payments due to a temporary hardship. I am requesting this forbearance because I am experiencing a temporary hardship related to one of the following situations (check one):

☒ Financial difficulties

☐ Change in employment

☐ Medical circumstances

☐ Other (explain): _____

■ If this forbearance request is approved, I want to (check one):

☒ Temporarily stop making payments; or

☐ Temporarily make smaller payments of $ _____ per month.

■ If this forbearance request is approved, I am requesting that the U.S. Department of Education (ED) grant a forbearance on my loan(s) beginning (MM-DD-YYYY) **03-29-2016** and ending (MM-DD-YYYY) **06-27-2016** for a period not to exceed 12 months.

### SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS AND CERTIFICATIONS

■ I understand that the following terms and conditions apply to this forbearance request:

(1) ED will not grant this forbearance request unless this form is completed and any required supporting documentation is provided.

(2) ED may grant a forbearance on my loans for up to 60 days, if necessary, for the collection and processing of documentation related to my forbearance request. ED will not capitalize interest that accrues during this forbearance.

(3) If I am past due on payments not covered by this forbearance, ED may grant an additional forbearance on my loan(s) to resolve all payments due when my request is processed, and all unpaid interest may be capitalized.

(4) At the end of the forbearance, I may apply to renew the forbearance if I am still experiencing a financial hardship.

(5) I will continue to receive billing statements for my current payment amount, which I must pay until I am notified by my servicer that my forbearance request has been granted.

(6) During the forbearance period, I am not required to make payments of loan principal and interest, but interest will be charged on all of my loans.

(7) If I requested to temporarily stop making payments, I will receive an interest notice, and I may pay the interest at any time. If I do not pay the interest that accrues on my loan(s), it will be capitalized at the end of the forbearance period.

(8) If I requested to temporarily make smaller payments, I will receive a monthly notice for the requested payment amount until the forbearance ends, and any unpaid interest that has accrued during the period will be capitalized at the end of the forbearance period.

■ I certify that:

(1) The information I have provided on this form is true and correct.

(2) I will provide any additional documentation to ED, as required, to support my continued forbearance status.

(3) I will notify ED immediately when the condition that qualified me for the forbearance ends.

(4) I agree to repay my loan(s) according to the terms of my promissory note, regardless of whether the forbearance is granted.

■ I authorize the entity to which I submit this request (i.e., the school, the lender, the guaranty agency, ED, and their respective agents and contractors) to contact me regarding my request or my loan(s), including repayment of my loan(s), at the number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated dialing equipment or artificial or prerecorded voice or text messages.

BORROWER'S OR ENDORSER'S SIGNATURE: _____ DATE: _____

| SECTION 4: INSTRUCTIONS FOR COMPLETING THE GENERAL FORBEARANCE REQUEST FORM |
|---|

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy). Example: January 31, 2012 = 01-31-2012. Include your name and account number on any supporting documentation that you are required to submit with this form. If you need help completing this form, contact your loan servicer.

*Note to Endorsers/Co-makers: (1)* If you are an endorser of a Direct PLUS Loan, you may request forbearance only when you are required to repay the loan because the borrower is not making payments; *(2)* if you are requesting forbearance on a Direct Consolidation Loan that was made jointly to you and your spouse as co-makers (joint borrowers), each of you must complete a separate forbearance request.

| Send the completed form and any required supporting documentation to: | If you need help completing this form, call: |
|---|---|
|  |  |

| SECTION 5: DEFINITIONS |
|---|

- **Capitalization** is the addition of unpaid interest to the principal balance of your loan. The principal balance of a loan increases when payments are postponed during periods of deferment or forbearance and unpaid interest is capitalized. As a result, more interest may accrue over the life of the loan, the monthly payment amount may be higher, or more payments may be required. The chart below provides estimates, for a $15,000 unsubsidized loan balance at a 6.8% interest rate, of the monthly payments due following a 12-month forbearance that started when the loan entered repayment. It compares the effects of paying the interest as it accrues and capitalizing the interest at the end of the forbearance. The actual loan interest cost will depend on your principal balance, interest rate, and length of the forbearance. Paying interest during the period of forbearance lowers the monthly payment by about $12 and saves about $389 over the lifetime of the loan, as depicted in the chart below.

| Treatment of Interest Accrued During Forbearance | Loan Amount | Capitalized Interest for 12 Months | Principal to Be Repaid | Monthly Payment | Number of Payments | Total Amount Repaid | Total Interest Paid |
|---|---|---|---|---|---|---|---|
| Interest is paid | $15,000.00 | $0.00 | $15,000.00 | $172.62 | 120 | $21,736.55* | $6,730.66 |
| Interest is capitalized at the end of forbearance | $15,000.00 | $1,022.09 | $16,022.09 | $184.38 | 120 | $22,125.94 | $7,119.64 |

*Total amount repaid includes $1,022.09 of interest paid during the 12-month period of forbearance.

- A **co-maker** is one of two individuals who are joint borrowers on a Direct Consolidation Loan. Both co-makers are equally responsible for repaying the full amount of the loan.
- An **endorser** is someone who promises to repay a Direct PLUS Loan if the borrower does not repay the loan.
- A **forbearance** is a period during which you are allowed to temporarily postpone making payments, allowed an extension of time for making payments, or temporarily allowed to make smaller payments than previously scheduled. Interest is charged during a forbearance on all types of Direct Loans.
- The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Federal Direct Stafford/Ford (Direct Subsidized) Loans, Federal Direct Unsubsidized Stafford/Ford (Direct Unsubsidized) Loans, Federal Direct PLUS (Direct PLUS) Loans, and Federal Direct Consolidation (Direct Consolidation) Loans.

| SECTION 6: IMPORTANT NOTICES |
|---|

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authority for collecting the requested information from and about you is §451 *et seq.* of the Higher Education Act of 1965, as amended (20 U.S.C. 1087a *et seq.*) and the authorities for collecting and using your Social Security Number (SSN) are §484(a)(4) of the HEA (20 U.S.C. 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the William D. Ford Federal Direct Loan (Direct Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the Direct Loan Program, to permit the servicing of your loan(s), and, if it becomes necessary, to locate you and to collect and report on your loan(s) if your loan(s) becomes delinquent or defaults. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loan(s), to enforce the terms of the loan(s), to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions. To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average 0.2 hours (12 minutes) per response, including the time for reviewing instructions, searching existing data resources, gathering and maintaining the data needed, and completing and reviewing the information collection. Individuals are obligated to respond to this collection to obtain a benefit in accordance with 34 CFR 685.205. Send comments regarding the burden estimate(s) or any other aspect of this collection of information, including suggestions for reducing this burden to the U.S. Department of Education, 400 Maryland Avenue, SW, Washington, DC 20210-4537 or e-mail ICDocketMgr@ed.gov and reference OMB Control Number 1845-0031. **Note: Please do not return the completed form to this address.**

**If you have questions regarding the status of your individual submission of this form, contact your servicer (see Section 4).**



# Federal Direct Consolidation Loan Application and Promissory Note
## William D. Ford Federal Direct Loan Program

OMB No. 1845-0053
Form Approved
Exp. Date 04/30/2016

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or any accompanying documentation is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

### BEFORE YOU BEGIN

Read the Instructions for Completing the Federal Direct Consolidation Loan Application and Promissory Note ("Instructions").
**NOTE: PAGES 1 THROUGH 5 MUST BE SUBMITTED FOR YOUR LOAN REQUEST TO BE PROCESSED.**

### BORROWER INFORMATION

1. Last Name: Akwensioge   First Name: Dennis   Middle Initial: ___
2. Former Name(s): ___
3. Social Security Number: ███
4. Date of Birth: ███ 1984
5. Permanent Address (Street, City, State, Zip Code) (if P.O. box or general delivery, see Instructions):
   ███, , Bowie MD ███
6. Area Code/Telephone Number: ███
7. E-Mail Address (Optional): ███
8. Driver's License State and Number: State DC  Number ███
9. Employer's Name and Address (Street, City, State, Zip Code):
   CGI Federal 12601 Fair Lakes Cir Fairfax, VA 22033
10. Work Area Code/Telephone Number: 703-227-6000

### REFERENCE INFORMATION

List 2 persons with different U.S. addresses who do not live with you and who have known you for at least 3 years.

11. Last Name: Akwensioge   First Name: Martin   Middle Initial: ___
    Permanent Address (Street, City, State, Zip Code):
    ███ Rowlett TX ███
    E-Mail Address (Optional): ___
    Area Code/Telephone Number: ███
    Relationship to You: Brother

12. Last Name: Eduke   First Name: Susan   Middle Initial: ___
    Permanent Address (Street, City, State, Zip Code):
    ███ Germantown MD ███
    E-Mail Address (Optional): ___
    Area Code/Telephone Number: ███
    Relationship to You: Aunt

SUBMIT PAGES 1 THROUGH 5
Page 1 of 16

Borrower's Name: Dennis Akwensioge   Social Security Number: ▮

**LOANS YOU WANT TO CONSOLIDATE**

*Read the Instructions before completing this section.* List each federal education loan that you want to consolidate, including any Direct Loan Program loans that you want to include in your Direct Consolidation Loan. If you need more space to list loans, use the Additional Loan Listing Sheet included with this Note. List each loan separately.

We will send you a notice before we consolidate your loans. This notice will (1) provide you with information about the loans and payoff amounts that we have verified, and (2) tell you the deadline by which you must notify us if you want to cancel the Direct Consolidation Loan, or if you do not want to consolidate one or more of the loans listed in the notice. The notice will include information about loans that you listed in this section. If you have additional loans with a holder of a loan that you listed in this section, the notice may also include information about those additional loans. **See the Instructions for more information about the notice we will send.**

IN THIS SECTION, LIST ONLY LOANS THAT YOU WANT TO CONSOLIDATE

| 13. Loan Code (see Instructions) | 14. Loan Holder/Servicer Name, Address, and Area Code/Telephone Number (see Instructions) | 15. Loan Account Number | 16. Estimated Payoff Amount |
|---|---|---|---|
| K | DEPT OF ED/NAVIENT | ▮ | $30,229.00 |
| E | DEPT OF ED/NAVIENT | ▮ | $33,966.00 |
| D | DIRECT LOAN SERVICING CENTER (ACS) | | $0.00 |
| D | DIRECT LOAN SERVICING CENTER (ACS) | | $0.00 |
| L | DIRECT LOAN SERVICING CENTER (ACS) | | $0.00 |
| D | DIRECT LOAN SERVICING CENTER (ACS) | | $0.00 |
| D | DIRECT LOAN SERVICING CENTER (ACS) | | $0.00 |
| L | DIRECT LOAN SERVICING CENTER (ACS) | | $0.00 |
| L | DIRECT LOAN SERVICING CENTER (ACS) | | $0.00 |

**17. Grace Period End Date.** If any of the loans you want to consolidate are in a grace period, you can have the processing of your Direct Consolidation Loan delayed until the end of your grace period by entering your expected grace period end date in the space provided.

If you leave this item blank, we will begin processing your Direct Consolidation Loan as soon as we receive this Note and any other required documents. Any loans listed in the **Loans You Want to Consolidate** section that are in a grace period will enter repayment immediately upon consolidation. You will then lose the remaining portion of the grace period on those loans.

**Expected Grace Period End Date (month/year):** _____

Borrower's Name: Dennis Akwensioge          Social Security Number: ▮

## LOANS YOU DO NOT WANT TO CONSOLIDATE

*Read the Instructions before completing this section.* List all education loans that you are not consolidating, but want us to consider when we calculate the maximum repayment period for your Direct Consolidation Loan (see Item 11 of the **Borrower's Rights and Responsibilities Statement** that accompanies this Note). Remember to include any Direct Loan Program loans that you do not want to consolidate. If you need more space to list loans, use the Additional Loan Listing Sheet included with this Note. List each loan separately.

We will send you a notice before we consolidate your loans. This notice will **(1)** provide you with information about the loans and payoff amounts that we have verified, and **(2)** tell you the deadline by which you must notify us if you want to cancel the Direct Consolidation Loan, or if you do not want to consolidate one or more of the loans listed in the notice. The notice may also include information about any loans you listed in this section, but these loans listed will **not** be consolidated. See the Instructions for more information about the notice we will send.

### IN THIS SECTION, LIST ONLY LOANS THAT YOU DO NOT WANT TO CONSOLIDATE

| 18. Loan Code (see Instructions) | 19. Loan Holder/Servicer Name, Address, and Area Code/Telephone Number (see Instructions) | 20. Loan Account Number | 21. Current Balance |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## REPAYMENT PLAN SELECTION

To understand your repayment plan options, carefully read the repayment plan information in Item 11 of the **Borrower's Rights and Responsibilities Statement** that accompanies this Note and in any supplemental materials you receive with this Note. Then select a repayment plan for your Direct Consolidation Loan:

- To select the Standard Repayment Plan, the Graduated Repayment Plan, or the Extended Repayment Plan, complete the **Repayment Plan Selection** form that accompanies this Note.
- To select the Income-Based Repayment Plan (IBR Plan), the Pay As You Earn Repayment Plan (Pay As You Earn Plan), or the Income-Contingent Repayment Plan (ICR Plan), visit StudentLoans.gov to complete the application online or complete the **Income-Driven Repayment Plan Request** form that accompanies this Note.

**NOTE:** You **must** select the IBR Plan, the Pay As You Earn Plan, or the ICR Plan for repayment of your Direct Consolidation Loan if:

1. You want to consolidate a defaulted loan and you have not made a satisfactory repayment arrangement with your current loan holder(s); or
2. You are consolidating a delinquent Federal Consolidation Loan that the lender has submitted to the guaranty agency for default aversion, or you are consolidating a defaulted Federal Consolidation Loan, and you are not consolidating any additional eligible loans.

## BORROWER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATIONS

**22. I understand that:**

**A.** Applying for a Direct Consolidation Loan does not obligate me to agree to take the loan. The U.S. Department of Education (ED) will provide me with:

- The deadline by which I must notify ED if I want to cancel the Direct Consolidation Loan, or if I do not want to consolidate any of the loans that ED has verified; and
- A notice containing information about the loans and payoff amounts that ED has verified with the holders of my loans or through ED's National Student Loan Data System (NSLDS) before the actual payoffs occur.

The notice that ED sends will include information about the loans I listed in the **Loans You Want to Consolidate** section of this Note. If I have additional loans that are with a holder of a loan listed in the **Loans You Want to Consolidate** section, but I did not list those loans in that section, the notice may also include information about those additional loans. **I must inform ED by the deadline specified in the notice if I do not want all of the loans listed in the notice to be consolidated.**

The notice that ED sends may also include information about loans I listed in the **Loans You Want to Consolidate** section of this Note, but these loans will **not** be consolidated.

Borrower's Name: **Dennis Akwensioge** _____ Social Security Number: ▮▮▮▮▮▮▮▮

**BORROWER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATIONS (CONTINUED)**

**B.** If ED accepts this application for a Direct Consolidation Loan, I understand that ED will send funds to the holders of the loans that I want to consolidate to pay off those loans. The amount of my Direct Consolidation Loan will be the sum of the balances of my outstanding eligible loans that I have chosen to consolidate. The payoff amount may be greater than or less than the estimated total balance I have indicated in the **Loans You Want to Consolidate** section.

The outstanding balance on each loan to be consolidated includes unpaid principal, unpaid accrued interest and late charges as defined by federal regulations and as certified by the loan holder. Collection costs may also be included. For a Direct Loan Program or Federal Family Education Loan (FFEL) Program loan that is in default, the amount of any collection costs that may be included in the payoff balances of the loans is limited to a maximum of 18.5% of the outstanding principal and interest. For any other defaulted federal education loans, all collection costs that are owed may be included in the payoff balances of the loans.

**C.** If the amount ED sends to my loan holders is more than the amount needed to pay off the balances of the selected loans, the holders will refund the excess amount to ED and this amount will be applied against the outstanding balance of my Direct Consolidation Loan. If the amount that ED sends to my holders is less than the amount needed to pay off the balances of the loans selected for consolidation, ED will include the remaining amount in my Direct Consolidation Loan.

**D.** If I am consolidating loans made under the FFEL, Direct Loan, or Federal Perkins Loan (Perkins Loan) programs, the outstanding balance of my Direct Consolidation Loan counts against the applicable aggregate loan limits for each type of loan. Under the Act ("the Act" is defined under "Governing Law" in the Note Terms and Conditions section of this Note), the percentage of the original amount of my Direct Consolidation Loan that is attributable to each loan type is counted against the loan limit for that type of loan.

**E.** I must agree to repay my Direct Consolidation Loan under the IBR Plan, the Pay As You Earn Plan, or the ICR Plan if:

- I am consolidating a defaulted loan and I have not made a satisfactory repayment arrangement with the current holder of the defaulted loan, or
- I am consolidating a delinquent Federal Consolidation Loan (a consolidation loan made under the FFEL Program) that the lender has submitted to the guaranty agency for default aversion or a defaulted Federal Consolidation loan, and I am not including another eligible loan in the consolidation.

**F.** I may not consolidate an existing Direct Consolidation Loan unless I include at least one additional eligible loan in the consolidation. I may consolidate an existing Federal Consolidation Loan without including an additional eligible loan in the consolidation if I am:

- Consolidating a delinquent Federal Consolidation Loan that the lender has submitted to the guaranty agency for default aversion, or consolidating a defaulted Federal Consolidation Loan, and I agree to repay my new Direct Consolidation Loan under the IBR Plan, the Pay As You Earn Plan, or the ICR Plan;
- Consolidating a Federal Consolidation Loan to use the Public Service Loan Forgiveness Program; or
- Consolidating a Federal Consolidation Loan to use the no accrual of interest benefit for active duty service members.

**G.** If I consolidate my loans, I may no longer be eligible for certain deferments, subsidized deferment periods, certain types of loan discharges or loan forgiveness, reduced interest rates, or repayment incentive programs that were available on the loans I am consolidating.

**H.** If I am consolidating a Perkins Loan:

- I will no longer be eligible for interest-free periods while I am enrolled in school at least half time, in the grace period on my loan, and during deferment periods; and
- I will no longer be eligible for full or partial loan cancellation under the Perkins Loan Program based on years of service in one of the following occupations: teacher in a low-income elementary or secondary school; staff member in an eligible preschool program; special education teacher; member of the Armed Forces who qualifies for special pay; Peace Corps volunteer or volunteer under the Domestic Volunteer Service Act of 1973; law enforcement or corrections officer; attorney in an eligible defender organization; teacher of mathematics, science, foreign languages, bilingual education or any other high-need field; nurse or medical technician providing health care services; employee of a public or private nonprofit child or family service agency that services high-risk children from low-income families and their families; fire fighter; faculty member at a Tribal College or University; librarian; or speech language pathologist.

**I.** Any payments I made on the loans I am consolidating before the date of consolidation will not count toward:

- The number of years of qualifying repayment required for loan forgiveness under the IBR Plan, the Pay As You Earn Plan, or the ICR Plan (see Item 11 of the **Borrower's Rights and Responsibilities Statement**), or
- The 120 qualifying payments required for Public Service Loan Forgiveness (see Item 18 of the **Borrower's Rights and Responsibilities Statement**).

**J.** If I am consolidating a Direct PLUS Loan or a Federal PLUS Loan that I obtained to help pay for my child's undergraduate education, I will not be eligible to repay my Direct Consolidation Loan under the IBR Plan or the Pay As You Earn Plan. However, I may repay my Direct Consolidation Loan under the ICR Plan.

**K.** If I am consolidating a Direct Loan Program loan first disbursed before July 1, 2012 on which I received an up-front interest rebate, and I have not yet made the first 12 required on-time payments on that loan at the time the loan is consolidated, I will lose the rebate. This means that the rebate amount will be added back to the principal balance of the loan before it is consolidated.

**L.** ED will give me the opportunity to pay the interest that accrues on the unsubsidized portion of my Direct Consolidation Loan during deferment periods (including in-school deferment periods) and on the entire portion of my Direct Consolidation Loan during forbearance periods. If I do not pay the interest that accrues during these periods, ED may add the unpaid interest that accrues to the principal balance of my loan (this is called "capitalization") at the end of the deferment or forbearance period. Capitalization will increase the principal balance on my loan and the total amount of interest I must pay.

Borrower's Name: **Dennis Akwensioge**          Social Security Number: ▮▮▮▮

## BORROWER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATIONS (CONTINUED)

M. ED has the authority to verify information reported on this Note with other federal agencies.

23. Under penalty of perjury, I certify that:

A. The information that I have provided on this Note is true, complete, and correct to the best of my knowledge and belief and is made in good faith.

B. All of the loans I have selected for consolidation have been used to finance my education or the education of one or more of my children.

C. All of the loans I have selected for consolidation are in a grace period or in repayment ("in repayment" includes loans in deferment or forbearance).

D. If I owe an overpayment on a Federal Perkins Loan, Federal Pell Grant, Federal Supplemental Educational Opportunity Grant, Academic Competitiveness Grant (ACG), National Science and Mathematics Access to Retain Talent (SMART) Grant, or Leveraging Educational Assistance Partnership Grant, I have made satisfactory arrangements to repay the amount owed.

E. If I am in default on any loan I am consolidating, I have either made a satisfactory repayment arrangement with the holder of that defaulted loan, or I will repay my Direct Consolidation Loan under the IBR Plan, the Pay As You Earn Plan, or the ICR Plan, except that I **must** repay my Direct Consolidation Loan under the IBR Plan, the Pay As You Earn Plan, or the ICR Plan under the conditions described above in Item 22.E.

F. If I have been convicted of, or if I have pled *nolo contendere* (no contest) or guilty to, a crime involving fraud in obtaining funds under Title IV of the Higher Education Act of 1965, as amended (HEA), I have fully repaid the funds to ED or to the loan holder in the case of a Title IV federal student loan.

24. I make the following authorizations:

A. I authorize ED to contact the holders of the loans I have selected for consolidation to determine the eligibility for consolidation and the payoff amounts of:
- The loans listed in the **Loans You Want to Consolidate** section of this Note, and
- Any of my other federal education loans that are held by a holder of a loan listed in the **Loans You Want to Consolidate** section.

B. I authorize ED to issue the proceeds of my Direct Consolidation Loan to the holders of the selected loans to pay off those loans.

C. I authorize ED to investigate my credit record and report information about my loan status to persons and organizations permitted by law to receive that information.

D. I authorize my schools, ED, and their agents and contractors to release information about my Direct Consolidation Loan to the references on the loan and to my immediate family members, unless I submit written directions otherwise.

E. I authorize my schools, ED, and their agents and contractors to share information about my loan with each other.

F. I authorize my schools, ED, and their agents and contractors to contact me regarding my loan request or my loan, including repayment of my loan, at the number that I provide on this Note or any future number that I provide for my cellular telephone or other wireless device using automated dialing equipment or artificial or prerecorded voice or text messages.

## PROMISE TO PAY

25. I promise to pay ED all sums disbursed under the terms of this Note to pay off my prior loan obligations, plus interest and other charges and fees that may become due as provided in this Note.

26. If I do not make a payment on my Direct Consolidation Loan when it is due, I will also pay reasonable collection costs, including but not limited to attorney fees, court costs, and other fees.

27. My signature on this Note serves as my authorization to pay off the balances of the loans I have selected for consolidation as provided by the holders of the loans.

28. I will not sign this Note before reading the entire Note, even if I am told not to read it, or told that I am not required to read it. I am entitled to an exact copy of this Note and the **Borrower's Rights and Responsibilities Statement**.

29. My signature certifies that I have read, understand, and agree to the terms and conditions of this Note, including the **Borrower Understandings, Certifications, and Authorizations** section, and the **Borrower's Rights and Responsibilities Statement**.

**I UNDERSTAND THAT THIS IS A LOAN THAT I MUST REPAY.**

30. Borrower's Signature

Today's Date(mm-dd-yyyy): _____



# Federal Direct Consolidation Loan Additional Loan Listing Sheet William D. Ford Federal Direct Loan Program

OMB No. 1845-0053
Form Approved
Exp. Date 04/30/2016

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or any accompanying documentation is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

**BEFORE YOU BEGIN**

Read the Instructions for Completing the Federal Direct Consolidation Loan Application and Promissory Note ("Instructions"). Use this form only if you need additional space to list loans in the **Loans You Want to Consolidate** section or the **Loans You Want to Consolidate** section of your Note.

**BORROWER INFORMATION**

Last Name: Akwensioge        First Name: Dennis        Middle Initial: ____

Social Security Number: ▮▮▮▮▮▮▮▮▮

**LOANS YOU WANT TO CONSOLIDATE**

List each federal education loan that you want to consolidate, including any Direct Loan Program loans that you want to include in your Direct Consolidation Loan. List each loan separately. We will send you a notice before we consolidate your loans. This notice will (1) provide you with information about the loans and payoff amounts that we have verified, and (2) tell you the deadline by which you must notify us if you want to cancel the Direct Consolidation Loan, or if you do not want to consolidate one or more of the loans listed in the notice. The notice will include information about loans that you listed in this section. If you have additional loans with a holder of a loan that you listed in this section, the notice may also include information about those additional loans. See the Instructions for more information about the notice we will send. IN THIS SECTION, LIST ONLY LOANS THAT YOU WANT TO CONSOLIDATE

| 3. Loan Code (see Instructions) | 4. Loan Holder/Servicer Name, Address, and Area Code/Telephone Number (see Instructions) | 5. Loan Account Number | 6. Estimated Payoff Amount |
|---|---|---|---|
| D | DIRECT LOAN SERVICING CENTER (ACS) | | $0 00 |
| D | DIRECT LOAN SERVICING CENTER (ACS) | | $0 00 |
| G | NAVIENT SOLUTIONS INC. | | $0 00 |
| A | NAVIENT SOLUTIONS INC. | | $0 00 |

**LOANS YOU DO NOT WANT TO CONSOLIDATE**

List all education loans that you are not consolidating, but want us to consider when we calculate the maximum repayment period for your Direct Consolidation Loan (see Item 11 of the Borrower's Rights and Responsibilities Statement that accompanies your Note). Remember to include any Direct Loan Program loans that you do not want to consolidate. List each loan separately. We will send you a notice before we consolidate your loans. This notice will (1) provide you with information about the loans and payoff amounts that we have verified, and (2) tell you the deadline by which you must notify us if you want to cancel the Direct Consolidation Loan, or if you do not want to consolidate one or more of the loans listed in the notice. The notice may also include information about any loans you listed in this section, but these loans listed will **not** be consolidated. See the Instructions for more information about the notice we will send. IN THIS SECTION, LIST ONLY LOANS THAT YOU WANT TO CONSOLIDATE

| 18. Loan Code (see Instructions) | 19. Loan Holder/Servicer Name, Address, and Area Code/Telephone Number (see Instructions) | 20. Loan Account Number | 21. Current Balance |
|---|---|---|---|
| | | | |
| | | | |
| | | | |



**RPR**

# REPAYMENT PLAN REQUEST:
Standard Repayment Plan/Extended Repayment Plan/Graduated Repayment Plan
William D. Ford Federal Direct Loan (Direct Loan) Program

OMB No. 1845-0014
Form Approved
Exp. Date 12/31/2016

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information.
☐ Check this box if any of your information has changed.

SSN: ▇▇▇-▇▇-▇▇▇▇
Name: Dennis Akwensioge
Address: ▇▇▇▇
City, State, Zip: Bowie MD, ▇▇▇
Telephone - Primary: ▇▇▇▇
Telephone - Alternate:
E-mail (Optional): ▇▇▇▇

## SECTION 2: REPAYMENT PLAN REQUEST

**1. Choose one of the following:**
☒ I want to select a plan for <u>all</u> of my Direct Loans.
☐ I want to select a plan for only my Direct Loans that are <u>not</u> eligible for the Income-Based Repayment (IBR), Pay As You Earn, or Income-Contingent Repayment (ICR) Plan. The following loans are not eligible for these plans:
- <u>Direct Parent PLUS Loans</u>: not eligible for IBR, Pay As You Earn, or ICR.
- <u>Direct Consolidation Loans</u> made on or after July 1, 2006 that repaid Direct Parent PLUS Loans or Federal Parent PLUS Loans: not eligible for IBR or Pay As You Earn. These loans <u>are</u> eligible for ICR.
- <u>Direct Consolidation Loans</u> made before July 1, 2006 that repaid Direct Parent PLUS Loans or Federal Parent PLUS Loans (these are called "Direct PLUS Consolidation Loans"): not eligible for IBR, Pay As You Earn, or ICR.

**2. Check the box for the repayment plan that you wish to select:**
These plans are described in Section 5. Sample payment amounts for each plan are provided in Section 7.
☒ Standard  ☐ Graduated  ☐ Extended - Fixed Payments  ☐ Extended - Graduated Payments

**Note:** If you are interested in the IBR, Pay As You Earn, or ICR Plan, visit StudentLoans.gov to read or complete the application or StudentAid.gov to learn more. To help you compare these plans to the Standard, Graduated, and Extended plans, sample payment amounts for the IBR, Pay As You Earn, and ICR Plans are provided in Section 7.

## SECTION 3: BORROWER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION

- **I understand that: (1)** I must choose the same repayment plan for all of my Direct Loans unless I want to repay my loans under the IBR, Pay As You Earn, or ICR Plan and I have some loans that may not be repaid under those plans. In this case, I may select the IBR, Pay As You Earn, or ICR plan for the loans that are eligible for those plans by submitting the IBR/Pay As You Earn/ICR Plan Request, and may select a different repayment plan for the loans that may not be repaid under IBR, Pay As You Earn, or ICR. **(2)** If I am beginning repayment of my loans for the first time and I do not select a repayment plan, I will be placed on the Standard Repayment Plan. **(3)** If I am delinquent in making payments under my current repayment plan at the time I request to change to a different plan, my servicer may grant me a forbearance to cover any payments that are overdue at the time I enter the repayment plan I selected in Section 2. Unpaid interest that accrues during this forbearance period may be capitalized at the end of the forbearance period.
- **I certify that (1):** The information I have provided on this form is true and correct and **(2)** I have read and understand the terms and conditions of the repayment plan that I requested in Section 2, as explained in Section 5.
- **I authorize** the U.S. Department of Education (and its agents or contractors) to contact me regarding my request or my loan(s), including repayment of my loan(s), at the number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**Borrower Signature** _____  **Date** _____

Page 1 of 5