# Summary Judgment Ex. 33

# DECLARATION OF JOSEPH BLEVINS

I, Joseph Blevins, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Willowgrove, Pennsylvania.

2. I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3. In the summer of 2017, I received a direct mail solicitation regarding relief for my federal student loans.

4. In early August 2017, I called the phone number listed on the mailer. I ended up speaking to several representatives [over multiple calls] on the day I called and enrolled. The representatives told me that their company Direct Document Solutions could lower the interest rate on my student loans and reduce the monthly payments on my student loans. They presented the change to my loan as a refinance into a new loan. The representatives also requested my bank account information and stated that the company's fee was $1,000. I agreed to enroll and signed the company's contract electronically.

5. During these calls, the representatives did not tell me that I was signing up to consolidate my student loans. I had consolidated my student loans the year before and would not have been interested in consolidating again.

6. Immediately after I enrolled, I received an email with a payment schedule and several application forms, including an application for an income-driven repayment plan and a request to put my loans into forbearance for three months. I printed the applications, signed and scanned them, and then sent the signed applications back.

7. Within approximately one month, my forbearance application was approved, and I did not have to make a payment on my student loans for about three months.

8. On or about August 16, 2017, Direct Document Solutions charged my bank account about $500 for my first payment.

9. On or about September 18, 2017, Direct Document Solutions charged my bank account about $500 for my second payment.

10. The interest rate on my student loans did not change after I enrolled with Direct Document Solutions.

11. In approximately October 2017, I received a phone call from a Direct Document Solutions representative, who asked me if I had any information on the status of my student loan. I was upset and asked to speak with a manager. I didn't understand why they didn't know the status of my student loans, since that was the service I had paid them for. I asked the manager for a refund, and Direct Document Solutions denied my request.

12. Shortly after, I logged into Mohela and saw that my student loan servicer Mohela denied my income-based repayment plan application. I contacted Mohela and learned that Direct Document Solutions had not correctly filled out the application and that information was missing from it. I provided the missing information to Mohela during the call.

13. On November 15, 2017, I filed a complaint about Direct Document Solutions with the Better Business Bureau. Also on November 15, 2017, I again contacted Direct Document Solutions and requested a refund. A few days later, Direct Document Solutions provided me with a refund of the payments I had made in August and September. A true and correct copy of the November 15, 2017 email including its attachment (which I forwarded to the Bureau) is

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/ 23__, 2021.

_[signature]_
Joseph Blevins
At Willow Grove, Pennsylvania