# Summary Judgment Ex. 33a

Blevins Declaration

Exhibit A

## Schneider, Dani (CFPB)

| | |
|---|---|
| **From:** | Joseph Blevins |
| **Sent:** | Thursday, February 11, 2021 1:27 PM |
| **To:** | Schneider, Dani (CFPB) |
| **Subject:** | Fwd: Request for immediate cancellation and refund |
| **Attachments:** | Scan0001.pdf |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.


---------- Forwarded message ---------
From: **Joseph Blevins**
Date: Wed, Nov 15, 2017 at 5:20 PM
Subject: Request for immediate cancellation and refund
To: <docs@clientenrollment.com>


Please see the attached PDF document containing my request for immediate cancellation and refund of all services. After cancelling services and refunding any payments made, please remove all of my information from your system.

Thank you,
Joseph Blevins

---

 Virus-free. www.avast.com

To whom it may concern,

Due to your misleading and fraudulent business practices, I am requesting that you immediately terminate any and all services from your company and refund any payments made, as well as remove any of my information from your records. If not entitled to a refund, I will be filing claims with the Better Business Bureau, Federal Trade Commission, and the Pennsylvania State Attorney General.

Please resolve this immediately.

Sincerely,

*Joseph B.*

Joseph Blevins