# **Summary Judgment Ex. 34**

# DECLARATION OF MICHAEL CAPECI

I, Michael Capeci, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Imperial, California.

2. I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3. I am a veteran of the U.S. Marine Corps, a retired police officer, and a former adjunct criminal justice professor at Imperial Valley College. Before retiring as a police officer, I worked in law enforcement for over 25 years.

4. In around May 2017, I received an email from Secure Preparation Services. At the time, I was working in the Public Safety Department of Imperial Valley College. At the time, I had several student loans that I was paying off. I was interested in reducing my student loan payments, but I had been putting it off. The email offered student loan forgiveness.

5. After receiving the email, I called the phone number on the Secure Preparation Services email. Over the course of several phone calls, I spoke to representatives who told me that they would help me consolidate my student loans.  The representatives each told me that the consolidation would lower my student loan interest rate.  The representatives also told me that my credit score was really good, but that Secure Preparation Services would help me improve my credit score even more.  In addition, a Student Preparation Services representative said that I would be eligible for a certain amount of student loan forgiveness because I was a veteran, a police officer, and lived in an economically deprived area.  The representative said that his company wouldn't know how much student loan forgiveness I would be eligible for until the

company conducted further research after I enrolled and paid Secure Preparation Services' fee, and that I would have a choice of whether to go forward once that research was complete.

6.      The representative rushed me through the enrollment process, and persuaded me to provide my credit card information and to pay Secure Preparation Services' $799 fee.  He also rushed me through electronically signing Secure Preparation Services' contract via DocuSign.

7.      After enrolling, I started getting emails and phone calls from Secure Preparation Services that they needed me to expedite my student loan application paperwork. The representative kept calling me while I was out of town at a conference and I didn't understand the rush. While I was at the conference, Secure Preparation Services needed me to sign the applications right away, so in around late June 2017 I signed and returned the applications. Based on the initial sales call, I believed that Secure Preparation Services would not submit the applications until completing its research regarding my loan forgiveness, and that I would have a choice at that point about how to proceed.

8.      In around October 2017, I received a letter from the student loan servicer FedLoans with a request for a payment.  I didn't understand why FedLoans was asking me for payment because it hadn't previously been my servicer and because I hadn't authorized Secure Preparation Services to submit any application documents on my behalf.

9.      I called FedLoans to ask what the payment was for. FedLoans told me that my student loans had been consolidated and that they were now my servicer. I told the FedLoans representative that I hadn't given Secure Preparation Services permission to submit any paperwork on my behalf, but the representative didn't want to hear about my experience with Secure Preparation Services.

10.     On or about October 16, 2017, I called Secure Preparation Services and asked to speak with a supervisor. The supervisor I spoke to told me that my paperwork had been submitted and that FedLoans had become my new servicer because I'm a veteran and my geographical location justified it. I was frustrated that Secure Preparation Services had submitted the applications before I had the opportunity to approve them and understand how they would affect my student loans. After I complained about being misled during my sales call, the supervisor promised that Secure Preparation Services would return my $799 payment to me. In the following months, however, I never received the refund from Secure Preparation Services. I contacted Secure Preparation Services several times in late 2017 and early 2018 about the refund, but still did not receive the refund.

11.     After my experience with Secure Preparation Services, I filed a police report with the Imperial Police Department and a police report in La Brea, California where Secure Preparation Services is located.

12.     I want Secure Preparation Services shut down for good because they misled me and stole from me. They told me that I would be refunded my $799 but that never happened. This crooked company took advantage of me and I don't want that to happen to other people.

13.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on _ARIL 15th_, 2021.

_Michael W. Capeci_

Michael Capeci

At Imperial, California