# **Summary Judgment Ex. 35**

# DECLARATION OF MICHAEL CHEKANSKI

I, Michael Chekanski, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Wilmington, Delaware.

2. I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3. In May 2017, I received a piece of mail concerning a "FINAL NOTICE" regarding a "Student Loan Consolidation & Payment Reduction Program." The mailer stated that in order to consolidate my student loans, I needed to respond quickly. The mailer referenced Direct Document Solutions as the "Assigned Dept." for my loan. A true and correct copy of the mailer I received is attached as **Exhibit A.**

4. At the time, I had about 13 federal student loans, which had interest rates ranging from 3.4% to 6%.

5. I called the phone number on the mailer.  Over the course of multiple phone calls, I spoke with a representative about lowering my interest rates. The representative told me that the interest rate on my student loans would be reduced from what I currently had.

6. The representative asked me to send information about my student loans to determine how much I would save from consolidation. Once I did so, the representative told me that my student loans had been reviewed, and that my consolidated interest rate would be near 4%.  The representative stated that my interest rate would be lowered by the consolidation itself and that I would also receive a .5% reduction in my interest rate by signing up for an auto-debit option.  Based on the average of the existing interest rates on my student loans,

I understood that an interest rate of 4% would represent a lowering of my overall interest rate.

7.     The representative told me that before he could confirm my new interest rate, I would need to make a payment. The representative asked me for my banking information, which I provided. My understanding was that I would pay $899 to cover the cost of processing in order to get a lower interest rate for my consolidated student loans. I agreed to pay $899 to consolidate my student loans and lower my interest rate.

8.     On May 16, 2017, I electronically signed an agreement with Direct Document Solutions. Exhibit B of the service agreement identifies that I would make a payment of $449.50 on June 1, 2017 and a second payment of $449.50 on July 3, 2017. Shortly after electronically signing, I received an email from esign@debtpaypro.com including a PDF of my signed documents. A true and correct copy of my enrollment agreement documents are attached here at **Exhibit B**.

9.     After signing the agreement, on May 16, 2017, I received an email from a Direct Document Solutions representative at docs@clientenrollment.com. The subject of this email is "Welcome Email and Consolidation Packet for Michael Chekanski (Direct Document Solutions, DPC-13695602)." The email contained several attachments, including a consolidation application, repayment plan request, and a forbearance request, which were filled out with my name and financial information. The email asked me to print out and sign these forms and then return them. A true and correct copy of the May 16, 2017 email (not including its attachments) which I forwarded to the Bureau is attached hereto as **Exhibit C**.

10.     The forbearance request sought to put my loans into forbearance for approximately three months. On or about May 26, 2017, I received an email

from a DDS representative that my forbearance request had been submitted. I then received a notification from my student loan servicer Nelnet indicating that my forbearance request had been approved. My loans remained in forbearance until August 14, 2017.

11. My first payment of $449.50 was charged to my bank account on or about June 1, 2017.

12. On June 16, 2017, I received an email from a Direct Document Solutions representative that my consolidation application had been submitted to the Department of Education. A true and correct copy of that email is attached hereto as **Exhibit D.**

13. On June 20, 2017, I received an email from Nelnet, my student loan servicer, indicating that my Direct Consolidation Loan Application would be processed soon. A true and correct copy that email is attached hereto as **Exhibit E**.

14. My second payment of $449.50 was charged to my bank account on or about July 3, 2017.

15. On July 7, 2017, I received documents in the mail from Nelnet indicating that my consolidation was scheduled to be completed on July 20, 2017. The documentation from Nelnet included a consolidation summary sheet that described the then-current status of my student loans, including the interest rate for each of my loans. The summary sheet also indicated that my new consolidated interest rate would be set at 4.75%. When I did the math, I figured out that the new interest rate was a weighted average of the student loan interest rates I had at the time. I realized that the consolidation wasn't going to save me any money and I was angry that I had been promised a lower interest rate. I also did some research online and realized that I had spent money on a consolidation process that I could have done myself for free.

16.     On July 11, 2017, I called Nelnet and cancelled my student loan consolidation. The Nelnet representative I spoke to also confirmed that I would receive a .25% reduction in interest rate for signing up for the auto-debit option, not a .5% reduction.

17.     Later in July, I called the Direct Document Solutions representative over the phone and told them that I wouldn't be moving forward with them, that I wanted to cancel my consolidation, and that I wanted my money back. The representative said no, so I asked to speak to a supervisor. Eventually, I was transferred to someone named Louis and asked them to process my cancellation and provide a refund. Direct Document Solutions refused to refund me.

18.     I was worried that Direct Document Solutions was a nefarious company that had stolen $899 from me. I called my bank and asked them to block further payments.

19.     In August 2017, I filed a complaint with the Delaware Department of Justice regarding my experience with Direct Document Solutions. I want my $899 back and I want to be sure that they are not misusing the personal and financial information I provided to them.

20.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____03/05_____, 2021.

_M Chekanski_

Michael Chekanski

At Wilmington, Delaware