# Summary Judgment Ex. 35a

Chekanski Declaration

Exhibit A

BENEFIT ID#: 9317737

Address Change? Please contact our
Customer Service Department

**Final Notice**

Michael Chekanski
Wilmington, DE

Contact: 1-855-608-4192
Assigned Dept. Direct Document Solutions
NOTICE DATE: May 12th, 2017

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Michael Chekanski

*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Michael,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $40,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling.**

Please create your Federal Student Aid ID and call by June 12th, 2017 or before your next payment is due: 1-855-608-4192

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

**CREATING YOUR FSA ID**

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT: This is a government website which DDS does not own. FSA ID Creation is a government program which DDS did not create.**

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-855-608-4192
Monday – Friday 7:00am – 6:00pm PST

username:
password:

**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-855-608-4192
REFERENCE BENEFIT ID: 9317737**

DDS is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third party processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.