# Summary Judgment Ex. 35d

Chekanski Declaration

Exhibit D



Michael Chekanski

## Your consolidation has been submitted, MICHAEL CHEKANSKI (Direct Document Solutions, DPC-136956002)

1 message

**Angel Santana-Cruz** <docs@clientenrollment.com>      Fri, Jun 16, 2017 at 9:31 AM
To:

Dear MICHAEL,

This email is to inform you that your consolidation application was submitted to the Department of Education on **Jun 16, 2017**.

We wanted to give you a timeline of what to expect from this point onward. If you have any questions, please don't hesitate to call.

1. One of the first things you should receive is a letter from your servicer. This is your Loan Summary Statement. ***This is not a bill.*** This letter lists the loans that are being included in the consolidation and their current balances.
2. About 10 days from the date on that loan summary statement, the consolidation should be finalized and then your current loans will be paid in full. You should receive a second notice stating that your loans have been placed into a Standard/Graduated repayment plan. Your first bill will follow shortly after.

Thank you again for choosing us for your document preparation needs.

Remember, if you have any questions, please call us at **(855) 535-2413**.

Thank you,

**Angel Santana-Cruz**

Processing Department

(docs@clientenrollment.com)



www.directdocumentsolutions.com

23785 El Toro Road Suite 403

Lake Forest, CA 92630

Ph: (855) 535-2413

Fx: 888-717-5722