# Summary Judgment Ex. 35e

Chekanski Declaration

Exhibit E

 Michael Chekanski

## MICHAEL, we received your Direct Consolidation Loan application
1 message

Nelnet Student Loan Servicing <DirectLoanConsol@e.nelnet.net>  Tue, Jun 20, 2017 at 12:02 PM
Reply-To: DirectLoanConsol@e.nelnet.net
To:

Your application is currently under review.   View Online



MICHAEL   Application ID: LNC2W10GLD4PI1Q

# Your Direct Consolidation Loan Application Will Be Processed Soon.

Dear MICHAEL,

Thank you for selecting Nelnet to service your new Direct Consolidation Loan!

We have received your consolidation application, and we estimate that our processing will be complete on 8/8/2017.

If you requested an income-driven repayment plan for your Direct Consolidation Loan, we will evaluate your eligibility while we process your application.

Please note that if you are consolidating defaulted loans, you are required to repay your new consolidation loan under an income-driven repayment plan. You can visit StudentLoans.gov to complete an income-driven application if you haven't already.

## What's Next?

Until we notify you that your Direct Consolidation Loan has been successfully originated, please:

- Continue to make monthly loan payments that are due to your current servicer(s)
- Respond to any requests that we send you for additional information that may be needed to complete your consolidation request
- Keep an eye out for your Loan Summary Statement, which will list the loans you selected that are eligible for consolidation.

Once the origination of your Direct Consolidation Loan is complete, we will send you a letter with the information you'll need to begin making payments on your new consolidation loan.



**Just know that we're here for you when you need us.** If you have any questions, please contact us at 866.426.6765 or DirectLoanConsol@Nelnet.net.

Sincerely,

Your Nelnet Customer Service Team

To ensure delivery to your inbox, please add DirectLoanConsol@e.Nelnet.net to your address book.



This email was sent to: ▇▇▇▇▇▇▇▇

This email was sent by: **Nelnet, Inc**
121 South 13th Street, Lincoln, NE 68508, USA

EM-0374-0216