# Summary Judgment Ex. 36

# DECLARATION OF APRIL DAVIS

I, April Davis, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Arlington, Virginia. During the pandemic, I have also been residing in Evington, Virginia.

2. I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3. In March 2017, I received a letter in the mail from Certified Doc Prep Services dated March 3, 2017. A true and correct copy of the letter I received is attached as **Exhibit A.**

4. I called the phone number on the letter on March 29, 2017 and spoke with a sales representative, who asked me to retrieve information about my student loans from the Federal Student AID ("FSA") website and to email that information to him. He told me that he needed this information so he could make a determination about my projected new loan and interest rate and asked me to call him back in an hour. I then called back an hour later and reached a different representative, who discussed my projected loan options based on the FSA information I provided. I asked for time to review my options overnight before continuing with the process.

5. On March 30, 2017, I called Certified Doc Prep Services and spoke to a third sales representative, who described himself as a senior employee. The representative explained that I received the letter in March so that I could choose to consolidate my loans, and hence, reduce and stabilize my interest rate. He said that having a lower interest rate would save me money on my student loans. He also said that Certified Doc Prep Services was a contractor or middleman for the Department of Education, which made me trust

1  his advice.  The representative explained that I could enroll in either a standard
2  repayment plan or a graduated repayment plan, and I agreed to the standard
3  option.  The representative then told me there would be a fee of $899 for
4  handling my loan consolidation process and for communicating with my
5  student loan servicer, Navient.  After I complained about the fee and questioned
6  the reason for it, he reduced the fee to $799.  The representative took my credit
7  card information over the phone.  He also explained that I would need to sign a
8  forbearance application and fax the application documents to Certified Doc
9  Prep Services so that they could contact Navient.  He told me not to contact
10 Navient about my loans and to work directly and only through Certified Doc
11 Prep Services.  He said that once my loans were consolidated I would deal
12 directly with the U.S. Department of Education, and not with Navient.

13        6.      During the course of the call on March 30, the representative also
14 had me electronically sign an agreement with Certified Doc Prep Services.  A
15 true and correct copy of that agreement is attached as **Exhibit B**.

16        7.      In addition, while we were on the call on March 30, the
17 representative sent me an email from a generic email address,
18 docs@clientenrollment.com, which contained a forbearance request,
19 consolidation application, and a repayment plan request, each with my name
20 and other information filled in.  The email also included instructions for how to
21 return the documents to Certified Doc Prep Services.  A true and correct copy
22 of the email I received (without its attachments) is attached as **Exhibit C**.

23        8.      Immediately after the March 30 conversation, I signed the
24 application documents and faxed them to Certified Doc Prep Services at the fax
25 number on the email I had received.

DECLARATION OF APRIL DAVIS
2

9. On April 1, 2017, I received an email from a representative of Certified Doc Prep Services stating that my documents had been received. The email stated that my forbearance application had been submitted to my servicer.

10. On April 7, 2017, Certified Doc Prep Services charged my credit card $799.

11. On April 11, 2017, I received an email from a representative of Certified Doc Prep Services stating that my loan consolidation application had been submitted to the Department of Education on that date. A true and correct copy of the email I received is attached as **Exhibit D.**

12. On or about April 11, 2017, I also received a letter from Navient stating that my forbearance request was approved.

13. In June 2017, I received a bill from Navient indicating that I had a payment due on August 5, 2017. I was very concerned to hear from Navient because the representative of Certified Doc Prep Services had said that Navient was not supposed to contact me.

14. I made calls to Navient on June 20, 23, and 28, 2017. Over the course of those calls, I was told by Navient that Certified Doc Prep Services was not a Department of Education contractor and that I had likely been scammed. I was further told that when my forbearance ended I would have to pay more per month on my student loans because my loans had been put into forbearance, which had caused interest to accumulate on my loans. On the June 28 call, I asked Navient to remove my forbearance.

15. On June 20, 2017, I attempted to call Certified Doc Prep Services repeatedly, but got no answer.

16. On July 10, 2017, I received a letter from Navient dated July 5, 2017 which stated that it could not remove my forbearance because doing so would leave my account delinquent.

DECLARATION OF APRIL DAVIS
3

17. Between July 10 and 12, 2017, I attempted to reach Certified Doc Prep Services several times each day, but no one answered any of the calls that I made.

18. I was unable to obtain a refund of the $799 that I paid despite numerous attempts to contact Certified Doc Prep Services.

19. As a result of the forbearance that Certified Doc Prep Services' requested, the monthly payment on my student loans increased by about $48. I also did not receive a lower interest rate on my student loans as promised.

20. On July 31, 2017, I filed a complaint with the Consumer Financial Protection Bureau regarding my experience with Certified Doc Prep Services.

21. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2021.

April Davis
At Evington, Virginia

DECLARATION OF APRIL DAVIS

4