# Summary Judgment Ex. 36d

Davis Declaration

Exhibit D

 Gmail

April Davis <​█████████>

## Your consolidation has been submitted, APRIL DAVIS (Certified Doc Prep Services LP, DPC-120312686)

1 message

**Emily Pantoja** <docs@clientenrollment.com>
To: ███

Tue, Apr 11, 2017 at 1:28 PM

Dear APRIL,

This email is to inform you that your consolidation application was submitted to the Department of Education on **Apr 11, 2017**.

We wanted to give you a timeline of what to expect from this point onward. If you have any questions, please don't hesitate to call.

1. One of the first things you should receive is a letter from your servicer. This is your Loan Summary Statement. **_This is not a bill._** This letter lists the loans that are being included in the consolidation and their current balances.
2. About 10 days from the date on that loan summary statement, the consolidation should be finalized and then your current loans will be paid in full. You should receive a second notice stating that your loans have been placed into a Standard/Graduated repayment plan. Your first bill will follow shortly after.

Thank you again for choosing us for your document preparation needs.

Remember, if you have any questions, please call us at **(844) 863-2886**.

Thank you,

**Emily Pantoja**

Processing Department

(docs@clientenrollment.com)


Certified DocPrep

1015 E Imperial Hwy Ste C8

Brea, CA 92821

Ph: (844) 863-2886

Fx: (888) 717-5722

---

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

---