# **Summary Judgment Ex. 37**

## DECLARATION OF BRITTANY HAMPTON

I, Brittany Hampton, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in Ontario, California.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      In June or July 2017, I received a piece of mail that offered to consolidate my federal student loans at a lower interest rate. The mailer also mentioned student loan forgiveness.

4.      At the time, I was looking to lower my student loan interest rate and was doing research to see if I could consolidate my federal student loans or refinance them through a private company. My loans varied from 4% through 6 or 7%.

5.      On about July 17, 2017, I called the phone number on the mailer. Over the course of two phone calls, I spoke with representatives of Direct Document Solutions about lowering my interest rates. The first representative I spoke to told me that he was a loan officer and that if I filled out the paperwork, it would consolidate my student loans to get the interest rate down to 4 or 5%.  I told the representative that I only wanted to consolidate my loans with higher interest rates, which I thought made more sense for me.

6.      The representative told me that he ran my information and that I qualified for consolidation. He said that he had information about my student loans, including how much student loan debt I had. Because he had that information, I thought that the representative was affiliated with Department of Education.

7.     The representative told me consolidating loans is like paying off a loan, and that after my student loans were consolidated my credit score would improve. I had filed for bankruptcy in 2015 so I was concerned about my credit score and interested in improving it.

8.     The representative told me that I would need to pay Direct Document Solutions $1,099. The representative asked me for my banking information, which I provided. The representative told me that they would take the take the payment from my bank account three times over the next three months. My understanding was that my payment of $1,099 would cover the cost of the document preparation in order to get a lower interest rate for my consolidated student loans and improve my credit score. The representative made me feel rushed to start my consolidation and complete the application.

9.     On July 17, 2017, I electronically signed an agreement with Direct Document Solutions. The payment schedule identifies that I would make a payment of $366.33 on July 26, 2017, a second payment of $366.33 on August 24, 2017, and a third payment of 366.34 on September 25, 2017. Shortly after electronically signing, I received an email from esign@debtpaypro.com including a PDF of my signed documents. A true and correct copy of my enrollment agreement documents are attached here at **Exhibit A**.

10.     After signing the agreement, on July 17, 2017, I received an email from a Direct Document Solutions representative at docs@clientenrollment.com. The subject of this email was "Welcome Email and Consolidation Packet for Brittany Hampton (Direct Document Solutions, DPC-15015720)." The email contained an attachment called "1.1 Standard-Grad Welcome Packet – Brittany Hampton.pdf." The attachment included the following documents: welcome letter, forbearance request, consolidation

application, and repayment plan request. The forbearance request and application documents were filled out with my name and financial information. The email asked me to print out and sign these forms and then return them. A true and correct copy of the July 17, 2017 email, welcome letter, and forbearance request (without the other documents), which I forwarded to the Bureau of Consumer Financial Protection, is attached hereto as **Exhibit B**. The forbearance request sought to put my student loans into forbearance for three months.

11.     When I looked at the documents that had been emailed to me, I saw there was no documentation about the interest rate I had been promised during the call. I felt like this deal was too good to be true, so I called Direct Document Solutions again.

12.     On July 17, 2017, I called the same phone number, but spoke to a different representative. The second representative told me that he was a supervisor of the representative I had spoken to earlier. He told me that he could see the details of my account, and that I would get a guaranteed lower interest rate and that I would need to consolidate to get that lowered interest rate. Although I only wanted to consolidate my loans with higher interest rates, the representative told me I had to consolidate all of my loans together.  The representative promised me that my loans with higher interest rates would go down 2 percentage points and that the loans with lower rates would be between 4.5% to 5%, which was near where they had started. Once again, I felt rushed to fill out and return the documents. I decided to go ahead and signed the application and request forms and returned them to Direct Document Solutions.

13.     On July 18, 2017, I received an email from a Direct Document Solutions representative that my forbearance request had been submitted to my

servicer. A true and correct copy of that email, which I forwarded to the Bureau of Consumer Financial Protection, is attached hereto as **Exhibit C.**  After the forbearance request was submitted, I did not have to make payments on my student loans for three months.

14.    On July 21, 2017, I received an email from donotreply@clientenrollment.com reminding me that my first scheduled payment of $366.33 was due on July 24, 2017.

15.    On August 21, 2017, I received a second email from donotreply@clientenrollment.com reminding me of my scheduled payment of $366.33 due on August 24, 2017.

16.    A few weeks later, I received a letter in the mail from Nelnet indicating that it was my new student loan servicer. I immediately looked up my student loan information on Nelnet's website. I saw that my new interest rate was 6.5% and that Direct Document Solutions had consolidated all of my student loans. I was angry that my interest rate had not gone down by two percentage points as Direct Document Solutions had promised and that Direct Document Solutions hadn't saved me any money.

17.    I called Nelnet to ask about the interest rate. The Nelnet representative was under the impression that I had done the consolidation. I asked the Nelnet representative if I could have my student loans transferred back to my previous provider. The Nelnet representative said no, it was too late to transfer my student loans back and that the consolidation was final. I asked the Nelnet representative is they had ever heard of Direct Document Solutions and they said no. I asked if the interest rates are flexible, because I had been promised a lower interest rate by Direct Document Solutions. The Nelnet representative said no.

---

**DECLARATION OF BRITTANY HAMPTON**

4

18.    I then called the phone number of the Direct Document Solutions representative and he told me to call the direct line. I called another phone number and spoke to a manager, who tried to rush me off the phone and told me that it would take time for my new servicer to correct the interest rate. I asked to speak to somebody else and he said nobody else was available. The manager told me to call back if I continued to have problems.

19.    About two weeks later, I called Direct Document Solutions again because my interest rate hadn't changed. The phone number for Direct Document Solutions was out of service.

20.    I realized that I had been scammed by Direct Document Solutions. I did some online research and found out that I could have done the consolidation for my student loans for free.

21.    I wish I had never paid $1,099 to Direct Document Solutions. I am embarrassed that I was tricked and scammed out of my money. I wish I could get my money back and return to my original servicer.

22.    Direct Document Solutions' services did not improve my credit score or lower the interest rate on my student loans as it had promised.

23.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/20___, 2021.

Brittany Hampton
At Ontario, California