# Summary Judgment Ex. 37c

Hampton Declaration

Exhibit C

## Schneider, Dani (CFPB)

| | |
|---|---|
| **From:** | Brittany Hampton |
| **Sent:** | Monday, March 1, 2021 3:34 PM |
| **To:** | Schneider, Dani (CFPB) |
| **Subject:** | Fwd: Fw: Your documents have been received, Brittany Hampton (Direct Document Solutions, DPC-150157520) |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

**Brittany Hampton**
Certified Professional Dog Trainer, CPDT-KA
Assured Canines, Inc.

www.assuredcanines.com
Follow us on Instagram, Facebook, Twitter

---------- Forwarded message ---------
From: **Brittany Hampton**
Date: Thu, Feb 25, 2021 at 3:51 PM
Subject: Fw: Your documents have been received, Brittany Hampton (Direct Document Solutions, DPC-150157520)
To: Brittany Hampton

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Tuesday, July 18, 2017, 4:10 PM, Keren Figueroa <docs@clientenrollment.com> wrote:

> Hello Brittany,
>
> I just wanted to let you know that we received the following documents they've been uploaded to your account:
>
> - **Forbearance Request**
> - **Promissory Note/FDCL**
> - **Repayment Plan Form Request**
>
> We've also faxed your forbearance to your servicers, so keep an eye out for correspondence related to that.

1

If your forbearance is denied, your servicer has to tell you the reason for the denial. Please call us and let us know the reason as soon as you get it and we can resubmit your forbearance. Usually the reason for denial is the fax was received, but something was to difficult to read or one of the pages didn't fax correctly and was corrupted.

You can contact us at **(855) 535-2413** between the hours of 8 AM and 5 PM Pacific Standard Time, Monday through Friday.

**Thank you,**

**Keren Figueroa**

**Client Services Department**

(clientservices@clientenrollment.com)



**www.directdocumentsolutions.com**

23785 El Toro Road Suite 493

Lake Forest, CA 92630

Ph: (855) 535-2413

Fx: 888-717-5722

---

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

---