# Summary Judgment Ex. 38

# DECLARATION OF NATALIE HEBIN

I, Natalie Hebin, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Eugene, Oregon.

2. I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3. I took out student loans to pay for graduate school and as of fall 2015 had approximately $60,000 in student loan debt.

4. On December 2, 2015, I received a phone call from a representative of Docu Prep Center. The representative told me that new legislation passed by President Obama would allow individuals to apply for loan consolidation. He mentioned that this was a process that I could do on my own, but it would be a lengthy process and unduly burdensome. He also said that by consolidating my loans the company would be able to lower my interest rate by .25%. He said that I wouldn't be able to get the lower .25% reduction in interest rate without doing a consolidation.

5. During this phone call, I mentioned that I would take time to think about consolidating my loans. In response, the representative said that it would be better to enroll swiftly because the loan consolidation option would be not be available for long. He said that Docu Prep Center was one of a handful of companies chosen by the Department of Education to provide this loan consolidation service. I was on the phone with the representative for about two hours and I felt pressured to enroll right then. As part of the phone call, the representative requested my banking information.

6. On December 2, 2015, while I was on the phone with the representative, I received an email from Docu Prep Center via DocuSign. The email led to a DocuSign page with four documents: (1) a welcome letter, (2)

client agreement, (3) a consolidation application, and (4) an ACH authorization form. The representative told me to electronically sign the documents quickly. A true and correct copy of this email, including the welcome letter, client agreement, and ACH form is attached as **Exhibit A**. (The consolidation application is not included in this Exhibit.)

7. On December 2, 2015, I also received a "Welcome Email and Consolidation Packet" from the email address docs@clientenrollment.com. The email included several attachments, including a consolidation application, forbearance request, and income-driven repayment plan request.

8. On December 3, 2015, I received a notice by email that Docu Prep Center would charge my bank account on December 9, 2015. A true and correct copy of the email and its attachment, which I later forwarded to the Bureau of Consumer Financial Protection, is attached as **Exhibit B.**

9. I did not initially sign and return the application documents I received on December 2, 2015. On January 13, 2016, I emailed Docu Prep Center to ask whether I could still sign and return the documents, and I received a response saying that I could. On January 14, 2016, I signed the consolidation application, forbearance request, and income-driven repayment plan request and emailed them to Docu Prep Center.

10. After I returned the documents, my loans were placed in forbearance for approximately three months while my consolidation application was pending.

11. In 2018, I tried to contact Docu Prep Center and its phone had been disconnected. After talking with an acquaintance, I realized that I had been scammed. The Docu Prep Center representative told me that student loan consolidation was a complicated, arcane process. I now know that the forms that Docu Prep sent me were easily available. It turns out that I could have

consolidated my loans on my own without paying $799. I was never able to reach Docu Prep Center to receive a refund.

12. I want a refund. They have my social security number and I am very concerned that they could steal my identity with the information I provided them in the enrollment forms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 19, 2021.

Natalie Hebin
At Eugene, Oregon