# Summary Judgment Ex. 38b

Hebin Declaration

Exhibit B

## Schneider, Dani (CFPB)

| | |
|---|---|
| **From:** | Natalie H |
| **Sent:** | Friday, February 19, 2021 4:28 PM |
| **To:** | Schneider, Dani (CFPB) |
| **Subject:** | Fwd: SL - Payment Invoicing Notice - 12/03/2015 07:44:46 PM |
| **Attachments:** | SL_INVOICE.pdf |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

**Natalie Hebin, MS, CCC-SLP**
**Speech-Language Pathologist**
**Freelance Translator**

**Spanish > English  |  French > English**

---------- Forwarded message ---------
From: <loanservicing@paymentautomation.net>
Date: Thu, Dec 3, 2015 at 8:33 PM
Subject: SL - Payment Invoicing Notice - 12/03/2015 07:44:46 PM
To:

Attached is your Student Loan Consolidation Service payment reminder.

*** Note: THIS EMAIL IS USED TO SEND REPORTS AND IS NOT MONITORED FOR INCOMING EMAILS. If you need to send a reply email, please use: info@paymentautomation.net To opt out from receiving emails, just send a reply to info@paymentautomation.net with your email address and name.

Payment Automation Network, Inc.
(800) 813-3740 x 2 Toll Free
(888) 600-2703 Fax
Info@PaymentAutomation.net
www.PaymentAutomation.net
9am to 4pm M-F, PST

221 N Central Ave, #196
Medford OR 97501

NOTICE: This e-mail message and all attachments transmitted with it are intended solely for the person to whom this

1

email was addressed and may contain privileged or confidential information or personal information protected from use by federal or state law. If you are not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone or by replying via electronic mail. After providing such notice, please delete this message and all copies and backups thereof. Thank you for your cooperation.

**PAYMENT REMINDER**

**Docu Prep Center, Inc.**
3 Whatney
Suite 100
Irvine CA 92618

| | |
|---|---|
| Toll Free | 888-717-5721 |
| Hours | M-F 8:00am - 4:00pm PST |
| Email | clientservices@clientenrollment.c |
| Website | www.docuprepcenter.com |

**RE: Student Loan Payment Reminder**

Natalie Hebin

Gainesville FL

December 03, 2015                                              ACCT ID: 10438605

---

**LAST PAYMENT RECEIPT INFORMATION**

| Last Payment Received: | / / | Payment Amount: | $0.00 |
|---|---|---|---|
| Receipt #: | | Payment #: | 0 |

**NEXT PAYMENT INFORMATION**

| Next Automatic Pmt Date | 12/09/2015 |
| Next Automatic Pmt Amt | $799.00 |

*Your Preauthorized Bank Draft will be drafted on your pmt due date. Call the number above to cancel your automatic payment. We require 72hrs notice to make any payment changes or to stop an automatic payment.*

---

Natalie Hebin

Gainesville FL

ACCT ID: 10438605

| Next Automatic Pmt Date | 12/09/2015 |
| Next Automatic Pmt Amt | $799.00 |

Docu Prep Center, Inc.
3 Whatney
Suite 100
Irvine CA 92618