# **<u>Summary Judgment Ex. 39</u>**

## DECLARATION OF JODIE JONES

I, Jodie Jones, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in New Castle, Pennsylvania.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      In around January 2017, I received a letter in the mail from Certified Doc Prep Services dated January 20, 2017.  A true and correct copy of the letter I received is attached as **Exhibit A**.

4.      On January 25, 2017, I called the phone number on the letter and spoke to a representative.  The representative told me that Certified Doc Prep Services was a contractor for the Department of Education and that it was offering a unique service that I would have to pay to receive and that I could not do on my own.  The representative told me that by signing up for services with Certified Doc Prep Services my student loans would be consolidated into a new loan and that my interest rate would be lowered.  The representative also said that its services would help me receive loan forgiveness through a Department of Education program.  The representative explained that I would have to pay an enrollment fee of $799 and then $29.99 per month, which I agreed to pay. As part of enrolling, I provided my bank account information and electronically signed Certified Doc Prep Services' contract.

5.      On the same day that I enrolled, I received an email from Certified Doc Prep Services which had several attachments, including a welcome letter, forbearance request, consolidation application, and income-driven repayment plan request.  The email was sent from the email address

docs@clientenrollment.com.  The forbearance request asked for my loans to be put into forbearance for three months.  A true and correct copy of the email, welcome letter, and forbearance request (which I forwarded to the Bureau) is attached as **Exhibit B**.

6.     I signed and returned the application documents to Certified Doc Prep Services on January 25, 2017.  That same day, I received an email from Certified Doc Prep Services stating that application documents had been received and the forbearance request had been faxed to my servicer.

7.     On or about January 31, 2017, my bank account was charged for the initial fee of $799.

8.     On or about March 27, 2017, my bank account was charged for a monthly fee of $29.99.

9.     On or about April 25, 2017, I called the U.S. Department of Education directly to check on the status of my consolidation application, which had not yet been approved.  The representative I spoke to told me that Certified Doc Prep Services had likely scammed me and that I could do the paperwork to consolidate my loans on my own free of charge.  I then realized that Certified Doc Prep Services had misled me about its relationship with the Department of Education.

10.    Shortly after the call with the Department of Education, I filed complaints about Certified Doc Prep Services with the Federal Trade Commission, the Pennsylvania Attorney General, and the Better Business Bureau.

11.    In May 2017, I made three or four calls to Certified Doc Prep Services seeking a refund of all the fees I had been charged and sent a copy of the complaint I had filed with the Pennsylvania Attorney General.  Through those efforts, I was eventually able to receive a full refund.

12.    The services I received from Certified Doc Prep Services did not result in my student loans being consolidated and did not change the interest rate on my student loans.

13.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on *February 16*, 2021.

Jodie Jones

At New Castle, Pennsylvania