# Summary Judgment Ex. 39b

Jones Declaration

Exhibit B

## Schneider, Dani (CFPB)

| | |
|---|---|
| **From:** | Jodie Jones |
| **Sent:** | Tuesday, February 9, 2021 2:33 PM |
| **To:** | Schneider, Dani (CFPB) |
| **Subject:** | Fwd: Welcome Email and Consolidation/Repayment Plan Packet for JODIE JONES (Certified Doc Prep Services LP, DPC-112643025) |
| **Attachments:** | 1.1 IBR-ICR Welcome Packet - JODIE JONES.pdf |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Sent from my iPhone

Begin forwarded message:

> **From:** Angel Martinez <docs@clientenrollment.com>
> **Date:** January 25, 2017 at 10:42:57 AM EST
> **To:**
> **Subject: Welcome Email and Consolidation/Repayment Plan Packet for JODIE JONES (Certified Doc Prep Services LP, DPC-112643025)**
>
>
> Dear JODIE,
>
>
> Thank you for selecting us to prepare your student loan consolidation documents. Attached are very important documents that we will need you to review, sign & return.
>
> **PLEASE DO NOT SEND PHOTOGRAPHS OF YOUR DOCUMENTS! THEY WILL NOT ACCEPTED BY THE DEPARTMENT OF EDUCATION.**
>
> Your PDF attachment contains the following:
>
> 1. **Welcome Letter –** A brief welcome letter detailing the next steps of the process.
> 2. **Payment Schedule** (please print & retain for your records) – This is your payment schedule for your document preparation fee.  If you need to make any changes to your payment method or schedule, please call us 72 hours in advance prior to your next payment date (**(844) 863-2886**).
> 3. **Forbearance Request** (needs to be hand-signed) **–** Please return this document to us ASAP. This will allow us to request a forbearance on your behalf to your current loan servicers while the consolidation is being processed.
>     - **PLEASE NOTE:** Make sure you continue to make your regularly scheduled student loan payments until your forbearance or consolidation is approved. It takes approximately 14 business days to receive approval of the forbearance from your loan servicer.
> 4. **Promissory Note/Consolidation Application** (needs to be hand-signed) **–** This is for your consolidation and needs to be returned to us as soon as possible.

5. **Income-Driven Repayment Plan Form Request** (needs to be hand-signed) – This is the form that will change your repayment plan as discussed and also needs to be hand-signed and returned to us as soon as possible.
    - **NOTE:** If you're Married, please have your spouse sign this form also.
    - **NOTE:** Please send pages 1 and 2 of your most recently filed tax returns (1040, 1040A, 1040EZ, etc.) or your two most recent paystubs (whichever you used to determine your AGI with your advisor). Paystubs cannot be older than 45 days and we'll also need your spouse's paystubs if you filed jointly. Please do not send your W2.

You can return your documents using one of the methods below:

1. **Email** – You may scan and email the signed document to us at docs@clientenrollment.com. Please make sure your documents are in PDF format.
2. **Fax** – You may fax the signed document to **(888) 717-5722**.
3. **Mail (this is the slowest method)** - 1015 E Imperial Hwy Ste C8 Brea, CA 92821

A few payment reminders:

If you need to reschedule a payment before it's drafted, please contact us at least three days beforehand (keeping in mind that we are not open on the weekend). Any less than that and we will not be able to make the change in time. Please note that a rescheduling fee of **$25 will apply to the rescheduled payment.**

If there is a declined payment for any reason, we will need to reschedule the payment as well as collect an additional **rescheduling fee ($25)** for the unsuccessful payment (this is over and above the document preparation fee). Please make sure we have the correct banking information on file and let us know of any changes. *We verify your payment info with you during your compliance call, but please call to double check if you're uncertain.*

Thank you again for choosing us for your document preparation needs.

Remember, if you have any questions, please call us at **(844) 863-2886**.

Thank you,

## Angel Martinez

Compliance Department

**(**docs@clientenrollment.com**)**

2



1015 E Imperial Hwy Ste C8

Brea, CA 92821

Ph: (844) 863-2886

Fx: (888) 717-5722

---

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

---

**IMMEDIATE ACTION REQUIRED**

Jan 25, 2017

Thank you for selecting us to process and prepare all of your student loan consolidation/repayment plan change documents. With the typical application process taking between 45 to 60 days to finalize, communication is imperative during this time. In an effort to keep you informed and provide the best level of service, be advised that certain information may be requested from you during this process.

In this package, you will find your document preparation fee payment schedule, forbearance request, promissory note, additional loan listing (if applicable), repayment plan form and a tax form. Please refer to the easy steps below to complete the necessary attached documents.

Step 1: Hand sign and date documents where underlined.

Step 2: Provide a copy of your most recent paystubs or tax returns

Step 3: Please sign and return documents ASAP  Email to Docs@ClientEnrollment.com

Fax    Fax to (888) 717-5722

Mail   *Slowest Method* Certified Doc Prep Services LP 1015 E Imperial Hwy Ste C8 Brea CA 92821

Within 5-7 business days, you will receive a phone call confirming receipt of your package. Please note your upcoming document preparation fee payment and dates so you can budget accordingly. Until your application is approved, you must remain current on all of your loan payments.

If you have any questions, please call (844) 863-2886 during business hours: Monday-Friday 8AM-4PM PST.

Sincerely the Processing Department,

**Certified Doc Prep Services LP**

1015 E Imperial Hwy Ste C8
BreaCA 92821

Tel (844) 863-2886  Fax (888) 717-5722

# GENERAL FORBEARANCE REQUEST

William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program

**GFB**

OMB No. 1845-0031
Form Approved
Exp. Date 2/28/2019

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ Check this box if any of your information has changed.

- SSN: [redacted]
- Name: JODIE JONES
- Address: [redacted]
- City: NEW CASTLE  State: PA  Zip Code: [redacted]
- Telephone - Primary: [redacted]
- Telephone - Alternate:
- Email (Optional): [redacted]

## SECTION 2: FORBEARANCE REQUEST

**Carefully read the entire form before completing it. Answer all questions in Section 2. Your loan holder has sole discretion in whether to grant your general forbearance request, and, if granted, for what period your forbearance will be applied.** Instead of forbearance, you may want to consider requesting a deferment (which has an interest benefit for some loan types) or changing to a repayment plan that determines your monthly payment amount based on your income. Visit StudentAid.gov/IDR for more information.

1. I am requesting a forbearance because I am experiencing a temporary hardship related to one of the following situations (check one):

   [X] Financial difficulties
   ☐ Change in employment
   ☐ Medical expenses
   ☐ Other (explain the situation below)

2. If approved for a forbearance, I would like to:

   [X] Temporarily stop making payments.
   ☐ Temporarily make smaller payments of _____ per month.

3. I would like my forbearance to begin with the monthly payment that is due in the month and year below:

   01/25/2017

4. If approved for forbearance, I would like my forbearance to end in the month and year below, and begin making payments the following month:

   04/25/2017

Page 1 of 4

**Borrower Name**  JODIE JONES                              **Borrower SSN**

## SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION

**I understand that:**

- I am not required to make payments of loan principal or interest during my forbearance, but interest will continue to be charged on all my loans.
- My loan holder has sole discretion in whether to grant my general forbearance request and for what dates it will be granted.
- For Perkins Loans, there is a cumulative limit on general forbearance of 3 years. For Direct Loans and FFEL Program loans, my loan holder may set a limit on general forbearance.
- My forbearance will end on the earlier of the end date that I requested, 12 months from the date my forbearance begins, or when I exhaust any limit that my loan holder has on forbearance.
- I can request another forbearance after my forbearance ends if I am still experiencing financial hardship.
- Interest may capitalize on my loans during or at the expiration of my forbearance, but interest never capitalizes on Perkins Loans.

**I certify that:**

- The information I have provided on this form is true and correct.
- I will provide additional documentation to my loan holder, if requested, to support my general forbearance request.
- I will repay my loans according to the terms of my promissory note, even if my request is not granted.

**I authorize** the entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**Borrower's/Endorser's Signature** _____  **Date** _____

## SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORBEARANCE REQUEST

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy) or (mm-yyyy) as appropriate. Example: March 14, 2016 = 03-14-2016. Include your name and account number on any documentation that you may be requested to submit with this form. If you want to apply for a forbearance on loans that are held by different loan holders, you must submit a separate forbearance request to each loan holder. **Return the completed form and any requested documentation to the address shown in Section 6.**

If you are an endorser, you may request forbearance only when you are required to repay the loan because the borrower is not making payments. If you have a loan made jointly with another borrower (as co-makers), you must both individually meet the requirements for a forbearance and each of you must request forbearance.