# Summary Judgment Ex. 40

# DECLARATION OF JAMES KENNER

I, James Kenner, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Florissant, Missouri.

2. I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3. I graduated from college in May 2016. I took out several student loans to pay for my college education.

4. In around October 2016, I received a call from a representative of Certified Doc Prep Services regarding my student loans. I ended up speaking to two representatives over the course of multiple calls before enrolling with Certified Doc Prep Services.

5. During those calls, the representatives stated that they would get me into a new payment program to eliminate my college debt. The representatives said that my existing loans would be paid off by consolidating them, and then I would be put into a new repayment program in which I would be paying about 90 dollars a month, which was less than I was paying at the time. The representatives said that my student loans would eventually be forgiven after five years of continuous low payments.

6. During those calls, the representatives also said that their services would increase my credit score because my credit report would show that my student loans had been paid in full. When I asked them how much my credit score would increase, one of the representatives said that it would increase by 50 to 100 points. The company's promise to improve my credit score was why I agreed to pay its fee, which was $900.

7. The representative told me not to delay in signing up and I felt rushed through the sales process. The representative also asked me to return the paperwork as quickly as possible.

8. As part of enrolling, I also e-signed the company's contract and provided my bank account information.

9. According to my bank statements, Debt Pay Gateway withdrew $299.67 on November 7, 2016, $299.67 on December 5, 2016, and $299.66 on December 28, 2016 from my checking account.

10. After I enrolled, Certified Doc Prep Services sent me a packet with several application forms, including a forbearance request.  I signed and returned the application forms on or about January 11, 2017.  Attached as **Exhibit A** is a true and correct copy of my forbearance request.

11. Certified Doc Prep Services sent me an email on January 17, 2017 from the email address docs@clientenrollment.com, which noted that it had submitted my forbearance request to my servicers.  On the same day, I sent an email in response, which noted that Certified Doc Prep Services had previously said that paying off my existing loan would increase my credit score and asked the company to confirm whether my understanding was correct.  A true and correct copy of that email string, which I later forwarded to the Bureau of Consumer Financial Protection, is attached as **Exhibit B.**

12. I did not receive a response from Certified Doc Prep Services to my email in Exhibit B.

13. On around January 17, 2017, my forbearance request was approved.  My student loans then remained in forbearance for about three months.

14. On February 27, 2017, Certified Doc Prep Services asked me by email to sign a new request to change the payment plan on my student loans,

which I returned the same day. A true and correct copy of that email exchange, which I later forwarded to the Bureau of Consumer Financial Protection, is attached as **Exhibit C**.

15. On February 27, 2017, Certified Doc Prep Services also asked me to sign a form authorizing my servicer Fedloan to release information to Certified Doc Prep Services, which I signed and returned.

16. Ultimately, I did not receive the results that Certified Doc Prep Services' representatives promised during my initial calls with them. Certified Doc Prep Services did not successfully enroll me into a new repayment program, and I did not receive lower monthly payments and my student loans were not able to be forgiven after five years. In addition, my credit score, which I checked frequently, remained unchanged.

17. In around March 2017, I contacted Certified Doc Prep Services by email to request a refund of the $900 I paid. I did not receive any response and did not receive a refund. I felt betrayed by the lying representatives of Certified Doc Prep Services and emotionally distraught over losing $900.

18. I declare under penalty of perjury that the foregoing is true and correct.

Executed on MARCH 9, 2021.

*James B. Kenner*
James Kenner
At Florissant, Missouri