# Summary Judgment Ex. 41

# DECLARATION OF JOSE MARIN

I, Jose Marin, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Erie, Pennsylvania.

2. I have personal knowledge of the follow facts, which I could and would testify to if I were called to testify as a witness.

3. I am sixty years old. Between 2009 and 2014, I took out several student loans in order to pay for my three children to go to college.

4. In January 2017, I received a letter in the mail concerning a "Final Notice" regarding a "Student Loan Consolidation & Payment Reduction Program." The mailer references Certified Document Center as the "Assigned Dept." for my loan. A true and correct copy of the letter I received, which has my handwritten notes on it, is attached as **Exhibit A**.

5. After receiving the letter, I called the phone number and spoke with a representative. The representative said that Certified Document Center was a private company that offered a unique service that could improve the interest rate on my loans. The representative told me that if I signed up with Certified Document Center, the company would be able to consolidate my student loans and lower the interest rate on my loans. The representative promised that my interest rate would be lowered by at least 2% to 2.5%. At the time, I had nearly $100,000 in student loan debt and this lowered interest rate would significantly help me with payments.

6. During that initial call, the representative pressured me to sign up immediately. I decided to do my own research about Certified Document Center first. After the call, I reviewed Certified Document Center's web site and it appeared to be a legitimate company.

7. Within a few days, on or about January 31, 2017, I decided to go ahead and call back because I wanted lower interest rates to pay off the student loans faster. During the second call, I again felt rushed through the enrollment process. The representative asked me several questions about my and my wife's employment and financial situation. He also said that Certified Document Center charged an enrollment fee, which I could pay in a single lump sum or in installments. I chose to pay a single lump sum and provided my financial information.

8. During the course of the second call, the representative asked me to electronically sign an agreement with Certified Document Center. The representative rushed me through signing the agreement. It seemed like there was urgency for me to sign the agreement very quickly. Exhibit B of the service agreement identifies that I would make a payment of $799 on February 10, 2017. Shortly after electronically signing, I received an email from esign@debtpaypro.com including a PDF of my signed documents. A true and correct copy of my enrollment agreement is attached here at **Exhibit B**.

9. On the day I enrolled, I received a packet of student loan application documents by email from Certified Document Center, which had been filled out with information I provided during the sales call. I then signed and returned the documents.

10. On February 17, 2017, I received an email from docs@clientenrollment.com, informing me that my consolidation application was submitted to the Department of Education.

11. On or about February 25, 2017, I received a letter in the mail from my servicer Navient regarding the consolidation of my student loans. The letter indicated that the new interest rate on my consolidated loan would be 7.625%. That new amount appeared to be an average of the interest rates on my existing

DECLARATION OF JOSE MARIN
2

loans, which ranged between 7.21% and 7.9%. A true and correct copy of the letter I received from Navient is attached as **Exhibit C**.

12. I then called Certified Document Center and requested a refund, since my interest rates had not been lowered by at least 2% as I had been promised. The representative, who was not the same person I had spoken to when I first enrolled, initially tried to deny that I had been promised a lower interest rate and refused to provide me with a refund. I then spoke to a supervisor, who also initially refused to provide me with a refund. During the call with the supervisor, I noted that I had been told that my original sales call was being recorded. I asked the supervisor to go back and listen to the sales call.

13. Shortly after, the supervisor called me back and she confirmed that I had been promised at least a 2% drop in the interest rate on my student loans. The supervisor then agreed to provide me with a full refund.

14. Certified Document Center did not lower the interest rate on my student loans as it had promised during the initial phone call.

15. I declare under penalty of perjury that the foregoing is true and correct.

Executed on __March 16__, 2021.

_Jose Marin_
Jose Marin
At Erie, Pennsylvania