# Summary Judgment Ex. 41a

Marin Declaration

Exhibit A

*[Handwritten annotations at top: "Jessica 949-449-1093", "322497", "7-4", "$84K", "Username ▮▮▮", "PSWD ▮▮▮", "1067", "Routing 243380927"]*

BENEFIT ID#: 6011363

Address Change? Please contact our Customer Service Department

**Final Notice**

Jose Marin
Girard, PA

Contact: 1-866-423-0142
Assigned Dept. Certified Document Center
NOTICE DATE: January 20th, 2017

## Student Loan Consolidation & Payment Reduction Program Prepared For:

### Jose Marin

*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

*[Handwritten: "Ph 888 717 5721 Cust. Service - about Program", "SPC  CSP - Federal Trade Commission", "CFPB  └ Student loan relief", "└ Illegal Federal debt relief", "(1)855 411 2372", "B Gonca"]*

Dear Jose,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $84,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling**.

Please create your Federal Student Aid ID and call by February 20th, 2017 or before your next payment is due: 1-866-423-0142

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. IMPORTANT: This is a government website which CDC does not own. FSA ID Creation is a government program which CDC did not create.

https://www.nslds.ed.gov

*[Handwritten: "Consumer finance.gov"]*

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-866-423-0142
Monday – Friday 7:00am – 6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-866-423-0142
REFERENCE BENEFIT ID: 6011363**

CDC is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third part processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.