# Summary Judgment Ex. 41c

Marin Declaration

Exhibit C



**NAVIENT.** Department of Education Loan Servicing — U.S. Department of Education — Information about your federal student loan

PO BOX 6180
INDIANAPOLIS, IN 46206-6180

(800) 722-1300

EXPROG03-017022  00029480 000122 000461 1/4 000000 3095005 933-940

 

JOSE MARIN
GIRARD PA

Account Number: 

02/25/17

## JOSE, your application has been processed. Please review for accuracy.

Enclosed with this letter you'll find a *Direct Consolidation Loan Summary Statement* and a *How to Read Your Direct Consolidation Loan Summary Statement Fact Sheet*. The statement provides a list of loans that will be included in your consolidation. The fact sheet will answer questions you have about the statement.

**What to expect next**
**You have 10 business days from the date of this letter** to contact us if there is incorrect information, missing loans, any changes you'd like to make, or if you want to cancel your application. If we do not hear from you within 10 business days, we will proceed with the disbursement. Be sure to continue making your monthly loan payments (if required) until you receive written notification that your loans have been successfully consolidated.

**Once the consolidation is complete**, we'll send you a welcome letter with more detailed information.

*Please note that you will not be able to reverse the consolidation, or remove any loans from the consolidation, once it has been completed.*

**Repayment Plans**
Our records indicate that you have selected a(n) repayment plan on your consolidation loan application. However, due to eligibility requirements, this may not be the plan you receive. Other repayment options are available, and you can request to change your repayment plan at any time.

If you're consolidating defaulted loans, you were notified earlier that you're required to repay your new consolidation loan under an Income-Driven Repayment (IDR) plan. If you want to change repayment plans after the consolidation is completed, the U.S. Department Education requires that you must first make three consecutive, on-time payments.

Repayment on your consolidation loan begins once the funds have been disbursed to pay off your current loans. You'll receive your repayment schedule before you're required to begin repaying your loan. Your first payment will be due about 30-60 days from when the funds are disbursed.

**We're here to help**
If you have any questions about the direct consolidation process, give us a call at 800-722-1300, Monday – Thursday 8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET.

Sincerely,

Navient - Department of Education Loan Servicing

PHONE (800) 722-1300    FAX (866) 266-0178    TDD/TTY (877) 713-3833    Navient.com

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al (800) 722-1300, y marque el numero correspondiente.

05721099*



B485    SYSTEM    ED    0001



02/25/17

JOSE, attached is your Direct Consolidation Loan Summary Statement. Please read it carefully.

### SECTION 1
This shows information about your student loans that was either reflected on your application or reported by your current loan holder(s).

*The column headed Loan Type* – indicates whether the loan will be included in the subsidized (Sub) or unsubsidized (Unsub) portion of your Direct Consolidation Loan.

*The Current Balance and Current Interest Rate* – are based on the information provided by the loan holder(s).

*The column headed Consolidate? Y/N* – indicates if you asked that the loan be consolidated (Y) or not be consolidated (N). If you asked that a loan be consolidated but the loan holder told us that the loan is in an In-School status, the loan may not be consolidated, and therefore "N" will be shown in this column.

*Your Total Education Loan Indebtedness Summary* – provides the estimated total amount for the loans to be included in Y and not included in N in your Direct Consolidation Loan. Be sure that you want all of the loans marked Y to be included in your Direct Consolidation Loan. Please verify that only the loans you wanted to consolidate are included.

### SECTION 2
This allows you to compare the estimated monthly payment amount and the total repayment amounts under each of the Direct Consolidation Loan repayment plans for which you are eligible. The estimates are based on the projected weighted average interest rate and amount of your new Direct Consolidation Loan. Estimates for Income-Driven Repayment plans are also based on your Adjusted Gross Income (AGI) and family size. Your actual payment amounts may be higher or lower than the estimated amounts shown here.

*For more information* – on repayment plan options, please visit StudentLoans.gov or refer to the materials provided in your application packet.

*You may not repay a Direct Consolidation Loan* that includes a Parent Direct PLUS loan under Pay As You Earn or Income-Based Repayment plans.

Contact us if a loan or loans you did not want to consolidate is included or an eligible loan(s) you wanted to consolidate is missing from this consolidation summary. We will update your records and send a new Summary Statement.

### We're here to help
If you have any questions about the direct consolidation process, give us a call at 800-722-1300, Monday – Thursday 8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET.



B489        SYSTEM        ED        0001

05721098*



# Direct Consolidation Loan Summary

## SECTION 1 – Loans Eligible for this Consolidation

| Loan # | Loan Holder Account | Loan Holder Name | Loan Type | Current Balance | Current Interest Rate | Disbursement Date | Consolidate ? |
|---|---|---|---|---|---|---|---|
| 1 | ███ | DEPT OF ED/FEDLOAN SERVICING( | UNSB | $18,194.21 | 7.210 | 08/19/2014 | Y |
| 2 | ███ | DEPT OF ED/FEDLOAN SERVICING( | UNSB | $24,750.74 | 7.900 | 09/06/2009 | Y |
| 3 | ███ | DEPT OF ED/FEDLOAN SERVICING( | UNSB | $16,467.36 | 7.900 | 09/01/2011 | Y |
| 4 | ███ | DEPT OF ED/FEDLOAN SERVICING( | UNSB | $521.10 | 7.900 | 08/13/2012 | Y |
| 5 | ███ | DEPT OF ED/FEDLOAN SERVICING( | UNSB | $20,156.11 | 7.210 | 08/28/2014 | Y |
| 6 | ███ | DEPT OF ED/FEDLOAN SERVICING( | UNSB | $5,600.49 | 7.900 | 08/10/2012 | Y |

### Your Total Education Loan Indebtedness Summary

| | |
|---|---|
| Total Included in this Consolidation | $85,690.01 |
| Total Not Included in this Consolidation | $0.00 |
| Grand Total All Loans | $85,690.01 |



EXPROG03-017022 0002948O 000122 000463 3/4 000000 3095005 933-940



███ 05721097*



B240    SYSTEM    ED    0001

# Direct Consolidation Loan Summary Sheet

## SECTION 2 – Estimates of your Direct Consolidation Loan Repayment Options

| (2) Adjusted Gross Income (AGI): | $0.00 |
|---|---|
| (2) Spouse AGI: | $0.00 |

| Repayment Plan | Loan Amount | # of Payments | Interest Rate | Initial Payment (3) | Max Payment (4) | Total Interest | Total Repaid |
|---|---|---|---|---|---|---|---|
| STANDARD | $85,690.01 | 360 | 7.625% | $606.45 | $606.45 | $132,631.99 | $218,322.00 |
| GRADUATED | $85,690.01 | 360 | 7.625% | $544.44 | $758.22 | $146,820.31 | $232,510.32 |
| (1) EXTENDED FIXED | $85,690.01 | 300 | 7.625% | $640.17 | $640.17 | $106,360.99 | $192,051.00 |
| (1) EXTENDED GRADUATED | $85,690.01 | 300 | 7.625% | $544.44 | $872.89 | $121,256.59 | $206,946.60 |
| (2) INCOME CONTINGENT (ICR) | | | | | | | |
| (2) INCOME BASED (IBR) | | | | | | | |
| (2) PAY AS YOU EARN (PAYE) | | | | | | | |





B241    SYSTEM    ED    0001

05721096*