# Summary Judgment Ex. 42

Case 8:20-cv-00043-SB-ADS   Document 192-17   Filed 05/14/21   Page 1 of 4   Page ID #:3882

# DECLARATION OF JOSHUA MARTIN

I, Joshua Martin, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Temecula, California.

2. I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3. In around December 2016, I received a letter in the mail from a company that claimed it could consolidate my student loans. At the time, my student loans were handled by two different student loan servicers, NelNet and Great Lakes, and I had been looking to consolidate my student loans. I decided to give the company that sent the letter a try.

4. In around late December 2016 I called the phone number on the mailer and talked to a representative of Certified Doc Prep Services who asked me a bunch of questions about my student loans. The representative told me that by consolidating I could make a single payment each month, rather than paying two different student loan servicers. The representative also said I could get a better deal on my student loans by consolidating—specifically, the representative said that his company could lower the interest rate on my student loans.

5. At some point during the call, the representative transferred me to his manager. Both the original representative and his manager told me that by consolidating my student loans my credit score would improve. They told me there would be a bump in my credit score because I would have fewer creditors. They also told me that they would "freeze" my student loans so that I would not have to make payments for three months. The manager explained that I would pay their company a total fee of about $900 for the consolidation, which would

DECLARATION OF JOSHUA MARTIN
1

be split into three separate payments of $300.  The manager also asked for my banking information, which I provided.  The manager then transferred me back to the original representative, who emailed me a contract to sign electronically.

6. I signed the contract based on the company's statements during the call that my student loans would be consolidated and I would receive a lower interest rate on my student loans and a better credit score.

7. Shortly after I enrolled, I received several documents over email containing a letter, a payment schedule, and application forms to consolidate my loans and put my loans into forbearance for three months.  Attached as **Exhibit A** is a true and correct copy of the letter, the payment schedule, and forbearance request.

8. Immediately after receiving the documents, I signed the application forms and returned them to Certified Doc Prep Services.

9. In around January 2017, my forbearance request was approved.  I then did not have to make payments on my student loans for about three months.

10. While my loans were in forbearance, I made three payments of $300 to Certified Doc Prep Services.  My first payment did not go through when it was initially charged, and a representative of the company called me to ask for my banking information again.  I confirmed my banking information and then the payment went through.

11. At the end of my forbearance, my student loans had not yet been consolidated, and Nelnet and Great Lakes resumed taking monthly payments out of my bank account.  In around April 2017, I called Certified Doc Prep Services and asked why my student loans had had not been consolidated.  The representative told me that the company would look into the status of my consolidation and take care of it.  Thereafter, I called several times to try to

complain, but was not able to speak to a live representative. The one time I reached a representative, they were unable to explain the status of my consolidation and told me they would call me back.

12. Ultimately, Certified Doc Prep Services never responded to my phone calls and did not consolidate my student loans. In addition, after I enrolled for services with Certified Doc Prep Services, the interest rate on my student loans did not change and my credit score did not improve.

13. In May 2017, I filed a complaint with the Federal Trade Commission regarding my experience with Certified Doc Prep Services. I want a full refund of the $900 I paid.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 22, 2021.

Joshua Martin
At Temecula, California