# Summary Judgment Ex. 42a

Martin Declaration

Exhibit A

**IMMEDIATE ACTION REQUIRED**

Dec 30, 2016

Thank you for selecting us to process and prepare all of your student loan consolidation/repayment plan change documents. With the typical application process taking between 45 to 60 days to finalize, communication is imperative during this time. In an effort to keep you informed and provide the best level of service, be advised that certain information may be requested from you during this process.

In this package, you will find your document preparation fee payment schedule, forbearance request, promissory note, additional loan listing (if applicable), repayment plan form and a tax form. Please refer to the easy steps below to complete the necessary attached documents.

Step 1: Hand sign and date where underlined

Step 2: Please sign and return documents ASAP

Email - Docs@ClientEnrollment.com

Fax – Fax to (888) 717-5722

Mail – *Slowest Method* 1015 E Imperial Hwy Ste C8 BreaCA 92821

Within 5-7 business days, you will receive a phone call confirming receipt of your package. Please note your upcoming

document preparation fee payment and dates so you can budget accordingly. Until your application is approved, you must remain current on all of your loan payments.

If you have any questions, please call (844) 863-2886 during business hours: Monday-Friday 8AM-4PM PST.

Sincerely the Processing Department,

**Certified Doc Prep Services LP**

1015 E Imperial Hwy Ste C8
BreaCA 92821

Tel (844) 863-2886 | Fax (888) 717-5722

**Exhibit "B" to Service Agreement**

**Draft Schedule**

| # | Date | Basic Plan | Total Payment |
|---|------|------------|---------------|
| 1 | Jan 13, 2017 | $299.67 | $299.67 |
| 2 | Feb 10, 2017 | $299.67 | $299.67 |
| 3 | Feb 28, 2017 | $299.66 | $299.66 |

To make changes to the above payment schedule, or to discuss your account, please contact us at (844) 863-2886.



**GFB**

# GENERAL FORBEARANCE REQUEST

William D. Ford Federal Direct Loan (Direct Loan) Program / Federal Family Education Loan (FFEL) Program / Federal Perkins Loan (Perkins Loan) Program

OMB No. 1845-0031
Form Approved
Exp. Date 2/28/2019

**WARNING**: Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ Check this box if any of your information has changed.

- SSN: ▮▮▮▮▮
- Name: JOSHUA MARTIN
- Address: ▮▮▮▮▮
- City: TEMECULA   State: CA   Zip Code: ▮▮▮▮▮
- Telephone - Primary: ▮▮▮▮▮
- Telephone - Alternate:
- Email (Optional): ▮▮▮▮▮

## SECTION 2: FORBEARANCE REQUEST

Carefully read the entire form before completing it. Answer all questions in Section 2. Your loan holder has sole discretion in whether to grant your general forbearance request, and, if granted, for what period your forbearance will be applied. Instead of forbearance, you may want to consider requesting a deferment (which has an interest benefit for some loan types) or changing to a repayment plan that determines your monthly payment amount based on your income. Visit StudentAid.gov/IDR for more information.

1. I am requesting a forbearance because I am experiencing a temporary hardship related to one of the following situations (check one):

   - [X] Financial difficulties
   - [ ] Change in employment
   - [ ] Medical expenses
   - [ ] Other (explain the situation below)

2. If approved for a forbearance, I would like to:

   - [X] Temporarily stop making payments.
   - [ ] Temporarily make smaller payments of _____ per month.

3. I would like my forbearance to begin with the monthly payment that is due in the month and year below:

   12/30/2016

4. If approved for forbearance, I would like my forbearance to end in the month and year below, and begin making payments the following month:

   03/30/2017

| Borrower Name | JOSHUA MARTIN | Borrower SSN | ▉ |

### SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION

**I understand that:**

- I am not required to make payments of loan principal or interest during my forbearance, but interest will continue to be charged on all my loans.
- My loan holder has sole discretion in whether to grant my general forbearance request and for what dates it will be granted.
- For Perkins Loans, there is a cumulative limit on general forbearance of 3 years. For Direct Loans and FFEL Program loans, my loan holder may set a limit on general forbearance.
- My forbearance will end on the earlier of the end date that I requested, 12 months from the date my forbearance begins, or when I exhaust any limit that my loan holder has on forbearance.
- I can request another forbearance after my forbearance ends if I am still experiencing financial hardship.
- Interest may capitalize on my loans during or at the expiration of my forbearance, but interest never capitalizes on Perkins Loans.

**I certify that:**

- The information I have provided on this form is true and correct.
- I will provide additional documentation to my loan holder, if requested, to support my general forbearance request.
- I will repay my loans according to the terms of my promissory note, even if my request is not granted.

**I authorize** the entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

Borrower's/Endorser's Signature _____   Date _____

### SECTION 4: INSTRUCTIONS FOR COMPLETING THE FORBEARANCE REQUEST

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy) or (mm-yyyy) as appropriate. Example: March 14, 2016 = 03-14-2016. Include your name and account number on any documentation that you may be requested to submit with this form. If you want to apply for a forbearance on loans that are held by different loan holders, you must submit a separate forbearance request to each loan holder. **Return the completed form and any requested documentation to the address shown in Section 6.**

If you are an endorser, you may request forbearance only when you are required to repay the loan because the borrower is not making payments. If you have a loan made jointly with another borrower (as co-makers), you must both individually meet the requirements for a forbearance and each of you must request forbearance.