# Summary Judgment Ex. 43

Declaration of Laura O'Neill

I, Laura O'Neill, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Yarmouth, Maine.

2. I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3. In approximately early January 2017, I received a piece of mail regarding my student loans. The formatting looked like government correspondence that I had previously received from Direct Loans. The letter said that I might be eligible for a better consolidation of my student loans because of a program with the federal government.

4. I graduated law school in 2008. Because I took out my student law loans before the recession, interest rates for newly issued student loans had gone down but my loans were still high. At the time, I had heard from friends of mine that there was a possibility of getting lower student loan interest rates. My kids were young and it was on my to-do list to lower my student loan interest rate.

5. On or about January 11, 2017, I called the phone number on the mailer. During our initial phone conversation, I spoke with a representative of Assure Direct Services about lowering my interest rates. The representative told me that she was working on behalf of the Department of Education. The representative asked me for my household income. She told me she needed that information to determine if I was eligible for a consolidation.

6. During our initial conversation, the representative sent me an email with instructions on how to download a document with data about my loans from the U.S. Department of Education's National Student Loan Data System (NSLDS). I downloaded the document from the NSLDS website and sent it to the representative over email.

7. As described in a consumer complaint I filed on January 11, 2017, the representative told me that she would review my student loan information, and that it was possible she would be able to lower my student loan interest rate. She told me that I would pay $799 and that she would facilitate a loan consolidation that would reduce my interest by .25%. The representative then told me that the $799 would be paid to a document preparer company.

8. I immediately ended my call with the representative because I realized that I was not speaking with someone who worked for or on behalf of the Department of Education. I felt like I had been duped into providing this company with my student loan information, and became very nervous about what Assure Direct Services would do with my personal information.

9. On January 11, 2017, I filed a complaint with the Consumer Financial Protection Bureau regarding my experience with Assure Direct Services. The document attached as **Exhibit A** includes a true and correct copy of my complaint. (The exhibit also includes a response from Mohela, which I did not write.) I wrote the complaint immediately after I spoke to a sales representative of Assure Direct Services.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2021.

Laura O'Neill
At Yarmouth, Maine

---

DECLARATION OF LAURA O'NEILL

2