# Summary Judgment Ex. 43a

O'Neill Declaration

Exhibit A

170415-1505530

**Matched Company**
MOHELA

**Submitted by**
Laura O'Neill

Oakland , CA

No phone provided

**Submitted via**
Web

**Age**
None

**Special population**
Service Member No
Older American No

**Consumer Submitted:**
2017-01-11

**Product**
Student loan: Federal student loan

**Issue**
Dealing with your lender or servicer: Received bad information about your loan

**Consumer Narrative**

The company's name is Assure Direct Services and they represented that they consolidated loans on behalf of the U.S. Dep't of Ed.

I received a letter in the mail explaining to me that I might be eligible for a better consolidation of my education loans because of a program with the federal government. It directed me to NSLDS.gov, and told me to register there (to save time) and then call a number. When I called the number, they told me to download loan information from the NSLDS.gov website and email it to the customer service representative -- which I stupidly did (I CANNOT believe I did this but the letter was convincing that they were working on behalf of the department of education). They asked me questions about my income to see if I was eligible for income-based reductions. They then eventually explained that they were a document preparer and that they could facilitate a loan consolidation that would reduce my interest by %.25 if I paid $799.00. I then got off the phone.

I cannot believe I was duped into providing them loan information. I feel scammed. It is NOT a credible organization. The number I called was 844-256-8433.

**Collections:**
■Students

**Desired Resolution**

I would like this company investigated.

---

Company Response: Closed with explanation

**Monetary Relief:**
None

**Sent to company:**
2017-03-06

# MOHELA

**Response to consumer:**

Attached is the response letter sent to the borrower regarding DL Subsidized and Unsubsidized Consolidation (DLSCNS, DLUCNS) Loans.

Thanks,

MOHELA Please see the attached borrower response letter for details.

Thanks,

MOHELA

**Status:**
Closed with explanation

**MOHELA®**

Luvinnie Pomerlee
Consumer Lending Compliance
636.733.3700 ext. 2719
636.787.2777 fax

March 9, 2017

Ms. Laura O'Neill
████████████
Oakland, CA ████

RE:   Account #: ████████████

Dear Ms. O'Neill:

On behalf of MOHELA, I am writing in response to the CFPB complaint ("complaint"), dated March 6, 2017, relative to the student loan account referenced above. In the complaint, you indicated the following concerns:

- Assure Direct Services "ADS", a third party company, contacted you be mail indicating that they could consolidate your loans at a lower rate through a federal government program.
- You sent your student loan information to ADS and discussed income information with a customer service representative with the intent of qualifying for an Income Based Repayment Plan.
- ADS indicated that they could process your loan consolidation request for a fee of $799.99 in addition, they could reduce your interest rate by .25 percent.
- You feel scammed and now know that the organization is not credible.

Based on this information, you would like Assure Direct Services investigated.

Our records indicate that your federally owned consolidation loans were transferred to MOHELA from Aspire Resources Incorporated on August 18, 2015.

A review of your account revealed that you contacted MOHELA on February 16, 2017 and spoke with a Student Loan Counselor ("Agent") in regard to your experience with ADS. MOHELA encourages borrowers who have been contacted by or who have worked with a third party debt relief company to log an official complaint with the CFPB and applicable state's Attorney General's office. Assure Direct Services appears to be based in California. The California Attorney General's web page for filing a consumer complaint is https://oag.ca.gov/consumers.

In your complaint, you mentioned you shared income information with ADS. If you shared your bank account or credit/debit card information, you may wish to notify your bank regarding any fraudulent or unauthorized activity.

To date, MOHELA has not received any consolidation, repayment plan requests or calls from ADS on your behalf. If you would like to add additional account protection, you may create a 4-

digit PIN on your account. The Agent will confirm the PIN along with standard security information prior to providing any account information over the phone. If you would like to explore this option, please contact MOHELA.

MOHELA is not affiliated with any third parties that charge a fee to conduct business on behalf of the Department of Education "DOE". As your servicer, MOHELA does not charge a fee to assist borrowers in attaining appropriate repayment plan(s). Please contact your servicer prior to communicating with any third party regarding your student loan account.

MOHELA is committed to providing our customers a first-rate experience. If you have any questions, please contact a member of MOHELA's Customer Advocacy Team at 866-820-8542.

Sincerely,

Luvinnie Pomerlee
Consumer Lending Compliance Analyst