# Summary Judgment Ex. 44

# Declaration of Jordan Sowinski

I, Jordan Sowinski, pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Woodbridge, New Jersey.

2. I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3. I graduated from college in May 2014. Before then, I took out several student loans to pay for my education.

4. Around October 2015, I received something in the mail telling me that I could apply for student loan forgiveness. The marketing material I received in the mail had my student loan balance, a case number, and a phone number to call to discuss applying for student loan forgiveness. Shortly after receiving the mailer, I called the phone number.

5. During our initial phone conversation, I spoke with a representative of DocuPrep Center. I felt comfortable speaking with him because he already had information about my student loans, including my loan balance, leading me to think that his company was legitimate. The representative told me that DocuPrep Center would prepare certain forms, including applications to consolidate my loans and to enroll me in a loan forgiveness program, and would send them to the Department of Education to process. The representative said that the Department of Education would take over my loans, relieving me from paying my student loans through my servicer, FedLoan servicing.

6. Over the next week, the sales representative and I spoke approximately three times. He told me that DocuPrep Center would handle the consolidation of my loans and that I wouldn't have to do anything. The representative told me that he checked his system and that I had been "pre-

approved" for a consolidation. He also guaranteed that the interest rates and monthly payments on my loans would be lowered through the consolidation.

7. I had hesitations about applying for the consolidation and student loan forgiveness. During each conversation, the representative was increasingly pushy. He told me that this would be good for me, so let's go ahead and do it. He also told me that once my student loans were consolidated, I would be getting a lower interest rate.

8. On October 7, 2015, I told the representative I was ready to go ahead and consolidate my student loans with Docuprep Center. He told me that I would have to pay a fee of $699. I was confused because I didn't remember him ever mentioning a fee before I agreed to enroll and because I thought a government service shouldn't cost money. Ultimately, I agreed to pay the fee and sign DocuPrep Center's contract, because I believed that the interest savings I would receive were going to be more than $700. A true and correct copy the DocuPrep Center contract that I signed electronically is attached hereto as **Exhibit A**.

9. Shortly after signing the contract, the DocuPrep Center representative called me and told me that he had received the signed contract. He then asked me how I was going to pay the $699 fee and I gave him my payment information over the phone.

10. On October 8, 2015, I received a copy of the signed contract via email. I then learned for the first time that my student loan servicer would be approving my application for a consolidation. Around that time, I also learned that my new interest rate would be an average of all my interest rates and that my student loans weren't going to have a lower interest rate. I realized then that the representative's promise that I would receive a lower interest rate was false.

11. I then decided to cancel. Over the next ten days, I repeatedly called DocuPrep and sent emails to the representative to cancel my contract and refund

my money. I called several DocuPrep service phone numbers, and couldn't get through to anybody. Nobody responded to my emails. I called a different phone number and the representative told me that I couldn't cancel because the company had already performed services on my behalf.

12. Despite my many efforts to cancel, DocuPrep Center charged my bank account $699 on October 17, 2015.

13. In November 2015, I filed a complaint with the Better Business Bureau (BBB) regarding my experience with DocuPrep. I never received a response from the BBB or DocuPrep regarding my complaint against DocuPrep.

14. Approximately a week after filing my BBB complaint, I received a letter in the mail that I would be receiving a refund from DocuPrep and a few weeks later, I did get a full refund.

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

16. Executed on February 11th, 2021.

Jordan Sowinski

At Woodbridge, New Jersey

3