# Summary Judgment Ex. 45a

Storm Declaration

Exhibit A

**Schneider, Dani (CFPB)**

| | |
|---|---|
| **From:** | Thera Storm |
| **Sent:** | Thursday, March 11, 2021 12:42 PM |
| **To:** | Schneider, Dani (CFPB) |
| **Subject:** | Fwd: LOAN CONSOLIDATION DOCUMENTS |
| **Attachments:** | LOAN CONSOLIDATION DOCUMENTS.pdf |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Sent from my iPhone

Begin forwarded message:

> **From:** doc info <docs@clientenrollment.com>
> **Date:** December 2, 2015 at 1:32:11 PM PST
> **To:**
> **Subject: LOAN CONSOLIDATION DOCUMENTS**
>
> Dear Thera Storm,
>
> Thank you for selecting us to prepare your student loan consolidation documents. Attached are very important documents that we will need you to review, sign & return.
>
> **PLEASE DO NOT SEND PHOTOGRAPHS OF YOUR DOCUMENTS! THEY WILL NOT ACCEPTED BY THE DEPARTMENT OF EDUCATION.**
>
> Your PDF attachent contains the following:
> 1. **Welcome Letter** – A brief welcome letter detailing the next steps of the process.
>
> 2. **Payment Schedule** (please print & retain for your records) – This is your payment schedule for your document preparation fee. If you need to make any changes to your payment method or schedule, please call us 72 hours in advance prior to your next payment date **(888-717-5721)**
>
> 3. **Forbearance Request** (needs to be hand-signed) – Please return this document to us ASAP. This will allow us to request a forbearance on your behalf to your current loan servicers while the consolidation is being processed.
>> **PLEASE NOTE:** Make sure you continue to make your regularly scheduled student loan payments until your forbearance or consolidation is approved. It takes approximately 14 business days to receive approval of the forbearance from your loan servicer.
>
> 4. **Promissory Note/Consolidation Application** (needs to be hand-signed) – This is your consolidation and needs to be returned to us as soon as possible.

5. **Graduated/Standard Repayment Plan Form Request** – This is the form that will change your repayment plan as discussed and also needs to be hand-signed and returned to us as soon as possible.

**You can return your documents using one of the methods below:**

1. **Email –** You may scan and email the signed document to us at docs@clientenrollment.com.

2. **Fax** – You may fax the signed document to **888.717.5722**

**Mail *(This is the slowest method)*** 3 Whatney Suite 100 Irvine, CA 92618

Thank you again for choosing us for your document preparation needs. If you have any questions, please call us at **888-717-5721**.

If you need to reschedule a payment before it's drafted, please contact us <u>at least</u> three days beforehand (keeping in mind that we are not open on the weekend). Any less than that and we will not be able to make the change in time. Please call Client Services at **888-717-5721** and anyone can help you reschedule.

If there is a declined payment for any reason, we will need to reschedule the payment as well as collect an additional **$25 service fee** for the unsuccessful payment (this is over and above the document preparation fee). Please make sure we have the correct banking information on file and let us know of any changes. *We verify your payment info with you during your compliance call, but please call to double check if you're uncertain.*

Best regards,

*Mariza Duarte*
**Processing Department**
3 Whatney, Irvine CA 92618
Tel 888.717.5721 Fax 888.717.5722

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

**IMMEDIATE ACTION REQUIRED**

12/02/2015

Thera Storm

███████████████

San Diego CA, ████

Thank you for selecting us to process and prepare all of your student loan consolidation/repayment plan change documents. With the typical application process taking between 45 to 60 days to finalize, communication is imperative during this time. In an effort to keep you informed and provide the best level of service, be advised that certain information may be requested from you during this process.

In this package, you will find your document preparation fee payment schedule, forbearance request, promissory note, additional loan listing (if applicable), repayment plan form and a tax form. Please refer to the easy steps below to complete the necessary attached documents.

Step 1: Sign the paperwork where "HIGHLIGHTED"

Step 2: Please sign and return documents ASAP

Email – Email to Docs@ClientEnrollment.com

Fax – Fax to 888-717-5722

Mail – *Slowest Method* 3 Whatney, Suite 100, Irvine CA 92618

Within 5-7 business days, you will receive a phone call confirming receipt of your package. Please note your upcoming document preparation fee payment and dates so you can budget accordingly. Until your application is approved, you must remain current on all of your loan payments.

If you have any questions, please call 888-717-5721 during business hours: Monday-Friday 8AM-4PM PST.

Sincerely,

Docuprep Center
Processing Department
3 Whatney Suite 100 | Irvine, CA 92618
Tel 888-717-5721 | Fax 888-717-5722

**Exhibit "B" to Service Agreement**
**Draft Schedule**

| | |
|---|---|
| 1st Draft Date | 12/11/2015 |
| 1st Draft Amount | $799.00 |

| | |
|---|---|
| 2nd Draft Date | |
| 2nd Draft Amount | |

| | |
|---|---|
| 3rd Draft Date | |
| 3rd Draft Amount | |

| | |
|---|---|
| 4th Draft Date | |
| 4th Draft Amount | |

To make changes to the above payment schedule, or to discuss your account, please contact us at 888-717-5721.



# GENERAL FORBEARANCE REQUEST
## William D. Ford Federal Direct Loan Program

**GFB**

OMB No. 1845-0031
Form Approved
Exp. Date 12/31/2015

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document will be subject to penalties which may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information.
☐ Check this box if any of your information has changed.

- SSN: [redacted]
- Name: Thera Storm
- Address: [redacted]
- City, State, Zip Code: San Diego CA,
- Telephone – Primary: [redacted]
- Telephone – Alternate:
- E-mail Address (Optional): [redacted]

## SECTION 2: FORBEARANCE REQUEST

Before completing this form, carefully read the entire form, including the instructions and other information in Sections 3, 4, and 5.

- I am willing but unable to make my current Direct Loan payments due to a temporary hardship. I am requesting this forbearance because I am experiencing a temporary hardship related to one of the following situations (check one):
    - [X] Financial difficulties
    - [ ] Change in employment
    - [ ] Medical circumstances
    - [ ] Other (explain): _____

- If this forbearance request is approved, I want to (check one):
    - [X] Temporarily stop making payments; or
    - [ ] Temporarily make smaller payments of $ _____ per month.

- If this forbearance request is approved, I am requesting that the U.S. Department of Education (ED) grant a forbearance on my loan(s) beginning (MM-DD-YYYY) [redacted] and ending (MM-DD-YYYY) |__|__|-|__|__|-|__|__|__|__| for a period not to exceed 12 months.

## SECTION 3: BORROWER/ENDORSER UNDERSTANDINGS AND CERTIFICATIONS

- **I understand** that the following terms and conditions apply to this forbearance request:
    (1) ED will not grant this forbearance request unless this form is completed and any required supporting documentation is provided.
    (2) ED may grant a forbearance on my loans for up to 60 days, if necessary, for the collection and processing of documentation related to my forbearance request. ED will not capitalize interest that accrues during this forbearance.
    (3) If I am past due on payments not covered by this forbearance, ED may grant an additional forbearance on my loan(s) to resolve all payments due when my request is processed, and all unpaid interest may be capitalized.
    (4) At the end of the forbearance, I may apply to renew the forbearance if I am still experiencing a financial hardship.
    (5) I will continue to receive billing statements for my current payment amount, which I must pay until I am notified by my servicer that my forbearance request has been granted.
    (6) During the forbearance period, I am not required to make payments of loan principal and interest, but interest will be charged on all of my loans.
    (7) If I requested to temporarily stop making payments, I will receive an interest notice, and I may pay the interest at any time. If I do not pay the interest that accrues on my loan(s), it will be capitalized at the end of the forbearance period.
    (8) If I requested to temporarily make smaller payments, I will receive a monthly notice for the requested payment amount until the forbearance ends, and any unpaid interest that has accrued during the period will be capitalized at the end of the forbearance period.

- **I certify** that:
    (1) The information I have provided on this form is true and correct.
    (2) I will provide any additional documentation to ED, as required, to support my continued forbearance status.
    (3) I will notify ED immediately when the condition that qualified me for the forbearance ends.
    (4) I agree to repay my loan(s) according to the terms of my promissory note, regardless of whether the forbearance is granted.

- **I authorize** the entity to which I submit this request (i.e., the school, the lender, the guaranty agency, ED, and their respective agents and contractors) to contact me regarding my request or my loan(s), including repayment of my loan(s), at the number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated dialing equipment or artificial or prerecorded voice or text messages.

**BORROWER'S OR ENDORSER'S SIGNATURE:** _____   **DATE:** 12/02/2015



# REPAYMENT PLAN REQUEST:
### Standard Repayment Plan/Extended Repayment Plan/Graduated Repayment Plan
William D. Ford Federal Direct Loan (Direct Loan) Program

**RPR**

OMB No. 1845-0014
Form Approved
Exp Date 12/31/2016

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER IDENTIFICATION

Please enter or correct the following information.
☐ Check this box if any of your information has changed

| | |
|---|---|
| SSN | ▮▮▮ |
| Name | Thera Storm |
| Address | ▮▮▮ |
| City, State, Zip | San Diego CA, 92116-1727 |
| Telephone - Primary | ▮▮▮ |
| Telephone - Alternate | |
| E-mail (Optional) | ▮▮▮ |

## SECTION 2: REPAYMENT PLAN REQUEST

**1. Choose one of the following:**

☒ I want to select a plan for <u>all</u> of my Direct Loans.

☐ I want to select a plan for only my Direct Loans that are <u>not</u> eligible for the Income-Based Repayment (IBR), Pay As You Earn, or Income-Contingent Repayment (ICR) Plan. The following loans are not eligible for these plans:
- <u>Direct Parent PLUS Loans</u>: not eligible for IBR, Pay As You Earn, or ICR.
- <u>Direct Consolidation Loans</u> made on or after July 1, 2006 that repaid Direct Parent PLUS Loans or Federal Parent PLUS Loans: not eligible for IBR or Pay As You Earn. These loans <u>are</u> eligible for ICR.
- <u>Direct Consolidation Loans</u> made before July 1, 2006 that repaid Direct Parent PLUS Loans or Federal Parent PLUS Loans (these are called "Direct PLUS Consolidation Loans"): not eligible for IBR, Pay As You Earn, or ICR.

**2. Check the box for the repayment plan that you wish to select:**
These plans are described in Section 5. Sample payment amounts for each plan are provided in Section 7.
☐ Standard  ☒ Graduated  ☐ Extended - Fixed Payments  ☐ Extended - Graduated Payments

**Note:** If you are interested in the IBR, Pay As You Earn, or ICR Plan, visit StudentLoans.gov to read or complete the application or StudentAid.gov to learn more. To help you compare these plans to the Standard, Graduated, and Extended plans, sample payment amounts for the IBR, Pay As You Earn, and ICR Plans are provided in Section 7.

## SECTION 3: BORROWER UNDERSTANDINGS, CERTIFICATIONS, AND AUTHORIZATION

- **I understand that: (1)** I must choose the same repayment plan for all of my Direct Loans unless I want to repay my loans under the IBR, Pay As You Earn, or ICR Plan and I have some loans that may not be repaid under those plans. In this case, I may select the IBR, Pay As You Earn, or ICR plan for the loans that are eligible for those plans by submitting the IBR/Pay As You Earn/ICR Plan Request, and may select a different repayment plan for the loans that may not be repaid under IBR, Pay As You Earn, or ICR. **(2)** If I am beginning repayment of my loans for the first time and I do not select a repayment plan, I will be placed on the Standard Repayment Plan. **(3)** If I am delinquent in making payments under my current repayment plan at the time I request to change to a different plan, my servicer may grant me a forbearance to cover any payments that are overdue at the time I enter the repayment plan I selected in Section 2. Unpaid interest that accrues during this forbearance period may be capitalized at the end of the forbearance period.
- **I certify that (1):** The information I have provided on this form is true and correct and **(2)** I have read and understand the terms and conditions of the repayment plan that I requested in Section 2, as explained in Section 5.
- **I authorize** the U.S. Department of Education (and its agents or contractors) to contact me regarding my request or my loan(s), including repayment of my loan(s), at the number that I provide on this form or any future number that I provide for my cellular telephone or other wireless device using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**Borrower Signature** _____  **Date** 12/02/2015