# Summary Judgment Ex. 45b

Storm Declaration

Exhibit B

## Schneider, Dani (CFPB)

| | |
|---|---|
| **From:** | Thera Storm |
| **Sent:** | Thursday, March 11, 2021 12:18 PM |
| **To:** | Schneider, Dani (CFPB) |
| **Subject:** | Fwd: Missed Call |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Sent from my iPhone

Begin forwarded message:

> **From:** Thera Storm
> **Date:** January 12, 2016 at 2:07:47 PM PST
> **To:** Martin Zamora <mzamora@docuprepcenter.com>
> **Subject: Re: Missed Call**
>
> I received my statement... it is not the APR that you quoted me over the phone. I am canceling this and I would like my $799.00 "closing costs" reimbursed. I will be following up with the Better Business Bureau if this is not resolved. How unprofessional!
> -Thera Storm
>
> On Tue, Dec 22, 2015 at 8:18 AM, Martin Zamora <mzamora@docuprepcenter.com> wrote:
>
>> Thera,
>>
>> Sorry I missed your call. I have been out of the office due to an illness. I have spoken to my manager in regards to your situation and he said we might have started to consolidation too close to the payment date. In order to see what status the loan is in just call our processing department and ask to see what status your consolidation is in. 888-717-5721. Hope this helps.
>>
>> Best Wiishes
>>
>> *Martin Zamora*
>>
>> Student Loan Advisor

1

Advisor I.D. # 1012

Direct: (949) 449-1478

Toll free: (877) 231-7606 ext. 1012

http://www.docuprepcenter.com



  

  

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

--
Thera F. Storm, LCSW
███████████ cell