# Summary Judgment Ex. 45c

Storm Declaration

Exhibit C

## Schneider, Dani (CFPB)

| | |
|---|---|
| **From:** | Thera Storm |
| **Sent:** | Thursday, March 11, 2021 12:34 PM |
| **To:** | Schneider, Dani (CFPB) |
| **Subject:** | Fwd: Respond with PDF |
| **Attachments:** | storm_navient.pdf |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Sent from my iPhone

Begin forwarded message:

> **From:** Thera Storm
> **Date:** January 13, 2016 at 10:11:57 AM PST
> **To:** ryan davin <rdavin@docuprepcenter.com>
> **Subject: Re: Respond with PDF**

On Wed, Jan 13, 2016 at 10:04 AM, ryan davin <rdavin@docuprepcenter.com> wrote:

> Respond with PDF regarding interest rate
>
> Ryan Davin
>
> Student Loan Advisor
>
> Toll free: (877)231-7606 x 1061
>
> Direct Line: (949) 449-1469
>
> Fax: (949) -449-1104
>
> http://docuprepcenter.com





 

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

--
Thera F. Storm, LCSW
▓▓▓▓▓▓▓▓ cell

## Direct Consolidation Loan Summary

### SECTION 1 – Loans Eligible for this Consolidation

| Loan # | Loan Holder Account | Loan Holder Name | Loan Type | Current Balance | Current Interest Rate | Disbursement Date | Consolidate? |
|---|---|---|---|---|---|---|---|
| 1 | ■■■ | DEPT OF ED/FEDLOAN SERVICING( | SUB | $4,458.87 | 6.800 | 06/22/2009 | Y |
| 2 | ■■■ | DEPT OF ED/FEDLOAN SERVICING( | UNSB | $10,248.94 | 6.800 | 08/18/2009 | Y |

### Your Total Education Loan Indebtedness Summary

| | |
|---|---|
| Total Included in this Consolidation | $14,707.81 |
| Total Not Included in this Consolidation | $0.00 |
| Grand Total All Loans | $14,707.81 |





05762797*

B240    SYSTEM    ED    0001

# Direct Consolidation Loan Summary Sheet

## SECTION 2 – Estimates of your Direct Consolidation Loan Repayment Options

| | |
|---|---|
| (2) Adjusted Gross Income (AGI): | $0.00 |
| (2) Spouse AGI: | $0.00 |

| Repayment Plan | Loan Amount | # of Payments | Interest Rate | Initial Payment (3) | Max Payment (4) | Total Interest | Total Repaid |
|---|---|---|---|---|---|---|---|
| STANDARD | $14,707.81 | 180 | 6.875% | $131.16 | $131.16 | $8,900.99 | $23,608.80 |
| GRADUATED | $14,707.81 | 180 | 6.875% | $84.26 | $238.24 | $11,237.15 | $25,944.96 |
| (1) EXTENDED FIXED | | | | | | | |
| (1) EXTENDED GRADUATED | | | | | | | |
| (2) INCOME CONTINGENT (ICR) | | | | | | | |
| (2) INCOME BASED (IBR) | | | | | | | |
| (2) PAY AS YOU EARN (PAYE) | | | | | | | |





B241    SYSTEM    ED    0001