# Summary Judgment Ex. 46

| ARTS-GS | **Articles of Incorporation of a General Stock Corporation** |
|---|---|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

***Important!*** Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

3836006

**FILED**
Secretary of State
State of California

OCT 2 2 2015

ICC

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is DOCS DONE RIGHT, INC

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. Edward Irvine
*Agent's Name*

b. 895 DOVE SREET 3rd Floor | Newport Beach | CA | 92660
*Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box* | *City (no abbreviations)* | *State* | *Zip*

**Corporate Addresses**

④ a. 895 DOVE SREET 3rd Floor | Newport Beach | CA | 92660
*Initial Street Address of Corporation - Do not list a P.O. Box* | *City (no abbreviations)* | *State* | *Zip*

b. ______
*Initial Mailing Address of Corporation, if different from 4a* | *City (no abbreviations)* | *State* | *Zip*

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock. The total number of shares which this corporation is authorized to issue is 10000.

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

[signature] DAVID SKLAR
*Incorporator - Sign here* | *Print your name here*

Make check/money order payable to: **Secretary of State**

Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee.

***By Mail***
Secretary of State
Business Entities, P.O. Box 944260
Sacramento, CA 94244-2600

***Drop-Off***
Secretary of State
1500 11th Street, 3rd Floor
Sacramento, CA 95814



2014 California Secretary of State
www.sos.ca.gov/business/be

| LP-1 | Certificate of Limited Partnership (LP) |
|---|---|

To form a limited partnership in California, you can fill out this form, and submit for filing along with:

- A $70 filing fee.
- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form or document.

*Important!* LPs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

201607200005

FILED
Secretary of State
State of California
MAR 08 2016

1 cc

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**LP Name**

① DOCS DONE RIGHT, LP
*Proposed LP Name*

The name must end with: "Limited Partnership," "LP," or "L.P.," and may not contain "bank," "insurance," "trust," "trustee," "incorporated," "inc.," "corporation," or "corp." For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**LP Addresses**

② a. 3 WHATNEY STE 100 | Irvine | CA | 92618
*Initial Street Address of Designated Office in CA* | *City (no abbreviations)* | *State* | *Zip*

b. *Initial Mailing Address of LP, if different from 2a* | *City (no abbreviations)* | *State* | *Zip*

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your LP is sued. You may list any adult who lives in California. You may not list an LP as the agent. Do not list an address if the agent is a 1505 corporation.)

③ a. ED MARTINEZ
*Agent's Name*

b. 3 WHATNEY STE 100 | IRVINE | CA | 92618
*Agent's Street Address (if agent is not a corporation)* | *City (no abbreviations)* | *State* | *Zip*

**General Partners** (List the name and address of each general partner. Attach additional pages, if necessary.)

④ a. DOCS DONE RIGHT, INC | 3 Whatney Ste 100 | Irvine | CA | 92618
*General Partner's Name* | *Address* | *City (no abbreviations)* | *State* | *Zip*

b. *General Partner's Name* | *Address* | *City (no abbreviations)* | *State* | *Zip*

**Read and sign below:** This form must be signed by all of the general partners listed in Item 4. If a trust, association, attorney-in-fact, or any other person is signing, go to www.sos.ca.gov/business/be/filing-tips.htm for more information. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are part of this certificate. Signing this document affirms under penalty of perjury that the stated facts are true.

[signature] | ED MARTINEZ, CEO of DOCS DONE RIGHT, INC
*General Partner - Sign here* | *Print your name here*

*General Partner - Sign here* | *Print your name here*

| Make check/money order payable to: Secretary of State | *By Mail* | *Drop-Off* |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State<br>Business Entities, P.O. Box 944225<br>Sacramento, CA 94244-2250 | Secretary of State<br>1500 11th Street., 3rd Floor<br>Sacramento, CA 95814 |



2013 California Secretary of State
www.sos.ca.gov/business/be

3834727

| ARTS-GS | Articles of Incorporation of a General Stock Corporation |
|---|---|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you drop off the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

FILED
Secretary of State
State of California
OCT 14 2015

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is CERTIFIED DOC PREP, INC

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. HAITHUM ABDELFATTAH
*Agent's Name*

b. 1015 E. Imperial Hwy Unit C8 | BREA | CA | 92821
*Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box* | *City (no abbreviations)* | *State* | *Zip*

**Corporate Addresses**

④ a. 1015 E. Imperial Hwy Unit C8 | BREA | CA | 92821
*Initial Street Address of Corporation - Do not list a P.O. Box* | *City (no abbreviations)* | *State* | *Zip*

b. 
*Initial Mailing Address of Corporation, if different from 4a* | *City (no abbreviations)* | *State* | *Zip*

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is 10000.

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

*Incorporator - Sign here* | HAITHUM ABDELFATTAH
*Print your name here*

Make check/money order payable to: Secretary of State
Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee.

*By Mail*
Secretary of State
Business Entities, P.O. Box 944260
Sacramento, CA 94244-2600

*Drop-Off*
Secretary of State
1500 11th Street, 3rd Floor
Sacramento, CA 95814



2014 California Secretary of State
www.sos.ca.gov/business/be

| LP-1 | Certificate of Limited Partnership (LP) |
|---|---|

201529600003

**FILED**

Secretary of State
State of California

OCT 2 1 2015

To form a limited partnership in California, you can fill out this form, and submit for filing along with:

- A $70 filing fee.
- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form or document.

*Important!* LPs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**LP Name**

① CERTIFIED DOC PREP SERVICES, LP

*Proposed LP Name*

The name must end with: "Limited Partnership," "LP," or "L.P.," and may not contain "bank," "insurance," "trust," "trustee," "incorporated," "inc.," "corporation," or "corp." For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**LP Addresses**

② a. 1015 E. Imperial Hwy Unit C8 — BREA — CA 92821

*Initial Street Address of Designated Office in CA — City (no abbreviations) — State — Zip*

b. ______

*Initial Mailing Address of LP, if different from 2a — City (no abbreviations) — State — Zip*

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your LP is sued. You may list any adult who lives in California. You may not list an LP as the agent. Do not list an address if the agent is a 1505 corporation.)

③ a. HAITHUM ABDELFATTAH

*Agent's Name*

b. 1015 E. Imperial Hwy Unit C8 — BREA — CA 92821

*Agent's Street Address (if agent is not a corporation) — City (no abbreviations) — State — Zip*

**General Partners** (List the name and address of each general partner. Attach additional pages, if necessary.)

④ a. CERTIFIED DOC PREP, INC — 1015 E. Imperial Hwy Unit C8 — BREA — CA — 92821

*General Partner's Name — Address — City (no abbreviations) — State — Zip*

b. ______

*General Partner's Name — Address — City (no abbreviations) — State — Zip*

**Read and sign below:** This form must be signed by all of the general partners listed in Item 4. If a trust, association, attorney-in-fact, or any other person is signing, go to www.sos.ca.gov/business/be/filing-tips.htm for more information. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are part of this certificate. Signing this document affirms under penalty of perjury that the stated facts are true.

▶ [signature] — Haithum Abdel, CEO, CERTIFIED DOC PREP, INC

*General Partner - Sign here — Print your name here*

▶ ______ — ______

*General Partner - Sign here — Print your name here*

| Make check/money order payable to: Secretary of State<br>*Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee.* | *By Mail*<br>Secretary of State<br>Business Entities, P.O. Box 944225<br>Sacramento, CA 94244-2250 | *Drop-Off*<br>Secretary of State<br>1500 11th Street., 3rd Floor<br>Sacramento, CA 95814 |
|---|---|---|

3938356

**ARTS-GS** | **Articles of Incorporation of a General Stock Corporation**

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A $100 filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

***Important!*** Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

**FILED**
**Secretary of State**
**State of California**
**AUG 22 2016**

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is Assure Direct Services, Inc.

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. Frank Anthony Sebreros
*Agent's Name*

b. 23785 El Toro Road, Suite 467, Lake Forest CA 92630
*Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box* | *City (no abbreviations)* | *State* | *Zip*

**Corporate Addresses**

④ a. 23785 El Toro Road, Suite 467, Lake Forest, CA 92630
*Initial Street Address of Corporation - Do not list a P.O. Box* | *City (no abbreviations)* | *State* | *Zip*

b. 
*Initial Mailing Address of Corporation, if different from 4a* | *City (no abbreviations)* | *State* | *Zip*

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is 1000.

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

[signature] Bilal Abdelfattah
*Incorporator - Sign here* | *Print your name here*

Make check/money order payable to: **Secretary of State**
Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee.

***By Mail***
Secretary of State
Business Entities, P.O. Box 944260
Sacramento, CA 94244-2600

***Drop-Off***
Secretary of State
1500 11th Street, 3rd Floor
Sacramento, CA 95814

| LP-1 | Certificate of Limited Partnership (LP) |
|---|---|

201623700011

FILED
Secretary of State
State of California
AUG 17 2016

This Space For Office Use Only

To form a limited partnership in California, you can fill out this form, and submit for filing along with:

- A $70 filing fee.
- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form or document.

*Important!* LPs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**LP Name**

① Assure Direct Services, LP
*Proposed LP Name* — The name must end with: "Limited Partnership," "LP," or "L.P.," and may not contain "bank," "insurance," "trust," "trustee," "incorporated," "inc.," "corporation," or "corp." For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**LP Addresses**

② a. 23785 El Toro Road, Suite 467, Lake Forest CA 92630
*Initial Street Address of Designated Office in CA* — *City (no abbreviations)* — *State* — *Zip*

b. 
*Initial Mailing Address of LP, if different from 2a* — *City (no abbreviations)* — *State* — *Zip*

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your LP is sued. You may list any adult who lives in California. You may not list an LP as the agent. Do not list an address if the agent is a 1505 corporation.)

③ a. Frank Anthony Sebreros
*Agent's Name*

b. 23785 El Toro Road, Suite 467, Lake Forest CA 92630
*Agent's Street Address (if agent is not a corporation)* — *City (no abbreviations)* — *State* — *Zip*

**General Partners** (List the name and address of each general partner. Attach additional pages, if necessary.)

④ a. Assure Direct Services, Inc., 23785 El Toro Road, Suite 467, Lake Forest, CA 92630
*General Partner's Name* — *Address* — *City (no abbreviations)* — *State* — *Zip*

b. 
*General Partner's Name* — *Address* — *City (no abbreviations)* — *State* — *Zip*

**Read and sign below:** This form must be signed by all of the general partners listed in Item 4. If a trust, association, attorney-in-fact, or any other person is signing, go to www.sos.ca.gov/business/be/filing-tips.htm for more information. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are part of this certificate. Signing this document affirms under penalty of perjury that the stated facts are true.

[signature] Bilal Abdelfattah, Pres. of Assure Direct Services, Inc.
*General Partner - Sign here* — *Print your name here*

*General Partner - Sign here* — *Print your name here*

| Make check/money order payable to: Secretary of State | *By Mail* | *Drop-Off* |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State<br>Business Entities, P.O. Box 944225<br>Sacramento, CA 94244-2250 | Secretary of State<br>1500 11th Street., 3rd Floor<br>Sacramento, CA 95814 |



2013 California Secretary of State
www.sos.ca.gov/business/be

**LP-2** | **Amendment to Certificate of Limited Partnership (LP)**

To change information of record for your LP, fill out this form, and submit for filing along with:

- A $30 filing fee.
- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form.

Items 3-7: Only fill out the information that is changing. Attach extra pages if you need more space or need to include any other matters.

FILED
Secretary of State
State of California
MAR 05 2018

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm

① LP's File No. (issued by CA Secretary of State): 201623700011

② LP's Exact Name (on file with CA Secretary of State): Assure Direct Services, LP

**New LP Name**

③ ______ Proposed New LP Name — The new LP name must end with: "Limited Partnership," "LP," or "L.P.," and may not contain "bank," "insurance," "trust," "trustee," "incorporated," "inc.," "corporation," or "corp."

**New LP Addresses**

④ a. 5 Oldfield, 2nd Floor — Irvine — CA — 92618
Street Address of Designated Office in CA — City (no abbreviations) — State — Zip

b. ______ Mailing Address of LP, if different from 4a — City (no abbreviations) — State — Zip

**New Agent/Address for Service of Process** (The agent must be a CA resident or qualified corporation in CA.)

⑤ a. David Sklar
Agent's Name

b. 5 Oldfield, Suite 200 — Irvine — CA — 92618
Agent's Street Address (if agent is not a corporation) — City (no abbreviations) — State — Zip

**General Partner Changes**

⑥ a. New general partner: Prime Ad Enterprises, Inc., 5 Oldfield, 2nd Floor, Irvine CA 92618
Name — Address — City (no abbreviations) — State — Zip

b. Address change: ______ Name — New Address — City (no abbreviations) — State — Zip

c. Name change: Old name: ______ New name: ______

d. Name of dissociated general partner: Assure Direct Services, Inc.

**Dissolved LP** (Either check box a or check box b and complete the information. Note: To terminate the LP, also file a Certificate of Cancellation (Form LP-4/7), available at www.sos.ca.gov/business/be/forms.htm)

⑦ a. ☐ The LP is dissolved and wrapping up its affairs.

b. ☐ The LP is dissolved and has no general partners. The following person has been appointed to wrap up the affairs of the LP: ______ Name — Address — City (no abbreviations) — State — Zip

**Read and sign below:** This form must be signed by (1) at least one general partner; (2) by each person listed in item 6a; and (3) by each person listed in item 6d if that person has not filed a Certificate of Dissociation (Form LP-101). If item 7b is checked, the person listed must sign. If a trust, association, attorney-in-fact, or any other person not listed above is signing, go to www.sos.ca.gov/business/be/filing-tips.htm for more information. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are part of this amendment. Signing this document affirms under penalty of perjury that the stated facts are true.

Sign here — David Sklar, CEO of Prime Ad Enterprises, Inc. — Jan. 24, 2018
Print your name here — Date

Sign here — Frank Anthony Sebreros, CEO of Assure Direct Services, Inc. — Jan. 24, 2018
Print your name here — Date

Make check/money order payable to: Secretary of State. Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee.

**By Mail:** Secretary of State, Business Entities, P.O. Box 944225, Sacramento, CA 94244-2250

**Drop-Off:** Secretary of State, 1500 11th Street, 3rd Floor, Sacramento, CA 95814

Corporations Code § 15902.02
LP-2 (REV 01/2013)

2013 California Secretary of State
www.sos.ca.gov/business/be

3977782

| ARTS-GS | Articles of Incorporation of a General Stock Corporation |
|---|---|

To form a general stock corporation in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A $100 filing fee.
- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

FILED
SECRETARY OF STATE
STATE OF CALIFORNIA

JAN - 3 2017

This Space For Office Use Only

**For questions about this form, go to *www.sos.ca.gov/business/be/filing-tips.htm*.**

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is Direct Document Solutions, Inc.

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. Jimmy Anthony Calderon
*Agent's Name*

b. 23785 El Toro Road, Suite 493, Lake Forest CA 92630
*Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box* *City (no abbreviations)* *State* *Zip*

**Corporate Addresses**

④ a. 23785 El Toro Road, Suite 493, Lake Forest, CA 92630
*Initial Street Address of Corporation - Do not list a P.O. Box* *City (no abbreviations)* *State* *Zip*

b. 
*Initial Mailing Address of Corporation, if different from 4a* *City (no abbreviations)* *State* *Zip*

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is 1000.

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

[signature] Theresa Nicole Wray
*Incorporator - Sign here* *Print your name here*

| Make check/money order payable to: Secretary of State | *By Mail* | *Drop-Off* |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State<br>Business Entities, P.O. Box 944260<br>Sacramento, CA 94244-2600 | Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |

Corporations Code §§ 200-202 et seq.; Revenue and Taxation Code § 23153
ARTS-GS (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

201701300006

| LP-1 | Certificate of Limited Partnership (LP) |
|---|---|

To form a limited partnership in California, you can fill out this form, and submit for filing along with:

- A $70 filing fee.
- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form or document.

***Important!*** LPs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

**FILED**
**Secretary of State**
**State of California**
JAN 03 2017
lpc

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**LP Name**

① Direct Document Solutions, LP
*Proposed LP Name*

The name must end with: "Limited Partnership," "LP," or "L.P.," and may not contain "bank," "insurance," "trust," "trustee," "incorporated," "inc.," "corporation," or "corp." For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**LP Addresses**

② a. 23785 El Toro Road, Suite 493, Lake Forest CA 92630
*Initial Street Address of Designated Office in CA* — *City (no abbreviations)* — *State* — *Zip*

b. ______
*Initial Mailing Address of LP, if different from 2a* — *City (no abbreviations)* — *State* — *Zip*

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your LP is sued. You may list any adult who lives in California. You may not list an LP as the agent. Do not list an address if the agent is a 1505 corporation.)

③ a. Jimmy Anthony Calderon
*Agent's Name*

b. 23785 El Toro Road, Suite 493, Lake Forest CA 92630
*Agent's Street Address (if agent is not a corporation)* — *City (no abbreviations)* — *State* — *Zip*

**General Partners** (List the name and address of each general partner. Attach additional pages, if necessary.)

④ a. Direct Document Solutions, Inc., 23785 El Toro Road, Suite 493, Lake Forest, CA 92630
*General Partner's Name* — *Address* — *City (no abbreviations)* — *State* — *Zip*

b. ______
*General Partner's Name* — *Address* — *City (no abbreviations)* — *State* — *Zip*

**Read and sign below:** This form must be signed by all of the general partners listed in Item 4. If a trust, association, attorney-in-fact, or any other person is signing, go to www.sos.ca.gov/business/be/filing-tips.htm for more information. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). *All attachments are part of this certificate.* Signing this document affirms under penalty of perjury that the stated facts are true.

Theresa N. Wray [signature]
*General Partner - Sign here*

Theresa Wray, Pres. of Direct Document Solutions, Inc.
*Print your name here*

______
*General Partner - Sign here*

______
*Print your name here*

| Make check/money order payable to: Secretary of State<br>Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | *By Mail*<br>Secretary of State<br>Business Entities, P.O. Box 944225<br>Sacramento, CA 94244-2250 | *Drop-Off*<br>Secretary of State<br>1500 11th Street., 3rd Floor<br>Sacramento, CA 95814 |
|---|---|---|



2013 California Secretary of State
www.sos.ca.gov/business/be

| LP-2 | Amendment to Certificate of Limited Partnership (LP) |
|---|---|

To change information of record for your LP, fill out this form, and submit for filing along with:

- A $30 filing fee.
- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form.

Items 3–7: Only fill out the information that is changing. Attach extra pages if you need more space or need to include any other matters.

FILED PSI
Secretary of State
State of California
MAR 05 2018

LPC

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm

① LP's File No. (issued by CA Secretary of State) 201701300006

② LP's Exact Name (on file with CA Secretary of State) Direct Document Solutions LP

**New LP Name**

③ ______
*Proposed New LP Name*
The new LP name: must end with: "Limited Partnership," "LP," or "L.P.," and may not contain "bank," "insurance," "trust," "trustee," incorporated," "inc.," "corporation," or "corp."

**New LP Addresses**

④ a. 5 Oldfield, 2nd Floor CA 92618
*Street Address of Designated Office in CA* — *City (no abbreviations)* — *State* — *Zip*

b. ______
*Mailing Address of LP, if different from 4a* — *City (no abbreviations)* — *State* — *Zip*

**New Agent/Address for Service of Process** (The agent must be a CA resident or qualified 1505 corporation in CA.)

⑤ a. David Sklar
*Agent's Name*

b. 5 Oldfield, 2nd Floor CA 92618
*Agent's Street Address (if agent is not a corporation)* — *City (no abbreviations)* — *State* — *Zip*

**General Partner Changes**

⑥ a. New general partner: Prime Ad Enterprises, 5 Oldfield, 2nd floor, Irvine CA 92618
*Name* — *Address* — *City (no abbreviations)* — *State* — *Zip*

b. Address change: ______
*Name* — *New Address* — *City (no abbreviations)* — *State* — *Zip*

c. Name change: Old name: ______ New name: ______

d. Name of dissociated general partner: Direct Document Solutions, Inc

**Dissolved LP** (Either check box a or check box b and complete the information. Note: To terminate the LP, also file a Certificate of Cancellation (Form LP-4/7), available at www.sos.ca.gov/business/be/forms.htm.)

⑦ a. ☐ The LP is dissolved and wrapping up its affairs.

b. ☐ The LP is dissolved and has no general partners. The following person has been appointed to wrap up the affairs of the LP: ______
*Name* — *Address* — *City (no abbreviations)* — *State* — *Zip*

**Read and sign below:** This form must be signed by (1) at least one general partner; (2) by each person listed in item 6a; and (3) by each person listed in item 6d if that person has not filed a Certificate of Dissociation (Form LP-101). If item 7b is checked, the person listed must sign. If a trust, association, attorney-in-fact, or any other person not listed above is signing, go to www.sos.ca.gov/business/be/filing-tips.htm for more information. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are part of this amendment. Signing this document affirms under penalty of perjury that the stated facts are true.

[signature] — David sKlar, CEo of Prime Ad enterprises — Feb 09,2018
*Sign here* — *Print your name here* — *Date*

[signature] — Theresa Wray, CEo of Direct Document Solutions Inc. — Feb 09,2018
*Sign here* — *Print your name here* — *Date*

| Make check/money order payable to: Secretary of State | By Mail | Drop-Off |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State<br>Business Entities, P.O. Box 944225<br>Sacramento, CA 94244-2250 | Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |

Corporations Code § 15902.02
LP-2 (REV 01/2013)

2013 California Secretary of State
www.sos.ca.gov/business/be

3982387

| ARTS-GS | **Articles of Incorporation of a General Stock Corporation** |
| --- | --- |

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

***Important!*** Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

**FILED** DCX
Secretary of State
State of California
JAN 12 2017

IPC

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is Secure Preparation Services, Inc.

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. Aaron Sebreros
*Agent's Name*

b. 2500 East Imperial Hwy, Suite 201-396, Brea CA 92821
*Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box* *City (no abbreviations)* *State* *Zip*

**Corporate Addresses**

④ a. 2500 East Imperial Hwy, Suite 201-396, Brea, CA 92821
*Initial Street Address of Corporation - Do not list a P.O. Box* *City (no abbreviations)* *State* *Zip*

b.
*Initial Mailing Address of Corporation, if different from 4a* *City (no abbreviations)* *State* *Zip*

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is 1000.

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

*Incorporator - Sign here* Aaron Sebreros
*Print your name here*

| Make check/money order payable to: **Secretary of State**<br>Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | ***By Mail***<br>Secretary of State<br>Business Entities, P.O. Box 944260<br>Sacramento, CA 94244-2600 | ***Drop-Off***<br>Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |
| --- | --- | --- |



2014 California Secretary of State
www.sos.ca.gov/business/be

201702500023

| LP-1 | Certificate of Limited Partnership (LP) |
|---|---|

To form a limited partnership in California, you can fill out this form, and submit for filing along with:

- A $70 filing fee.
- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form or document.

*Important!* LPs in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

FILED
Secretary of State
State of California
JAN 12 2017

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**LP Name**

① Secure Preparation Services, LP
*Proposed LP Name*

The name must end with: "Limited Partnership," "LP," or "L.P.," and may not contain "bank," "insurance," "trust," "trustee," "incorporated," "inc.," "corporation," or "corp." For general entity name requirements and restrictions, go to www.sos.ca.gov/business/be/name-availability.htm.

**LP Addresses**

② a. 2500 East Imperial Hwy , Ste 201-396, Brea CA 92821
*Initial Street Address of Designated Office in CA* — *City (no abbreviations)* — *State* — *Zip*

b.
*Initial Mailing Address of LP, if different from 2a* — *City (no abbreviations)* — *State* — *Zip*

**Service of Process** (List a California resident or an active 1505 corporation in California that agrees to be your initial agent to accept service of process in case your LP is sued. You may list any adult who lives in California. You may not list an LP as the agent. Do not list an address if the agent is a 1505 corporation.)

③ a. Aaron Sebreros
*Agent's Name*

b. 2500 East Imperial Hwy , Ste 201-396, Brea CA 92821
*Agent's Street Address (if agent is not a corporation)* — *City (no abbreviations)* — *State* — *Zip*

**General Partners** (List the name and address of each general partner. Attach additional pages, if necessary.)

④ a. Secure Preparation Services, Inc., 2500 East Imperial Hwy, Ste 201-396, Brea, CA 92821
*General Partner's Name* — *Address* — *City (no abbreviations)* — *State* — *Zip*

b.
*General Partner's Name* — *Address* — *City (no abbreviations)* — *State* — *Zip*

**Read and sign below:** This form must be signed by all of the general partners listed in Item 4. If a trust, association, attorney-in-fact, or any other person is signing, go to www.sos.ca.gov/business/be/filing-tips.htm for more information. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are part of this certificate. Signing this document affirms under penalty of perjury that the stated facts are true.

▶ [signature]
*General Partner - Sign here*

Aaron Sebreros,Pres. of Secure Preparation Services,Inc.
*Print your name here*

▶
*General Partner - Sign here*

*Print your name here*

| Make check/money order payable to: Secretary of State<br>Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | ***By Mail***<br>Secretary of State<br>Business Entities, P.O. Box 944225<br>Sacramento, CA 94244-2250 | ***Drop-Off***<br>Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |
|---|---|---|

**LP-2** | **Amendment to Certificate of Limited Partnership (LP)**

To change information of record for your LP, fill out this form, and submit for filing along with:

- A $30 filing fee.
- A separate, non-refundable $15 service fee also must be included, if you drop off the completed form.

Items 3–7: Only fill out the information that is changing. Attach extra pages if you need more space or need to include any other matters.

FILED
Secretary of State
State of California
MAR 05 2018

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm

① LP's File No. (issued by CA Secretary of State): 201702500023

② LP's Exact Name (on file with CA Secretary of State): Secure Preparation Services LP

**New LP Name**

③ ______________________
*Proposed New LP Name* — The new LP name must end with: "Limited Partnership," "LP," or "L.P.," and may not contain "bank," "insurance," "trust," "trustee," "incorporated," "inc.," "corporation," or "corp."

**New LP Addresses**

④ a. 5 Oldfield, 2nd Floor — CA 92618
*Street Address of Designated Office in CA / City (no abbreviations) / State / Zip*

b. ______________________
*Mailing Address of LP, if different from 4a / City (no abbreviations) / State / Zip*

**New Agent/Address for Service of Process** (The agent must be a CA resident or qualified 1505 corporation in CA.)

⑤ a. David Sklar
*Agent's Name*

b. 5 Oldfield, 2nd Floor — CA 92618
*Agent's Street Address (if agent is not a corporation) / City (no abbreviations) / State / Zip*

**General Partner Changes**

⑥ a. New general partner: Prime Ad Enterprises, 5 Oldfield, 2nd floor, Irvine CA 92618
*Name / Address / City (no abbreviations) / State / Zip*

b. Address change: ______________________
*Name / New Address / City (no abbreviations) / State / Zip*

c. Name change: Old name: ______________ New name: ______________

d. Name of dissociated general partner: Secure Preparation Services, Inc

**Dissolved LP** (Either check box a or check box b and complete the information. Note: To terminate the LP, also file a Certificate of Cancellation (Form LP-4/7), available at www.sos.ca.gov/business/be/forms.htm.)

⑦ a. ☐ The LP is dissolved and wrapping up its affairs.

b. ☐ The LP is dissolved and has no general partners. The following person has been appointed to wrap up the affairs of the LP: ______________________
*Name / Address / City (no abbreviations) / State / Zip*

**Read and sign below:** This form must be signed by (1) at least one general partner; (2) by each person listed in item 6a; and (3) by each person listed in item 6d if that person has not filed a Certificate of Dissociation (Form LP-101). If item 7b is checked, the person listed must sign. If a trust, association, attorney-in-fact, or any other person not listed above is signing, go to www.sos.ca.gov/business/be/filing-tips.htm for more information. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are part of this amendment. Signing this document affirms under penalty of perjury that the stated facts are true.

[signature] — David Sklar, CEO of Prime Ad Enterprises — Feb 09, 2018
*Sign here / Print your name here / Date*

[signature] — Mark Nevarez, CEO of Secure Preparation Services Inc — Feb 09, 2018
*Sign here / Print your name here / Date*

Make check/money order payable to: Secretary of State. Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee.

**By Mail:** Secretary of State, Business Entities, P.O. Box 944225, Sacramento, CA 94244-2250

**Drop-Off:** Secretary of State, 1500 11th Street, 3rd Floor, Sacramento, CA 95814



2013 California Secretary of State
www.sos.ca.gov/business/be

4036800



**ARTS-GS**

## Secretary of State
## Articles of Incorporation of a General Stock Corporation

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee - $100.00**

**Copy Fees -** First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov.*

FILED
Secretary of State
State of California
JUN 15 2017

1PC **This Space For Office Use Only**

**1. Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

The name of the corporation is Lend Tech Loans, Inc.

**2. Business Addresses** (Enter the **complete** business addresses.)

| a. Initial Street Address of Corporation - **Do not list a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 25391 Commercentre Dr., Suite 100 | Lake Forest | CA | 92630 |
| b. Initial Mailing Address of Corporation, **if different than item 2a** | City (no abbreviations) | State | Zip Code |
| | | | |

**3. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 3a and 3b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Sean | | Cowell | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 25391 Commercentre Dr., Suite 100 | Lake Forest | CA | 92630 |

**CORPORATION** – Complete Item 3c. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b

**4. Shares** (Enter the **number of shares** the corporation is authorized to issue. **Do not** leave blank or enter zero (0).)

This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is 1,000.

**5. Purpose Statement** (Do not alter the Purpose Statement.)

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**6. Read and Sign Below** (This form must be signed by each incorporator. **See instructions for signature requirements.**)

Sean Cowell
Signature

Sean Cowell
Type or Print Name



2017 California Secretary of State
www.sos.ca.gov/business/be