# **<u>Summary Judgment Ex. 48</u>**

Home ⟩ Manage Loans ⟩ Lower or Suspend Student Loan Payments ⟩ Get Temporary Relief ⟩ Student Loan Forbearance

# Student loan forbearance allows you to temporarily stop making payments.

Find out if a forbearance is the best option for your situation.

 Get Relief With Lower Payments on an Income-Driven Repayment Plan       Be

With forbearance, you won't have to make a payment, or you can temporarily make a smaller payment. However, you probably won't be making any progress toward forgiveness or paying back your loan. As an alternative, consider income-driven repayment.

**Automatic Suspension of Monthly Payments as a Result of the COVID-19 Emergency**

To provide relief to student loan borrowers during the COVID-19 emergency, federal student loan borrowers were automatically placed in an administrative forbearance, which allows you to temporarily stop making your monthly loan payments. This suspension of payments will last from March 13, 2020, through at least Sept. 30, 2021, but you can still make payments if you choose.

Have questions? Find out what loans qualify and get additional information about this forbearance and other student loan flexibilities due to the COVID-19 emergency.

## Get Relief With Lower Payments on an Income-Driven Repayment Plan

If you're having trouble repaying your loans due to circumstances that may continue for an extended period, or if you're unsure when you'll be able to afford to make your monthly loan payments again, a better option might be to change to an income-driven repayment plan. Income-driven repayment plans base your monthly payments on your income and family size. In some cases, your payment could be as low as $0 per month. They can also provide loan forgiveness if your loan is not paid in full after 20 or 25 years.

Always contact your student loan servicer immediately if you're having trouble making your student loan payments.

If you're seeking Public Service Loan Forgiveness (PSLF) or income-driven repayment forgiveness, forbearance will not allow you to make progress toward forgiveness.

## Be Aware That Interest Might Accrue During a Forbearance

If you are granted a forbearance, you are still responsible for paying the interest that

accrues during the forbearance period.

## How It Works

During a forbearance, you can either pay the interest as it accrues, or you can allow it to accrue and be capitalized (added to your loan principal balance) at the end of the forbearance period. If you don't pay the interest on your loan and allow it to be capitalized, the total amount you repay over the life of your loan may be higher. Unpaid interest is capitalized only on Direct Loans and Federal Family Education Loan FFEL Program loans. Unpaid interest is never capitalized on Federal Perkins Loans.

## Request a Forbearance

Most types of forbearance are not automatic—you need to submit a request to your student loan servicer, often using a form. Also, for some types of forbearance, you must provide your student loan servicer with documentation to show that you meet the eligibility requirements for the forbearance you are requesting. Learn more about requirements and how to access request forms.

## Understand Eligibility for a Forbearance

There are two main types of forbearance: general and mandatory.

### General Forbearance

Your loan servicer decides whether to grant a request for a general forbearance. For this reason, a general forbearance is sometimes called a "discretionary forbearance."

You can request a general forbearance if you are temporarily unable to make your scheduled monthly loan payments for the following reasons:

- Financial difficulties
- Medical expenses
- Change in employment
- Other reasons acceptable to your loan servicer

#### Loan Programs Eligible for General Forbearance

General forbearances are available for Direct Loans, Federal Family Education (FFEL) Program loans, and Perkins Loans.

#### Duration of a General Forbearance

For loans made under all three programs, a general forbearance may be granted for no more than 12 months at a time. If you're still experiencing a hardship when your current forbearance expires, you may request another general forbearance. However, there is a cumulative limit on general forbearances of three years.

For more information, review the General Forbearance Request.

### Mandatory Forbearance

If you meet the eligibility requirements for a mandatory forbearance, your loan servicer is required to grant the forbearance. You may be eligible for a mandatory forbearance in the following circumstances.

Note: The mandatory forbearances discussed below apply only to Direct Loans and FFEL Program loans unless otherwise noted.

#### AmeriCorps

You are serving in an AmeriCorps position for which you received a national service award.

Request an AmeriCorps forbearance ⬀

#### Department of Defense Student Loan Repayment Program

You qualify for partial repayment of your loans under the U.S. Department of Defense Student Loan Repayment Program.

Complete the *Mandatory Forbearance Request: Medical or Dental Internship/Residency, National Guard Duty, or Department of Defense Student Loan Repayment Program*.

### Medical or Dental Internship or Residency

You are serving in a medical or dental internship or residency program, and you meet specific requirements.

Complete the *Mandatory Forbearance Request: Medical or Dental Internship/Residency, National Guard Duty, or Department of Defense Student Loan Repayment Program*.

### National Guard Duty

You are a member of the National Guard and have been activated by a governor, but you are not eligible for a military deferment.

Complete the Mandatory Forbearance Request: Medical or Dental Internship/Residency, National Guard Duty, or Department of Defense Student Loan Repayment Program.

### Student Loan Debt Burden

The total amount you owe each month for all the federal student loans you received is 20 percent or more of your total monthly gross income, for up to three years.

Complete the Mandatory Forbearance Request: Student Loan Debt Burden

Note: This mandatory forbearance type applies to Direct Loans, FFEL Program loans, and Perkins Loans.

## Teacher Loan Forgiveness

You are performing teaching service that would qualify you for teacher loan forgiveness.

Apply using this form: Teacher Loan Forgiveness Forbearance Request

### Duration of Mandatory Forbearances

Mandatory forbearances may be granted for no more than 12 months at a time. If you continue to meet the eligibility requirements for the forbearance when your current forbearance period expires, you may request another mandatory forbearance.

You MUST continue making payments on your student loan(s) until you have been notified that your request for forbearance has been granted. If you stop paying and your forbearance is not approved, your loan(s) will become delinquent and you may go into default.

## Additional Links

Who's My Student Loan Servicer?

Income-Driven Repayment Plans

Student Loan Deferment

Student Loan Delinquency and Default

Who's My Student Loan Servicer?

Income-Driven Repayment Plans

Student Loan Deferment

Student Loan Delinquency and Default