# Summary Judgment Ex. 52

| | |
|---|---|
| **Message** | |
| **From:** | donald.contardi@gmail.com [donald.contardi@gmail.com] |
| **Sent:** | 6/5/2015 2:21:10 PM |
| **To:** | Jawad Nesheiwat [jawad@monsterloans.com] |
| **CC:** | Bill Abdel [babdel@monsterloans.com]; Sean Cowell [sean@monsterloans.com]; Dave Sklar [dsklar@DocuPrepCenter.com] |
| **Subject:** | Re: DocuPrep Center Mail |

Sounds good Jawad. I have another client who does car loan refinance and he mails the same records one week apart so I wasn't questioning your decision, I just wanted to confirm since it broke precedence. And rest assured, no matter who contacts anybody on our team, we would never discuss your mail with anybody except you, Sean and Bill.

Thanks man
Don


Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Jawad Nesheiwat
**Sent:** Friday, June 5, 2015 1:42 PM
**To:** donald.contardi@gmail.com
**Cc:** Bill Abdel; Sean Cowell; Dave Sklar
**Subject:** Re: DocuPrep Center Mail

That is correct. David Sklar is the operator and he agrees with this decision. We have already mailed from the existing batch of 50k 3x. We are forced to not mail or mail these same records. Since we are not paying for data twice, we only need to see 66% of the response to see the same CPC etc. We are working with what we have. I agree it would be wiser to wait several weeks between mailing on records however we cannot afford to not mail this week. We would rather see a lower response than non at all. Even the last drop of "new data" through us for a loop. Response and conversion vary state to state as we know and even the timing. For me its about a high frequency of mail to the right record. At one point while doing debt Sean and I recycled records for months at a time with no rhyme or reason and the response held strong.

Moving forward we will be buying enough data up front to last 30 days, even then we will most likely continue to recycle which has proven to work from us tracking it and obviously our experience.

Robert is not familiar with direct mail or buying data. We are confident in our decision, please do not discuss with him.

thanks

JAwad


**From:** donald.contardi@gmail.com <donald.contardi@gmail.com>
**Sent:** Friday, June 5, 2015 1:29 PM
**To:** Jawad Nesheiwat



ML00003329

CFPB-JN-0086313

Cc: Bill Abdel; Sean Cowell
Subject: Re: DocuPrep Center Mail

Jawad - okay I will not respond to this guy. I would never have anyways, only to you guys who we know are authorized. However, I would like to re-affirm your instructions for mail we are mailing today. Alex tells me you asked him to use the "same list as mailed last week". This breaks precedence, as all prior mailings you asked us to re-mail, but there was a big gap of like a month or more between the time a consumer receives the first and then second piece. This time it will only be one week. Please confirm that is what you want. Job is on the floor already printed, but it hasn't shipped PMOD yet. I just want to be absolutely sure before we ship even if Alex is telling me he is sure. Please advise..


Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Jawad Nesheiwat
**Sent:** Friday, June 5, 2015 1:25 PM
**To:** donald.contardi@gmail.com; Sean Cowell; Bill Abdel
**Subject:** Re: DocuPrep Center Mail

Don

Please do not discuss our mail with Robert or anyone else besides Sean and Bill. We are fine, you don't need to research anything.

Jawad

**From:** donald.contardi@gmail.com <donald.contardi@gmail.com>
**Sent:** Friday, June 5, 2015 1:16 PM
**To:** Sean Cowell; Bill Abdel; Jawad Nesheiwat
**Subject:** Fw: DocuPrep Center Mail

Sean/Bill/Jawad - I don't know who this guy is, so I will look into this now and reply to Bill/Sean/Jawad only. Give me an hour or so.. I doubt we made this mistake, but i'll get to the bottom of this shortly.

Don



Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Robert Hoose <robertbhoose@yahoo.com>
**Sent:** Friday, June 5, 2015 1:02 PM
**To:** donald.contardi@gmail.com
**Subject:** DocuPrep Center Mail

Hey Don,
I received your information from Sean Cowell. I am one of the operators of DocuPrep Center.
I believe that we mailed on the same list two weeks in a row. Have you seen this done before? Can I

ML00003330

CFPB-JN-0086314

get your thoughts on this?

Robert Hoose

ML00003331

CFPB-JN-0086315