# **Summary Judgment Ex. 53**

**Message**

| | |
|---|---|
| **From:** | Bill Abdel [babdel@monsterloans.com] |
| **Sent:** | 10/19/2015 12:16:37 PM |
| **To:** | Jawad Nesheiwat [jawad@monsterloans.com]; dsklar@DocuPrepCenter.com; 'Robert Hoose' [RHoose@docuprepcenter.com] |
| **Subject:** | Re: DocuPrep On-Hold Script |

How do these look? Added the 100% guarantee into message 1, and added the A+ rating into message 2, replacing the recertification.

**Message 1 -**
DocuPrep Center has friendly and knowledgeable Student Loan Advisors eager to assist with your student loan needs. Our experienced and friendly staff of advisors has already helped thousands in student debt navigate government-approved programs designed to ease the financial stress of paying off student loans. We are so confident in our processing department that we offer a 100% guarantee!

While student loan debt can be an overwhelming problem, one way to get ahead of the curve is to take advantage of countless government programs available to assists you via consolidation or payment restructuring plans. Let our service staff take the burden off of you and help identify the best program you qualify for. We'll prepare and track the necessary documents and help you get some debt relief today!

**Message 2 -**

Why should you consider the DocuPrep Center?

**Determining Your Best Option** – DocuPrep Center will consult with you to determine your goals and needs, which allows us to identify the best loan program offered by the U.S. Department of Education that will fit your needs!

**A+ Rating** – Thanks to our team of highly trained student loan advisors, DocuPrep Center has received an A+ rating from the Better Business Bureau.

**Navigating the Entire Process** – DocuPrep Center will assist in the completion and filing of all necessary paperwork to ensure complete and total qualification for your chosen program.

**Default Handling** – If you are facing or currently in default on your student loan, we will help rehabilitate your loans by working with your lenders, putting you in a position to become qualified for a U.S. Department of Education consolidation loan.

Belal Abdel
Marketing Manager
Toll free: (866) 439-7744
Direct: (949) 268-9744
babdel@monsterloans.com


3 Whatney, Second Floor
Irvine, CA 92618

monsterloans.com

    

**From:** Jawad Nesheiwat <jawad@monsterloans.com>
**Date:** Monday, October 19, 2015 at 10:39 AM
**To:** Belal Abdelfattah <babdel@monsterloans.com>, "dsklar@DocuPrepCenter.com" <dsklar@DocuPrepCenter.com>, 'Robert Hoose' <RHoose@docuprepcenter.com>
**Subject:** RE: DocuPrep On-Hold Script

**Message 1 -**
DocuPrep Center has friendly and knowledgeable Student Loan Advisors eager to assist with your student loan needs. Our experienced and friendly staff of advisors has already helped thousands in student debt navigate         government-approved programs designed to ease the financial stress of paying off student loans.

Student loan debt can be an overwhelming problem for countless people throughout the United States. Unless you take a proactive approach to these debts, they can quickly add to your overall financial stress. One way to get ahead of the curve is to take advantage of countless government programs available to assist with your student loan debt through consolidation or payment restructuring plans. Let the DocuPrep Center staff of expert Student Loan Advisors walk you through the maze of programs available to you today!

**Message 2 -**

Why should you consider the DocuPrep Center?

**Determining Your Best Option** – DocuPrep Center will consult with you to determine your goals and needs, which allows us to identify the best loan program offered by the U.S. Department of Education that will fit your needs!

**Annual Re-Qualification** – We will manage your file throughout the year to ensure your file goes through the annual re-qualification process with the U.S. Department of Education.

**Navigating the Entire Process** – DocuPrep Center will assist in the completion and filing of all necessary paperwork to ensure complete and total qualification for your chosen program.

**Default Handling** – If you are facing or currently in default on your student loan, we will help rehabilitate your loans by working with your lenders, putting you in a position to become qualified for a U.S. Department of Education consolidation loan.

ML00003322
CFPB-JN-0037482