# Summary Judgment Ex. 54

Message

| | |
|---|---|
| **From**: | Bill Abdel [babdel@monsterloans.com] |
| **Sent**: | 12/15/2015 5:06:29 PM |
| **To**: | alexander.klarow@gmail.com; amyv.ami@gmail.com; donald.contardi@gmail.com |
| **CC**: | Jawad Nesheiwat [jawad@monsterloans.com] |
| **Subject**: | Re: DCP Order This Week |
| **Attachments**: | xpn_iScreen_12152015_Monster_Dec_15.csv |

Attached is the Experian data, thanks guys



Belal Abdel
Marketing Manager
Toll free: (866) 439-7744
Direct: (949) 268-9744
babdel@monsterloans.com
monsterloans
3 Whatney, Second Floor
Irvine, CA 92618
monsterloans.com

---

From: Belal Abdelfattah <babdel@monsterloans.com>
Date: Tuesday, December 15, 2015 at 10:56 AM
To: "alexander.klarow@gmail.com" <alexander.klarow@gmail.com>, "amyv.ami@gmail.com" <amyv.ami@gmail.com>, "donald.contardi@gmail.com" <donald.contardi@gmail.com>
Cc: Jawad Nesheiwat <jawad@monsterloans.com>
Subject: DCP Order This Week

Hi Guys -

We would like to order the following:

DocuPrep Order 12-15-15 - Test Mailer - 20,000 - (877) 269-3514

Experian - Test Mailer - 10,000 - (877) 269-3351

The DCP order data of 20,000 records is attached, will be sending over the additional 10,000 records shortly.

Thanks!