# Summary Judgment Ex. 55

Message
| | |
|---|---|
| **From**: | Jawad Nesheiwat [jawad@monsterloans.com] |
| **Sent**: | 2/11/2016 2:24:16 PM |
| **To**: | Nick Barone [nbarone@monsterloans.com] |
| **CC**: | rhoose@docuprepcenter.com; mjwebdesignsinc@gmail.com; Sean Cowell [sean@monsterloans.com] |
| **Subject**: | Whatney Priorities-Discussion Topics Feb 12th 10:00am |
| **Importance**: | High |

## Whatney Priorities

### MonsterLoans-

- Need to track call to enrollment ratio for sales reps, set monthly goals for marketing and sales for company and each rep. This needs to be updated, sent out daily and on our score boards.

- Need to incorporate email marketing 3 prong approach

1. Email lists to generate leads

2. Work with mailers and provide offer to send to their own lists

3. Manage our current database of leads including email addresses to email market from intake through post closing.

- Training needs to take place for sales and processing weekly. Each week we should have a different topic and rotate in different people to train on different topics. EXP Nidal on programs/products, Jawad on using a credit report as sales tool, Eleanora on improving processing turn times etc. We should also have a short company meeting each week on the floor as well to rally everyone up and communicate any important messages.

- Marketing needs to be expanded upon to include remarketing existing applicants and post closed files. We can create direct mail campaigns specific to them status/stage.

- Leads coming in need to all be entered in LMB( lead mailbox) and rotated, moved into community at appropriate times.

- Inspect note keeping and follow up efforts from sales reps and processors.

- Company events and promotions need to be calendared. Team building events to include all staff.

- Need online presence like our competitors especially on linkedin,facebook etc . See FDL. Also see monsters previous online efforts. Special announcements, hires, etc

### Docuprep Center /Certified Doc Prep-

- Need to beta test Experian data to find the correct scrub as Ron Simpsons data. Ed to review filters, Nick to work with Bill to run small tests each week and track

- Bill to provide analytics on recycled data mailed in the past. We should be mailing each record 3x over 90 days before retiring it.

- We should pause every other week for marketing and decrease overall spend until cash cushion is built.

- Need to use the dialer and require reps close business from community.

- Each weeks spend should be based on the previous weeks cash flow, not bodies in seats or projections

- Need to incorporate email marketing 3 prong approach

1. Email lists to generate leads

2. Work with mailers and provide offer to send to their own lists

3. Manage our current database of leads including email addresses to email market from intake through post closing.

- Production reports need to be provided to management team by 9:00am to determine which reps need coaching.  See production Reports for DPC.  Who will be generating these?

- Marketing needs to be expanded upon to include remarketing existing applicants and post closed files.  We can create direct mail campaigns specific to them status/stage.

- Training needs to take place weekly for sales groups to address reoccurring issues and improve salesmanship.

**Spectrum Tax**

- Need to track call to enrollment ratio for sales reps, set monthly goals for marketing and sales for company and each rep.  This needs to be updated, sent out daily and on our score boards.

- Need to incorporate email marketing 3 prong approach

1. Email lists to generate leads

2. Work with mailers and provide offer to send to their own lists

3. Manage our current database of leads including email addresses to email market from intake through post closing.

ML00001147
CFPB-JN-0036738



Jawad Nesheiwat
Toll free: (866) 439-7744
Direct: (949) 268-9706
Cell: (714) 642-2548
Fax: (949) 268-9806
jawad@monsterloans.com

**monsterloans**

3 Whatney, Second Floor
Irvine, CA 92618

monsterloans.com

   

ML00001148
CFPB-JN-0036739