# Summary Judgment Ex. 56

Message

**From:** Jawad Nesheiwat [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D37C5FB96F7D4200AFEF3639A814C716-JAWAD]
**Sent:** 9/26/2016 5:02:07 PM
**To:** Max Chou [maxc@monstertr.com]
**Subject:** RE: Experian

Don't send from monstertr email


Sent via the Samsung Galaxy Note5, an AT&T 4G LTE smartphone


-------- Original message --------
From: Max Chou <maxc@monstertr.com>
Date: 9/26/16 4:58 PM (GMT-08:00)
To: Jawad Nesheiwat <jawad@monsterloans.com>
Subject: RE: Experian

So this signature/email combo is bad?

Max Chou
Administrative Assistant
Toll free: (866) 439-7744
Cell: (626) 586-6315
maxc@monsterloans.com
monsterloans
3 Whatney, Second Floor
Irvine, CA 92618
monsterloans.com




**From:** Jawad Nesheiwat [mailto:jawad@monsterloans.com]
**Sent:** Monday, September 26, 2016 4:49 PM
**To:** Max Chou <maxc@monstertr.com>
**Subject:** RE: Experian

Potentially, just call as the marketing assistant max.

Create a generic email marketing at monster loans with only max, not max chou.



Sent via the Samsung Galaxy Note5, an AT&T 4G LTE smartphone

-------- Original message --------
From: Max Chou <maxc@monstertr.com>
Date: 9/26/16 4:41 PM (GMT-08:00)
To: Jawad Nesheiwat <jawad@monsterloans.com>
Subject: Experian

If you search my name, it will show that I work for Monster Tax Relief through LinkedIn. Will this be an issue when I contact April Glaze?



Direct: (949) 447-5010
Fax: (949) 398-0033
Monster Tax Relief

  

***** **Email Confidentiality Notice** *****
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.