# Summary Judgment Ex. 57

Message

| | |
|---|---|
| **From**: | Jawad Nesheiwat [jawad@monsterloans.com] |
| **Sent**: | 12/12/2016 4:18:02 PM |
| **To**: | David Sklar [dsklar@monsterloans.com] |
| **Subject**: | RE: Student Loan Data |

Postage various each drop but should average around 40c. We have only used recycled records for 45 days.  So no new cost incurred.   hope that helps



Sent via the Samsung Galaxy Note5, an AT&T 4G LTE smartphone


-------- Original message --------
From: David Sklar <dsklar@monsterloans.com>
Date: 12/12/16 4:15 PM (GMT-08:00)
To: Jawad Nesheiwat <jawad@monsterloans.com>
Subject: Re: Student Loan Data

I asked Max and he said he wasn't. Erin is trying to figure out the cost. If I remember correct the data is .09 and the mail .38?

# David Sklar

Toll free: (866) 439-7744
Direct: (949) 268-9766
Fax: (949) 268-9842
dsklar@monsterloans.com

**monsterloans**

3 Whatney, Second Floor
Irvine, CA 92618

monsterloans.com

    

---

**From:** Jawad Nesheiwat
**Date:** Monday, December 12, 2016 at 4:14 PM
**To:** david sklar
**Subject:** Re: Student Loan Data

Hey baba

Max is managing this.  Anything I can help with

---

**From:** David Sklar
**Sent:** Monday, December 12, 2016 4:13:32 PM
**To:** Ritesh Singhania
**Cc:** Erin Mason; Robert Hoose; Jawad Nesheiwat
**Subject:** Student Loan Data

Ritesh,

Are you the one who is ordering the data from Experian for the Student Loan shops? Just trying to figure out who is thanks.

## David Sklar

Toll free: (866) 439-7744
Direct: (949) 268-9766
Fax: (949) 268-9842
[dsklar@monsterloans.com](mailto:dsklar@monsterloans.com)

**monster**loans
3 Whatney, Second Floor
Irvine, CA 92618

monsterloans.com

   

ML00010351
CFPB-JN-0054898