# Summary Judgment Ex. 58

Message

**From**: Max Chou [maxc@monsterloans.com]
**Sent**: 2/27/2017 9:28:29 AM
**To**: Jawad Nesheiwat [jawad@monsterloans.com]
**Subject**: RE: Drop Trends 2.13
**Attachments**: Dropped %.xlsx

Hey Jawad,

Before I go any further, is this what you want?

---

**From:** Jawad Nesheiwat
**Sent:** Sunday, February 26, 2017 12:17 PM
**To:** Max Chou <maxc@monsterloans.com>
**Subject:** Re: Drop Trends 2.13

I am asking you to include the outstanding marketing costs, IE what is owed to Don from Each business and also what each business owes for data. This is a number everyone needs to pay attention to. I understand the what the costs are for each drop, I want everyone to know how much money is outstanding each week for Don and Data!

I need a catalog of these dropped calls per day for each shop broken down by down shown as percentages. If you are able to I would like to see the dropped calls in buckets by the hour.

---

**From:** Max Chou
**Sent:** Sunday, February 26, 2017 12:09:30 PM
**To:** Jawad Nesheiwat
**Subject:** RE: Drop Trends 2.13

The data+mail costs are in the report, all you have to do is ungroup the columns in excel. The dropped calls report is generated by each individual shop on a daily basis. Is there something specific you're looking for in those reports?

---

**From:** Jawad Nesheiwat
**Sent:** Sunday, February 26, 2017 7:46 AM
**To:** Max Chou <maxc@t.com>
**Subject:** Re: Drop Trends 2.13

Good Morning Max,

Can I please get up update on these? I need you to start including outstanding marketing balances including data costs for each company to this report. We need the dropped calls and some data around when its happening included as well. Hope your having a great weekend!

Jawad

---

**From:** Max Chou
**Sent:** Saturday, February 18, 2017 1:46:10 PM
**To:** Anthony Sebreros; Aaron Sebreros; Mark Nevarez; Tera Wray; Jimmy Calderon; habdel@certifieddocprep.com; Desiree Hoose; Tom Chou; Sean Cowell; Jawad Nesheiwat; Brad Brigante; Mike Van Loon
**Subject:** Drop Trends 2.13

ML00021202
CFPB-JN-0102357

Attached

Max Chou
Assistant Marketing Director
Toll free: (866) 439-7744
Cell: (626) 586-6315
maxc@monsterloans.com



25391 Commercentre Dr. STE 200
Lake Forest, CA 92630
monsterloans.com

    

***** **Email confidentiality notice** *****
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.