# Summary Judgment Ex. 60

**Message**

| | |
|---|---|
| **From:** | Jawad Nesheiwat [jawad@monsterloans.com] |
| **Sent:** | 6/14/2017 4:48:00 PM |
| **To:** | Tera Wray [Tera@directdocumentsolutions.com] |
| **CC:** | Anthony Sebreros [asebreros@assuredirectservices.com]; Aaron Sebreros [asebreros@securepreparationservices.com]; Ed Martinez [emartinez@docsdoneright.net] |
| **Subject:** | Re: Mail House |

Hi Tera,

Sounds good. Don is out of town this week. I will confirm what days he can have us out next week. Please make sure Max comes along as well!

Talk to you soon

Jawad


-------- Original message --------
From: Tera Wray <Tera@directdocumentsolutions.com>
Date: 6/14/17 4:44 PM (GMT-08:00)
To: Jawad Nesheiwat <jawad@monsterloans.com>
Cc: Anthony Sebreros <asebreros@assuredirectservices.com>, Aaron Sebreros <asebreros@securepreparationservices.com>, Ed Martinez <emartinez@docsdoneright.net>
Subject: Mail House

Hi Jawad,

Are we still planning to go to the mail house on Friday? Anthony, Aaron, and Ed are all onboard to join.

*Warm regards,*

**Tera Wray**

General Manager

Direct Document Solutions

Direct Line: (707) 889-4659

Toll Free: 1 (877) 253-0074

http://www.directdocumentsolutions.com/