# Summary Judgment Ex. 61

**To:** robertbhoose@yahoo.com[robertbhoose@yahoo.com]
**From:** Jawad Nesheiwat[O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D37C5FB96F7D4200AFEF3639A814C716-JAWAD]
**Sent:** Fri 6/9/2017 10:01:45 AM (UTC-07:00)
**Subject:** Fw: JAWAD...Fwd: Re: MAIN & RECYCLE - DDS/ADS/ASC/SPS/IDPS/PDP/LDP/ADP Proofs - In-Home 6/19

**From:** Jawad Nesheiwat
**Sent:** Friday, June 9, 2017 9:59 AM
**To:** Mayela F
**Cc:** Alex; Amy; Donald Contardi
**Subject:** Re: JAWAD...Fwd: Re: MAIN & RECYCLE - DDS/ADS/ASC/SPS/IDPS/PDP/LDP/ADP Proofs - In-Home 6/19

please mail it, the next round of data I will provide.  It's too late for this one.


Sent via the Samsung Galaxy Note5, an AT&T 4G LTE smartphone


-------- Original message --------
From: Mayela F <mayela.ami@gmail.com>
Date: 6/9/17 9:41 AM (GMT-08:00)
To: Jawad Nesheiwat <jawad@monsterloans.com>
Cc: Alex <alexander.klarow@gmail.com>, Amy <amyv.ami@gmail.com>, Donald Contardi <donald.contardi@gmail.com>
Subject: JAWAD...Fwd: Re: MAIN & RECYCLE - DDS/ADS/ASC/SPS/IDPS/PDP/LDP/ADP Proofs - In-Home 6/19

Hi Jawad,

See below email from Peter and let me know if we are mailing IDPS for drop 6/19 or cancel it.

...Thx
Mayela


---------- Forwarded message ----------
From: "Peter Dao" <peterdao1990@gmail.com>
Date: Jun 9, 2017 9:36 AM
Subject: Re: MAIN & RECYCLE - DDS/ADS/ASC/SPS/IDPS/PDP/LDP/ADP Proofs - In-Home 6/19
To: "Mayela" <mayela.ami@gmail.com>
Cc:


All approved except for IDPS. We will no longer be providing data for IDPS to mail on. For the data that was used for IDPS for the 6/19 drop, please return them to their respective "pools".

On Fri, Jun 9, 2017 at 8:16 AM, Mayela <mayela.ami@gmail.com> wrote:

> Hi Peter,

CONFIDENTIAL

ML00271613
CFPB-JN-0135932

We need your approval.

…Thx

Mayela

---

**From:** Mayela [mailto:mayela.ami@gmail.com]
**Sent:** Thursday, June 8, 2017 5:54 PM
**To:** 'Peter Dao' <peterdao1990@gmail.com>; 'Robert Hoose' <RHoose@certifieddocumentcenter.com>
**Cc:** jawad@monsterloans.com; 'Alex' <alexander.klarow@gmail.com>; amyv.ami@gmail.com; 'Donald Contardi' <donald.contardi@gmail.com>
**Subject:** MAIN & RECYCLE - DDS/ADS/ASC/SPS/IDPS/PDP/LDP/ADP Proofs - In-Home 6/19
**Importance:** High

Hi Peter & Robert,

Attached are the Proofs for MAIN & RECYCLE DDS, ADS, ASC, SPS, IDPS, PDP, LDP, and ADP with In-Home of 6/19 – QTY 307,255.

**PLEASE NOTE** that I'm getting ASC phone number as "Not in Services" and I got VM for IDPS and PDP – The rest of the phone numbers are good.

Please let me know if these proofs are approved.

…Thx

Mayela

CONFIDENTIAL

ML00271614
CFPB-JN-0135933