# Summary Judgment Ex. 62

**To:** robertbhoose@yahoo.com[robertbhoose@yahoo.com]
**From:** Jawad Nesheiwat[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D37C5FB96F7D4200AFEF3639A814C716-JAWAD]
**Sent:** Thur 7/6/2017 2:35:11 PM (UTC-07:00)
**Subject:** Fwd: Jawad Open Balance As Of 07.06.17
Jawad Open Balance As Of 07.06.17.pdf

Sent via the Samsung Galaxy Note5, an AT&T 4G LTE smartphone

-------- Original message --------
From: Donald Contardi <donald.contardi@gmail.com>
Date: 7/6/17 2:33 PM (GMT-08:00)
To: Jawad Nesheiwat <jawad@monsterloans.com>
Subject: Fw: Jawad Open Balance As Of 07.06.17

FYI

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Amy <amyv.ami@gmail.com>
**Sent:** Thursday, July 6, 2017 2:10 PM
**To:** Donald.Contardi@gmail.com
**Cc:** Alexander.Klarow@gmail.com
**Subject:** Jawad Open Balance As Of 07.06.17

FYI

Amy

CONFIDENTIAL

ML00284627
CFPB-JN-0140386

# Automated Mailers
## Customer Open Balance
### All Transactions

07/06/17

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---:|---:|
| **Certified Document Center** | | | | | | |
| **DCP - ADP** | | | | | | |
| Invoice | 4/27/2017 | 19013 | | 4/27/2017 | 4,235.74 | 4,235.74 |
| Invoice | 5/4/2017 | 19014 | | 5/4/2017 | 3,915.76 | 3,915.76 |
| Invoice | 5/4/2017 | 19015 | | 5/4/2017 | 485.65 | 485.65 |
| Invoice | 5/11/2017 | 19016 | | 5/11/2017 | 3,629.43 | 3,629.43 |
| Invoice | 5/11/2017 | 19017 | | 5/11/2017 | 685.15 | 685.15 |
| Invoice | 5/18/2017 | 19018 | | 5/18/2017 | 4,208.04 | 4,208.04 |
| Invoice | 5/25/2017 | 19019 | | 5/25/2017 | 4,047.13 | 4,047.13 |
| Invoice | 6/1/2017 | 19020 | | 6/1/2017 | 4,160.24 | 4,160.24 |
| Invoice | 6/8/2017 | 19021 | | 6/8/2017 | 4,090.89 | 4,090.89 |
| Invoice | 6/14/2017 | 19022 | | 6/14/2017 | 6,852.36 | 6,852.36 |
| Invoice | 6/21/2017 | 19023 | | 6/21/2017 | 6,722.38 | 6,722.38 |
| Payment | 6/23/2017 | 1034 | 19011 | | -0.09 | -2,667.00 |
| Invoice | 6/28/2017 | 19024 | | 6/28/2017 | 6,736.17 | 6,736.17 |
| Invoice | 7/5/2017 | 19025 | | 7/5/2017 | 6,843.47 | 6,843.47 |
| Total DCP - ADP | | | | | 56,612.32 | 53,945.41 |
| **DCP - ADS** | | | | | | |
| Invoice | 7/5/2017 | 17044 | | 7/5/2017 | 23,758.59 | 23,758.59 |
| Total DCP - ADS | | | | | 23,758.59 | 23,758.59 |
| **DCP - ASC** | | | | | | |
| Invoice | 7/5/2017 | 18042 | | 7/5/2017 | 15,336.26 | 15,336.26 |
| Total DCP - ASC | | | | | 15,336.26 | 15,336.26 |
| **DCP - DDS** | | | | | | |
| Invoice | 7/5/2017 | 9124 | | 7/5/2017 | 18,732.68 | 18,732.68 |
| Total DCP - DDS | | | | | 18,732.68 | 18,732.68 |
| **DCP - IDPS** | | | | | | |
| Invoice | 6/8/2017 | 14034 | | 6/8/2017 | 6,912.52 | 13,520.04 |
| Invoice | 6/14/2017 | 14035 | | 6/14/2017 | 13,654.72 | 13,654.72 |
| Invoice | 6/28/2017 | 14036 | | 6/28/2017 | 16,665.47 | 16,665.47 |
| Invoice | 7/6/2017 | 14037 | | 7/6/2017 | 14,481.59 | 14,481.59 |
| Total DCP - IDPS | | | | | 51,714.30 | 58,321.82 |
| **DCP - LDP** | | | | | | |
| Invoice | 7/5/2017 | 30014 | | 7/5/2017 | 898.88 | 898.88 |
| Total DCP - LDP | | | | | 898.88 | 898.88 |
| **DCP - PDP** | | | | | | |
| Invoice | 7/5/2017 | 20014 | | 7/5/2017 | 5,145.11 | 5,145.11 |
| Total DCP - PDP | | | | | 5,145.11 | 5,145.11 |
| Total Certified Document Center | | | | | 172,198.14 | 176,138.75 |
| **Monster Tax Relief** | | | | | | |
| Invoice | 7/6/2017 | 13063 | | 7/6/2017 | 6,955.01 | 6,955.01 |
| Total Monster Tax Relief | | | | | 6,955.01 | 6,955.01 |
| **Secure Preparation Services** | | | | | | |
| Invoice | 7/5/2017 | 10089 | | 7/5/2017 | 20,431.05 | 20,431.05 |
| Total Secure Preparation Services | | | | | 20,431.05 | 20,431.05 |
| **TOTAL** | | | | | **199,584.20** | **203,524.81** |

Page 1

CONFIDENTIAL

ML00284628