# Summary Judgment Ex. 63

| | |
|---|---|
| **Message** | |
| **From**: | Jawad Nesheiwat [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D37C5FB96F7D4200AFEF3639A814C716-JAWAD] |
| **Sent**: | 8/29/2017 1:44:43 PM |
| **To**: | Mayela [mayela.ami@gmail.com] |
| **Subject**: | sl list and creative |
| **Attachments**: | mayela data ca.xlsx; OLDSKOOLDPC MAILER.pdf |

here is the new list for student loans. that last list comprised of all texas records which we will avoid until the weather improves. We would like to mail 5000 of these records.

We want to test the brown envelope with the old creative for 2500 pieces. The attached creative we can do in the original white envelope. I believe toll frees were provided, but let me know if you need anything.

ML00009642
CFPB-JN-0097119

BENEFIT ID#: 966879



Address Change? Please contact our Customer Service Department



**Final Notice**

Veleana Hurd
Waldorf, MD

Contact: 1-877-362-2616
Assigned Dept. Document Preparation Center
NOTICE DATE: October 22nd, 2015

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Veleana Hurd
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Veleana,

Due to your **student loan balances totaling over $86,000** you are now eligible to receive benefits from a new law that has passed regarding federal student loans including TOTAL FORGIVENESS in some circumstances.

<u>PLEASE NOTE</u>: FEDERAL STUDENT LOAN PROGRAMS MAY CHANGE.

### PLEASE CALL BY NOVEMBER 12TH, 2015
### OR BEFORE YOUR <u>NEXT PAYMENT IS DUE</u>: 1-877-362-2616

| NEW FEDERAL STUDENT LOAN LAW BENEFITS | EASY QUALIFICATION PROCESS |
|---|---|
| • Lower Monthly Payments | • On Adjusted Gross Income And Family Size |
| • Stop Garnishment | • Lower Interest Rates |
| • Forgiveness Programs | • No Minimum Or Maximum Loan Balance |
| • Bring Loans In Default To Good Standing | • Money Back Assurance |

We are a consumer advocacy group. We are not debt collectors. We work on your behalf with the **U.S. Department of Education** to find applicable financial relief programs to make your <u>Federally Insured Student Loans</u> flexible and easy to manage. **New Payments will be based on your current adjusted gross income**, ability to pay, and all financial hardships considered.

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-362-2616
REFERENCE BENEFIT ID: 966879**

Confidential

ML00009644
CFPB-JN-0097121

BENEFIT ID#: 966878



Address Change? Please contact our Customer Service Department



Charles Bean

Waldorf, MD

# Final Notice

Contact: 1-877-362-2616
Assigned Dept. Document Preparation Center
NOTICE DATE: October 22nd, 2015

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Charles Bean
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Charles,

Due to your **student loan balances totaling over $92,000** you are now eligible to receive benefits from a new law that has passed regarding federal student loans including TOTAL FORGIVENESS in some circumstances.

<u>PLEASE NOTE</u>: FEDERAL STUDENT LOAN PROGRAMS MAY CHANGE.

## PLEASE CALL BY NOVEMBER 12TH, 2015
### OR BEFORE YOUR <u>NEXT PAYMENT IS DUE</u>: 1-877-362-2616

| NEW FEDERAL STUDENT LOAN LAW BENEFITS | EASY QUALIFICATION PROCESS |
|---|---|
| ▪ Lower Monthly Payments | ▪ On Adjusted Gross Income And Family Size |
| ▪ Stop Garnishment | ▪ Lower Interest Rates |
| ▪ Forgiveness Programs | ▪ No Minimum Or Maximum Loan Balance |
| ▪ Bring Loans In Default To Good Standing | ▪ Money Back Assurance |

We are a consumer advocacy group. We are not debt collectors. We work on your behalf with the **U.S. Department of Education** to find applicable financial relief programs to make your <u>Federally Insured Student Loans</u> flexible and easy to manage. **New Payments will be based on your current adjusted gross income**, ability to pay, and all financial hardships considered.



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-362-2616
REFERENCE BENEFIT ID: 966878**

Confidential

ML00009645
CFPB-JN-0097122

BENEFIT ID#: 966877



Address Change? Please contact our
Customer Service Department

# Final Notice

Contact: 1-877-362-2616
Assigned Dept. Document Preparation Center
NOTICE DATE: October 22nd, 2015



Rachelle Johnson

Waldorf, MD

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Rachelle Johnson
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Rachelle,

Due to your **student loan balances totaling over $68,000** you are now eligible to receive benefits from a new law that has passed regarding federal student loans including TOTAL FORGIVENESS in some circumstances.

<u>PLEASE NOTE</u>: FEDERAL STUDENT LOAN PROGRAMS MAY CHANGE.

## PLEASE CALL BY NOVEMBER 12TH, 2015
### OR BEFORE YOUR <u>NEXT PAYMENT IS DUE</u>: 1-877-362-2616

| NEW FEDERAL STUDENT LOAN LAW BENEFITS | EASY QUALIFICATION PROCESS |
|---|---|
| ▪ Lower Monthly Payments | ▪ On Adjusted Gross Income And Family Size |
| ▪ Stop Garnishment | ▪ Lower Interest Rates |
| ▪ Forgiveness Programs | ▪ No Minimum Or Maximum Loan Balance |
| ▪ Bring Loans In Default To Good Standing | ▪ Money Back Assurance |

We are a consumer advocacy group. We are not debt collectors. We work on your behalf with the **U.S. Department of Education** to find applicable financial relief programs to make your <u>Federally Insured Student Loans</u> flexible and easy to manage. **New Payments will be based on your current adjusted gross income**, ability to pay, and all financial hardships considered.

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-362-2616
REFERENCE BENEFIT ID: 966877**

BENEFIT ID#: 966882

Address Change? Please contact our Customer Service Department

# Final Notice

Contact: 1-877-362-2616
Assigned Dept. Document Preparation Center
NOTICE DATE: October 22nd, 2015

Michelle Truss
Waldorf, MD

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Michelle Truss
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Michelle,

Due to your **student loan balances totaling over $58,000** you are now eligible to receive benefits from a new law that has passed regarding federal student loans including TOTAL FORGIVENESS in some circumstances.

<u>PLEASE NOTE</u>: FEDERAL STUDENT LOAN PROGRAMS MAY CHANGE.

## PLEASE CALL BY NOVEMBER 12TH, 2015
## OR BEFORE YOUR <u>NEXT PAYMENT IS DUE</u>: 1-877-362-2616

| NEW FEDERAL STUDENT LOAN LAW BENEFITS | EASY QUALIFICATION PROCESS |
|---|---|
| • Lower Monthly Payments<br>• Stop Garnishment<br>• Forgiveness Programs<br>• Bring Loans In Default To Good Standing | • On Adjusted Gross Income And Family Size<br>• Lower Interest Rates<br>• No Minimum Or Maximum Loan Balance<br>• Money Back Assurance |

We are a consumer advocacy group. We are not debt collectors. We work on your behalf with the **U.S. Department of Education** to find applicable financial relief programs to make your <u>Federally Insured Student Loans</u> flexible and easy to manage. **New Payments will be based on your current adjusted gross income**, ability to pay, and all financial hardships considered.

**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-877-362-2616
REFERENCE BENEFIT ID: 966882**

Confidential

ML00009647
CFPB-JN-0097124