# Summary Judgment Ex. 64

| | |
|---|---|
| From: | Alex |
| To: | 'Robert Hoose'; 'Bill Abdel' |
| CC: | 'Jawad Nesheiwat'; donald.contardi@gmail.com; amyv.ami@gmail.com |
| Sent: | 5/5/2015 6:46:59 PM |
| Subject: | DCP proofs for in-home the week of 05/11 |
| Attachments: | DCP0507_PROOF.PDF |

Hello,

Attached are the DCP proofs for in-home the week of 05/11, qty: 10,146.

Phone number is not connected.  Please advise.

Thanks,

Alex

CFPB-JN-0034223

Official Business
Penalty for Private Use, $300

BENEFIT ID#: 161000

Address Change? Please contact our Customer Service Department

# Final Notice



Stephanie Cash
Aberdeen, MD

Contact: 1-877-801-6181
Assigned Dept. Approval Division
NOTICE DATE: May 7, 2015

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Stephanie Cash
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Stephanie,

Due to your **student loan balances totaling over $16,000** you are now eligible to receive benefits from a new law that has passed regarding federal student loans including TOTAL FORGIVENESS in some circumstances.

PLEASE NOTE: FEDERAL STUDENT LOAN PROGRAMS MAY CHANGE.

## PLEASE CALL BY JUNE 7ST, 2015
## OR BEFORE YOUR NEXT PAYMENT IS DUE: 877-801-6181

| NEW FEDERAL STUDENT LOAN LAW BENEFITS | EASY QUALIFICATION PROCESS |
|---|---|
| • Lower Monthly Payments | • On Adjusted Gross Income And Family Size |
| • Stop Garnishment | • Lower Interest Rates |
| • Forgiveness Programs | • No Minimum Or Maximum Loan Balance |
| • Bring Loans In Default To Good Standing | • Money Back Assurance |

We are a consumer advocacy group. We are not debt collectors. We work on your behalf with the **U.S. Department of Education** to find applicable financial relief programs to make your Federally Insured Student Loans flexible and easy to manage. **New Payments will be based on your current adjusted gross income**, ability to pay, and all financial hardships considered.

 **CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 877-801-6181**
**REFERENCE BENEFIT ID: 161000**

Confidential

CFPB-JN-0034224

Official Business  
Penalty for Private Use, $300

BENEFIT ID#: 166146

Address Change?  Please contact our Customer Service Department

# Final Notice

Contact: 1-877-801-6181  
Assigned Dept. Approval Division  
NOTICE DATE: May 7, 2015

Sierra Nicholson  
Saint Louis, MO

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Sierra Nicholson
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Sierra,

Due to your **student loan balances totaling over $110,000** you are now eligible to receive benefits from a new law that has passed regarding federal student loans including TOTAL FORGIVENESS in some circumstances.

PLEASE NOTE: FEDERAL STUDENT LOAN PROGRAMS MAY CHANGE.

## PLEASE CALL BY JUNE 7ST, 2015
## OR BEFORE YOUR NEXT PAYMENT IS DUE: 877-801-6181

| NEW FEDERAL STUDENT LOAN LAW BENEFITS | EASY QUALIFICATION PROCESS |
|---|---|
| • Lower Monthly Payments | • On Adjusted Gross Income And Family Size |
| • Stop Garnishment | • Lower Interest Rates |
| • Forgiveness Programs | • No Minimum Or Maximum Loan Balance |
| • Bring Loans In Default To Good Standing | • Money Back Assurance |

We are a consumer advocacy group. We are not debt collectors. We work on your behalf with the **U.S. Department of Education** to find applicable financial relief programs to make your Federally Insured Student Loans flexible and easy to manage. **New Payments will be based on your current adjusted gross income**, ability to pay, and all financial hardships considered.

**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 877-801-6181**  
**REFERENCE BENEFIT ID: 166146**