# Summary Judgment Ex. 65

| | |
|---|---|
| From: | Mayela |
| To: | 'Peter Dao' |
| CC: | clopez@americandocuprep.com; 'Robert Hoose'; jawad@monsterloans.com; 'Alex'; amyv.ami@gmail.com; 'Donald Contardi' |
| Sent: | 5/16/2017 10:12:46 PM |
| Subject: | Recycle 80% Proofs - DDS/ASC/ADS/ADP/IDPS/PDP/LDP - In-Home 5-22 |
| Attachments: | 39779_16_count_VERSION_TELEPHONE_EP_STATE.CSV; ADP Recycle 80% - Drop 5-22.pdf; ADS Recycle 80% - In-Home 5-22.pdf; ASC Recycle 80% - In-Home 5-22.pdf; DDS Recycle 80% - In-Home 5-22pdf.pdf; IDPS Recycle 80% - In-Home 5-22.pdf; LDP Recycle 80% - In-Home 5-22.pdf; PDP Recycle 80% - In-Home 5-22.pdf; SPS Recycle 80% - In-Home 5-22pdf.pdf |

Hi Peter,

Attached are the Recycle 80% Proofs - DDS/ASC/ADS/ADP/IDPS/PDP/LDP - In-Home 5-22 – Total Qty – 225,600.  All phone numbers are good.

Let us know if this job is approved.

I will send the Recycle Test A and Recycle Test B on separate emails.

…Thx

Mayela



















CFPB-JN-0094006

BENEFIT ID#: 258968



Address Change? Please contact our Customer Service Department

# Final Notice



John A. Rendon
Los Angeles, CA

582

Contact: 1-855-616-5973
Assigned Dept. Assure Direct Services
NOTICE DATE: May 19th, 2017

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### John A. Rendon
*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear John,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $24,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling**.

Please create your Federal Student Aid ID and call by June 19th, 2017 or before your next payment is due: 1-855-616-5973

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID
To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which ADS does not own. FSA ID Creation is a government program which ADS did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-855-616-5973
Monday – Friday 7:00am – 6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-855-616-5973
REFERENCE BENEFIT ID: 258968**

ADS is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third party processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

000204648

Confidential                                                                                                   CFPB-JN-0094009

BENEFIT ID#: 132030



Address Change? Please contact our Customer Service Department

# Final Notice



Tom Tieman

Alma, MO

194

Contact: 1-855-608-4194
Assigned Dept. Direct Document Solutions
NOTICE DATE: May 19th, 2017

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Tom Tieman

*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Tom,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $37,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling**.

Please create your Federal Student Aid ID and call by June 19th, 2017 or before your next payment is due: 1-855-608-4194

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which DDS does not own. FSA ID Creation is a government program which DDS did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-855-608-4194
Monday – Friday 7:00am – 6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-855-608-4194
REFERENCE BENEFIT ID: 132030**

DDS is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third party processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

000062711

Confidential                                                                      CFPB-JN-0094011

BENEFIT ID#: 314437



Address Change? Please contact our Customer Service Department

# Final Notice

Contact: 1-855-632-1057
Assigned Dept. Secure Preparation Services
NOTICE DATE: May 19th, 2017



Temesgen E. Woldetansai
Alameda, CA

## Student Loan Consolidation & Payment Reduction Program Prepared For:
### Temesgen E. Woldetansai

*NEW LAWS DISCOUNTING FEDERAL STUDENT LOANS*

Dear Temesgen,

Our records indicate that your federal student loans may be eligible for a consolidation with the U.S. Department of Education. As a federal student loan holder, you may be eligible to convert your existing high-interest loan into a federally-backed consolidation with a lower rate*. Your loans in the amount of $20,000 may even be eligible for total loan forgiveness.

Benefits of the Consolidation Program may include:

- **No credit check**
- **Interest rate reduction regardless of balance or pay history**
- **Lower monthly payments based on income and family size**
- **Loan forgiveness**

No other calls or notices will be sent to you in regards to this offer. **Due to a high call volume, we ask that you complete the process below prior to calling**.

Please create your Federal Student Aid ID and call by June 19th, 2017 or before your next payment is due: 1-855-632-1057

If unsure on how to create your Federal Student Aid ID, please contact us for assistance.

### CREATING YOUR FSA ID

To create your new student FSA ID, go to the URL below to reach the Federal Aid website. Follow the steps completely to create your ID. **IMPORTANT:** This is a government website which SPS does not own. FSA ID Creation is a government program which SPS did not create.

https://www.nslds.ed.gov

- Step 1 – Click 'Financial Aid Review'
- Step 2 – Click 'Accept'
- Step 3 – Click 'Create an FSA ID'

Student Loan Assistance Department
1-855-632-1057
Monday – Friday 7:00am – 6:00pm PST



**CALL TOLL-FREE TODAY TO REDEEM YOUR FEDERAL BENEFITS: 1-855-632-1057
REFERENCE BENEFIT ID: 314437**

SPS is not affiliated with the government or any of its programs. We offer private, fee-based application assistance to aid consumers in applying for government offered programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focus on application and document preparation. We do not charge fees for access to such programs, only to prepare and counsel application to these programs. Services may be fulfilled by a third party processing agency.
*The Department of Education may offer an interest rate reduction with set-up of automatic payments.

000266698

Confidential                                                                                                    CFPB-JN-0094015