*WHEN RECORDED MAIL TO:*

Bureau of Consumer Financial Protection
Attn: Annais Ramirez-Velazquez, Seat No. 2171A
1700 G St. NW
Washington, DC 20552

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection<br><br>PLAINTIFF(S),<br>v.<br><br>Chou Team Realty, LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 8:20-cv-00043<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on May 10, 2021 in favor of Bureau of Consumer Financial Protection whose address is 1700 G St. NW, Washington, DC 20552 and against Bilal Abdelfattah a/k/a Belal Abdelfattah, a/k/a Bill Abdel whose last known address is 118 Prospect, Irvine, CA 92618 for $ 3,262,244 Principal, $ 0 Interest, $ 0 Costs, and $ 0 Attorney Fees.

ATTESTED this 2 day of June, 20 21.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☐ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☐ Unknown.
☐ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Nader Nuru (former attorney)
13668 Heatherwood Dr.
Corona, CA 92880

1246

CLERK, U.S. DISTRICT COURT

By /s/ Daniel Tamayo
Deputy Clerk
Daniel Tamayo

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)  ABSTRACT OF JUDGMENT/ORDER