

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com
_____
**SAN DIEGO OFFICE**

# EXHIBIT 126

**To:** Haithem Abdel[habdel@certifieddocprep.com]; Brad Brigante[brad@monsterloans.com]
**From:** Erin Mason[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=468f639b060b4debbf31a23a580806ff-emason]
**Sent:** Thur 9/1/2016 1:22:21 PM (UTC-07:00)
**Subject:** CFPB

HI,

Brad said not to do any more leg work on tracking the phone number of the caller from the CFPB.

Erin



Erin Mason
Certified Doc Prep Services
(949) 202-0969
emason@certifieddocprep.com

CONFIDENTIAL

ML00339632
CFPB-JN-0155722