

## LEPISCOPO & ASSOCIATES

*SERVING SAN DIEGO & ORANGE COUNTIES*

 http://www.linkedin.com/in/petelepiscopo/
www.LepiscopoLawFirm.com

_____
**SAN DIEGO OFFICE**

# EXHIBIT 128

| | |
|---|---|
| **From:** | Company Support Trans2Pay |
| **To:** | Company Support Trans2Pay |
| **Subject:** | Important Notice from Trans2pay, LLC |
| **Date:** | Tuesday, April 21, 2015 1:43:00 PM |
| **Attachments:** | Sample Notice to Consumer.docx |
| **Importance:** | High |

# IMPORTANT NOTICE from Trans2pay, LLC

April 21, 2015

In light of the recent order between the Consumer Financial Protection Bureau ("CFPB"), the Office of the Attorney General, State of Florida, Department of Legal Affairs and College Education Services, whereby student-loan debt relief services are considered to be subject to the FTC's Telemarketing Sales Rule – Debt Relief Rule ("TSR"), Trans2pay has made the decision to assign its responsibility for the services currently being provided to you and to your clients to its affiliate company, Global Client Solutions, LLC ("GCS"). GCS strives to lead the industry in efficiency and compliance as it relates to the administration of dedicated accounts.

Accordingly, effective as of June 1, 2015, all services provided by GCS will be subject to the policies and procedures currently in place with respect to debt relief services offered by for-profit debt relief service providers. Therefore, per GCS's compliance with the TSR, program fees will not be disbursed from a client's dedicated account until (i) the client has accepted a modification/adjustment to a debt and a subsequent payment has been made towards such debt, or (ii) Global receives sufficient documentation evidencing the approval of consolidation and/or direct confirmation/authorization from the client attesting to such occurrence.

All new clients will be required to execute a Dedicated Account Agreement and Application with GCS; new documentation to distribute to your clients will be made available to you via Global's FTP site. However, existing consumers will receive notices of the assignment of contractual responsibilities from Trans2pay to GCS; these consumers will not be required to complete new documentation for this transition.

Your Sales Representative will follow up with you regarding the aforementioned changes; however, should you have any questions prior to such communications, please contact Sales by phone at (888) 520-8222 or via email at sales@globalclientsolutions.com.

Best Regards,


Michael Hendrix
Trans2pay, LLC
Chief Executive Officer



Confidential - Not for Production

GHCC_0000063
CFPB-JN-2808134

The information contained in this transmission may be attorney-client privileged and/or confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail. Our company accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

Confidential - Not for Production

GHCC_0000064
CFPB-JN-2808135

**DECLARATION CERTIFYING RECORDS OF
REGULARLY CONDUCTED BUSINESS ACTIVITY
Pursuant to 28 U.S.C. § 1746**

I, _____Kelsea Farmer_____, pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by Global Holdings as Project Manager and by reason of my position am authorized and qualified to certify the authenticity of the records produced by Global Client Solutions, LLC ("GCS") in response to the February 17, 2021 cooperation request served on GCS by the Bureau of Consumer Financial Protection seeking certain records relating to activities of GCS and its affiliate Trans2Pay, LLC.

2. The documents produced in response to the Bureau's February 17, 2021 cooperation request by GCS are true copies of records of regularly conducted activity that were:

    a. made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b. kept in the course of the regularly conducted business activity; and

    c. made by the regularly conducted business activity as a regular practice.

I certify under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2021.

*Kelsea Farmer*
Signature

# Arnold & Porter

Kevin M. Toomey
+1 202.942.5874 Direct
Kevin.Toomey@arnoldporter.com

March 10, 2021

**VIA EMAIL**

Colin Reardon
Senior Litigation Counsel
Office of Enforcement
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
Colin.Reardon@cfpb.gov
(202) 435-9668

Re: **CFPB v. Global Client Solutions, et al., No. 2:14-cv-6643 (C.D. Cal.) – Cooperation Request (the "Cooperation Request")**

Dear Mr. Reardon:

On behalf of our client Global Holdings LLC ("Global"), Arnold & Porter is producing materials responsive to the Cooperation Request and as required by Paragraph 69 of the August 27, 2014 Stipulated Final Judgment and Consent Order ("Order") against Global Client Solutions, LLC, Robert Merrick, and Michael Hendrix. The documents are numbered GHCC_0000001 to GHCC_ 0000115 and have been uploaded to the CFPB's Extranet.

The password to access the files is: **Table Lacrosse 2032 Racecar sunny!**

\* \* \*

This letter and produced materials constitute confidential supervisory information that is protected from disclosure pursuant to the Freedom of Information Act, 5 U.S.C. § 552(b), and Part 1070 of the CFPB's regulations promulgated thereunder, including but not limited to 12 C.F.R. §§ 1070.2(f) and (i) and 1070.40 *et seq*. Public disclosure of this letter or the produced materials would cause substantial competitive harm to Global. Accordingly, Global is submitting this letter and the produced materials based on Global's understanding that they will be treated as confidential and exempt from disclosure pursuant to 5 U.S.C. § 552(b)(4) and Part 1070 of the CFPB's regulations.

# Arnold & Porter

Mr. Colin Reardon
March 10, 2021
Page 2

Global respectfully requests that it and its counsel be notified and given a reasonable opportunity to provide additional grounds to support the confidential treatment of this letter and the produced materials should anyone seek its disclosure.

*   *   *

If you have any questions or require additional information, please contact me at (202) 942-5874.

Sincerely,

Kevin M. Toomey

cc:   Annais Ramirez-Velazquez
      Sammy Batra
          (Consumer Financial Protection Bureau)

      Brent Hampton
          (Global Holdings LLC)

      Richard M. Alexander
          (Arnold & Porter)