**PETER D. LEPISCOPO, ESQ. C.S.B. #139583**
LEPISCOPO & ASSOCIATES LAW FIRM
695 Town Center Drive, 7TH Floor
Costa Mesa, California 92626
Telephone: (949) 878-9418
Facsimile: (619) 330-2991

Attorneys for Defendant, **JAWAD NESHEIWAT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BUREAU OF CONSUMER FINANCIAL PROTECTION,**<br><br>Plaintiff,<br><br>v.<br><br>**CHOU TEAM REALTY LLC, *et al.*,**<br><br>Defendants. | Case No. **8:20-cv-00043-SB-ADS**<br><br>**DEFENDANT JAWAD NESHEIWAT'S REPLY TO PLAINTIFF'S CONSOLIDATED OPPOSITION TO DEFENDANT NESHEIWAT'S MOTIONS TO STRIKE (ECF 217)**<br><br>COURTROOM: **ZOOM Webinar**<br>JUDGE: **HONORABLE STANLEY BLUMENFELD, JR.** |

## REPLY

On June 11, 2021, defendant Jawad Nesheiwat filed his evidentiary objections to plaintiff's motion for summary judgment (*see* ECF Nos. 202-211), which were filed through the court's electronic filing system as **objections** to the information and documents proffered by plaintiff in support of its motion for summary judgment:



LEPISCOPO & ASSOCIATES LAW FIRM

| | | | |
|---|---|---|---|
| 202 | *Filed & Entered:* | 06/11/2021 | Objection/Opposition (Motion related) |
| 203 | *Filed & Entered:* | 06/11/2021 | Objection/Opposition (Motion related) |
| 204 | *Filed & Entered:* | 06/11/2021 | Objection/Opposition (Motion related) |
| 205 | *Filed & Entered:* | 06/11/2021 | Objection/Opposition (Motion related) |
| 206 | *Filed & Entered:* | 06/11/2021 | Objection/Opposition (Motion related) |
| 207 | *Filed & Entered:* | 06/11/2021 | Objection/Opposition (Motion related) |
| 208 | *Filed & Entered:* | 06/11/2021 | Objection/Opposition (Motion related) |
| 209 | *Filed & Entered:* | 06/11/2021 | Objection/Opposition (Motion related) |
| 210 | *Filed & Entered:* | 06/11/2021 | Objection/Opposition (Motion related) |
| 211 | *Filed & Entered:* | 06/11/2021 | Objection/Opposition (Motion related) |

(*See* Court's Docket for 8:20-cv-00043-SB-ADS, electronic filing system, p. 10.)

In its relevant part, Federal Rules of Civil Procedure ("FRCP"), Rule 56(c)(2) authorizes Mr. Nesheiwat's objections to plaintiff's information and documents proffered in support of its motion for summary judgment:

> "(2) Objection That a Fact Is Not Supported by Admissible Evidence. A party may object that the material cited to support or dispute a fact cannot be presented in a form that would be admissible in evidence."

In light of the forgoing, and in order to secure Mr. Nesheiwat's right to a trial by jury under the Seventh Amendment, the Court is constrained to considering and ruling upon each and every one of Mr. Nesheiwat's evidentiary objections to the information and documents proffered by plaintiff in support of its motion for summary judgment. U.S. CONST. AMEND. VII; FRCP 56(c)(2); *see generally Celotex Corp. v. Catrett*, 477 U.S. 317, 322–26 (1986).

Dated: July 8, 2021.

**LEPISCOPO & ASSOCIATES LAW FIRM**

By: /s/ Peter D. Lepiscopo________
**PETER D. LEPISCOPO**
***Counsel of Record***
Attorneys for Defendant, **JAWAD NESHEIWAT**

**CERTIFICATE OF SERVICE**

**DOCUMENTS SERVED**

I, Peter D. Lepiscopo, counsel of record for defendant, Jawad Nesheiwat, hereby certify that the following documents have been served in the manner set forth below:

1. **DEFENDANT JAWAD NESHEIWAT'S REPLY TO PLAINTIFF'S CONSOLIDATED OPPOSITION TO DEFENDANT NESHEIWAT'S MOTIONS TO STRIKE (ECF 217)**

**CERTIFICATE OF SERVICE—CM/ECF**

I hereby certify that true and correct copies of the foregoing documents have been served on the Court and all counsel of record, who have appeared in this action, via the Court's electronic filing system on **July 8**, 2021.

Dated: **July 8**, 2021.

Respectfully submitted,

/s/ Peter D. Lepiscopo .
**PETER D. LEPISCOPO**
***Counsel of Record***

Attorneys for Defendant, **JAWAD NESHEIWAT**

LEPISCOPO & ASSOCIATES LAW FIRM