# **Summary Judgment Ex. 66**

COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, <br><br> Plaintiff, <br><br> vs. <br><br> Chou Team Realty, LLC et al., <br><br> Defendants. | Case No.: 8-20-cv-00043-SB-ADS <br><br> **SUPPLEMENTAL DECLARATION OF DANI SCHNEIDER IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT NESHEIWAT** |

I, Dani Schneider, pursuant to 28 U.S.C. § 1746, hereby state and declare that I have personal knowledge of the facts as set forth below. If called as a witness, I could and would testify as follows.

1. I am a citizen of the United States and am over the age of eighteen (18) years old. I am employed as an Investigator with the Bureau of Consumer Financial Protection ("Bureau") in the Office of Enforcement. My mailing address is 1700 G Street NW, Washington, DC 20552.

2. I worked on the Bureau's investigation of this matter and have also been assigned to assist in this litigation.

3. I previously submitted a declaration in support of the Bureau's motion for summary judgment against Defendant Nesheiwat, which describes my background and the results of my review of a spreadsheet of consumer complaints about Docu Prep Center, Certified Doc Prep Services, Assure Direct Services, Direct Document Services, and Secure Preparation Services (collectively, the "SLDR Companies") that the Bureau obtained from the Federal Trade Commission's Consumer Sentinel database and also produced to Defendant Nesheiwat (Bates number CFPB-JN-0169670). *See* Plaintiff's Summary Judgment Exhibit 30, ECF No. 191-35.

4. This supplemental declaration describes my review of that same spreadsheet of Consumer Sentinel complaints.

5. I reviewed the spreadsheet to identify consumer complaints dated between April 23, 2015 and January 9, 2017.

6. Within that time period, there are no complaints that refer to Jawad Nesheiwat.

7. Within that time period, there are no complaints that refer to Chou Team Realty, Inc., Monster Loans, or MonsterLoans.

8. Within that time period, there are no complaints that refer to Direct Document Solutions.

9. Within that time period, there are no complaints that refer to Secure Preparation Services.

10. Because of the COVID-19 epidemic, I am working from home and do not have ready access to a scanner. I am therefore signing this declaration using an electronic signature through Adobe Acrobat.

1  I declare under penalty of perjury that the foregoing is true and correct.

3  Executed on: July 2, 2021

Dani A. Schneider
Digitally signed by Dani A. Schneider
Date: 2021.07.02 12:37:58 -04'00'

Dani Schneider
Investigator
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552