# **<u>Summary Judgment Ex. 67</u>**

COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>Plaintiff,<br><br>vs.<br><br>Chou Team Realty, LLC et al.,<br><br>Defendants. | Case No.: 8-20-cv-00043-SB-ADS<br><br>**SUPPLEMENTAL DECLARATION OF COLIN REARDON IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT NESHEIWAT** |

I, Colin Reardon, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am a Senior Litigation Counsel for Plaintiff Bureau of Consumer Financial Protection ("Bureau") and lead counsel in this action. My business address is 1700 G Street, NW, Washington, D.C. 20552.

2.     The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently to the statements contained in this declaration.

3.     On or about February 2, 2020, the Bureau received a production of documents from Defendant Robert Hoose.

Supp. Decl. of Colin Reardon in Support of Pl.'s Mot. for Summ. Judg. Against Def. Nesheiwat

1

4. The production included an April 21, 2015 email from Trans2pay, LLC to Hoose with the subject line "Important Notice from Trans2pay, LLC," which had the Bates number HOOSE00000501.

5. The production also included an April 22, 2015 email in which Hoose forwarded the April 21, 2015 email to Jawad Nesheiwat and Sean Cowell, which had the Bates number HOOSE00000437.

6. The April 22, 2015 email is attached as an exhibit to Hoose's declaration. *See* SJ Ex. 1 at ¶¶ 73-74; SJ Ex. 1n.

7. The Bureau did not receive Trans2Pay's April 21, 2015 email to Hoose, or Hoose's April 22, 2015 forward of that email, until his February 2, 2020 document production.

8. The Bureau subsequently received the April 21, 2015 email in a production from Trans2pay, LLC, as shown in the March 10, 2021 production letter attached to Nesheiwat's Exhibit 128. *See* Def. Ex. 128 at 5.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 9, 2021

/s/ Colin Reardon
Colin Reardon
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, D.C. 20552

*Attorney for Plaintiff Bureau of Consumer Financial Protection*