UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | SA CV 20-00043 SB (ADSx) | Date: | July 14, 2021 |
|---|---|---|---|

| Title: | *Bureau of Consumer Financial Protection v. Chou Team Realty LLC et al* |
|---|---|

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

Not Present  Not Present

**Proceedings:   IN CHAMBERS**

The Court strikes the following motions, Dkt. No's 202, 203, 204, 205, 206, 207, 208, 209, 210 and 211, without prejudice to refiling in accordance with the Court's standing order (provided that the refiling is otherwise timely), Local Rule 5-4.4.2 and *see* Notice to Filer of Deficiencies, Dkt. No. 212.