*WHEN RECORDED MAIL TO:*

Bureau of Consumer Financial Protection
Attn: Annais Ramirez-Velazquez, Seat No. 2171A
1700 G St. NW
Washington, DC 20552

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection<br><br>                                   PLAINTIFF(S),<br>                   v.<br><br>Chou Team Realty, LLC, et al.<br><br>                                   DEFENDANT(S). | CASE NUMBER:<br><br>CV 8:20-cv-00043<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on May 10, 2021 in favor of Bureau of Consumer Financial Protection whose address is 1700 G St. NW, Washington, DC 20552 and against Docu Prep Center, Inc., d/b/a DocuPrep Center, d/b/a Certified Document Center whose last known address is 3 Whatney, Suite 100, Irvine, CA 92618 for $ 11,442,009   Principal, $ 0   Interest, $ 0   Costs, and $ 0   Attorney Fees.

ATTESTED this ___6th___ day of ___August___, 20 21.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.

☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Joshua Robbins (registered agent's attorney)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
RENICO SMITH
1174

NOTE: *JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                                                   ABSTRACT OF JUDGMENT/ORDER