COLIN REARDON (NY Bar #4945655)
E-mail: colin.reardon@cfpb.gov
Phone: (202) 435-9668
E. VANESSA ASSAE-BILLE (NY Bar #5165501)
E-mail: elisabeth.assae-bille@cfpb.gov
Phone: (202) 435-7688
1700 G Street, NW
Washington, D.C. 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar #264787) – Local Counsel
E-mail: leanne.hartmann@cfpb.gov
Phone: (415) 844-9787
301 Howard St., Suite 1200
San Francisco, CA 94105
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, )<br><br>Plaintiff, )<br><br>vs. )<br><br>Chou Team Realty, LLC, et al., )<br><br>Defendants. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 8-20-cv-00043-SB-ADS<br><br>**NOTICE OF PROPOSED CONFORMING JUDGMENT AGAINST DEFENDANT JAWAD NESHEIWAT** |

On August 10, 2021, the Court granted Plaintiff Bureau of Consumer Financial Protection's ("Bureau") motion for summary judgment against Defendant Jawad Nesheiwat and directed the Bureau to file a proposed conforming judgment against him. ECF No. 233. Pursuant to that order, the Bureau respectfully submits the attached [Proposed] Judgment Against Jawad Nesheiwat.

The Court's summary judgment order found that "injunctive relief, restitution, and a civil penalty are all appropriate remedies here" and noted that Defendant Nesheiwat "did not meaningfully opposed the Bureau's request for relief." ECF No. 233 at 9 & n.8. Consistent with that order, the proposed judgment includes the injunctive relief, restitution, and penalty sought in the Bureau's summary judgment motion. *See* ECF No. 189-1 at 22-25 (describing nature of and basis for relief). With respect to restitution, the proposed judgment provides for legal restitution of $19,699,870, which is the amount of fees paid by consumers to the Student Loan Debt Relief Companies (not including fees that were refunded to consumers). *See id.* at 23-34. With respect to the penalty, the proposed judgment provides for the maximum penalty of $116,142,620 for Nesheiwat's reckless violations of the Consumer Financial Protection Act, Fair Credit Reporting Act, and Telemarketing Sales Rule given the absence of evidence supporting a basis to mitigate that penalty. *See id.* at 24-25.

1    Dated: August 26, 2021        Respectfully Submitted,

2

3                             Cara Petersen
                            Acting Enforcement Director

4

5                             Deborah Morris
                            Deputy Enforcement Director

6

7                             Michael G. Salemi
                            Assistant Litigation Deputy

8                             /s/ Colin Reardon
                            Colin Reardon (*pro hac vice*)

9                             E. Vanessa Assae-Bille (*pro hac vice*)
                            Leanne E. Hartmann

10

11                             Bureau of Consumer Financial Protection
                            1700 G Street, NW
                            Washington, D.C. 20552

12                             *Attorneys for Plaintiff Bureau of*
                            *Consumer Financial Protection*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28