# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 8:20-cv-00043-SB-ADS | Date: August 30, 2021 |

Title: *Bureau of Consumer Financial Protection v. Chou Team Realty LLC, et al.*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers]

The Court on August 10, 2021 granted summary judgment for Plaintiff Bureau of Consumer Financial Protection against Defendant Jawad Nesheiwat and ordered Plaintiff to file a proposed conforming judgment. Plaintiff did so on August 26. Nesheiwat filed an opposition today, raising multiple substantive objections to Plaintiff's proposed judgment. Accordingly, Plaintiff no later than September 6 shall file a response to Nesheiwat's objections.

**IT IS SO ORDERED**.