# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No.: | 8:20-cv-00043-SB-ADS | Date: | September 13, 2021 |
|---|---|---|---|

| Title: | *Bureau of Consumer Financial Protection v. Chou Team Realty LLC, et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers]

A pretrial conference is scheduled for September 17, 2021, and trial is set for October 4, 2021. Plaintiff contacted the Court today seeking clarification of these settings in light of the Court's August 10, 2021 order granting summary judgment against the last remaining Defendant, Jawad Nesheiwat. The Court has received the parties' competing submissions on the substance of the judgment that may be imposed against Defendant Nesheiwat. Although final judgment has not yet been entered against Defendant Nesheiwat, the Court **vacates the pretrial conference and trial setting** in light of Plaintiff's representation that no outstanding claims against any Defendant remain for trial.

**IT IS SO ORDERED**.