# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Jawad Nesheiwat

Name(s) of counsel (if any):

Peter D. Lepiscopo (California Bar No. 139583)

Address: 695 Town Center Drive, 7th Floor, Costa Mesa, CA 92626

Telephone number(s): (619) 251-2428

Email(s): plepiscopo@att.net; plepiscopo62@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Bureau of Consumer Financial Protection

Name(s) of counsel (if any):

Colin Reardon (NY Bar #4945655); E. Vanessa Assae-Bille (NY Bar #5165501)

Address: 1700 G Street, NW, Washington, D.C. 20552

Telephone number(s): (202) 435-7688

Email(s): colin.reardon@cfpb.gov; elisabeth.assae-bille@cfpb.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                  1                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                                    *New 12/01/2018*

# CERTIFICATE OF SERVICE

## DOCUMENTS SERVED

I, Peter D. Lepiscopo, counsel of record for defendant, Jawad Nesheiwat, hereby certify that the following documents have been served in the manner set forth below:

1. **REPRESENTATION STATEMENT**

## CERTIFICATE OF SERVICE—CM/ECF

I hereby certify that true and correct copies of the foregoing documents have been served on the Court and all counsel of record, who have appeared in this action, via the Court's electronic filing system on September 25, 2021.

Dated: September 25, 2021.                    Respectfully submitted,

/s/ Peter D. Lepiscopo          .
**PETER D. LEPISCOPO**
 *Counsel of Record*

Attorneys for Defendant, **JAWAD NESHEIWAT**

---

**CERTIFICATE OF SERVICE**
**1**